# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/13/05 4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CV NO. 01-00187MEA-BMK

CASE NAME: Whirlpool Corporation Vs. CIT Group/Business

ATTYS FOR PLA: Timothy J. Hogan

ATTYS FOR DEFT: Paul Alston and Louise Ing
Calvin Young
Margery Bronster and Jeannette Holmes
and Eric Glassman by Phone

INTERPRETER:

---

| | | | |
|---|---|---|---|
| JUDGE: | Marvin E. Aspen | REPORTER: | Stephen Platt |
| DATE: | 12/13/05 | TIME: | 8:35am-9:12am |

---

COURT ACTION: EP: Status Conference-Attorney Eric Glassman participated by phone.

Court will bifurcate this Action for the purpose of Trial.

Jury Trial set for November 06, 2006 as to Whirlpool Vs. Defendants' CIT and Raymond Iwamoto.

Jury Selection set for November 2, 2006 @9:00 a.m. before Magis. Judge Barry M. Kurren.

Defendants Bowling new Motion for Partial Summary Judgment to be filed by December 22, 2005.

Briefing Schedule as to this Motion-Response to be filed by February 1, 2006
-Reply to be filed by February 22, 2006

All previous Trial Related Deadlines are hereby vacated.

Revised Jury Instructions to be filed by February 1, 2006 and Objections to be filed by

March 1, 2006.

Motions in Limine to be filed by March 1, 2006.

Briefing Schedule as to the Motions in Limine- Response to be filed by April 3, 2006
Reply to be filed by April 17, 2006

Statement of the Case and Proposed Voir Dire to be filed by February 1, 2006.

By March 1, 2006-Trial Briefs, Deposition Designations, Objections to Voir Dire, Witness List, Exhibit List, Stipulation as to Facts, Stipulation as to the Admission of Exhibits are to be filed.

Status Conference set for August 02, 2006 @8:30 a.m. before this Court.

Submitted by Leslie L. Sai, Courtroom Manager