cc: MEA

ORIGINAL

BRONSTER CRABTREE & HOSHIBATA
Margery S. Bronster #4750
Jeannette Holmes Castagnetti #7211
2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 524-5644
mbronster@bchlaw.net
jcastagnetti@bchlaw.net
Attorneys for Defendants Edwin Bowling
and Frances Haller-Bowling

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
DEC 22 2005
at 3 o'clock and 55 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; CGBN, INC., a Hawai'i corporation; MICHAEL CLIFFORD; EDWIN BOWLING; FRANCES HALLER-BOWLING; AND RAYMOND IWAMOTO, DOE INDIVIDUALS 1-50; DOE PARTNERSHIPS, CORPORATIONS OR OTHER ENTITIES 1-20,<br><br>Defendants, | CIVIL NO. CV01-00187 MEA BMK<br>(Tort and RICO)<br><br>NOTICE OF MOTION; EDWIN BOWLING AND FRANCES HALLER-BOWLING'S MOTION FOR JUDGMENT ON THE PLEADINGS AS TO CIT GROUP/BUSINESS CREDIT INC.'S FRAUD CONSPIRACY CLAIM; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF MARGERY S. BRONSTER; EXHIBITS "A" - "B"; CERTIFICATE OF SERVICE |

| | | |
|---|---|---|
| and | ) | **HEARING:** |
| | ) | Date: ____________ |
| CG DEVELOPMENT, INC., F&J MOVERS, and RENEE K. COSTA, | ) | Time: ____________ |
| | ) | Judge: Hon. Marvin E. Aspen |
| | ) | |
| | ) | |
| Additional Cross-claim Defendants. | ) | No trial date set |
| | ) | |

## NOTICE OF MOTION

TO: TIMOTHY J. HOGAN, ESQ.
Lynch Ichida Thompson & Kim
1132 Bishop Street, Suite 1405
Honolulu, Hawai'i 96813
Attorney for Whirlpool Corporation

PAUL ALSTON, ESQ.
LOUISE K.Y. ING, ESQ.
Alston Hunt Floyd & Ing
18th Floor, American Savings Bank Tower
1001 Bishop Street
Honolulu, Hawai'i 96813
Attorneys for CIT Group/Business Credit, Inc.

JOHN S. NISHIMOTO, ESQ.
CALVIN E. YOUNG, ESQ.
Ayabe Chong Nishimoto Sia & Nakamura
Pauahi Tower, Suite 2500
1001 Bishop Street
Honolulu, Hawai'i 96813
Attorneys for Raymond Iwamoto

ERIC J. GLASSMAN, ESQ.
Mennemeier, Glassman & Stroud
980 9th Street, Suite 1700
Sacramento, California 95814
Attorneys for Kurt Glassman

RENEE K. COSTA
2212 Gateway Oaks Drive, Apt. 401
Sacramento, California 95833
Pro Se, Additional Cross-Claim Defendant

NOTICE IS HEREBY GIVEN that DEFENDANTS BOWLINGS' MOTION FOR JUDGMENT ON THE PLEADINGS AS TO CIT GROUP/BUSINESS CREDIT INC.'S FRAUD CONSPIRACY CLAIM shall come on for hearing before the Honorable Marvin E. Aspen in his courtroom in the United States Courthouse, Prince Kuhio Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawai'i on ____________________, at _____:_____ ____.m., or as soon thereafter as counsel may be heard.

DATED: Honolulu, Hawai'i, December 22, 2005.

Margery S. Bronster
Jeannette Holmes Castagnetti
Attorneys for Defendants
Edwin Bowling and
Frances Haller-Bowling

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; CGBN, INC., a Hawai'i corporation; MICHAEL CLIFFORD; EDWIN BOWLING; FRANCES HALLER-BOWLING; AND RAYMOND IWAMOTO, DOE INDIVIDUALS 1-50; DOE PARTNERSHIPS, CORPORATIONS OR OTHER ENTITIES 1-20,<br><br>Defendants,<br><br>and<br><br>CG DEVELOPMENT, INC., F&J MOVERS, and RENEE K. COSTA,<br><br>Additional Cross-claim Defendants. | CIVIL NO. CV01-00187 MEA BMK<br>(Tort and RICO)<br><br>EDWIN BOWLING AND FRANCES HALLER-BOWLING'S MOTION FOR JUDGMENT ON THE PLEADINGS AS TO CIT GROUP/BUSINESS CREDIT INC.'S FRAUD CONSPIRACY CLAIM |

EDWIN BOWLING AND FRANCES HALLER-BOWLING'S MOTION FOR JUDGMENT ON THE PLEADINGS AS TO CIT GROUP/ BUSINESS CREDIT INC.'S FRAUD CONSPIRACY CLAIM

Cross-claim Defendants Edwin Bowling and Frances Haller-Bowling move this Court for an order granting this Motion for Judgment on the Pleadings as to CIT Group/Business Credit Inc.'s Fraud Conspiracy Claim (Count II of CIT's Second Amended Crossclaim filed February 3, 2003). In its Second Amended Crossclaim filed February 3, 2003, CIT pled a fraud conspiracy claim despite the fact that it did not assert any fraud claim. Apparently recognizing this fatal defect, CIT in its recently filed proposed jury instructions sought to assert a "civil conspiracy" claim that was never pled. CIT's fraud conspiracy claim must be dismissed in its entirety as a matter of law.

//

//

//

This motion is based on Fed. R. Civ. P. 12(c),[1] and is supported by the Memorandum in Support of Motion, Declaration of Counsel and Exhibits attached hereto, the records and files herein, and such other and further argument as may be presented by counsel at the hearing on the motion.

Dated: Honolulu, Hawaii, December 22, 2005.

Margery S. Bronster
Jeannette Holmes Castagnetti
Attorneys for Cross-claim Defendants
Edwin Bowling and
Frances Haller-Bowling

[1]During the December 13, 2005 status conference, the Court granted counsel for Mr. Bowling and Mrs. Haller-Bowling's request for leave to file a motion for summary judgment. At the time, counsel believed that a motion for summary judgment was the appropriate motion. However, upon reflection, it became apparent that a motion for judgment on the pleadings is more appropriate given the circumstances in this case (i.e., the matter can be decided on the pleadings and there is no need to consider matters outside the pleadings). *Declaration of Margery S. Bronster ¶ 3.*