IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; CGBN, INC., a Hawai'i corporation; MICHAEL CLIFFORD; EDWIN BOWLING; FRANCES HALLER-BOWLING; AND RAYMOND IWAMOTO, DOE INDIVIDUALS 1-50; DOE PARTNERSHIPS, CORPORATIONS OR OTHER ENTITIES 1-20,<br><br>Defendants,<br><br>and<br><br>CG DEVELOPMENT, INC., F&J MOVERS, and RENEE K. COSTA,<br><br>Additional Cross-claim Defendants. | CIVIL NO. CV01-00187 MEA BMK<br>(Tort and RICO)<br><br>DECLARATION OF MARGERY S. BRONSTER |

# DECLARATION OF MARGERY S. BRONSTER

MARGERY S. BRONSTER declares as follows:

1. I am an attorney with the law firm Bronster Crabtree & Hoshibata and I am duly licensed to practice in the State of Hawaii and before this Court.

2. I am one of the attorneys representing Edwin Bowling and Frances Haller-Bowling in the above-captioned matter and I have personal knowledge of the matters stated herein.

3. During the December 13, 2005 status conference, the Court granted counsel for Mr. Bowling and Mrs. Haller-Bowling's request for leave to file a motion for summary judgment. At the time, counsel believed that a motion for summary judgment was the appropriate motion. However, upon reflection, it became apparent that a motion for judgment on the pleadings is more appropriate given the circumstances in this case (i.e., the matter can be decided on the pleadings and there is no need to consider matters outside the pleadings).

4. Attached hereto as Exhibit "A" are true and correct copies of Defendant/Crossclaimant CIT's Jury Instruction Nos. 29 through 31, filed on November 1, 2005.

5. Attached hereto as Exhibit "B" are true and correct copies of Defendant/Crossclaimant CIT's Jury Instruction Nos. 10 through 15, filed on November 1, 2005.

I declare under penalty of perjury that the foregoing statements are true and correct.

Executed on December 22, 2005.

Margery S. Bronster