IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; CGBN, INC., a Hawai'i corporation; MICHAEL CLIFFORD; EDWIN BOWLING; FRANCES HALLER-BOWLING; AND RAYMOND IWAMOTO, DOE INDIVIDUALS 1-50; DOE PARTNERSHIPS, CORPORATIONS OR OTHER ENTITIES 1-20,<br><br>Defendants,<br><br>and<br><br>CG DEVELOPMENT, INC., F&J MOVERS, and RENEE K. COSTA,<br><br>Additional Cross-claim Defendants. | CIVIL NO. CV01 00187 MEA BMK<br>(Tort and RICO)<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I certify that on December 22, 2005, copies of the foregoing document were served on all parties or their counsel by hand delivery or U.S. mail, postage prepaid, addressed as follows:

TIMOTHY J. HOGAN, ESQ. **HAND DELIVERY**
Lynch Ichida Thompson & Kim
1132 Bishop Street, Suite 1405
Honolulu, Hawai'i 96813

Attorney for Whirlpool Corporation

PAUL ALSTON, ESQ. **HAND DELIVERY**
LOUISE K.Y. ING, ESQ.
Alston Hunt Floyd & Ing
18th Floor, American Savings Bank Tower
1001 Bishop Street
Honolulu, Hawai'i 96813

Attorneys for CIT Group/Business Credit, Inc.

JOHN S. NISHIMOTO, ESQ. **HAND DELIVERY**
CALVIN E. YOUNG, ESQ.
Ayabe Chong Nishimoto Sia & Nakamura
Pauahi Tower, Suite 2500
1001 Bishop Street
Honolulu, Hawai'i 96813

Attorneys for Raymond Iwamoto

ERIC J. GLASSMAN, ESQ. **U.S. MAIL**
Mennemeier, Glassman & Stroud
980 9th Street, Suite 1700
Sacramento, California 95814

Attorneys for Kurt Glassman

RENEE K. COSTA **U.S. MAIL**
2212 Gateway Oaks Drive, Apt. 401
Sacramento, California 95833

Pro Se, Additional Cross-Claim Defendant

DATED: Honolulu, Hawaiʻi, December 22, 2005.

MARGERY S. BRONSTER
JEANNETTE HOLMES CASTAGNETTI
Attorneys for Defendants
Edwin Bowling and
Frances Haller-Bowling