# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/30/06 4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV NO. 01-00187MEA |
| CASE NAME: | Whirlpool Vs. CIT, et al. |
| ATTYS FOR PLA: | Timothy J. Hogan |
| ATTYS FOR DEFT: | Louise Ing<br>Calvin Young |
| INTERPRETER: | |

---

| | | | |
|---|---|---|---|
| JUDGE: | Marvin E. Aspen | REPORTER: | Mary Hacker |
| DATE: | 1/30/06 | TIME: | 11:26am-11:36am |

---

COURT ACTION: EP: Status Conference Regarding Extending and Adjusting upcoming Pretrial Deadlines- The following PreTrial Deadlines have been adjusted-

Exhibit List, Witness List and Voir Dire- for the Plaintiff-3/1/2006 for the Defendants Cit and Iwamoto-3/15/2006.

Case Statement-(One Joint Statement by Plaintiff and Defendants)-3/1/2006.

Jury Instructions-3/1/2006.

Objections to Jury Instructions-3/15/2006.

Proposed stipulated facts , Proposed stipulated witnesses and exhibits-Plaintiff-4/3/2006, 4/17/2006-Counterproposals from the Defendants CIT and Iwamoto and 4/28/2006-Final Stipulations from all.

Deposition Designations-5/10/2006.

Counter Deposition Designations-5/31/2006

Trial Brief and Motions in Limine-6/9/2006

Oppositions to Motions in Limine-6/23/2006.

Replies to Motions in Limine-6/30/2006.

Status Conference-8/2/2006 @8:30 a.m. before Judge Aspen.

Submitted by Leslie L. Sai, Courtroom Manager