IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; EDWIN BOWLING; FRANCES HALLER-BOWLING; RAYMOND IWAMOTO; KURT GLASSMAN; DOE INDIVIDUALS 1-50; DOE PARTNERSHIPS, CORPORATIONS OR OTHER ENTITIES 1-20,<br><br>Defendants,<br><br>and<br><br>F&J MOVERS, and RENEE K. COSTA,<br><br>Additional Crossclaim Defendants. | Civil No. CV 01 00187 MEA-BMK (Tort and RICO)<br><br>**DECLARATION OF LOUISE K. Y. ING** |

**DECLARATION OF LOUISE K. Y. ING**

Pursuant to 28 U.S.C. § 1746, I declare that:

1. I am an attorney with the law firm of Alston Hunt Floyd & Ing, counsel for Defendant/Cross-claimant The CIT Group/Business Credit, Inc. ("CIT") herein.

2. I make this declaration based on my personal knowledge and am competent to testify as to the matters set forth herein.

3. Attached as Exhibit A is a true and correct copy of excerpts from the Court's Order Denying Defendant Frances

Haller-Bowling's Motion for Judgment on the Pleadings as to Plaintiff Whirlpool's Second Amended Complaint and Granting in Part and Denying in Part Defendant Frances Haller-Bowlings' Motion to Dismiss Defendant CIT Group's Cross-claim, filed on October 24, 2002.

4. Attached as Exhibit B is a true and correct copy of the Court's Oder [sic] Granting in Part, and Denying in Part, Defendant CIT Group/Business Credit, Inc.'s Motion for Leave to Amend it [sic] First Amended Cross Claim, filed on January 21, 2003.

5. Attached as Exhibit C is a true and correct copy of CIT's Second Amended Crossclaim, filed on February 3, 2003.

6. Attached as Exhibit D is a true and correct copy of Defendants Bowling's Answer to CIT Group/Business Credit, Inc.'s Second Amended Cross-claim Filed February 3, 2003, filed on February 24, 2003.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Honolulu, Hawai'i on February 1, 2006.

/s/ Louise K. Y. Ing
LOUISE K. Y. ING