# CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

SERVED ELECTRONICALLY THROUGH CM/ECF:

TIMOTHY J. HOGAN, ESQ.
**Attorney for Plaintiff**
tjh@loio.com
February 1, 2006

MARGERY S. BRONSTER, ESQ.
JEANNETTE E. HOLMES CASTAGNETTI, ESQ.
**Attorneys for Defendants**
**Edwin Bowling and Frances Haller-Bowling**
mbronster@bchlaw.net
jcastagnetti@bchlaw.net,
jennifer@bchlaw.net
February 1, 2006

JOHN S. NISHIMOTO, ESQ.
CALVIN E. YOUNG, ESQ.
**Attorneys for Defendant Raymond S. Iwamoto**
john.nishimoto@hawadvocate.com
calvin.young@hawadvocate.com
February 1, 2006

SERVED BY FIRST CLASS MAIL:

ROBERT E. BADGER, ESQ.
Pioneer Plaza, Suite 1680
900 Fort Street Mall
Honolulu, Hawaiʻi 96813
**Attorney for Defendant Kurt Glassman**
February 1, 2006

ERIC J. GLASSMAN, ESQ.
Mennemeier, Glassman & Stroud LLP
980 9th Street, Suite 1700
Sacramento, California 95814
**Attorney for Defendant Kurt Glassman**
February 1, 2006

RENEE K. COSTA
2212 Gateway Drive, Apt. 401
Sacramento, California 95833
**Cross-Claim Defendant**
Address unknown/
Last known address
undeliverable

DATED: Honolulu, Hawaiʻi, February 1, 2006.

/s/ Thomas E. Bush
PAUL ALSTON
LOUISE K. Y. ING
THOMAS E. BUSH
Attorneys for Defendant/Cross-claimant THE CIT GROUP/BUSINESS CREDIT, INC.