IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; CGBN, INC., a Hawaii corporation; MICHAEL CLIFFORD; EDWIN BOWLING; FRANCES HALLER-BOWLING; RAYMOND IWAMOTO; KURT GLASSMAN; DOE INDIVIDUALS 1-50; DOE PARTNERSHIPS, CORPORATIONS OR OTHER ENTITIES 1-20,<br><br>Defendants.<br><br>and<br><br>CG DEVELOPMENT, INC., F&J MOVERS, and RENEE K. COSTA,<br><br>Additional Cross-claim Defendants. | CIVIL NO. CV01-00187 MEA-BMK<br>(Tort and RICO)<br><br>DECLARATION OF JEANNETTE HOLMES CASTAGNETTI |

DECLARATION OF JEANNETTE HOLMES CASTAGNETTI

Jeannette Holmes Castagnetti declares as follows:

1. I am an attorney with the law firm Bronster Crabtree & Hoshibata and I am duly licensed to practice in the State of Hawaii and before this Court.

2. I am one of the attorneys representing Edwin Bowling and Frances Haller-Bowling in the above-captioned matter and I have personal knowledge of the matters stated herein.

3. Attached hereto as Exhibit "A" is a true and correct copy of pertinent portions of Defendant the CIT Group/Business Credit, Inc.'s First Amended Crossclaim, filed on September 24, 2002, in which CIT asserted a misrepresentation claim against Defendants Kurt Glassman, Michael Clifford, Edwin Bowling, Frances Haller-Bowling, CG Development, Inc., F&J Movers, and Renee K. Costa.

//

//

I declare under penalty of law that the foregoing statements are true and correct to the best of my knowledge.

Executed February 22, 2006.

/s/Jeannette Holmes Castagnetti
Jeannette Holmes Castagnetti