RECEIVED

SEP 25 2002

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 24 2002

at 3 o'clock and 0 min P M.
WALTER A. Y. H. CHINN, CLERK

Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON 1126-0
LOUISE K. Y. ING 2394-0
18th Floor, Pacific Tower
1001 Bishop Street
Honolulu, Hawai'i 96813
Telephone: 524-1800

Attorneys for Defendant/Cross-claimant
THE CIT GROUP/BUSINESS CREDIT, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; CGBN, Inc., a Hawaii corporation; MICHAEL CLIFFORD; EDWIN BOWLING; FRANCES HALLER-BOWLING; RAYMOND IWAMOTO; KURT GLASSMAN; DOE INDIVIDUALS 1-50; DOE PARTNERSHIPS, CORPORATIONS OR OTHER ENTITIES 1-20,<br><br>Defendants,<br><br>and<br><br>CG DEVELOPMENT, INC., F&J MOVERS, and RENEE K. COSTA, | Civil No. CV 01 00187 DAE BMK<br>(Tort and RICO)<br><br>**DEFENDANT THE CIT GROUP/BUSINESS CREDIT, INC.'S AMENDED ANSWER TO SECOND AMENDED COMPLAINT FILED FEBRUARY 22, 2002; FIRST AMENDED CROSSCLAIM**; CERTIFICATE OF SERVICE<br><br>Trial Date: May 13, 2003 |



EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; CGBN, Inc., a Hawaii corporation; MICHAEL CLIFFORD; EDWIN BOWLING; FRANCES HALLER-BOWLING; RAYMOND IWAMOTO; KURT GLASSMAN; DOE INDIVIDUALS 1-50; DOE PARTNERSHIPS, CORPORATIONS OR OTHER ENTITIES 1-20,<br><br>Defendants,<br><br>and<br><br>CG DEVELOPMENT, INC., F&J MOVERS, and RENEE K. COSTA,<br><br>Additional Crossclaim Defendants. | Civil No. CV 01 00187 DAE BMK (Tort and RICO)<br><br>**FIRST AMENDED CROSSCLAIM** |

**FIRST AMENDED CROSSCLAIM**

Defendant/Cross-claimant THE CIT GROUP/BUSINESS CREDIT, INC.("CIT"), by and through its attorneys, Alston Hunt Floyd & Ing, Attorneys At Law, A Law Corporation, for its First Amended Crossclaim against Defendants/Crossclaim Defendants CGBN, INC. ("CGBN"), MICHAEL

**SECOND CLAIM FOR RELIEF**
**MISREPRESENTATION**
**(Against the Glassman Group, Haller-Bowling, and Additional Crossclaim Defendants)**

43. CIT realleges and incorporates by reference its allegations in paragraphs 1-42 above.

44. As a proximate result of the Glassman Group and Haller-Bowling's and Additional Crossclaim Defendants' wrongful conduct in secretly draining the assets of MidPac while inducing CIT to extend credit through the misrepresentations about MidPac's asset base, CIT has suffered damages including but not limited to costs and expenses incurred in additional investigations that CIT was required to pursue in June 1999 and afterwards as a result of MidPac's suspicious activities, as well as attorneys' fees and costs incurred by CIT in connection with litigation initiated by third parties, including Whirlpool and the MidPac bankruptcy trustee.

45. The Glassman Group, Haller-Bowling and Additional Crossclaim Defendants, knew or recklessly disregarded the fact that the false and misleading statements and omissions complained of would injure CIT. Each, by acting in concert with the other members of the group, as described above, did so knowingly or in such a reckless or grossly negligent manner as to entitle CIT to punitive damages against each of them.