IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; CGBN, INC., a Hawai‘i corporation; MICHAEL CLIFFORD; EDWIN BOWLING; FRANCES HALLER-BOWLING; AND RAYMOND IWAMOTO, DOE INDIVIDUALS 1-50; DOE PARTNERSHIPS, CORPORATIONS OR OTHER ENTITIES 1-20,<br><br>Defendants,<br><br>and<br><br>CG DEVELOPMENT, INC., F&J MOVERS, and RENEE K. COSTA,<br><br>Additional Cross-claim Defendants. | CIVIL NO. CV01-00187 MEA BMK<br>(Tort and RICO)<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses on February 22, 2006:

Served Electronically through CM/ECF:

| | |
|---|---|
| TIMOTHY J. HOGAN, ESQ.<br>Attorney for<br>Whirlpool Corporation | tjh@loio.com |
| PAUL ALSTON, ESQ.<br>LOUISE K.Y. ING, ESQ.<br>LEA O. HONG, ESQ.<br>THOMAS E. BUSH, ESQ.<br>Attorneys for<br>CIT Group/Business<br>Credit, Inc. | palston@ahfi.com<br>ling@ahfi.com<br>dka@ahfi.com<br>lea@ahfi.com<br>teb@ahfi.com |
| JOHN S. NISHIMOTO, ESQ.<br>CALVIN E. YOUNG, ESQ.<br>STEVEN L. GOTO, ESQ.<br>Attorneys for Raymond Iwamoto | john.nishimoto@hawadvocate.com<br>calvin.young@hawadvocate.com<br>steven.goto@hawadvocate.com |
| TED N. PETIT, ESQ.<br>Attorney for Michael Clifford | tnp@caselombardi.com<br>eab@caselombardi.com<br>shy@caselombardi.com |

Served by First Class Mail:

ERIC J. GLASSMAN, ESQ.
Mennemeier, Glassman & Stroud
980 9th Street, Suite 1700
Sacramento, California 95814
Attorney for Kurt Glassman

NATHAN C. LAMPARD, ESQ.
Case Bigelow & Lombardi
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, Hawaii 96813

ROGER S. MOSELEY, ESQ.
Moseley Biehl Tsugawa Lau & Muzzi
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii 96813
Attorneys for Michael Clifford

RENEE K. COSTA
2212 Gateway Oaks Drive, Apt. 401
Sacramento, California 95833
Pro Se, Additional Cross-Claim Defendant

DATED: Honolulu, Hawaiʻi, February 22, 2006.

/s/ Jeannette Holmes Castagnetti
MARGERY S. BRONSTER
JEANNETTE HOLMES CASTAGNETTI
Attorneys for Defendants
Edwin Bowling and
Frances Haller-Bowling