LYNCH ICHIDA THOMPSON KIM & HIROTA

TIMOTHY J. HOGAN 5312
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Telephone: (808) 528-0100
Fax No. (808) 528-4997
E-mail: tjh@loio.com

Attorney for Plaintiff
WHIRLPOOL CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; et al.,<br><br>Defendants. | Civil No. CV01 00187 MEA BMK (TORT AND RICO)<br><br>**WHIRLPOOL CORPORATION'S PROPOSED SET OF VOIR DIRE QUESTIONS**<br><br>TRIAL<br>DATE: November 6, 2006<br>JUDGE: HON. MARVIN E. ASPEN |

**WHIRLPOOL CORPORATION'S**
**PROPOSED SET OF VOIR DIRE QUESTIONS**

Plaintiff Whirlpool Corporation respectfully submits its Second Proposed Brief Summary of the Case.

DATED: Honolulu, Hawai'i, February 27, 2006.

/s/ Timothy J. Hogan
TIMOTHY J. HOGAN
Attorney for Plaintiff
Whirlpool Corporation

1. The Plaintiff is Whirlpool Corporation, that is a manufacturer of household appliances. Has anyone **not** heard of Whirlpool?

2. Does anyone have any experience either themselves or their family or acquaintances with Whirlpool or its appliances that would prevent you from treating Whirlpool fairly in this case?

3. Anyone ever have a problem with a Whirlpool appliance? Was it resolved to your satisfaction?

4. This case involves a former Hawaii business named MidPac Lumber Co. Ltd.. You will often hear it referred to as MidPac. Has anyone had any affiliation with MidPac Lumber Co., Ltd.?

5. Another related business is CG Investments, Inc. (also known as Maui Home Supply). You might also hear it referred to as “Maui Home” or “MHS.” Has anyone had any affiliation with CG Investments, Inc.?

6. Among the defendants in this case is CIT Group/Business Credit, Inc. You will hear this defendant referred to as “CIT.” Grace Bowen, Tom Hayes, Robert Brichacek, Inbum Hyeon were at times employed by CIT but they are not defendants. Has anyone heard of CIT? Does anyone have any affiliation with CIT or any of its employees?

7. Another Defendant is Raymond Iwamoto, who is an attorney in the Goodsill Anderson Quinn & Stifel law firm. Has anyone or to their knowledge their family or acquaintances ever had or currently have any affiliation or relationship with Mr. Iwamoto? With the Goodsill Anderson Quinn & Stifel law firm?

8. Two individuals, Edwin Bowling and Frances Haller Bowling, are also defendants. Other individual defendants are Kurt Glassman and Renee Costa. Another name you will hear is Theodore or "Ted" Phelps who is not a defendant.

9. A person who was a defendant but is no longer a defendant is an individual named Michael Clifford. Does anyone or to their knowledge their family or acquaintances have any affiliation or relationship with these individuals?

10. In addition to MidPac and Maui Home Supply other companies that you may hear about are CGBN, Inc. and CG Development, Inc., Pacific Capital Financial Advisors, Ltd. dba Pacific Advisory Group,, KSG, LLC., WSpectrum, Gspectum, CGSpectrum. Does anyone have any affiliation with any of these entities?

11. Other businesses that are likely to be mentioned in this case the local bank formerly known as Citybank, along with First Hawaiian Bank and Bank of Hawaii. If you have any affiliation with Citybank, First Hawiian Bank and/or

Bank of Hawaii, please raise your hand.

12. The attorneys in this case are seated in front of you. The attorneys seated closest to you are Whirlpool's attorneys. Timothy Hogan and Wesley Ichida are with the firm of Lynch Ichida Thompson Kim& Hirota and they represent the Plaintiff Whirlpool Corporation. Seated across from Whirlpool's attorneys are attorneys for the Defendants. CIT is represented by Paul Alston and Louise Ing of the firm Alston Hunt Floyd & Ing. Next to CIT's attorneys are John Nishimoto and Calvin Young of the firm of Ayabe Chong Nishimoto Sia & Nakamura representing defendant Raymond Iwamoto.

13. If you have any affiliation with any of the attorneys or law firms I have mentioned please raise your hand.

14. Have any of you or has any member of your immediate family ever brought a lawsuit against anyone for damages, other than for divorce? If so, were you satisfied with the outcome?

15. Have you, or has any member of your immediate family, ever made a claim against an individual, company, or corporation, regardless of whether or not a lawyer was employed or a lawsuit was filed? If yes, please describe the nature of the claim.

16. Do you or does any member of your immediate

family have any business relationship with any manufacturer of household products (including Whirlpool).