LYNCH ICHIDA THOMPSON KIM & HIROTA

TIMOTHY J. HOGAN 5312
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Telephone: (808) 528-0100
Fax No. (808) 528-4997
E-mail: tjh@loio.com

Attorney for Plaintiff
WHIRLPOOL CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation, | ) | Civil No. CV01 00187 MEA BMK (TORT AND RICO) |
| Plaintiff, | ) | **SECOND PROPOSED BRIEF SUMMARY OF CASE** |
| vs. | ) | |
| CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; et al., | ) | |
| Defendants. | ) | |

**SECOND PROPOSED BRIEF SUMMARY OF CASE**

Plaintiff Whirlpool Corporation respectfully submits the Second Proposed Brief Summary of the Case. Whirlpool submits is proposed Brief Summary of Case and will continue to work with opposing counsel to arrive at an agreed statement.

DATED: Honolulu, Hawai'i February 27, 2006.

/s/ Timothy J. Hogan
TIMOTHY J. HOGAN
Attorney for Plaintiff
Whirlpool Corporation

To help you follow the evidence, I will give you a brief summary of the positions of the parties:

The Plaintiff Whirlpool Corporation claims that it was the victim of a fraud regarding MidPac Lumber Company, Ltd. and a related company CG Development, Inc. better known as Maui Home Supply. Whirlpool did business with both companies. Defendant CIT did business with MidPac Lumber. Whirlpool claims that certain persons, including Kurt Glassman, Edwin Bowling and Frances Haller Bowling developed a scheme to defraud Whirlpool and others.

Whirlpool claims that in June 1999, Defendant CIT discovered the fraud but instead of stopping it, CIT entered into an agreement with Kurt Glassman, Defendant Raymond Iwamoto and others to keep the fraud going while CIT attempted to get repaid for the money it had lost to MidPac as a result of the scheme. Whirlpool claims that CIT hired a person named Theodore (Ted) Phelps to help it get repaid but that Ted Phelps committed additional acts of fraud and concealment that caused Whirlpool injury. Whirlpool claims that Defendant CIT is responsible for Mr. Phelps' conduct in addition to CIT's actions.

Whirlpool also claims that Defendant Raymond Iwamoto, MidPac's attorney and one of its officers and directors, did certain things that assisted the fraud so he

is liable to Whirlpool for fraud conspiracy. In addition to these claims, Whirlpool claims that Defendant Raymond Iwamoto violated the Racketeering Influenced and Corrupt Organizations Act known as RICO by conspiring to violate RICO so he is liable to Whirlpool for RICO Conspiracy.

As to Defendant CIT, Whirlpool claims that after CIT discovered the fraud, it conspired with Kurt Glassman and Defendant Raymond Iwamoto to continue the fraud targeted at Whirlpool and others. Whirlpool also claims that Defendant CIT committed fraud against Whirlpool so is liable to Whirlpool for fraud.

In addition, Whirlpool claims that Defendant CIT caused Whirlpool's customer, Maui Home Supply, to breach its contract with Whirlpool by not paying Whirlpool so CIT is liable to Whirlpool for interference with Whirlpool's contracts. Whirlpool also claims that Defendant CIT committed conversion against Whirlpool regarding Whirlpool's legal rights in certain property and appliances located at Maui Home Supply's store on Maui so CIT is liable to Whirlpool for conversion.

The Defendants deny these claims.