Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON 1126-0
LOUISE K. Y. ING 2394-0
THOMAS E. BUSH 4737-0
18th Floor, ASB Tower
1001 Bishop Street
Honolulu, Hawai'i 96813
Telephone: 524-1800
Facsimile: 524-4591
palston@ahfi.com
ling@ahfi.com
tbush@ahfi.com

Attorneys for Defendant/Cross-claimant
THE CIT GROUP/BUSINESS CREDIT, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; et al.,<br><br>Defendants. | Civil No. CV01 00187 MEA BMK (TORT AND RICO)<br><br>**THE CIT GROUP/BUSINESS CREDIT, INC.'S FIRST PROPOSED SET OF VOIR DIRE QUESTIONS;** CERTIFICATE OF SERVICE<br><br>TRIAL: November 6, 2006<br>JUDGE: HON. MARVIN E. ASPEN |

**THE CIT GROUP/BUSINESS CREDIT, INC.'S**
**FIRST PROPOSED SET OF VOIR DIRE QUESTIONS**

The CIT Group/Business Credit, Inc. respectfully submits its proposed set of voir dire questions. They are virtually identical to the set submitted by Plaintiff, except for (A) the addition of no. 14 below; (B) the deletion of Whirlpool's

no. 3; (C) the insertion of follow-up questions in nos. 6, 8, 9, 12, 13 and 15 below; and (D) reversing the order of the first few questions about MidPac Lumber, Maui Home Supply and Whirlpool.

1. This case involves a former Hawaii business named MidPac Lumber Co. Ltd. You will often hear it referred to as MidPac. Has anyone had any affiliation with MidPac Lumber Co., Ltd.?

2. Another related business is CG Investments, Inc. (also known as Maui Home Supply). You might also hear it referred to as "Maui Home" or "MHS." Has anyone had any affiliation with CG Investments, Inc.?

3. The Plaintiff is Whirlpool Corporation, a manufacturer of household appliances. Has anyone not heard of Whirlpool?

4. Has anyone personally or through family or friends had any experience with Whirlpool or its appliances which would prevent you from treating Whirlpool fairly in this case?

5. Among the defendants in this case is CIT Group/Business Credit, Inc. You will hear this defendant referred to as "CIT." Grace Bowen, Tom Hayes, Robert Brichacek, Inbum Hyeon were at times employed by CIT but they are not defendants. Has anyone heard of CIT? Does anyone have any affiliation with CIT or any of its employees?

6. Has anyone personally or through family or friends had any experience or relationship with CIT which would prevent you from treating CIT fairly in this case?

7. Another Defendant is Raymond Iwamoto, who is an attorney in the Goodsill Anderson Quinn & Stifel law firm. Has anyone or to their knowledge their family or acquaintances ever had or currently have any affiliation or relationship with Mr. Iwamoto? With the Goodsill Anderson Quinn & Stifel law firm?

8. Has anyone personally or through family or friends had any experience or relationship with Mr. Iwamoto or the Goodsill lawfirm which would prevent you from treating Mr. Iwamoto fairly in this case?

9. Two individuals, Edwin Bowling and Frances Haller Bowling, are also defendants. Other individual defendants are Kurt Glassman and Renee Costa. Another name you will hear is Theodore or "Ted" Phelps who is not a defendant. Does anyone or to their knowledge their family or acquaintances have, or have they had, any affiliation or relationship with these individuals?

10. A person who was a defendant but is no longer a defendant is an individual named Michael Clifford. Does anyone or to their knowledge their family or acquaintances have, or have they had, any affiliation or relationship with this individual?

11. In addition to MidPac and Maui Home Supply other companies that you may hear about are CGBN, Inc. and CG Development, Inc., Pacific Capital Financial Advisors, Ltd. dba Pacific Advisory Group,KSG, LLC., WSpectrum, Gspectum, CGSpectrum, Spectrum and F&J Movers. Does anyone have or have you had any affiliation with any of these entities?

12. Other businesses that are likely to be mentioned in this case are the local bank formerly known as City Bank, along with First Hawaiian Bank and Bank of Hawaii. If you have or have had any affiliation, relationship or transactions with City Bank, First Hawaiian Bank and/or Bank of Hawaii (other than just having accounts there), please raise your hand. Please describe the nature of your relationship.

13. The attorneys in this case are seated in front of you. The attorneys seated closest to you are Whirlpool's attorneys. Timothy Hogan and Wesley Ichida are with the firm of Lynch Ichida Thompson Kim & Hirota and they represent the Plaintiff Whirlpool Corporation. Seated across from Whirlpool's attorneys are attorneys for the Defendants. CIT is represented by Paul Alston, Louise Ing and Thomas Bush of the firm Alston Hunt Floyd & Ing. Next to CIT's attorneys are John Nishimoto and Calvin Young of the firm of Ayabe Chong Nishimoto Sia & Nakamura representing defendant Raymond Iwamoto. If you have any affiliation with any of the attorneys or law firms I have mentioned, please raise your hand. Please describe the nature of your affiliation.

14. Have any of you or has any member of your immediate family ever brought a lawsuit against anyone for damages, other than for divorce? If so, were you satisfied with the outcome? Why (or why not)?

15. Have you, or has any member of your immediate family, ever made a claim against an individual, company, or corporation,

regardless of whether or not a lawyer was employed or a lawsuit was filed? If yes, please raise your hand. Please describe the nature of the claim.

16. Have you or any member of your family ever been involved in a bankruptcy, loan default or loan workout, either personally or through your or their employer? If so, please raise your hand. Would your experience prevent you from being fair in deciding for or against a company that is owed money?

17. Do you or does any member of your immediate family have any business relationship with any manufacturer of household products including Whirlpool? Please describe the nature of your relationship.

DATED: Honolulu, Hawai'i, March 1, 2006.

/s/ Louise K. Y. Ing
PAUL ALSTON
LOUISE K. Y. ING
THOMAS E. BUSH
Attorneys for Defendant/Cross-claimant THE CIT GROUP/BUSINESS CREDIT, INC.

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

SERVED ELECTRONICALLY THROUGH CM/ECF:

TIMOTHY J. HOGAN, ESQ. — tjh@loio.com
**Attorney for Plaintiff** — March 1, 2006

MARGERY S. BRONSTER, ESQ. — mbronster@bchlaw.net, audrey@bchlaw.net
JEANNETTE E. HOLMES CASTAGNETTI, ESQ. — jcastagnetti@bchlaw.net, jennifer@bchlaw.net
**Attorneys for Defendants Edwin Bowling and Frances Haller-Bowling** — March 1, 2006

JOHN S. NISHIMOTO, ESQ. — john.nishimoto@hawadvocate.com
CALVIN E. YOUNG, ESQ. — calvin.young@hawadvocate.com
**Attorneys for Defendant Raymond S. Iwamoto** — March 1, 2006

SERVED BY FIRST CLASS MAIL:

ROBERT E. BADGER, ESQ. — March 2, 2006
Pioneer Plaza, Suite 1680
900 Fort Street Mall
Honolulu, Hawaiʻi 96813
**Attorney for Defendant Kurt Glassman**

ERIC J. GLASSMAN, ESQ. — March 2, 2006
Mennemeier, Glassman & Stroud LLP
980 9th Street, Suite 1700
Sacramento, California 95814
**Attorney for Defendant Kurt Glassman**

RENEE K. COSTA — Address unknown/ Last known address undeliverable
2212 Gateway Drive, Apt. 401
Sacramento, California 95833
**Cross-Claim Defendant**

DATED: Honolulu, Hawaiʻi, March 1, 2006.

/s/ Louise K. Y. Ing
PAUL ALSTON
LOUISE K. Y. ING
THOMAS E. BUSH
Attorneys for Defendant/Cross-claimant THE CIT GROUP/BUSINESS CREDIT, INC.