Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON 1126-0
LOUISE K. Y. ING 2394-0
THOMAS E. BUSH 4737-0
18th Floor, ASB Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: 524-1800
Facsimile: 524-4591
palston@ahfi.com
ling@ahfi.com
tbush@ahfi.com

Attorneys for Defendant/Cross-claimant
THE CIT GROUP/BUSINESS CREDIT, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; EDWIN BOWLING; FRANCES HALLER-BOWLING; RAYMOND IWAMOTO; KURT GLASSMAN; DOE INDIVIDUALS 1-50; DOE PARTNERSHIPS, CORPORATIONS OR OTHER ENTITIES 1-20,<br><br>Defendants,<br><br>and<br><br>F&J MOVERS, and RENEE K. COSTA,<br><br>Additional | Civil No. CV 01 00187 MEA-BMK<br>(Tort and RICO)<br><br>**DEFENDANT/CROSSCLAIMANT THE CIT GROUP/ BUSINESS CREDIT, INC.'S SECOND PROPOSED STATEMENT OF THE CASE;** CERTIFICATE OF SERVICE<br><br>JUDGE: Hon. Marvin E. Aspen<br>TRIAL DATE: Nov. 6, 2006 |

Crossclaim )
Defendants. )
)

**DEFENDANT/CROSSCLAIMANT**
**THE CIT GROUP/BUSINESS CREDIT, INC.'S**
**SECOND PROPOSED STATEMENT OF CASE**

Defendant The CIT Group/Business Credit, Inc. ("CIT"), by and through its attorneys, Alston Hunt Floyd & Ing, hereby submits its proposed Neutral Statement of the Case ("Statement"), pursuant to the Status Conference held with the Court on December 13, 2005. This statement is an adaptation of a proposed neutral case statement prepared by counsel for Edwin Bowling and Frances Haller Bowling.

Counsel for the parties have been discussing and will continue to discuss whether they can agree on a joint case statement. CIT reserves the right to amend this Statement as appropriate.

DATED: Honolulu, Hawaii, March 1, 2006.

/s/ Louise K. Y. Ing
PAUL ALSTON
LOUISE K. Y. ING
THOMAS E. BUSH
Attorneys for Defendant/Cross-claimant THE CIT GROUP/BUSINESS CREDIT, INC.

**CASE STATEMENT**

This is a civil lawsuit.

The Plaintiff is Whirlpool Corporation.

The Defendants are CIT Group/Business Credit, Inc., Kurt Glassman, Edwin Bowling, Frances Haller-Bowling, and Raymond Iwamoto.

Whirlpool Corporation has asserted claims against CIT Group/Business Credit, Inc. for fraud, fraud conspiracy, conversion, and tortious interference with contract.

Whirlpool Corporation has also asserted claims against Raymond Iwamoto for fraud conspiracy and for violation of 18 U.S.C. § 1962(d) of the Racketeer Influenced and Corrupt Organizations Act.

CIT and Raymond Iwamoto deny Whirlpool's claims of wrongdoing asserted against them.

Whether CIT and Mr. Iwamoto are liable to Whirlpool under those claims is being tried in this trial. If liability is found, there will be a trial to determine damages.

There will also be a later trial of CIT's claims against various other parties and of the Bowlings' claims against Kurt Glassman.

CIT has asserted claims against Kurt Glassman for fraud conspiracy, tortious interference with contract, and contribution and indemnity, and against Edwin Bowling and Frances Haller-Bowling for fraud conspiracy and tortious interference with contract.

Edwin Bowling, Frances Haller-Bowling, and Kurt Glassman deny the claims of wrongdoing asserted against them by CIT.

CIT has also asserted claims against additional defendants F&J Movers and Renee K. Costa for fraud conspiracy, indemnity and contribution.

Renee Costa denies the claims of wrongdoing asserted against her by CIT.

Edwin Bowling and Frances Haller-Bowling have asserted claims against Kurt Glassman for contribution and indemnity, and for judgment on the written agreements between them and Kurt Glassman.

Kurt Glassman denies these claims.

**CERTIFICATE OF SERVICE**

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

SERVED ELECTRONICALLY THROUGH CM/ECF:

TIMOTHY J. HOGAN, ESQ. tjh@loio.com
Attorney for Plaintiff March 1, 2006

MARGERY S. BRONSTER, ESQ. mbronster@bchlaw.net, audrey@bchlaw.net

JEANNETTE E. HOLMES CASTAGNETTI, ESQ. jcastagnetti@bchlaw.net, jennifer@bchlaw.net
Attorneys for Defendants
**Edwin Bowling and Frances Haller-Bowling** March 1, 2006

JOHN S. NISHIMOTO, ESQ. john.nishimoto@hawadvocate.com
CALVIN E. YOUNG, ESQ. calvin.young@hawadvocate.com
**Attorneys for Defendant Raymond S. Iwamoto** March 1, 2006

SERVED BY FIRST CLASS MAIL:

ROBERT E. BADGER, ESQ. March 2, 2006
Pioneer Plaza, Suite 1680
900 Fort Street Mall
Honolulu, Hawaii 96813
**Attorney for Defendant Kurt Glassman**

ERIC J. GLASSMAN, ESQ. March 2, 2006
Mennemeier, Glassman & Stroud LLP
980 9th Street, Suite 1700
Sacramento, California 95814
**Attorney for Defendant Kurt Glassman**

RENEE K. COSTA Address unknown/ Last known address undeliverable
2212 Gateway Drive, Apt. 401
Sacramento, California 95833
**Cross-Claim Defendant**

DATED: Honolulu, Hawaii, March 1, 2006.

/s/ Louise K. Y. Ing

PAUL ALSTON
LOUISE K. Y. ING
THOMAS E. BUSH
Attorneys for Defendant/Cross-claimant THE CIT GROUP/BUSINESS CREDIT, INC.