AYABE, CHONG, NISHIMOTO,
SIA & NAKAMURA
A Limited Liability Law Partnership

JOHN S. NISHIMOTO 1820-0
CALVIN E. YOUNG 3278-0
GARY S. MIYAMOTO 3233-0
STEVEN L. GOTO 6041-0
Pauahi Tower, Suite 2500
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 537-6119
Facsimile No. (808) 526-3491
john.nishimoto@hawadvocate.com
calvin.young@hawadvocate.com

Attorneys for Defendant
RAYMOND IWAMOTO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; CGBN, INC., a Hawaii corporation; MICHAEL CLIFFORD; EDWIN BOWLING; FRANCES HALLER-BOWLING; RAYMOND IWAMOTO; KURT GLASSMAN; DOE INDIVIDUALS 1-50; DOE PARTNERSHIPS, CORPORATIONS OR OTHER | CIVIL NO. 01-00187 MEA BMK<br>(Tort and RICO)<br><br>DEFENDANT RAYMOND IWAMOTO'S PROPOSED VOIR DIRE; CERTIFICATE OF SERVICE<br><br>Trial Date: November 6, 2006<br>Judge: Hon. Marvin E. Aspen |

| | |
|---|---|
| ENTITIES 1-20, | ) |
| | ) |
| Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| CG DEVELOPMENT, INC., F&J MOVERS, and RENEE K. COSTA, | ) |
| | ) |
| Additional Cross-Claim Defendants. | ) |

[2001556/284084v2]

DEFENDANT RAYMOND IWAMOTO'S
PROPOSED VOIR DIRE

Comes now, Defendant Raymond Iwamoto, by and through his attorneys, Ayabe, Chong, Nishimoto, Sia & Nakamura, and hereby submits his proposed Voir Dire as follows.

1. Do any of you have family members or friends who are lawyers?

2. Do any of you work at a law office?

3. Do any of you have contact with lawyers because of your employment?

4. Have any of you retained the services of a lawyer?

a. What was the reason for retaining the services of a lawyer?

b. Were you happy or unhappy with the legal services provided to you by your lawyer?

c. Have any of you registered a complaint about a lawyer?

5. Have any of you had a negative or bad experience in dealing with a lawyer?

6. Do any of you have interests in reading books about lawyers?

7. Have you read any of the following books: Burden of Proof, The Client, or The Firm?

8. What are the names of some of the books which you have read?

9. Have you watched movies about lawyers?

10. Have any of you ever been involved in any kind of litigation?

11. Have any of you been sued?

12. Have any of you brought a lawsuit against another person?

13. Have any of you ever testified before?

14. Have any of you appeared in court either as a party or as a witness?

15. Do any of you have strong feelings, positive or negative, about our legal system?

16. Do any of you have any hesitancy about hiring a lawyer?

17. A number of witnesses will be called to testify in this case. (Please read the witness list to the prospective jurors.)

18. Would any of you decide this case on the basis that one party has called more witnesses than another? Does anyone not understand that you must decide this case on the basis of all the evidence presented, no matter who presents it?

19. Do all of you agree to listen to all of the testimony and make your decision at the conclusion of the evidence without considering which party called the most witnesses?

20. Expert witnesses will testify in this case. Does each of you understand that you have the right to accept or reject their respective opinion testimony?

21. Some evidence presented in this case may be presented by reading the transcript of the testimony of witnesses whose statements were taken prior to trial and not available to appear at trial. Do any of you

have any problem with giving that testimony the same consideration as the testimony of witnesses who appear in person to testify?

22. Do any of you have any prior jury experience?

a. When did you serve on the jury?

b. Did you serve as the foreperson on the jury?

c. What type of case?

d. What was the decision rendered in that case?

23. If you were a defendant in this case, would you want a person with your same background, experience, knowledge, philosophy, and outlook in life sitting as a juror to decide this case?

24. Have any of you read or heard anything about his case?

a. Is anyone here familiar with the closure of Mid Pac Lumber Co.?

b. Is anyone here familiar with the bankruptcy proceedings involving Mid Pac Lumber Co.?

25. Are there any reasons why any of you cannot be fair and impartial?

26. Do you understand that you must keep an open mind until all the evidence has been presented before you begin your deliberation?

27. Do you agree to follow the instructions of the Court?

28. Have any of you held interest in a corporation?

29. Do you understand that the Plaintiff has the burden of proving each and every element of any claim that it asserts before you may return a verdict in favor of the Plaintiff as to that asserted claim?

30. Would any of you hesitate to return a verdict for a Defendant on a claim if the Plaintiff fails to prove each and every element of that claim asserted against that defendant?

31. Do any of you feel at this time that since a lawsuit has been filed against Raymond Iwamoto, that Mr. Iwamoto must have done something wrong?

DATED: Honolulu, Hawaii, March 1, 2006 .

/s/ Calvin E. Young
JOHN S. NISHIMOTO
CALVIN E. YOUNG
GARY S. MIYAMOTO
STEVEN L. GOTO
Attorneys for Defendant
RAYMOND IWAMOTO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; CGBN, INC., a Hawaii corporation; MICHAEL CLIFFORD; EDWIN BOWLING; FRANCES HALLER-BOWLING; RAYMOND IWAMOTO; KURT GLASSMAN; DOE INDIVIDUALS 1-50; DOE PARTNERSHIPS, CORPORATIONS OR OTHER ENTITIES 1-20,<br><br>Defendants,<br><br>and<br><br>CG DEVELOPMENT, INC., F&J MOVERS, and RENEE K. COSTA,<br><br>Additional Cross-Claim Defendants. | CIVIL NO. 01-00187 MEA BMK (Tort and RICO)<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was duly served on the following parties listed below, in the manner described thereto, at their last known addresses on March 1, 2006.

| | U.S. Mail | Hand Delivery |
|---|---|---|
| TIMOTHY J. HOGAN, ESQ.<br>Lynch Ichida Thompson Kim & Hirota<br>1132 Bishop Street, Suite 1405<br>Honolulu, Hawaii 96813<br>Attorney for Plaintiff<br>WHIRLPOOL CORPORATION | XX | |
| PAUL ALSTON, ESQ.<br>LOUISE K.Y. ING, ESQ.<br>Alston Hunt Floyd & Ing<br>1001 Bishop Street<br>Pacific Tower, 18th Floor<br>Honolulu, Hawaii 96813<br>Attorneys for Defendant<br>CIT GROUP/BUSINESS CREDIT, INC. | XX | |

DATED: Honolulu, Hawaii, March 1, 2006.

/s/ Calvin E. Young
JOHN S. NISHIMOTO
CALVIN E. YOUNG
GARY S. MIYAMOTO
STEVEN L. GOTO
Attorneys for Defendant
RAYMOND IWAMOTO