AYABE, CHONG, NISHIMOTO,
SIA & NAKAMURA
A Limited Liability Law Partnership

JOHN S. NISHIMOTO 1820-0
CALVIN E. YOUNG 3278-0
GARY S. MIYAMOTO 3233-0
STEVEN L. GOTO 6041-0
Pauahi Tower, Suite 2500
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 537-6119
Facsimile No. (808) 526-3491
john.nishimoto@hawadvocate.com
calvin.young@hawadvocate.com

Attorneys for Defendant
RAYMOND IWAMOTO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; CGBN, INC., a Hawaii corporation; MICHAEL CLIFFORD; EDWIN BOWLING; FRANCES HALLER-BOWLING; RAYMOND IWAMOTO; KURT GLASSMAN; DOE INDIVIDUALS 1-50; DOE PARTNERSHIPS, CORPORATIONS OR OTHER | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL NO. 01-00187 MEA BMK<br>(Tort and RICO)<br><br>DEFENDANT RAYMOND IWAMOTO'S NEUTRAL STATEMENT OF CASE; CERTIFICATE OF SERVICE<br><br>Trial Date: November 6, 2006<br>Judge: Hon. Marvin E. Aspen |

ENTITIES 1-20, )
)
Defendants, )
)
and )
)
CG DEVELOPMENT, INC., F&J MOVERS, and RENEE K. COSTA, )
)
Additional Cross-Claim Defendants. )

[2001556/284043v2]

DEFENDANT RAYMOND IWAMOTO'S
NEUTRAL STATEMENT OF CASE

Comes now, Defendant Raymond Iwamoto, by and through his attorneys, Ayabe, Chong, Nishimoto, Sia & Nakamura, and hereby submits his proposed Neutral Statement of the Case as follows.

This is a civil lawsuit.

The Plaintiff is Whirlpool Corporation.

The Defendants are CIT Group/Business Credit, Inc. and Raymond Iwamoto.

Whirlpool sold household appliances to MidPac Lumber Co. and its sister company Maui Home Supply. CIT Group is an asset based lender which loaned money to MidPac Lumber Co. Raymond Iwamoto is a Hawaii attorney who provided legal services to MidPac Lumber Co.

Whirlpool Corporation sold appliances to MidPac Lumber Co., but was not fully paid for those products before MidPac Lumber Co. was forced into bankruptcy.

Whirlpool Corporation contends that CIT Group improperly took money from MidPac Lumber Co. and Maui Home Supply that should have been given to Whirlpool Corporation to pay for the appliances it had sold.

Whirlpool Corporation claims that the owners of MidPac Lumber Co., including Kurt Glassman, defrauded Whirlpool Corporation by ordering appliances that they knew would never be paid for. Whirlpool Corporation claims that Kurt Glassman's conduct was a violation of the Racketeer Influenced and Corrupt Organizations Act, commonly referred to as "RICO".

Whirlpool Corporation claims that Raymond Iwamoto participated in or facilitated Mr. Glassman's fraud on Whirlpool Corporation.

All defendants deny the allegations of wrongdoing being asserted in this case.

DATED: Honolulu, Hawaii, March 1, 2006.

/s/ Calvin E. Young
JOHN S. NISHIMOTO
CALVIN E. YOUNG
GARY S. MIYAMOTO
STEVEN L. GOTO
Attorneys for Defendant
RAYMOND IWAMOTO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; CGBN, INC., a Hawaii corporation; MICHAEL CLIFFORD; EDWIN BOWLING; FRANCES HALLER-BOWLING; RAYMOND IWAMOTO; KURT GLASSMAN; DOE INDIVIDUALS 1-50; DOE PARTNERSHIPS, CORPORATIONS OR OTHER ENTITIES 1-20,<br><br>Defendants,<br><br>and<br><br>CG DEVELOPMENT, INC., F&J MOVERS, and RENEE K. COSTA,<br><br>Additional Cross-Claim Defendants. | CIVIL NO. 01-00187 MEA BMK<br>(Tort and RICO)<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was duly served on the following parties listed below, in the manner described thereto, at their last known addresses on March 1, 2006.

| | U.S. Mail | Hand Delivery |
| --- | --- | --- |
| TIMOTHY J. HOGAN, ESQ.<br>Lynch Ichida Thompson Kim & Hirota<br>1132 Bishop Street, Suite 1405<br>Honolulu, Hawaii 96813<br>Attorney for Plaintiff<br>WHIRLPOOL CORPORATION | XX | |
| PAUL ALSTON, ESQ.<br>LOUISE K.Y. ING, ESQ.<br>Alston Hunt Floyd & Ing<br>1001 Bishop Street<br>Pacific Tower, 18th Floor<br>Honolulu, Hawaii 96813<br>Attorneys for Defendant<br>CIT GROUP/BUSINESS CREDIT, INC. | XX | |

DATED: Honolulu, Hawaii, March 1, 2006.

/s/ Calvin E. Young
JOHN S. NISHIMOTO
CALVIN E. YOUNG
GARY S. MIYAMOTO
STEVEN L. GOTO
Attorneys for Defendant
RAYMOND IWAMOTO