AYABE, CHONG, NISHIMOTO,
SIA & NAKAMURA
A Limited Liability Law Partnership

JOHN S. NISHIMOTO 1820-0
CALVIN E. YOUNG 3278-0
GARY S. MIYAMOTO 3233-0
STEVEN L. GOTO 6041-0
Pauahi Tower, Suite 2500
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 537-6119
Facsimile No. (808) 526-3491
john.nishimoto@hawadvocate.com
calvin.young@hawadvocate.com

Attorneys for Defendant
RAYMOND IWAMOTO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; CGBN, INC., a Hawaii corporation; MICHAEL CLIFFORD; EDWIN BOWLING; FRANCES HALLER-BOWLING; RAYMOND IWAMOTO; KURT GLASSMAN; DOE INDIVIDUALS 1-50; DOE PARTNERSHIPS, CORPORATIONS OR OTHER | CIVIL NO. 01-00187 MEA BMK<br>(Tort and RICO)<br><br>DEFENDANT RAYMOND IWAMOTO'S TRIAL WITNESS LIST; CERTIFICATE OF SERVICE<br><br>Trial Date: November 6, 2006<br>Judge: Hon. Marvin E. Aspen |

ENTITIES 1-20, )
)
Defendants, )
)
and )
)
CG DEVELOPMENT, INC., F&J )
MOVERS, and RENEE K. COSTA, )
)
Additional Cross-Claim )
Defendants. )

[2001556/288863]

DEFENDANT RAYMOND IWAMOTO'S
TRIAL WITNESS LIST

Comes now, Defendant Raymond Iwamoto, by and through his attorneys, Ayabe, Chong, Nishimoto, Sia & Nakamura, and hereby submits his trial witness list.

1. Alex Holton. Mr. Holton's testimony is expected to cover his activities as Whirlpool's person responsible for contract sales in Hawaii and his handling of the accounts for Midpac Lumber Co., Ltd. ("Midpac") and Maui Home Supply ("MHS"). Anticipated direct examination of 60 minutes.

2. Joe Higgins. Mr. Higgins testimony is expected to cover his activities as Whirlpool's person responsible for retail sales in Hawaii and his handling of the accounts for Midpac and MHS. Anticipated direct examination of 30 minutes.

3. Ernest Matlock. Mr. Matlock's testimony is expected to cover his activities as an internal financial analyst for Whirlpool and the decisions he made in that capacity that affected Whirlpool's business relationship with Midpac and MHS. Anticipated direct examination of 90 minutes.

4. Donna Martin. Ms. Martin's testimony is expected to cover her activities as a representative of Whirlpool's credit department dealing with Midpac and MHS. Anticipated direct examination of 60 minutes.

5. Carl Smith. Mr. Smith's testimony is expected to cover his activities as Whirlpool's national manager of trade partner financial services and the credit decisions he made that affected Midpac and MHS. Anticipated direct examination of 2 hours.

6. Raymond Iwamoto. Mr. Iwamoto's testimony is expected to cover his activities as outside counsel for Midpac. Anticipated direct examination of 1 hour.

7. Paul Mancini. Mr. Mancini's testimony is expected to cover his activities as counsel for the Bowlings. Anticipated direct examination of 30 minutes.

8. Randall Kai. Mr. Kai's testimony is expected to cover his role as financial manager for Goodsill Anderson Quinn & Stifel. Anticipated direct examination of 15 minutes.

DATED: Honolulu, Hawaii, March 15, 2006.

/s/ Gary S. Miyamoto
JOHN S. NISHIMOTO
CALVIN E. YOUNG
GARY S. MIYAMOTO
STEVEN L. GOTO
Attorneys for Defendant
RAYMOND IWAMOTO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; CGBN, INC., a Hawaii corporation; MICHAEL CLIFFORD; EDWIN BOWLING; FRANCES HALLER-BOWLING; RAYMOND IWAMOTO; KURT GLASSMAN; DOE INDIVIDUALS 1-50; DOE PARTNERSHIPS, CORPORATIONS OR OTHER ENTITIES 1-20,<br><br>Defendants,<br><br>and<br><br>CG DEVELOPMENT, INC., F&J MOVERS, and RENEE K. COSTA,<br><br>Additional Cross-Claim Defendants. | CIVIL NO. 01-00187 DAE BMK<br>(Tort and RICO)<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was duly served on the following parties listed below, in the manner described thereto, at their last known addresses on March 15, 2006.

| | U.S. Mail | Hand Delivery |
|---|---|---|
| TIMOTHY J. HOGAN, ESQ.<br>Lynch Ichida Thompson Kim & Hirota<br>1132 Bishop Street, Suite 1405<br>Honolulu, Hawaii 96813<br>Attorney for Plaintiff<br>WHIRLPOOL CORPORATION | XX | |
| PAUL ALSTON, ESQ.<br>LOUISE K.Y. ING, ESQ.<br>Alston Hunt Floyd & Ing<br>1001 Bishop Street<br>Pacific Tower, 18th Floor<br>Honolulu, Hawaii 96813<br>Attorneys for Defendant<br>CIT GROUP/BUSINESS CREDIT, INC. | XX | |

DATED: Honolulu, Hawaii, March 15, 2006.

/s/ Gary S. Miyamoto
JOHN S. NISHIMOTO
CALVIN E. YOUNG
GARY S. MIYAMOTO
STEVEN L. GOTO
Attorneys for Defendant
RAYMOND IWAMOTO