AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Hawaii*

**WHIRLPOOL CORP.,** v. **CIT GROUP/BUSINESS CREDIT, INC.,**
**a Delaware corporation** **a New York corporation, et al.**

DEFENDANT **RAYMOND IWAMOTO'S**
EXHIBIT AND WITNESS LIST

CASE NUMBER:01-00187 MEA BMK

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEYS: |
|---|---|---|
| Honorable Marvin E. Aspen | Timothy J. Hogan, Esq. | **DEFENDANT AND THIRD-PARTY PLAINTIFF CIT GROUP/BUSINESS CREDIT, INC'S ATTORNEYS:**<br>Paul Alston, Esq.<br>Louise K.Y. Ing, Esq.<br><br>**DEFENDANT RAYMOND IWAMOTO'S ATTORNEYS:**<br>John S. Nishimoto, Esq.<br>Calvin E. Young, Esq.<br>Gary S. Miyamoto, Esq. |
| TRIAL DATE(S)<br>November 6, 2006 | COURT REPORTER | COURTROOM DEPUTY<br>Leslie Sai |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | I-1 | | | | Associate Contract Distributor Major Appliances Sales Agreement by and between Whirlpool Corporation and MidPac Lumber Co., Ltd., dated February 5, 1997 |
| | I-2 | | | | Memorandum by Ernest Matlock regarding financial analysis for fiscal year ending December 31, 1997 |
| | I-3 | | | | Memorandum by Ernest Matlock regarding financial analysis for 12 month period ending December 31, 1997, 12 month period ending December 31, 1998 and 4 month period ending April 30, 1999 |
| | I-4 | | | | Memorandum by Ernest Matlock regarding financial analysis for 3 month period ending June 30, 1998 and 6 month period ending September 30, 1998 |
| | I-5 | | | | Memorandum by Ernest Matlock regarding financial analysis for 3 month period ending June 30, 1998, 6 month period ending September 30, 1998 and 11 month period ending May 31, 1999 |
| | I-6 | | | | Executed Agreement for the Purchase and Sale of Stock of CG Acquisitions, Inc. dated January 1, 1998 by and between Frances H. Bowling Trust, as Seller, and Kurt S. Glassman, as Buyer. |

AO 187A (Rev. 7/87)

# EXHIBIT LIST - CONTINUATION

| **WHIRLPOOL CORPORATION a Delaware Corporation vs. CIT GROUP/BUSINESS CREDIT, INC., a New York Corporation; CGBN Inc., a Hawaii Corporation; MICHAEL CLIFFORD; EDWIN BOWLING; FRANCES HALLER-BOWLING; RAYMOND IWAMOTO; KURT GLASSMAN; et al.** | CASE NO. 01-00187 MEA BMK |
|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | I-7 | | | | Executed Agreement for the Purchase and Sale of Stock of CG Investments, Inc. dated January 1, 1998 by and between Frances H. Bowling Trust, as Seller, and Kurt S. Glassman, as Buyer. |
| | I-8 | | | | Note for $189,000 payable to Frances Bowling and signed by Kurt Glassman dated January 1, 1998 |
| | I-9 | | | | Note for $252,000 payable to Frances Bowling and signed by Kurt Glassman dated January 1, 1998 |
| | I-10 | | | | Confidentiality and Non-Compete Agreement dated January 1, 1998 between CG Acquisitions, Inc. CG Development, Inc. CG Investments, Inc. and CGBN, Inc. and Edwin Bowling |
| | I-11 | | | | Executed Agreement for the Purchase and Sale of Stock of CGBN, Inc., by and between Frances H. Bowling Trust, as seller, and Kurt S. Glassman, as buyer, dated February 25, 1998 |
| | I-12 | | | | Fax Transmission from Joyce Takitani of Mancini, Rowland & Welch to Mr. Ed Bowling dated September 4, 1998 with drafts of: (1) Note in the amount of $189,000 between Kurt S. Glassman and Susan Glassman, as Maker, and Francis Bowling, as Holder, and guaranteed by CG Acquisitions, Inc., CG Development, Inc., CG Investments, Inc., and CGBN, Inc.; (2) Note in the amount of $252,000 between Kurt S. Glassman and Susan Glassman as Maker, and Francis Bowling, as Holder, and guaranteed by CG Acquisitions, Inc., CG Development, Inc., CG $36,000 between CG Acquisitions, Inc., CG Development, Inc., CG Investments, Inc., and CGBN, Inc., as Maker, and Francis Bowling and Edward Bowling, as Holder |
| | I-13 | | | | Executed Written Consent of Stockholders of CGBN, Inc. re: (1) acceptance of Edwin C. Bowling's resignation as President and Director effective January 2, 1999; and (2) appointment of Kurt S. Glassman, Michael P. Clifford, and Raymond S. Iwamoto as Directors |
| | I-14 | | | | Correspondence from Ernest S. Matlock of Whirlpool Corporation to Ed Bowling of Maui Home Supply dated February 22, 1999 |

AO 187A (Rev. 7/87)

## EXHIBIT LIST - CONTINUATION

| | |
|---|---|
| **WHIRLPOOL CORPORATION a Delaware Corporation vs. CIT GROUP/BUSINESS CREDIT, INC., a New York Corporation; CGBN Inc., a Hawaii Corporation; MICHAEL CLIFFORD; EDWIN BOWLING; FRANCES HALLER-BOWLING; RAYMOND IWAMOTO; KURT GLASSMAN; et al.** | CASE NO.<br>01-00187 MEA BMK |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | I-15 | | | | Marketing Order Processing System entries dated March 9, 1999 to April 15, 1999 |
| | I-16 | | | | Marketing Order Processing System entries dated March 26, 1999 to July 8, 1999 |
| | I-17 | | | | Facsimile Transmittal Letter from Raymond S. Iwamoto, Esq., to Kurt S. Glassman dated June 24, 1999 with enclosed memo from Mr. Iwamoto to Mr. Glassman dated June 24, 1999 re Restructuring of Directors |
| | I-18 | | | | Letter from Raymond S. Iwamoto, Esq., to Gary D. Samson, Esq., dated June 28, 1999 |
| | I-19 | | | | Facsimile Transmittal Letter from Raymond S. Iwamoto, Esq., to Grace K. Bowen, Esq., and Kurt S. Glassman dated July 7, 1999 re: "CIT/Forbearance Agreement" that enclosed (1) letter dated July 7, 1999 to Grace Bowen, Esq., from Raymond S. Iwamoto, Esq., and (2) Forbearance Agreement. |
| | I-20 | | | | Facsimile Transmittal Letter from Raymond S. Iwamoto, Esq., to Kate Crane, Esq., dated July 16, 1999 with enclosed facsimile and correspondence from Gary Samson to Raymond S. Iwamoto, Esq., dated July 12, 1999 |
| | I-21 | | | | Facsimile Transmittal Letter from Raymond S. Iwamoto, Esq., to Grace K. Bowen, Esq., and Ted Phelps dated July 22, 1999 re "Forbearance Agreement" with enclosed e-mail dated July 21, 1999 and July 22, 1999 between Gary Samson and Raymond S. Iwamoto, Esq. |
| | I-22 | | | | Fax from Mickie Nakawatase of Whirlpool Corporation to Ernie Matlock dated September 22, 1999 transmitting: (1) undated Major Appliances Associate Contract distributor and Retail Dealer Sales Agreement signed by Alex Holton of Whirlpool Corporation (Contract Division), Joe Higgins of Whirlpool Corporation (Retail Division), and Kurt Glassman of Maui Home Supply; (2) undated Major Appliances Associate Contract distributor and [CONTINUED ON NEXT PAGE] |

AO 187A (Rev. 7/87)

**EXHIBIT LIST - CONTINUATION**

| **WHIRLPOOL CORPORATION a Delaware Corporation vs. CIT GROUP/BUSINESS CREDIT, INC., a New York Corporation; CGBN Inc., a Hawaii Corporation; MICHAEL CLIFFORD; EDWIN BOWLING; FRANCES HALLER-BOWLING; RAYMOND IWAMOTO; KURT GLASSMAN; et al.** | CASE NO.<br>01-00187 MEA BMK |
|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | [CONTINUED FROM PRIOR PAGE] Retail Dealer Sales Agreement signed by Alex Holton of Whirlpool Corporation (Contract Division), Joe Higgins of Whirlpool Corporation (Retail Division), and Kurt Glassman of MidPac Lumber Company, Ltd.; (3) undated Major Appliances Associate Contract distributor and Retail Dealer Sales Agreement signed by Alex Holton of Whirlpool Corporation (Contract Division), Joe Higgins of Whirlpool Corporation (Retail Division), and Jerry A. McLeod of McLeod Enterprises, Inc.; (4) Major Appliances Retail Dealer Sales Agreement dated November 14, 1996 signed by Wayne Miyake, as Account Manager of Whirlpool Corporation, and ed Bowling of Maui Home Supply |
| | I-23 | | | | Notice of Resignation executed by Raymond Iwamoto re resignation as Vice President and Director of MidPac Lumber, Inc. effective October 22, 1999. |
| | I-24 | | | | Executed Written Consent of the Board of Directors of MidPac Lumber Co., Ltd. in Lieu of Meeting dated October 22, 1999 with Corporate Resolutions of MidPac Lumber Co., Ltd. accepting Raymond Iwamoto's resignation [effective October 22, 1999 at midnight] attached as Exhibit A |
| | I-25 | | | | Typewritten memo by Carl Smith dated November 17, 1999 |
| | I-26 | | | | Executed Unanimous Written Consent of the Board of Directors of CGBN, Inc. in Lieu of Meeting re: (1) executing a mortgage with City Bank; and (2) appointment of Raymond Iwamoto as Vice President to execute and deliver documents on behalf of CBGN, Inc. effective December 27, 1999 |
| | I-27 | | | | Letter from Raymond S. Iwamoto, Esq. to Kurt S. Glassman and Michael P. Clifford dated January 7, 2000 in which Iwamoto resigns as officer of CG Investments. |

AO 187A (Rev. 7/87)

# EXHIBIT LIST - CONTINUATION

| **WHIRLPOOL CORPORATION a Delaware Corporation vs. CIT GROUP/BUSINESS CREDIT, INC., a New York Corporation; CGBN Inc., a Hawaii Corporation; MICHAEL CLIFFORD; EDWIN BOWLING; FRANCES HALLER-BOWLING; RAYMOND IWAMOTO; KURT GLASSMAN; et al.** | CASE NO.<br>01-00187 MEA BMK |
|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | I-28 | | | | Executed Written Consent of the Board of Directors of CG Development, Inc. dated November 15, 2001 re appointment of Raymond Iwamoto as Vice President and (1) authorizing him to execute the Lease Modification Agreement between CG Development and Kamaaina Truss and Panel, Inc. and Blue Water Development, Inc.; and (2) limiting his power to execute documents as directed by the Board of Directors. |
| | I-29 | | | | Resignation signed by Edwin C. Bowling as Vice President and Director of CG Spectrum, Inc. effective January 1, 1999. |
| | I-30 | | | | Resignation signed by Edwin C. Bowling as Vice President and Director of CG Development, Inc. effective January 1, 1999 |
| | I-31 | | | | Resignation signed by Edwin C. Bowling as President and Director of CGBN, Inc. effective January 2, 1999 |
| | I-32 | | | | Resignation signed by Edwin C. Bowling as Vice President and Director of CG Acquisitions, Inc. effective January 20, 1999 |
| | I-33 | | | | Undated memorandum by Janet W. Rowan regarding "Midpac/Maui Home" |
| | I-34 | | | | Memorandum from Whirlpool Corporation re "Archived Comments" re: Maui Home Supply/Retail from May 7, 1999 to February 1, 2001 |
| | I-35 | | | | Memorandum from Whirlpool Corporation re "Archived Comments" re: MidPac Lumber Co. Ltd. from May 7, 1999 to February 1, 2001 |
| | I-36 | | | | Whirlpool Corporation's Daily Aging Account re "Midpac" |
| | I-37 | | | | Whirlpool Corporation's Daily Aging Account re "Maui" |
| | I-38 | | | | Deposition of Raymond Iwamoto |
| | I-39 | | | | Deposition of Edwin Bowling |

AO 187A (Rev. 7/87)

**EXHIBIT LIST - CONTINUATION**

| **WHIRLPOOL CORPORATION a Delaware Corporation vs. CIT GROUP/BUSINESS CREDIT, INC., a New York Corporation; CGBN Inc., a Hawaii Corporation; MICHAEL CLIFFORD; EDWIN BOWLING; FRANCES HALLER-BOWLING; RAYMOND IWAMOTO; KURT GLASSMAN; et al.** | CASE NO. 01-00187 MEA BMK |
|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | I-40 | | | | Deposition of Frances Haller-Bowling |
| | I-41 | | | | Deposition of Paul Mancini |
| | I-42 | | | | 30(b)(6) Deposition of Joe Higgins |
| | I-43 | | | | Deposition of Joe Higgins |
| | I-44 | | | | Deposition of Carl Smith (Vol. 1) |
| | I-45 | | | | Deposition of Carl Smith (Vol. II) |
| | I-46 | | | | 30(b)(6) Deposition of Carl Smith |
| | I-47 | | | | Deposition of Ernest Matlock (Vol. I) |
| | I-48 | | | | Deposition of Ernest Matlock (Vol. II) |
| | I-49 | | | | 30(b)(6) Deposition of Ernest Matlock |
| | I-50 | | | | Deposition of Donna Lynn Martin |
| | I-51 | | | | 30(b)(6) Deposition of Alex Holton |
| | I-52 | | | | Plaintiff Whirlpool Corporation's Response to the CIT Group/Business Credit, Inc.'s First request for Answers to Interrogatories Propounded Upon Plaintiff Whirlpool Corporation |
| | I-53 | | | | Defendant Raymond Iwamoto's Response to Plaintiff Whirlpool Corporation's First Request for Answers to Interrogatories |
| | I-54 | | | | Billing statements from Goodsill Anderson Quinn & Stifel |
| | I-55 | | | | Notice of Claim filed by Goodsill Anderson Quinn & Stifel re claim for attorney's fees/costs |