Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON 1126-0
LOUISE K. Y. ING 2394-0
THOMAS E. BUSH 4737-0
18th Floor, ASB Tower
1001 Bishop Street
Honolulu, Hawai'i 96813
Telephone: 524-1800
Facsimile: 524-4591
palston@ahfi.com
ling@ahfi.com
tbush@ahfi.com

Attorneys for Defendant/Cross-claimant
THE CIT GROUP/BUSINESS CREDIT, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; EDWIN BOWLING; FRANCES HALLER-BOWLING; RAYMOND IWAMOTO; KURT GLASSMAN; DOE INDIVIDUALS 1-50; DOE PARTNERSHIPS, CORPORATIONS OR OTHER ENTITIES 1-20,<br><br>Defendants,<br><br>and<br><br>F&J MOVERS, and RENEE K. COSTA,<br><br>Additional Crossclaim Defendants. | Civil No. CV 01 00187 MEA-BMK (Tort and RICO)<br><br>**DEFENDANT/CROSS-CLAIMANT THE CIT GROUP/BUSINESS CREDIT, INC.'S WITNESS LIST;**<br>CERTIFICATE OF SERVICE<br><br>JUDGE: Hon. Marvin E. Aspen<br><br>TRIAL: November 6, 2006 |

**DEFENDANT/CROSS-CLAIMANT THE CIT GROUP/BUSINESS CREDIT, INC.'S WITNESS LIST**

Defendant/Cross-claimant The CIT Group/Business Credit, Inc. submits the following witness list.

| | **Witness** | **Substance of anticipated testimony** |
|---|---|---|
| W[1] | Kurt Glassman | Defendant/Counterclaim defendant Mr. Glassman was a principal of Maui Home Supply (MHS) and MidPac Lumber and has personal knowledge of their affairs, the history of MidPac's loan with CIT, and transfers of MidPac funds to himself and other insiders |
| W | Frances Haller Bowling, Esq.<br>c/o Margery Bronster, Esq.<br>2300 Pauahi Tower<br>1001 Bishop Street<br>Honolulu, HI 96813<br>Ph. (808) 524-5644 | Counterclaim defendant Mrs. Haller Bowling, spouse of Edwin Bowling, has information about her receipt of funds from MidPac Lumber and her efforts to document those receipts after the fact as purported stock purchase agreements |
| W | Edwin Bowling<br>c/o Margery Bronster, Esq. | Defendant/Counterclaim defendant Mr. Bowling was a principal of Maui Home Supply (MHS) and MidPac Lumber and has personal knowledge of their affairs, the history of MidPac's loan with CIT, and transfers of MidPac funds to himself, his wife and other insiders |
| W | Michael Clifford | same information as Whirlpool |
| W | Raymond Iwamoto<br>c/o Calvin Young, Esq. | Defendant Mr. Iwamoto represented MHS, MidPac and other affiliates and has knowledge of MHS and MidPac's affairs and their dealings with CIT |

[1] "W" indicates the witness was also identified by Whirlpool. Unless otherwise indicated, CIT incorporates the address information in Whirlpool's witness list

| | | |
|---|---|---|
| W | Robert Brichacek<br>83 Wooster Heights, 5th Fl.<br>Lee Farm Corporate Park<br>Danbury CT 06810 | Mr. Brichacek is a former CIT employee with knowledge of the CIT loan, and CIT's dealings with MHS and MidPac, their principals, MidPac consultant Ted Phelps and MidPac/MHS/CIT inventory control contractor Collateral Risk Management |
| W | Imbum Hyeon<br>1058 Avenida Loma Vista<br>San Dimas, CA 91773<br>(last known address) | Mr. Hyeon is a former CIT employee with knowledge of the CIT loan, and CIT's dealings with MHS and MidPac, their principals, MidPac consultant Ted Phelps and MidPac/MHS/CIT inventory control contractor Collateral Risk Management |
| W | Thomas A. Hayes<br>c/o Alston Hunt Floyd & Ing<br>18th Floor, ASB Tower<br>1001 Bishop Street<br>Honolulu, HI 96813<br>Ph. (808) 524-1800 | Mr. Hayes is a former CIT employee with knowledge of the CIT loan, and CIT's dealings with MHS and MidPac, their principals, MidPac consultant Ted Phelps |
| W | Felix Lampa<br>c/o Alston Hunt Floyd & Ing<br>18th Floor, ASB Tower<br>1001 Bishop Street<br>Honolulu, HI 96813<br>Ph. (808) 524-1800 | Mr. Lampa is a former employee of CIT and has personal knowledge of a field examination he conducted of MidPac collateral in June/July 1999 |
| W | Greg Powell<br>c/o Alston Hunt Floyd & Ing<br>18th Floor, ASB Tower<br>1001 Bishop Street<br>Honolulu, HI 96813<br>Ph. (808) 524-1800 | Mr. Powell is a former employee of CIT and has personal knowledge of a field examination he conducted in June 1999 |
| W | Paul Dybczak<br>c/o Alston Hunt Floyd & Ing<br>18th Floor, ASB Tower<br>1001 Bishop Street<br>Honolulu, HI 96813<br>Ph. (808) 524-1800 | Mr. Dybczak is a former CIT employee and has personal knowledge of a field examination he conducted in March 1999 |

| | | |
|---|---|---|
| W | Kelley Thatcher<br>c/o Alston Hunt Floyd & Ing<br>18th Floor, ASB Tower<br>1001 Bishop Street<br>Honolulu, HI 96813<br>Ph. (808) 524-1800 | Ms. Thatcher is a former CIT employee (senior paralegal) who has knowledge of CIT's loan and security interest documentation and lien searches conducted on MHS and related entities in March 1999 |
| W | Renee Costa<br>21 Crossley Ct<br>Sacramento, CA<br>95833-3784 | Counterclaim Defendant Renee Costa was an associate of Kurt Glassman's and purported president of Spectrum entities. She has knowledge of false invoices issued by MidPac to Spectrum entities. |
| W | Myrtle Castillo<br>345 B Olomana Street<br>Kailua, HI 96732<br>Ph. (808) 262-0592 | Ms. Castillo is a former MHS employee with knowledge of accounting for and reporting on sales at MHS, including reports rendered to Mr. Phelps at MidPac. |
| W | Al Giansiracusa | Mr. Giansiracusa is a former MHS employee with knowledge of appliance sales at MHS and Whirlpool's dealings with MHS and MidPac |
| W | Harris Fujita | Mr. Fujita is Whirlpool's former account executive for contract sales in Hawai`i with knowledge Whirlpool's dealings with MidPac and MHS, and visits to and observations of their facilities |
| W | Carl Smith | Mr. Smith is a Whirlpool credit manager with knowledge of Whirlpool's dealings with MidPac and MHS, as well as Whirlpool's credit and collection practices generally and with respect to MidPac and MHS |
| W | Ernest Matlock | Mr. Matlock is a Whirlpool credit analyst with knowledge of Whirlpool's dealings with MidPac and MHS, as well as Whirlpool's credit and collection practices generally and with respect to MidPac and MHS |

| | | |
|---|---|---|
| W | Donna Martin<br>c/o Timothy Hogan, Esq.<br>1132 Bishop Street, Suite 1405<br>Honolulu, HI 96813 | Ms. Martin is a former Whirlpool collection representative with knowledge of Whirlpool's dealings with MidPac and MHS, as well as Whirlpool's credit and collection practices generally and with respect to MidPac and MHS |
| W | Joe Higgins | Mr. Higgins is a Whirlpool Western Regional sales manager in West Coast sales with knowledge of Whirlpool's dealings with MidPac and MHS and their principals, as well as Whirlpool sales division's practices and policies |
| W | Alexander Holton | Mr. Holton is a Whirlpool employee in West Coast Contract sales with knowledge of Whirlpool's dealings with MidPac and MHS and the Whirlpool sales division's practices and policies |
| W | Irwin Teich<br>c/o Alston Hunt Floyd & Ing<br>18th Floor, ASB Tower<br>1001 Bishop Street<br>Honolulu, HI 96813<br>Ph. (808) 524-1800 | CIT's expert witness in the area of asset based lending. Expected to testify about industry practices in the asset based lending field. |
| W | Thomas E. Hayes<br>c/o Alston Hunt Floyd & Ing<br>18th Floor, ASB Tower<br>1001 Bishop Street<br>Honolulu, HI 96813<br>Ph. (808) 524-1800 | Expert witness in the area of forensic accounting and financial document analysis. Expected to testify about his analysis of MHS and MidPac's transactions with their principals, affiliates, related entities and Whirlpool and to respond to opinions proffered by Whirlpool's expert T. Ueno |
| W | Custodian of records of American Savings Bank<br>Charyln Y. Nishiki, Legal Assistant, Custodian<br>888 Mililani Street, 2nd Floor - HGEA Bldg.<br>Honolulu, HI 96813<br>Ph. (808) 627-6900 | Custodian of MidPac's bank records |

| | | |
|---|---|---|
| W | Custodian of records of City Bank<br>Gerry Samsonas, Custodian | Custodian of MHS and MidPac's bank records |
| W | Custodian of records of Bank of Hawaii<br>Scott Takahashi, custodian | Custodian of MHS, MidPac and their principals' bank records |
| W | Custodian of records of First Hawaiian Bank<br>Brian A. Moriki, Custodian<br>2339 Kamehameha Hwy.<br>Honolulu, HI 96819<br>Ph. (808) 844-3058 | Custodian of MHS, MidPac and their principals' bank records |
| W | Custodian of records of Bowen Hunsaker & Co. | Custodian of MHS and MidPac accounting records |
| W | Custodian of records of Collateral Risk Management<br>George Thorson, Custodian<br>1750 N. Collins Road, Suite 102<br>Richardson, TX 75080<br>Ph. (972) 231-6525 | Custodian of inventory records for MHS and MidPac during its tenure as inventory control contractor for MidPac Lumber, MHS and CIT jointly |
| W | Custodian of Records for J&J Hardware<br>Jerry McLeod, Custodian | Custodian of records relating to sales and payments between MidPac, MHS and J&J |
| | **Witnesses not named by Whirlpool** | |
| | Frances Akiu<br>HC1 Box 156<br>Haiku, HI 96708<br>Ph. (808) 248-7605 | Former officer and director of F&J Movers and MHS employee, with knowledge of her involvement in F&J Movers (a recipient of funds from MidPac), Messrs. Bowling and Glassman's role in recruiting her to F&J and her dealings with Messrs. Bowling and Glassman |

| | | |
|---|---|---|
| | Susan Hutcheson<br>c/o Timothy Hogan, Esq.<br>1132 Bishop Street, Suite 1405<br>Honolulu, HI 96813<br>Ph. (808) 528-0100 | Former Whirlpool supervisor of Janet Rowan. Has knowledge of a disciplinary memorandum from Susan Hutcheson to Janet Rowan, dated 7/29/99, and about Whirlpool's credit and collection decisions vis a vis MidPac and MHS |
| | Wayne Miyake<br>94-108 Kauweke Place<br>Waipahu, HI 96797<br>Ph. (808) 676-1081 | Whirlpool's former account executive for contract sales in Hawai`i with knowledge of his dealings with MidPac and MHS, visits to and observations of their facilities during relevant period |
| | Dana Nance<br>Nance Inspections<br>2431 Waikua<br>Paia, HI 96779<br>Ph. (808) 871-9757 | Mr. Nance was a subcontractor for Collateral Risk Management and has knowledge of monitoring of inventory that he performed for CRM at MHS in 1999 |
| | James Pahukoa<br>49 Ke Oni Loa Way<br>Wailuku, HI 96793<br>Ph. (808) 870-9488 | Former officer and director of F&J Movers, with knowledge of F&J Movers, Messrs. Bowling and Glassman's involvement in F&J, and his dealings with Messrs. Bowling and Glassman |
| | Theodore Phelps<br>Phelps Associates<br>c/o Westrup Klick & Associates<br>444 West Ocean Blvd Ste 1614<br>Long Beach, CA 90802 | Mr. Phelps was retained by MidPac as a financial consultant and has knowledge of his dealings with MidPac, MHS, Whirlpool, CIT and other creditors |
| | Janet Rowan<br>708 Kimbee Road<br>Knoxville, TN 37922<br>Ph. (865) 691-9044 | Ms. Rowan was the former Whirlpool supervisor of Donna Martin with knowledge of a disciplinary memorandum from Susan Hutcheson to her, dated 7/29/99, and about Whirlpool decisions made on the MidPac and MHS accounts |
| | Michael Souza<br>212 Carsten Dr.<br>Wahiawa, HI<br>864-4750 | Mr. Souza was a former MidPac accounting manager with knowledge of shipments of MidPac goods to MHS, payments for such goods, dealings with MidPac and MHS principals and Whirlpool |

| | | |
|---|---|---|
| 27. | Custodian of records of Lexis/Nexis<br>c/o Mark Tarone<br>Office - (808) 587-7930<br>Fax - (808) 587-7931<br>Email - Mark.Tarone@LexisNexis.com | Custodian of monthly summaries of lien and other Lexis/Nexis searches conducted by CIT in March through July, 1999 |
| | | All witnesses listed by any other party |
| | | Any expert listed by any other party |
| | | Rebuttal witnesses currently unnamed and undetermined |
| | | We reserve the right to amend or add additional witnesses as other information is discovered |

DATED: Honolulu, Hawaiʻi, March 15, 2006.

/s/ Louise K. Y. Ing
PAUL ALSTON
LOUISE K. Y. ING
THOMAS E. BUSH
Attorneys for Defendant/Cross-claimant THE CIT GROUP/BUSINESS CREDIT, INC.

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

SERVED ELECTRONICALLY THROUGH CM/ECF:

TIMOTHY J. HOGAN, ESQ. tjh@loio.com
**Attorney for Plaintiff** March 15, 2006

MARGERY S. BRONSTER, ESQ. mbronster@bchlaw.net, audrey@bchlaw.net
JEANNETTE E. HOLMES CASTAGNETTI, ESQ. jcastagnetti@bchlaw.net, jennifer@bchlaw.net
**Attorneys for Defendants**
**Edwin Bowling and Frances Haller-Bowling** March 15, 2006

JOHN S. NISHIMOTO, ESQ. john.nishimoto@hawadvocate.com
CALVIN E. YOUNG, ESQ. calvin.young@hawadvocate.com
**Attorneys for Defendant Raymond S. Iwamoto** March 15, 2006

SERVED BY FIRST CLASS MAIL:

ROBERT E. BADGER, ESQ. March 16, 2006
Pioneer Plaza, Suite 1680
900 Fort Street Mall
Honolulu, Hawai‘i 96813
**Attorney for Defendant Kurt Glassman**

ERIC J. GLASSMAN, ESQ. March 16, 2006
Mennemeier, Glassman & Stroud LLP
980 9th Street, Suite 1700
Sacramento, California 95814
**Attorney for Defendant Kurt Glassman**

RENEE K. COSTA March 16, 2006
21 Crossley Court
Sacramento, California 95833-3784
**Cross-Claim Defendant**

DATED: Honolulu, Hawaiʻi, March 15, 2006.

/s/ Louise K. Y. Ing
PAUL ALSTON
LOUISE K. Y. ING
THOMAS E. BUSH
Attorneys for Defendant/Cross-claimant THE CIT GROUP/BUSINESS CREDIT, INC.