**LYNCH ICHIDA THOMPSON KIM & HIROTA**

TIMOTHY J. HOGAN 5312
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Telephone: (808) 528-0100
Fax No. (808) 528-4997
E-mail: tjh@loio.com

Attorney for Plaintiff
WHIRLPOOL CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; et al.,<br><br>Defendants. | **Civil No. CV01 00187 MEA-BMK (TORT AND RICO)**<br><br>**PLAINTIFF WHIRLPOOL CORPORATION'S FIRST PROPOSED STIPULATED FACTS; CERTIFICATE OF SERVICE**<br><br>**TRIAL:**<br>**DATE: November 6, 2006**<br>**JUDGE: Honorable Marvin Aspen** |

**PLAINTIFF WHIRLPOOL CORPORATION'S**
**FIRST PROPOSED STIPULATED FACTS**

COMES NOW Plaintiff Whirlpool Corporation ("Whirlpool"), by and through its undersigned counsel, and hereby respectfully submits its First Proposed Stipulated Facts.

1. In additional to providing legal services, Raymond Iwamoto was an officer of CGBN, the parent corporation of MidPac Lumber Company, Ltd. ("MidPac").

2. Raymond Iwamoto served as a director of MidPac starting in January, 1999.

3. Raymond Iwamoto, as Kurt Glassman's attorney was involved in the creation of F&J Movers and Spectrum, Inc.

4. Kurt Glassman and others created phony accounts receivable due on supposed sales by MidPac to F&J and Spectrum.

5. In June, 1999, CIT became suspicious of MidPac's activities. There was a meeting on June 18, 1999 and Raymond Iwamoto's billing statements show that he discussed Spectrum with Glassman on June 17, 1999.

6. Mr. Iwamoto discouraged Grace Bowen, CIT's attorney, from contacting MidPac's mainland suppliers, including Whirlpool about CIT's investigation of F&J and Spectrum.

7. CIT did not contact MidPac's suppliers, including but not limited to, Whirlpool.

8. Whirlpool continued to ship large amounts of inventory to MidPac on credit between mid-June, 1999, and July 23, 1999. MidPac never paid for these

appliances.

9. In negotiating the forbearance agreement, CIT struck language from a July12, 1999 draft that would have required MidPac to secure an inter-creditor agreement with Whirlpool regarding Whirlpool's interest in the inventory at Maui Home Supply.

10. Raymond Iwamoto drafted a letter to City Bank detailing MidPac's history with CIT. An early draft of this letter mentioned that CIT suspected MidPac of fraudulent activities. The final draft, however, omits any reference to CIT's suspicion of fraud.

11. The parties agree that Kurt Glassman and Michael Clifford, operating in conjunction with several other Defendants, participated in a scheme to "bust out" MidPac.

12. Kurt Glassman and his associates created phony shipping invoices to document supposed inventory flowing into MidPac as well as phony accounts receivable due on sales made by MidPac. Kurt Glassman took these actions to ensure that MidPac appeared solvent even though Mr. Glassman and his counterparts were taking huge sums away from the company on an almost daily basis.

DATED: Honolulu, Hawai'i, April 3, 2006.

/s/ Timothy J. Hogan
TIMOTHY J. HOGAN
Attorney for Plaintiff
WHIRLPOOL CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; et al.,<br><br>Defendants. | Civil No. CV01 00187 MEA-BMK (TORT AND RICO)<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I hereby certify that on the dates and by the methods of service noted below, a true and correct copy of **PLAINTIFF WHIRLPOOL CORPORATION'S FIRST PROPOSED STIPULATED FACTS** was served on the following at their last known addresses:

Served Electronically on April 3, 2006 :

Paul Alston palston@ahfi.com

Margery S. Bronster mbronster@bchlaw.net, audrey@bchlaw.net

Thomas E. Bush teb@ahfi.com

Jeannette H. Castagnetti jcastagnetti@bchlaw.net, jennifer@bchlaw.net

Steven L. Goto steven.goto@hawadvocate.com

Lea O. Hong lea@ahfi.com

Louise K.Y. Ing ling@ahfi.com, dka@ahfi.com

John S. Nishimoto john.nishimoto@hawadvocate.com

Ted N. Pettit ! tnp@caselombardi.com, eab@caselombardi.com; shy@caselombardi.com; ikm@caselombardi.com; amf@caselombardi.com

Calvin E. Young calvin.young@hawadvocate.com

DATED: Honolulu, Hawai'i, April 3, 2006.

/s/ Timothy J. Hogan
TIMOTHY J. HOGAN
Attorney for Plaintiff
WHIRLPOOL CORPORATION