**LYNCH ICHIDA THOMPSON KIM & HIROTA**

TIMOTHY J. HOGAN 5312
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Telephone: (808) 528-0100
Fax No. (808) 528-4997
E-mail: tjh@loio.com

Attorney for Plaintiff
WHIRLPOOL CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation, | ) | **Civil No. CV01 00187 MEA-BMK (TORT AND RICO)** |
| Plaintiff, | ) | **PLAINTIFF WHIRLPOOL CORPORATION'S FIRST PROPOSED STIPULATED WITNESSES AND EXHIBITS; CERTIFICATE OF SERVICE** |
| vs. | ) | |
| CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; et al., | ) | **TRIAL:** |
| Defendants. | ) | **DATE: November 6, 2006** <br> **JUDGE: Honorable Marvin Aspen** |

**WHIRLPOOL CORPORATION'S FIRST PROPOSED STIPULATED WITNESSES AND EXHIBITS**

COMES NOW Plaintiff Whirlpool Corporation ("Whirlpool"), by and through its undersigned counsel, and hereby respectfully submits its first proposed stipulated witnesses and exhibits.

## I. **STIPULATED WITNESSES.**

None

## II. **STIPULATED EXHIBITS.**

Goodsill Anderson Quinn & Stiffel time and billing records retained by the Trustee of MidPac Lumber Company, Ltd. Stipulate as to authenticity.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. CV01 00187 MEA-BMK (TORT AND RICO)<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I hereby certify that on the dates and by the methods of service noted below, a true and correct copy of the  was served on the following at their last known addresses:

Served Electronically on April 3, 2006 :

Paul Alston palston@ahfi.com

Margery S. Bronster mbronster@bchlaw.net, audrey@bchlaw.net

Thomas E. Bush teb@ahfi.com

Jeannette H. Castagnetti jcastagnetti@bchlaw.net, jennifer@bchlaw.net

Steven L. Goto steven.goto@hawadvocate.com

Lea O. Hong lea@ahfi.com

Louise K.Y. Ing ling@ahfi.com, dka@ahfi.com

John S. Nishimoto john.nishimoto@hawadvocate.com

Ted N. Pettit ! tnp@caselombardi.com, eab@caselombardi.com; shy@caselombardi.com; ikm@caselombardi.com; amf@caselombardi.com

Calvin E. Young calvin.young@hawadvocate.com

DATED: Honolulu, Hawai'i, April 3, 2006.

/s/ Timothy J. Hogan
TIMOTHY J. HOGAN
Attorney for Plaintiff
WHIRLPOOL CORPORATION