Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON 1126-0
LOUISE K. Y. ING 2394-0
THOMAS E. BUSH 4737-0
18th Floor, ASB Tower
1001 Bishop Street
Honolulu, Hawai`i 96813
Telephone: 524-1800
Facsimile: 524-4591
palston@ahfi.com
ling@ahfi.com
tbush@ahfi.com

Attorneys for Defendant/Cross-claimant
THE CIT GROUP/BUSINESS CREDIT, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; EDWIN BOWLING; FRANCES HALLER-BOWLING; RAYMOND IWAMOTO; KURT GLASSMAN; DOE INDIVIDUALS 1-50; DOE PARTNERSHIPS, CORPORATIONS OR OTHER ENTITIES 1-20,<br><br>Defendants,<br><br>and<br><br>F&J MOVERS, and RENEE K. COSTA,<br><br>Additional Crossclaim Defendants. | Civil No. CV 01 00187 MEA-BMK (Tort and RICO)<br><br>**DEFENDANT/CROSS-CLAIMANT THE CIT GROUP/BUSINESS CREDIT, INC.'S FIRST PROPOSED STIPULATED WITNESSES AND EXHIBITS; EXHIBIT A;** CERTIFICATE OF SERVICE<br><br>JUDGE: Hon. Marvin E. Aspen<br><br>TRIAL: November 6, 2006 |

**DEFENDANT/CROSS-CLAIMANT THE CIT GROUP/BUSINESS CREDIT, INC.'S FIRST PROPOSED STIPULATED WITNESSES AND EXHIBITS**

Pursuant to the Honorable Marvin Aspen's Minute Order, filed December 13, 2005, as amended by Minute Order filed January 30, 2006,[1] Defendant The CIT Group/Business Credit, Inc. ("CIT") respectfully submits its first set of proposed stipulated witnesses and exhibits. Given the enormous number of exhibits proposed by the parties (971 from Whirlpool alone), this proffered set is a work in progress, as there are many duplicative exhibits not only in Plaintiffs' exhibit list as well as between parties' lists. In addition, the number and volume of exhibits appears unworkable and overwhelming considering the allotted time of ten days for trial. The parties should work together in good faith in an attempt to refine their list of stipulated exhibits and witnesses, continue to identify exhibits to which to stipulate, pare down the size of the lists and refine and/or summarize voluminous exhibits.

**I. PROPOSED STIPULATED WITNESSES**

CIT proposes that the parties stipulate all custodians of record have produced records which meet the requirements of Fed.Ev.R. 803(6).

[1] CIT requested an extension of time until April 18 or 19, 2006, to submit these proposed stipulations and confirmed that Plaintiffs' counsel would not object to the extension.

**II. PROPOSED STIPULATED EXHIBITS**

CIT proposes that the parties stipulate to the foundation and authenticity of the following exhibits:

A. Whirlpool exhibits: the Whirlpool exhibits in the attached Exhibit A which are designated with an "S." CIT's review of the list for potential additional stipulated exhibits after W500 continues.

B. CIT exhibits: C1, C2, C3, C5, C6 (same content as W10), C7-C10, C11 (same content as W151, W152), C12 (includes W232), C13-C18, C19 (same content as W337), C20 (same content as W442), C21, C23-C25, C27, C28, C29 (in CIT's First Amended Exhibit List).

C. Iwamoto exhibits: All

DATED: Honolulu, Hawai`i, April 19, 2006.

/s/ Louise K. Y. Ing
PAUL ALSTON
LOUISE K. Y. ING
THOMAS E. BUSH
Attorneys for Defendant/Cross-claimant THE CIT GROUP/BUSINESS CREDIT, INC.