# UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

**Whirlpool Corporation**, a Delaware Corp.

Plaintiff,

v.

**CIT Group/Business Credit, Inc.** et al.

Defendants

**EXHIBIT AND WITNESS LIST**

"**S**" denotes CIT's proposed stipulated exhibit

**Case Number: CV01 00187 MEA-BMK**

| PRESIDING JUDGE<br>The Honorable Marvin E. Aspen | PLAINTIFF'S ATTORNEY<br>Timothy J. Hogan, Esq. | DEFENDANT'S ATTORNEY<br>Ing, Bronster and Nishimoto |
|---|---|---|
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W 1 | | | | | Undated - MidPac Liquidation plan for F&J Appliance inventory<br>G01846 |
| W 2 | | | | | Undated - Whirlpool draft letter to Transamerica re: Assignment of Account<br>A05605 - A05606 |
| W 3 | | | | | Undated - Handwritten list of Vendors<br>EB02327 - EB02335 |
| W 4 S | | | | | Undated - Bowling's Reporting Schedule to Glassman<br>EB02217 - EB02218 |
| W 5 | | | | | Undated - Handwritten depo exhibit for Carl Smith<br>No Bates Number (Partial Smith Depo Exh. 196) |
| W 6 | | | | | Undated - Overview of Whirlpool Financing Options<br>A07376 (Smith Depo Exh. 200) |
| W 7 | | | | | Undated - MidPac Warehouse Receipts between MidPac and MHS and F&J and MHS<br>G00266 - G00269 |
| W 8 | | | | | Undated - F&J Warehouse Receipt between F&J and MidPac<br>G00270 - G00271 |
| W 9 | | | | | Undated - MidPac Warehouse Receipts between MidPac & MHS, F&J and MHS, F&J and MidPac. G04224 - G04224 (Iwamoto Depo Exh. 39) |
| W 10 S | | | | | Undated - Sealed Exhibit<br>A07395 - A07476 (Smith Depo Exh. 199) (Duplicate of C6) |
| W 11 | | | | | Undated - Whirlpool Company Brochure<br>A07377 - A07394 9 Smith Depo Exh. 201) |
| W 12 | | | | | Undated - Whirlpool Quality Express shipping tag<br>A07818 - Paul Depo Exh. 261) |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

**EXHIBIT A**

%AO 187A (Rev. 7/87) EXHIBIT AND WITNESS LIST – CONTINUATION

| Whirlpool Corporation vs. CIT Group/Business Credit, Inc. et al | CASE NO. 01 00187 MEA BMK |
|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W 13 | | | | | Undated - Handwritten list titled "S/R Maui"<br>AL001518 - AL001527 |
| W 14 | | | | | Undated - List of Glassman entities and affiliated entities<br>EB02491 - EB02495 |
| W 15 | | | | | Undated - Listing of invoices created by the SAP system on accounts 1292526, 1301506, 1321905 and 1321920. A03082 - A03107 (Martin Depo Exh. 192) |
| W 16 | | | | | Undated - Liquidation Checklist<br>CT004380 - CT004383 (Hayes Depo Exh. 98) |
| W 17 | | | | | Undated - Partial of Problem Loan Report by CIT<br>CA23514 (Hayes Depo Exh. 97) |
| W 18 | | | | | Undated - Written Consent of Sole Stockholder of Wspectrum to fix number of directors. G10818 (Iwamoto Depo Exh. 24) |
| W 19 | | | | | Undated - CG/MidPac Final Documents Index<br>B00270 |
| W 20 | | | | | Undated - Indication of CGI and Whirlpool UCC-1<br>A05592 |
| W 21 | | | | | Undated - To Do List for MidPac closing?<br>C01786 - C01787 |
| W 22 | | | | | Undated - Handwritten Note<br>C00725 |
| W 23 | | | | | Undated - Memo from CIT re: Personal guarantees<br>C01287 |
| W 24 | | | | | Undated - Collateral Risk Management Authorized Signature Record<br>AL000021 |
| W 25 S | | | | | Undated - Instructions to (CRM?) For on site work at Maui Home Supply<br>AL002130 |
| W 26 | | | | | Undated - Page of business cards<br>AL002220 - AL002221 |
| W 27 | | | | | Undated - Business cards for Ted Phelps and Felix Lampa<br>AL002451 |
| W 28 | | | | | Undated - CGT Investments Notes to Financial Statements (page 10 only)<br>A05567 |
| W 29 S | | | | | Undated - Handwritten notes re: Ted Phelps<br>A05461 (Matlock Depo Exh. 179) |
| W 30 | | | | | Undated - Handwritten notes re: Transamerica/AVB Finance<br>A01203 (Matlock Depo Exh. 178) |
| W 31 | | | | | Undated - Handwritten notes re: Maui WFC Balance - Out of Collateral Situation<br>A01205 (Matlock Depo Exh. 177) |
| W 32 | | | | | Undated - Handwritten Notes re: Maui Home Supply<br>A01230 (Matlock Depo Exh. 176) |
| W 33 | | | | | Undated - Handwritten Notes re: Maui Home Supply<br>A05615 - A05618 |

| Whirlpool Corporation vs. CIT Group/Business Credit, Inc. et al | CASE NO. 01 00187 MEA BMK |
|---|---|

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W 34 | | | | | Undated - Handwritten Notes<br>A01080 |
| W 35 | | | | | Undated - Handwritten Notes - Sales to Affiliates<br>A01083 |
| W 36 | | | | | Undated - Handwritten Notes: Wire Transfer<br>A01084 |
| W 37 | | | | | Undated - Handwritten Notes: MidPac Meeting<br>CT002933 (Hayes Depo Exh. 127) |
| W 38 | | | | | Undated - Handwritten Notes: MidPac, CG Maui, McLeod Enterprise, J&J Hardware<br>CT002934 (Hayes Depo Exh. 128) |
| W 39 | | | | | Undated - Handwritten Notes with Ernie Matlock business card<br>A01208 |
| W 40 | | | | | Undated - Handwritten Notes re: Maui/Al "G", Wire Orders<br>A01058 |
| W 41 S | | | | | Undated - Handwritten sketch of Maui Home Supply<br>No Bates Number. (Brichacek Depo Exh. 137) |
| W 42 S | | | | | Undated - Handwritten sketch of Maui Home Supply with labels 1-10<br>No Bates Number (Brichacek Depo Exh. 138) |
| W 43 | | | | | Undated Generic letter from CIT to Our Valued Customers re: Notice of Assignment of Accounts to CIT. J00356 |
| W 44 | | | | | Undated. Written Consent of The Board of Directors of CGBN, Inc. to enter into loan agreement with Glenda Corp. G01393 - G01396 |
| W 45 | | | | | Undated. Letter from CIT to Kurt Glassman re: Wiring Instructions for Bank of America $500,000. CT000408 |
| W 46 | | | | | Undated - Page 15 of Acquisition Facilitation Agreement<br>B00434 |
| W 47 | | | | | Undated - Liquidation Checklist. CT004384 |
| W 48 | | | | | Undated. Stock Certificate: CGBN, Inc. 333 1/3 shares in the name of The CIT Group/Credit Finance, Certificate No. 8. G00401 |
| W 49 | | | | | Undated. Exhibit "A" Sealed pursuant to CIT's Ex Party Motion to Seal Exhibits "A", "G" & "H" to the reply Memorandum filed 3/29/04 |
| W 50 | | | | | Undated. Exhibit "G" Sealed pursuant to CIT's Ex Party Motion to Seal Exhibits "A", "G" & "H" to the reply Memorandum filed 3/29/04 |
| W 51 | | | | | Undated. Exhibit "H" Sealed pursuant to CIT's Ex Party Motion to Seal Exhibits "A", "G" & "H" to the reply Memorandum filed 3/29/04 |
| W 52 | | | | | Undated. Excerpt of a MidPac Lumber audit by Felix Lampa. |
| W 53 | | | | | Undated. Whirlpool's counsels' record of the date that Mr. Clifford and CGBN, Inc. First requested and viewed the disclosed documents including the ACD-R Agreements. |
| W 54 | | | | | Undated. Excerpt of Whirlpool's Complaint filed in Whirlpool Corporation v. MidPac Lumber Co., Ltd. Et al. Civil No. 99-4049-10 (1st Cir. Hawaii) |

| Whirlpool Corporation vs. CIT Group/Business Credit, Inc. et al | CASE NO. 01 00187 MEA BMK |
|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W 55 | | | | | Undated. Excerpt from Hawaii version of the Uniform Commercial Code Haw. Rev. Stat. §490:9-306 Comments to Official Text. Copied from the Michie 1999 Replacement Volume |
| W 56 | | | | | Undated. Excerpt of the Navy Contract N00604-97-R-0025 with MidPac Lumber Co., Ltd. |
| W 57 | | | | | Undated. Excerpt from the Michie 1999 version of Hawaii's Uniform Commercial Code §490:9-114 regarding Consignment |
| W 58 | | | | | CGB Enterprises; Ownership Structure and Management. A004998 |
| W 59 | | | | | CRM Spread Sheets. CT009858 - CT009859 (Diskette) |
| W 60 | | | | | Memo to Ed re: Blank checks attached for Kurt : Y02805 - Y02807 |
| W 61 | | | | | 5/30/73 – Letter from James Williams to Rod Ching re: Certificate of Amendment. A05677 |
| W 62 S | | | | | 12/21/93 – Whirlpool Builder Credit Application for MidPac Lumber Co. Ltd. A07530 – A07531 (Smith Depo Exh. 202 ) |
| W 63 | | | | | 94-6/95 – Handwritten, illegible notes re: ACD Collections No Bates Number. (C. Smith Depo Exh. 215) |
| W 64 | | | | | 6/30/94 – 6/30/95 – MidPac Lumber Co. Ltd. Consolidated Financial Statements and schedules prepared by KPMG Peat Marwick. EB01202 – EB01222 |
| W 65 | | | | | 7/27/95 – Sublease between Diversified Amusement, Inc. and Plywood Hawaii. B00203 (1 page only - incomplete) |
| W 66 S | | | | | 9/5/95 – Subscription of CG Investments, Inc, common stock to Michael Clifford and Kurt Glassman. G04177 |
| W 67 S | | | | | 9/5/95 – Articles of Amendment for CG Investments, Inc. re: Limitation of Liability of Directors". G04058 – G04059 |
| W 68 | | | | | 9/27/95 – Whirlpool inquiry of UCC Transactions re: MidPac Lumber Co., Ltd. A07532 (C.Smith Depo Exh. 203 ) |
| W 69 | | | | | 10/12/95 – Bank of America Business Loan Continuing Guaranty re: Michael Clifford and Kurt Glassman. EB02483 – EB02485 |
| W 70 | | | | | 10/30/95 – DCCA Articles of Amendment to Change Corporate Name from Monarch Home Centers, Inc. to MHC Properties, Inc. A05638 – A05676 |
| W 71 S | | | | | 12/13/95 – Whirlpool Retail Application for CG Investments, Inc. A07477 – A07478 (C. Smith Depo Exh. 204) |
| W 72 | | | | | 1/1/96 – Subscription Agreement between CG Investments, Inc. and Frances H. Bowling for 500 shares for $225,000. EB00519 – EB00520 (F. Haller Bowling Depo. Exh. 228) (part of W73) |
| W 73 S | | | | | 1/1/96 - Subscription Agreement between CGI and Frances Bowling with back-up EB00517 - EB00526 |
| W 74 S | | | | | 1/8/96 – UCC-1, Doc. No. 96-002362 Whirlpool Financial Corp. Secured Creditor for CG Investments, Inc. CA24920 (C. Smith Depo. Exh. 222) (3 pages) |

| Whirlpool Corporation vs. CIT Group/Business Credit, Inc. et al | CASE NO. 01 00187 MEA BMK |
|---|---|

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W 75 S | | | | | 2/2/96 – UCC1, Doc. No. 96-014631 – Whirlpool Corporation Secured Creditor for CG Investment, Inc. (A04245 – A04248) |
| W 76 S | | | | | 2/29/96 – Log of Whirlpool Archived Notes A07482 – A07504 (Higgins Depo. Exh. 213) |
| W 77 S | | | | | 7/31/96 – Kitchenaid Major Appliances Retail Dealer Sales Agreement between Maui Home Supply and Whirlpool. A07799 (Higgins Depo Exh. 207) |
| W 78 S | | | | | 7/31/96 - Retail Dealer Sales Agreement between MHS and Whirlpool A007795 - A07798 (Higgins Depo Exh. 206) |
| W 79 | | | | | 8/1/96 – Bureau of Conveyances Instrument of Conveyance Doc. No. 96-110766 re: MHC Properties and CG Investments, Inc. A05678 |
| W 80 S | | | | | 9/23/96 – Declaration of Trust of Frances H. Bowling. EB00533 – EB00540 (Frances Bowling Depo. Exh. 229) |
| W 81 | | | | | 10/9/96 – Yamaguchi Appraisal of 400 Hana Highway. (Partial document) EB01897 – EB01901 |
| W 82 S | | | | | 11/4/96 – Instrument of Conveyance between CG Investments, Inc. and CG Development, Inc. EB01516 – EB01527 |
| W 83 S | | | | | 11/6/96 – CG Development, Inc. Written Consent of Directors – First Organizational Meeting EB01461 – EB01485 (Frances Bowling Depo. Exh. 231) |
| W 84 S | | | | | 11/6/96 – UCC-1 Doc. No. 96-157827 Whirlpool Financial Corporation Secured Creditor for CG Investments, Inc. C01112 – C01114 (3 pages) |
| W 85 | | | | | 11/15/96 – Log of Whirlpool Archived Notes. A07505 – A07529 (Higgins Depo. Exh. 212) |
| W 86 S | | | | | 12/17/96 – Subscription of CG Acquisitions, Inc. stock to Clifford, Glassman and Francis Bowling EB01063 (Frances Bowling Depo Exh. 232) |
| W 87 S | | | | | 12/19/96 – CG Investments, Inc. Board Meeting approval of 1997 Directors Clifford, Glassman and Ed Bowling EB00523 (Frances Bowling Depo Exh. 230) |
| W 88 | | | | | 12/31/96 – CG Investments, Inc. 3-year Spread EB01223 – EB01225 |
| W 89 | | | | | 12/31/96 – CG Investments, Inc. Financial Statements year ended 12/31/96 EB01678 – EB01691 |
| W 90 S | | | | | 1/1/97 – Sublease between CG Development, Inc. and CG Investments, Inc. – 400 Hana Highway. AL000119 – AL000134 |
| W 91 | | | | | 1/1/97 – CG Development, Inc. Notes to Financial Statements EB01912 |
| W 92 S | | | | | 1/1/97 – Commission Schedule for Miyake and Fujita A07794 (Fujita Depo Exh. 268 ) |
| W 93 | | | | | 4/1/97 Bond Agreement between homeowner, bank, MidPac and Contractor, G02200-G02220 |
| W 94 S | | | | | 4/7/97 – Associate Contract Distributor Major Appliances Sales Agreement between MidPac Lumber and Whirlpool. A07596 – A07600 (Higgins Depo Exh. 205) |

| Whirlpool Corporation vs. CIT Group/Business Credit, Inc. et al | CASE NO. 01 00187 MEA BMK |
|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W 95 | | | | | 5/1/97 – MidPac Lumber Departmental Operating Statement EB01774 – EB01779 |
| W 96 | | | | | 8/1/97 – Whirlpool Problem account Report for MidPac Lumber A07821 (C. Smith Depo Exh. 224) |
| W 97 | | | | | 11/20/97 – MidPac Lumber Balance Sheet, Inventory on hand, Comparative Operating Statement. EB01816 – EB01817 |
| W 98 | | | | | 11/28/97 – MidPal Lumber Project Sales Breakout EB01832 – EB01837 |
| W 99 | | | | | 12/3/97 – MidPac Lumber Proforma EB01821 – EB01831 |
| W 100 | | | | | 12/31/97 – CG Acquisitions, Inc. Financial Statements Year Ended 12/31/97 prepared by Bowen Hunsaker. EB01883 – EB01896 |
| W 101 S | | | | | 12/31/97 – CG Investments, Inc. Financial Statements Year Ended 12/31/97 prepared by Bowen Hunsaker. A01183 - A01194 (Matlock Depo Exh. 150) |
| W 102 | | | | | 12/31/97 CG Investments Financial Statements Year Ended December 31, 1997. EB01240 - EB01251 |
| W 103 | | | | | 12/31/97 – CG Development, Inc. Financial Statements Year Ended 12/31/97 prepared by Bowen Hunsaker. EB01902 – EB01915 |
| W 104 | | | | | 12/31/97 MidPac Financial Statements prepared by KPMG Peat Marwick H00037-H00044 |
| W 105 S | | | | | 1/1/98 - Agreement for Purchase of CG Dev. stock from Frances Bowling to Kurt Glassman. EB00612 - EB00616 (Ed Bowling Depo Exh. 249) |
| W 106 S | | | | | 1/1/98 - Seller to Purchase from Corporations' Vendors agreement between Frances Bowlilng & Kurt Glassman. EB00713 - EB00714 (Frances Bowling Depo Exh. 237) |
| W 107 | | | | | 1/1/98 – Partial Doc. – CG Development, Inc. Notes to Financial Statements EB01954 |
| W 108 S | | | | | 1/7/98 – CG/MidPac, Final Documents Index; Assignment of Stock from Franfces H. Bowling Trust to Kurt and Susan Glassman, Trustees. EB00633, EB00636 |
| W 109 | | | | | 1/8/98 – MauiFA Excell Analysis of Maui Home Supply for Period Ending 12/31/97. A01204 (Matlock Depo. Exh. 149) |
| W 110 S | | | | | 1/14/98 – DCCA Articles to Change Corporate Name from SIAR Corp. to CGBN, Inc.. G10115 – G10128 (Iwamoto Depo Exh. 4) |
| W 111 S | | | | | 1/28/98 – Letter from CIT/Robert Murosky to CGI/Kurt Glassman re: CG Investments application to CIT for $6 million loan. C01799 – C01806 (Hayes Depo Ex 75) |
| W 112 | | | | | 1/29/98 – Fax from CGI/Glassman to CIT/Murosky re: response to financial questions. C01797 |
| W 113 | | | | | 1/29/98 - Internal Bank of Hawaii/Wayne Hamano memo to Gary Iki re: CG Investments intention to acquire MidPac Lumber. H00197 - H00200 |
| W 114 S | | | | | 1/30/98 - CIT Survey Examination Report on MidPac Lumber Co. for 1997 prepared by Rainer Mendez. C02339 - C02358 (Brichacek Depo. Exh. 140) |

EXHIBIT AND WITNESS LIST – CONTINUATION

| Whirlpool Corporation vs. CIT Group/Business Credit, Inc. et al | CASE NO. 01 00187 MEA BMK |
|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W 115 | | | | | 1/31/98 MidPac Lumber Comparative Balance sheet 1/98 and 2/98, comparative operating statement 1/98 and 2/98, CGBN Balance Sheet for Fiscal 1999, and Statement of Operations for 9/98. H00124 - H00129 |
| W 116 | | | | | 2/2/98 - Fax from CGI/Glassman to Bank of Hawaii/Wayne Hamano re: responses to financial questions. H00204 - H00207 |
| W 117 | | | | | 2/4/98 - Letter from CIT/Kelley Thatcher to CGI/Kurt Glassman re: attached UCC-1 for MidPac Lumber for filing. C00697 - C00701 |
| W 118 S | | | | | 2/5/98 - CIT's Prospective Client Analysis on MidPac Lumber. C01741 - C01755 (Hayes Depo Exh. 76) (Duplicate of W119) |
| W 119 | | | | | 2/5/98 - CIT's Prospective Client Analysis on MidPac Lumber. C01741 - C01755 (duplicate of W118) |
| W 120 S | | | | | 2/5/98 CIT's Prospective Client Analysis on MidPac Lumber. C01727 - C01740 |
| W 121 | | | | | 2/12/98 - Amendment to Navy Contract. CA24320 - CA24325 |
| W 122 S | | | | | 2/13/98 - UCC1, Doc. No. 98-019853 CIT secured party against MidPac Lumber. C00884 - C00885 |
| W 123 S | | | | | 2/13/98 - Letter from CIT/Robert Murosky to Glassman, Clifford and Bowling re: granting $6 million loan facility. C01790 - C01796 (Ed Bowling Depo Exh. 239) |
| W 124 | | | | | 2/19/98 - Internal Bank of Hawaii/Wayne Hamano memo to Gary Iki re: requirements for CGI to obtain $3 million credit line. H00078 |
| W 125 | | | | | 2/20/98 - Fax from Goodsill/Ray Iwamoto to CIT/Grace Bowen, Esq. re: attached Stock Purchase Agreement for MidPac. C00751 - C00760. |
| W 126 S | | | | | 2/24/98 - Letter from CGI/Kurt Glassman to CIT/Grace Bowen re: clarification of CIT's commitment letter. C01789 |
| W 127 S | | | | | 2/24/98 - Written Consent of BOD of CGBN, Inc. re: acquire 100% of MidPac EB00946 - EB00947 (Ed Bowling Depo Exh. 238) |
| W 128 | | | | | 2/24/98 Stock Assignment from Kurt Glassman to KGCC, Inc., a California Corporation of 333 1/3 shares of stock of CGBN. B00311 - B00313 |
| W 129 S | | | | | 2/24/98 Written Consent of the Board of Directors in Lieu of Meeting of CGBN re: to form and incorporate new corporation called CGBNMID, Inc. B00397 - B00398 |
| W 130 S | | | | | 2/24/98 Assignment of Stock to Kurt and Susan Glassman, Trustees of Glassman Family Trust of all shares in CGBN from Frances H. Bowling, Trustee. B00315 - B00317 |
| W 131 | | | | | 2/25/98 - Agreement for the Purchase and Sale of Stock of CGBN, Inc. , CGI, CGD & CGA from Frances Bowling to Kurt Glassman. EB00598 - EB00622. (Frances Haller-Bowling Depo Exh. 233/249) Delete. "Exhibit H": letter, COS? |
| W 132 | | | | | 2/28/98 MidPac Comparative Balance Sheet, H00128-H00129 |
| W 133 S | | | | | 3/1/98 Account, City Bank 000219 - 000448 |
| W 134 S | | | | | 3/1/98 Bank of Hawaii Statement for March 1998 for Account 0080-509138. SE00303 |
| W 135 | | | | | 3/4/98 - CGBN, Inc. Information Statement for Shareholders. B00493 - B00530 |

| Whirlpool Corporation vs. CIT Group/Business Credit, Inc. et al | CASE NO. 01 00187 MEA BMK |
|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W 136 | | | | | ~~3/4/98 - MidPac City Bank Secret Account Statements and signature cards~~ A00389 - A00453 Whirlpool invoices, check summaries, etc. |
| W 137 | | | | | 3/4/98 Stock Purchase Agreement Respecting Midpac between CGBN and First Hawaiian Bank. C01922 - C01931 |
| W 138 | | | | | 3/16/98 - Letter from Orrick Herrington/Diana Chuang to Goodsill/Ray Iwamoto, Esq. re: executed loan documents. C00763 - C00764. |
| W 139 | | | | | 3/16/98 Initial Funding Wiring Instructions for $3 million loan from CIT. C01920 |
| W 140 | | | | | 3/16/98 - CIT letter to MidPac re: additional docs required for the loan. C01876 (Hayes Depo Exh. 122) |
| W 141 | | | | | 3/18/98 - Letter from MidPac/Dennis Hironaka to BOH/Wayne Hamano re: Cashier's check and loan closing. H00013 - H00019 |
| W 142 S | | | | | 3/19/98 - Various Cashier's Checks, checks and deposit slips from City Bank Secret Account. (Frances Bowling Depo Exh. 234) |
| W 143 S | | | | | 3/19/98 - Support Agreement for MidPac. G04221 - G04223 |
| W 144 S | | | | | 3/19/98 - Written Consent of BOD of MidPac to name Glassman and Bowling as officers. H00057 - H00058. (Ed Bowling Depo Exh. 240) |
| W 145 | | | | | 3/19/98 - MidPac Lumber Co. Stock Cert. #2374 for 40799 shares owned by CGBN, with attached Assignment Separate from Certificate. C00127 - C00128 |
| W 146 S | | | | | 3/19/98 - Written Consent of BOD of MidPac to change bank signators. G00605 - G00607. (Iwamoto Depo Exh. 5) (Smith Depo Exh. 223) |
| W 147 | | | | | 3/19/98 - Fax from Goodsill/Ray Iwamoto to CIT Grace Bowen, Esq. re: Opinion letter to CIT. C00761 - C00762 |
| W 148 S | | | | | 3/19/98 - CIT Notice of Security Interest to Bank of Hawaii. H00027 |
| W 149 S | | | | | 3/19/98 - CIT Notice of Security Interest to Bank of Hawaii. H00028 |
| W 150 S | | | | | 3/19/98 - CIT Notice of Security Interest to Bank of Hawaii. H00029 |
| W 151 S | | | | | 3/19/98 - Loan and Security Agreement between MidPac and CIT. C01814 - C01835 |
| W 152 S | | | | | 3/19/98 - Partial Resolution re: CIT lien in all assets of the corporation. G00609 - G00610. (Ed Bowling Depo Exh. 241) |
| W 153 | | | | | 3/19/98 - Various Stock Certificates for MidPac, CGBN, CG Acquisitions, CG Development. C02361 - C02367 |
| W 154 S | | | | | 3/19/98 Continuing Corporate Guaranty between MidPac and CIT. C01863 - C01871 |
| W 155 S | | | | | 3/19/98 MidPac signature cards on First Hawaiian Bank Account 98-051570. R00001 - R00005 |
| W 156 S | | | | | 3/19/98 CIT letter to City Bank . C01901 |
| W 157 S | | | | | 3/19/98 Certificate of Corporate Resolutions of the Board of Directors of CGBN. G02977 - G02979 |

Case 1:01-cv-00187-MEA-BMK Document 737 Filed 02/27/2006 Page 9 of 58

AO 187A (Rev. 7/87) EXHIBIT AND WITNESS LIST - CONTINUATION

| Whirlpool Corporation vs. CIT Group/Business Credit, Inc. et al | CASE NO. 01 00187 MEA BMK |
| --- | --- |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| --- | --- | --- | --- | --- | --- |
| W 158 S | | | | | 3/19/98 Written Consent of MidPac Board re Purchase of stock by CGBN and obtain $3 million loan to CGBN G00603 - G00607 |
| W 159 S | | | | | 3/20/98 - Kurt Glassman letter to Bank of Hawaii to add Ed Bowling as signator on MidPac accounts. H00080 |
| W 160 S | | | | | 3/20/98 Letter from CIT to Bank of Hawaii re: Collateral Proceeds Account 80-582560. H00054 - H00056 |
| W 161 S | | | | | 3/20/98 - Letter from MidPac to Bank of Hawaii re: Security Agreement. H00109 |
| W 162 S | | | | | 3/24/98 - UCC-1 Doc. No. 98-039128 CIT Secured Party Against MidPac. C00875 - C00880 |
| W 163 | | | | | 3/24/98 - Letter from Title Guaranty/Lynne Yara to Cades Schutte/Gino Gabrio re: MidPac documents. C00749 |
| W 164 | | | | | 3/24/98 - Letter from Orrick Herrington/Chuang to CIT/Grace Bowen re: Loan and Security Agreement for MidPac. C00750 |
| W 165 S | | | | | 3/24/98 - UCC-1 Doc. No. 98-039127 CIT Secured Party against MidPac. C01394 - C01396 (See also A05319 - A05322) |
| W 166 | | | | | 3/26/98 - Letter from Cades Schutte/Gino Gabrio to CIT/ Grace Bowen re: MidPac and UCC-1 Financing Statement. C00748 |
| W 167 | | | | | 3/27/98 - Various Checks payable to MidPac Lumber Co. City Bank 000223 - 000224 |
| W 168 S | | | | | 4/9/98 - Letter from CIT/Terrance Shope to Edwin Bowling re: MidPac collateral and financial reporting requirements. CT039895 - CT039897 (Ed Bowling Depo Exh. 242) |
| W 169 S | | | | | 4/13/98 Bank of Hawaii Concentration Account Agreement between MidPac and MidPac. H00095 - H00100 |
| W 170 S | | | | | 4/23/98 Copies of various transactions in City Bank secret account.000228, 000268, 000289, 000299, 000328, 000329, 000347, 000349, 000382, 000383, 000398, 000427 |
| W 171 | | | | | 5/1/98 First Hawaiian Bank May 1999 statement for Account 98-051570. R00055 |
| W 172 | | | | | 5/4/98 Bowen Hunsaker & Company review of CG Acquisitions, Inc.. EB01887 - EB01896 |
| W 173 S | | | | | 5/15/98 - Articles of Incorporation of FA Movers, Inc.. G11523 - G11548. (Iwamoto Depo Exh. 6) |
| W 174 | | | | | 5/15/98 - Letter from Orrick Herrington/Gary Samson to CIT/Grace Bowen re: closing binders for MidPac loan. C00745 - C00746 |
| W 175 | | | | | 5/15/98 - Letter from Orrick Herrington/Chuang to Goodsill/Ray Iwamoto re: Closing Binders for CIT/MidPac Loan. C00747 |
| W 176 S | | | | | 5/20/98 Letter from Bank of Hawaii to Kurt Glassman re: opening 7 new checking accounts. H00120 |
| W 177 | | | | | 5/31/98 Bank of Hawaii Account 0080-640668 Statement for May 1998. H00616 |
| W 178 | | | | | ~~5/31/98 - Goodsill Anderson Quinn & Stifel Invoice to MidPac for Legal Services G13694 (Iwamoto Depo Exh. 7)~~ Misdescription - is C02458 |

| Whirlpool Corporation vs. CIT Group/Business Credit, Inc. et al | CASE NO. 01 00187 MEA BMK |
|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W 179 | | | | | 6/1/98 Bank of Hawaii Account 0080-640668 Statement for June 1998. H00617 |
| W 180 | | | | | 6/15/98 Bowen Hunsaker & Company review of CG Development, Inc.. EB01906 - EB01915 |
| W 181 | | | | | 6/16/98 Check Register (Bank and Account unknown) from 3/16/98 to 7/17/98. Y02789 - Y02793 |
| W 182 S | | | | | 6/17/98 - Fax from MidPac/Kurt Glassman to Terry Shope re MidPac Bank Account Listing. C00743 - C00744. (Hayes Depo Exh. 121) |
| W 183 | | | | | 6/26/98 - Memo from BOH/John Landgraf to BOH/Mike Cobb re: Overdrafts in MidPac accounts. H00119 |
| W 184 | | | | | 6/28/98 Fax from Glassman to Terry Shope at CIT with attached list of MidPac bank accounts (including City Bank secret account). C00743 - C00744 (Duplicate of W182) |
| W 185 | | | | | 6/30/98 - Ratio Analysis for MidPac. A01233. (Matlock Depo Exh. 151) |
| W 186 | | | | | 6/30/98 - CGBN, Inc. Income Statement 3 months ended 6/30/98. B00052 |
| W 187 | | | | | 6/30/98 - CGBN, Inc. Income Statement comparison. EB01991 - EB01992 |
| W 188 S | | | | | 6/30/98 - CGBN, Inc. Financial Statements 3 months ended 6/30/98. A01137 - A01151 (Matlock Depo Exh. 152) |
| W 189 S | | | | | 6/30/98 - CGBN, Inc. and Subsidiary Consolidated Financial Statements C03274 - C03287 (Duplicate of W190) |
| W 190 S | | | | | 6/30/98 - CGBN, Inc. and Subsidiary Consolidated Financial Statements A01152 - A01164 (Matlock Depo Exh. 153) (Duplicate of W189) |
| W 191 | | | | | 6/30/98 CGBN, Inc. and Subsidiary Consolidated Financial Statements from Inception of Business to June 30, 1998. A05070 - A05083 (Duplicate of W189, W190) |
| W 192 | | | | | 6/30/98 Draft Revised CGBN, Inc. Financial Statements for 3 months ended 6/30/98, prepared by client (from Bowen Hunsaker's files). B00046 - B00069 |
| W 193 | | | | | 6/30/98 CGBN, Inc. and Subsidiary, Consolidated Financial Statements from Inception of Business to June 30, 1998. EB01747 - EB01751 |
| W 194 | | | | | 7/8/98 - Fax from Gino Gabrio to CIT/Grace Bowen re: Lessor's Agreement, Waiver and Estoppel Certificate. C00737 - C00742 |
| W 195 S | | | | | 7/20/98 - Letter from MidPac/Kurt Glassman to NOH/Wayne Hamano re: Instruct bank not to release any information on accounts. H00118 |
| W 196 S | | | | | 7/28/98 - UCC-1 Doc. No. 98-110127 Transamerica Commercial Finance Corp. Secured Party against CG Investments, Inc. C01103 - C01104 |
| W 197 S | | | | | 7/28/98 - UCC-1 Doc. No. 98-110128 Whirlpool Secured Party against CG Investments, Inc. C01101 - C01102 |
| W 198 | | | | | 7/31/98 - MidPac Lumber Profit Sharing Plan, Committee Resolutions. G03232 - G03233 |
| W 199 | | | | | 8/1/98 - BOH Account #0080-640692 Statement for August 1998. H00372 |

| Whirlpool Corporation vs. CIT Group/Business Credit, Inc. et al | CASE NO. 01 00187 MEA BMK |
|---|---|

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W 200 | | | | | 8/7/98 MidPac checks written on FHB #570 from 8/7/98 to 9/22/98. Y02794 - Y02804 |
| W 201 | | | | | 8/10/98 Letter from PPG Architectural Finishes to CIT re: UCC filing . C02235 |
| W 202 | | | | | 8/11/98 - Letter from Torkildson/Roger Fonseca to FHB/Doris Dela Pena re: transfer MidPac ESOP assets. G03304 - G03305 |
| W 203 | | | | | 8/12/98 - Fax from Goodsill/Ray Iwamoto to Roland Attenborough Esq. re: Draft of letter to Glenn Sato. G03295 - G03297 |
| W 204 S | | | | | 8/13/98 - UCC-1 Doc. No. 98-119170 City Bank Secured Party against CG Investments, Inc., CA24049 |
| W 205 S | | | | | 8/13/98 - UCC-1 Doc. No. 98-119172 City Bank Secured Party against CG Investments, Inc., CA24050 |
| W 206 | | | | | 8/18/98 - Fax from Goodsill/Ray Iwamoto to Kurt /Glassman re: ESOP G03281 - G03285 |
| W 207 | | | | | 8/19/98 - Fax from Attenborough to Iwamoto re: MidPac ESOP Plan G03259 - G03258 |
| W 208 | | | | | 8/19/98 - Letter from Fonseca to FHB/Doris Dela Pena re: deficiencies in transfer of assets. G03279 - G03280 |
| W 209 | | | | | 8/24/98 - Fax from Ray Iwamoto to Reish & Luftman re: Letter to First Hawaiian Bank. G03257 |
| W 210 S | | | | | 8/27/98 - CIT Field Examination on MidPac for period 1/98 to 6/98 prepared by Greg Powell. CT040021 - CT0040045 (Brichacek Depo Exh. 142) |
| W 211 S | | | | | 9/0/98 - Handwritten notes on Agreement for Purchase of stock between Frances Bowling and Kurt Glassman. (No Bates Number) (Ed Bowling Depo Exh. 247) |
| W 212 S | | | | | 9/0/98 - Agreement for Purchase of stock between Frances Bowling and Kurt Glassman EB02681 - EB02697 (Ed Bowling Depo Exh. 248) |
| W 213 S | | | | | 9/1/98 - Sublease between CG Development, Inc. and MidPac. AL000109 - AL000118 (Iwamoto Depo Exh. 41) |
| W 214 S | | | | | 9/4/98 - Fax from Mancini, Rowland & Welch to Ed Bowling re: transactions between Frances Bowling and Kurt Glassman. EB02629 - EB02640 (Mancini Depo Exh. 256) |
| W 215 S | | | | | 9/4/98 Fax from Mancini, Rowland & Welch to Ed Bowling re: promissory notes in connection with Bowling/Glassman Transaction. EB00560 - EB00578 |
| W 216 | | | | | 9/8/98 - Handwritten notes re: Agreements (No Bates Number) (Ed Bowling Depo Exh. 251) |
| W 217 S | | | | | 9/13/98 CGI Stock Payment in Full between CGI and Frances Haller. EB00527 - EB00531 |
| W 218 | | | | | 9/14/98 - Letter and Certificates from Goodsill to Kurt Glassman re: Frances Bowling. EB00623 - EB00631 (Iwamoto Depo Exh. 7) |
| W 219 S | | | | | 9/16/98 - Mancini, Rowland & Welch billing records for Frances Bowling (No Bates Number) (Mancini Depo Exh. 253) |
| W 220 S | | | | | 9/21/98 - CIT A/R Collateral Review of MidPac Lumber for period 9/16/98 to 9/18/98 prepared by Eric Fernandez. CT040046 - CT040059 (Brichacek Depo Exh. 139) |

Case 1:01-cv-00187-MEA-BMK Document 737 Filed 04/17/2006 Page 12 of 58

AO 187A (Rev. 7/87) EXHIBIT AND WITNESS LIST - CONTINUATION

| Whirlpool Corporation vs. CIT Group/Business Credit, Inc. et al | CASE NO. 01 00187 MEA BMK |
|---|---|

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W 221 | | | | | 9/29/98 - Dun & Bradstreet report on CG Investment, Inc. A01126 - A001129 (Matlock Depo Exh. 154) |
| W 222 S | | | | | 9/30/98 Non-Offset Agreement between MidPac, Maui Home Supply and CIT. C02231 - C02232 |
| W 223 | | | | | 10/1/98 - Dun & Bradstreet Report on MidPac Lumber A01120 - A01125 (Matlock Depo Exh. 155) |
| W 224 S | | | | | 10/6/98 - Mancini, Rowland & Welch billing statement to Frances Bowling (No Bates Number) (Mancini Depo Exh. 254) |
| W 225 S | | | | | 10/6/98 - Memo from Terry Shope to Regional Credit Committee re: MidPac Accounts Receivable Advances. C01723 - C01724 (Hayes Depo Exh. 82) |
| W 226 | | | | | 10/9/98 Original MidPac Stock Certificates from Mr. & Mrs. Ino. G02392 - G02398 |
| W 227 S | | | | | 10/20/98 Bank of Hawaii bank Statements from October 1998 to April 2000. H00277 - H00316 |
| W 228 | | | | | 10/22/98 DCCA Certificate of Good Standing for MidPac. C02038 |
| W 229 | | | | | 10/26/98 MidPac Bank Account Summary for various accounts at American Savings, First Hawaiian and Bank of Hawaii. B00069 - B00104 |
| W 230 S | | | | | 10/27/98 Amendment #2 to CIT Loan and Security Agreement. C01809 - C01811 |
| W 231 | | | | | 10/27/98 Goodsill, Ray Iwamoto Fax to Kurt Glassman with attached letter indicating that CGBN is now owner of 100% of outstanding shares in MidPac. G02385 - G02391 |
| W 232 S | | | | | 10/27/98 - Letter from CIT/Terrance Shope to MidPac/Kurt Glassman re: Amendment #2. B00229 - B00231 (Hayes Depo Exh. 83) |
| W 233 | | | | | 10/28/98 - Fax from Kurt Glassman to Terry Shope re: Amendment #2. C00733 - C00736 |
| W 234 S | | | | | 10/29/98 Bank of Hawaii letter to CIT re: executed documents for Collateral Proceeds Account (Blocked Account). H00081 - H00107 (various) |
| W 235 S | | | | | 11/2/98 - Letter from CIT/Eileen Quinn to BOH/Galen Nakamura re: Blocked Account Agreement. H00002 - H00006 |
| W 236 | | | | | 11/9/98 - Fax from Kurt Glassman to Russ Wong re: Expanding MidPac relationship with BOH. H00146 - H00148 |
| W 237 | | | | | 11/12/98 CIT letter to Bank of Hawaii re: CIT Collateral Proceeds Account 80-582560. H00007 |
| W 238 | | | | | 11/19/98 - Grant Deed for Glassman property A05702 - A05716 |
| W 239 S | | | | | 12/2/98 - Fax from Ray Iwamoto to Kurt Glassman re: transfer Frances Bowling Trust to Glassman. G02499 - G02500 |
| W 240 | | | | | 12/3/98 - Memo from Ray Iwamoto to Kurt Glassman re: transfer of Frances Bowling stock to Glassman. G11180 (Iwamoto Depo Exh. 8) |
| W 241 | | | | | 12/4/98 - Fax from Iwamoto to Glassman re: transfer of Frances Bowling stock to Glassman. G02362 - G02363 |
| W 242 | | | | | 12/7/98 - Fax from Ray Iwamoto to Kurt Glassman re: Merger of Mt. Dome West into MidPac. G02505 - G02511 |

| Whirlpool Corporation vs. CIT Group/Business Credit, Inc. et al | CASE NO. 01 00187 MEA BMK |
|---|---|

| PLF NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W 243 | | | | | 12/10/98 - Handwritten note re: consulting agreement with Ed Bowling. EB02237 (Ed Bowling Depo Exh. 250) |
| W 244 S | | | | | 12/22/98 DCCA Articles of Merger for CGBN and CGBMID. B00324 - B00326 |
| W 245 S | | | | | 12/22/98 DCCA Articles of Merger of MidPac and Mt. Dome West. B00336 - B00338 |
| W 246 | | | | | 12/28/98 - Schedule of Monthly Payment to D. Takata B00040 |
| W 247 S | | | | | 12/30/98 - Articles of Incorporation for CG Spectrum, Inc. A05686 - A05693 (Iwamoto Depo Exh. 10) |
| W 248 | | | | | 12/31/98 - Various stock certificates for CGA, CGD, CGI, CGBN & MidPac C00111 - C00129 |
| W 249 | | | | | 12/31/98 - US Income Tax Return for CGBN, Inc. & Subsidiaries D10045 - D10122 |
| W 250 | | | | | 12/31/98 - CG Investments, Inc. Financial Statements year ended 12/31/98 EB01716 - EB01727 (Ed Bowling Depo Exh. 246) |
| W 251 S | | | | | 12/31/98 - CG Investments, Inc. Financial Statements year ended 12/31/98 A01171 - A01182 (Matlock Depo Exh. 160) |
| W 252 S | | | | | 12/31/98 - Frances Bowling to Purchase from Corporations' Vendors and Ed Bowling Agreement. EB00712 - EB00718 + letters re draft complaint |
| W 253 S | | | | | 12/31/98 Unanimous Written Consent of the Board of Directors of MidPac in Lieu of Meeting to Merge MidPac and Mt. Dome West. B00331 - B00333 |
| W 254 S | | | | | 12/31/98 CG Development, Inc. Financial Statements year ended December 31, 1998. A05057 - A05069 |
| W 255 S | | | | | 12/31/98 Unanimous Written Consent of the Board of Directors of CGBN, Inc. in Lieu of Meeting with attached resolutions re: merger of CGBMID and CGBN. B00319 - B00321 |
| W 256 | | | | | 1/1/99 Yvonne Lewis Index of Working File for MidPac Lumber. G00160 |
| W 257 S | | | | | 1/1/99 - MidPac BOH Account 0080-987072 Statement C03212 - C03213 |
| W 258 S | | | | | 1/1/99 - Sublease begtween CGBN, Inc. and F & J Movers, Inc. B00256 - B00268 (Iwamoto Depo Exh. 13) |
| W 259 | | | | | 1/1/99 - MidPac BOH Account 0080-640692 Statement C03485 |
| W 260 | | | | | 1/1/99 - CG Investment City Bank Account 1111366401 D008282 - D008289 |
| W 261 | | | | | 1/1/99 - Edwin Bowling Resignation from MidPac Lumber G00054 |
| W 262 S | | | | | 1/1/99 - Written Consent of BOD of MidPac to elect Glassman & Fujioka as Officers. G00067 (Iwamoto Depo Exh. 11) |
| W 263 S | | | | | 1/1/99 - ACD-R agreement between J & J Hardware and Whirlpool. A04214 - A04219 (Holton Depo Exh. 68) |

Case 1:01-cv-00187-MEA-BMK EXHIBIT AND WITNESS LIST – CONTINUATION 

| Whirlpool Corporation vs. CIT Group/Business Credit, Inc. et al | CASE NO. 01-00187 MEA BMK |
|---|---|

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W 264 S | | | | | 1/1/99 - ACD-R agreement between MidPac Lumber and Whirlpool A01098 - A01103 |
| W 265 S | | | | | 1/1/99 - ACD-R Agreement between Maui Home Supply and Whirlpool A05476 - A05481 |
| W 266 | | | | | 1/1/99 - Excerpt from ACD-R Agreement between Whirlpool Corp. And MidPac Lumber Co., Inc. A05482, A05486 - A05487 (part of W264) |
| W 267 S | | | | | 1/1/99 Written Consent of Board of Directors of MidPac indicating officers of MidPac as of 1/1/99 were Kurt Glassman and Pat Fujioka with attached transmittal letter dated 6/28/99 from Goodsill to Kurt Glassman. G00151- G00147 |
| W 268 S | | | | | 1/1/99 Major Appliances Associate Contract Distribution and Retail Dealer Sales Agreement for Maui Home Supply, MidPac, J&J Hardware and Whirlpool. A04202 - A04208, A04214, A04220 |
| W 269 | | | | | 1/1/99 Written Consent of Sole Stockholder of MidPac Lumber to accept resignation of Ed Bowling and set directors as Kurg Glassman, Michael Clifford and Ray Iwamoto. G00064 - G00066 |
| W 270 S | | | | | 1/1/99 Written Consent of Board of Directors of MidPac indicating officers of MidPac as of 1/1/99 were Kurt Glassman and Pat Fujioka. B00348 |
| W 271 S | | | | | 1/1/99 Written Consent of Stockholders fo CG Investments to name Directors as Kurt Glassman and Michael Clifford. G04151 |
| W 272 S | | | | | 1/1/99 Resignation of Ed Bowling form MidPac effective 1/1/99 with attached fax from Goodsill dated 6/25/99 indicating Bowling should sign the attached resignation. G00152 - G00153 |
| W 273 S | | | | | 1/1/99 Resignation of Ed Bowling form MidPac effective 1/1/99 with attached fax from Goodsill dated 6/25/99 indicating Bowling should sign the attached resignation and Goodsill Fax re: background info on Bowling resignation. EB02226, EB02220-EB02221 |
| W 274 | | | | | 1/5/99 - Whirlpool File Review of Maui Home Supply, CGI, MidPac and CGBN. A05624 - A05626 (Duplicate of W275) |
| W 275 S | | | | | 1/5/99 - Whirlpool File Review of Maui Home Supply, CGI, MidPac and CGBN. A02842 - A02844 (Matlock Depo Exh. 156) (Duplicate of W274) |
| W 276 | | | | | 1/6/99 - Cancelled Artles of Merger of CG Development and CG Investments. G11163 - G11165 (Iwamoto Depo Exh. 9) |
| W 277 | | | | | 1/6/99 DCCA Certificate of Merger of CGBN and CGBMID, Inc. . B00302 |
| W 278 | | | | | 1/6/99 DCCA Certificate of Merger of Mt. Dome West into MidPac Lumber. B00335 |
| W 279 | | | | | 1/8/99 - Maui Ratio Analysis for period ending 12/31/97. A01199 (Matlock Depo Exh. 159) |
| W 280 | | | | | 1/18/99 - Memo from Terry to Ernie re: Account Assignment A05355 - A05357 (Matlock Depo Exh. 162) |
| W 281 | | | | | 1/18/99 - Memo from Ernie Matlock to Joeseph Higgins re: Transfer balance to open account. A01228 (Matlock Depo Exh. 163) |
| W 282 | | | | | 1/18/99 - Letter from Whirlpool/Ernie Matlock to Maui Home Supply/Ed Bowling re: Account Assignment. A01229 (Matlock Depo Exh. 161) |