| Whirlpool Corporation vs. CIT Group/Business Credit, Inc. et al | CASE NO. 01 00187 MEA BMK |
|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W 283 | | | | | 1/21/99 - Letter from Ed Bowling to Ernest Matlock re: Account Assignment from Transamerica to Whirlpool. A05356 (Matlock Depo Exh. 164) |
| W 284 S | | | | | 1/29/99 - Memo from Yvonne Lewis to Pacific Advisory Group re: F & J Movers G11448 - G11449 (Iwamoto Depo Exh. 14) |
| W 285 S | | | | | 1/29/99 - Memo from Yvonne Lewis to Kurt Glassman re: FA Movers G11452 - G11453 (Iwamoto Depo Exh. 12) |
| W 286 S | | | | | 1/31/99 City Bank Secret Account Statement for January 1999 with checks. 000315 - 000319 |
| W 287 S | | | | | 2/1/99 - MidPac BOH Account 0080-987072 C03214 - C03216 |
| W 288 S | | | | | 2/1/99 Bank of Hawaii Account Statement, Account 0080-640668, MidPac Trade Account with attached checks. H00640 - H00642, C03313, C03308, C03299, C03300 |
| W 289 | | | | | 2/8/99 - Memo from Terry Lange to Ernie Matlock re: Wholesale Floor Check System A01222 - A01229 |
| W 290 S | | | | | 2/16/99 - Articles of Amendment to Change Name from FA Movers, Inc. to F & J Movers, Inc. G10753 (Iwamoto Depo Exh. 15) |
| W 291 S | | | | | 2/17/99 - Whirlpool Statement for Maui Home Supply/Retail A03555 - A03558 (Martin Depo Exh. 188) |
| W 292 S | | | | | 2/17/99 - Whirlpool Statement for MidPac Lumber A03542 - A03554 (Martin Depo Exh. 189) |
| W 293 | | | | | 2/17/99 - AVB Finance/Transamerica Check Request A01209 - A01216 |
| W 294 S | | | | | 2/17/99 - Whirlpool Statement for Maui Home Supply A03537 - A03541 (Martin Depo Exh. 187) |
| W 295 S | | | | | 2/18/99 - Statement on Accounts 650068 and 441834 A03534 - A03536 (Martin Depo Exh. 190) |
| W 296 | | | | | 2/20/99 Check 013913 for $23,026.57 from J&J to MHS with backup, J&J2027-2030 |
| W 297 S | | | | | 2/22/99 - Letter from Ernie Matlock to Ed Bowling re: Transfer of Transamerica Balance A01219 (Matlock Depo Exh. 165) |
| W 298 | | | | | 2/22/99 Fax from Enterprise Computer Systems to Ed Bowling re: Non-Disclosure Agreement. EB00297 - EB00299 |
| W 299 S | | | | | 2/24/99 - Whirlpool Invoices to MidPac Lumber A01427, A01428, A01436. (Ed Bowling Depo Exh. 245) |
| W 300 S | | | | | 2/24/99 - Yvonne Lewis memo to Kurt Glassman re: F & J Movers G11436 (Iwamoto Depo Exh 17) |
| W 301 S | | | | | 2/24/99 - Whirlpool invoice 1386708 to MidPac Lumber A01437 (Holton Depo Exh. 65) |
| W 302 S | | | | | 2/28/99 - Bank Account Listing for MidPac Lumber Company CA23695 (Hayes Depo Exh. 84) |
| W 303 S | | | | | 3/0/99 - Handwritten notes re: bank accounts AL002099 - AL002103 |

| Whirlpool Corporation vs. CIT Group/Business Credit, Inc. et al | CASE NO. 01 00187 MEA BMK |
|---|---|

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W 304 S | | | | | 3/1/99 - MidPac BOH Account 0080-987072 Statement C03217 - C03220 |
| W 305 S | | | | | 3/1/99 - Commission Statement for Harris Fujita A07683 - A07686 (Fujita Depo Exh. 267) |
| W 306 | | | | | 3/2/99 - Inventory Lists EB01841 - EB01848 |
| W 307 | | | | | 3/2/99 MidPac invoices to J&J Hardware. J&J3195 - J&J3223 |
| W 308 | | | | | 3/3/99 - MidPac Inventory Cost Test for inventory at MHS CA23684 (Hayes Depo Exh. 81) |
| W 309 | | | | | 3/5/99 Check 013959 for $11,011.18 from J&J to MHS with backup, J&J2025-2026 |
| W 310 | | | | | 3/8/99 - CGBN Balance Sheet, Statement of Operations 7/98 to 2/99 EB01762 - EB01771 |
| W 311 | | | | | 3/10/99 CG Investments check #1317 for $221,846.28 payable to Whirlpool with back-up supporting evidence of what the check paid for. A04105 - A04107 |
| W 312 | | | | | 3/12/99 Check 013970 for $24,478.40 from J&J to MHS with backup, J&J2789-2791 |
| W 313 | | | | | 3/17/99 - Memo from CIT/Inbum Hyeon to Cindy6 Tartarian re: MidPac Overadvance CT000406 (Hayes Depo Exh. 124) |
| W 314 | | | | | 3/18/99 - Goodsill Invoice for legal services to CGBN, Inc. Y01813 - Y01820 |
| W 315 | | | | | 3/19/99 - Consignment Agreement between MidPac Lumber and CG Investments, Inc. dba Maui Home Supply. A05680 |
| W 316 | | | | | 3/20/99 Check 013992 for $16,115.91 from J&J to MHS with backup, J&J2738-2742, A02197, A06216 |
| W 317 S | | | | | 3/22/99 Whirlpool invoice #1504304 for $2,849.00 bill to MidPac ship to Mid/Pricing for Paradise 99. A01553, A06602 |
| W 318 S | | | | | 3/24/99 Whirlpool invoice #1517532 for $1,197.00 bill to MidPac, ship to Mid/Pricing for Paradise 99. A01569, A06619 |
| W 319 S | | | | | 3/24/99 - Various checks from City Bank Account 000349 |
| W 320 S | | | | | 3/25/99 - UCC-1, Doc. No. 99-045921 CG Investments as Consignee, and MidPac as Consignor with attached consignment agmt. C01132 - C01133 (Hayes Depo Exh. 78), CA24051 - CA24052 |
| W 321 S | | | | | 3/25/99 Consignment agreement between CG Investments as Consignee and MidPac as Consignor. Assignee of Consignor (Midpac) is CIT. C02274 - C02275 (Duplicate of W322) |
| W 322 S | | | | | 3/25/99 UCC1 with CG Investments as Consignee, and CIT as Consignor with attached Consignment Agreement between CG Investments and MidPac. A05679 - A05680 (Duplicate of W321) |
| W 323 S | | | | | 3/25/99 - UCC-1, Doc. No. 99-045922 CIT secured party against CG Investments C01134 - C01135 (Hayes Depo Exh. 79) |
| W 324 S | | | | | 3/26/99 - CIT Field Examination of CGBN/MidPac for 3/22/99 to 4/2/99 prepared by Paul Dybczak. CA23647 - CA23696 (Hayes Depo Exh. 119)(Hayes Depo Exh. 85) |

| Whirlpool Corporation vs. CIT Group/Business Credit, Inc. et al | CASE NO. 01 00187 MEA BMK |
|---|---|

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W 325 S | | | | | 3/31/99 - Felix Lampa Summary of fees and expenses for CIT audit work CT040092 |
| W 326 | | | | | 3/31/99 - CG Development Projected Proceeds from F&J Building Sale EB02450 - EB02452 |
| W 327 S | | | | | 4/1/99 - MidPac BOH Account 0080-987072 Statement C03221 - C03223 |
| W 328 S | | | | | 4/1/99 Bank of Hawaii #560, Monthly statement for April 1999. C03438 - C03439 |
| W 329 S | | | | | 4/1/99 Bank of Hawaii #722, Monthly Statements for April 1999 through May 1999. SE00382 - SE00389, C03200 - C03203 |
| W 330 S | | | | | 4/1/99 - April/May Maui Home Supply Sales EB01695 - EB01701 |
| W 331 S | | | | | 4/8/99 Whirlpool Invoice #1588938 for $845.00 bill to MidPac, ship to Mid/Pricing for Paradise 99. A01642, A06691 |
| W 332 S | | | | | 4/8/99 Whirlpool invoice #1588891 for $23,170.00 bill to MidPac, ship to Mid/Pricing for Paradise 99. A01640 - A01641, A04065, A06690 |
| W 333 S | | | | | 4/8/99 - Inventory Count Sheets for MidPac-F&J AL001106 - AL001115 |
| W 334 | | | | | 4/14/99 - CGI Balance Sheet, Income Statement and Net Worth Statement EB01692 - EB01694 |
| W 335 | | | | | 4/15/99 - Whirlpool Quotations for appliances A01115 - A01119 |
| W 336 | | | | | 4/30/99 - Goodsill Invoice for legal Services to CGBN re: Whirlpool Y01821 - Y01824 |
| W 337 | | | | | 4/30/99 - CG Investments, Inc. Balance Sheet EB01728 - EB01731 |
| W 338 S | | | | | 4/30/99 CG Investments, Inc. Balance Sheet for 4/30/99. A01168 - A01170 |
| W 339 S | | | | | 4/30/99 Memorandum from Inbum Hyeon to File re A/R Reconciliations. CT000405 |
| W 340 S | | | | | 4/30/99 - CG Investments, Inc. Balance Sheet AL002439 - AL002442 |
| W 341 S | | | | | 5/1/99- MidPac BOH Account 0080-987072 Statement C03224 - C03226 |
| W 342 S | | | | | 5/1/99 Bank of Hawaii May 1999 statement for Account 0080-987072. C03529 - C03531 |
| W 343 S | | | | | 5/1/99 - MidPac American Savings Bank Acct. 45-01050-3 Statement re: bond deposits C03376 |
| W 344 S | | | | | 5/1/99 Bank of Hawaii May 1999 statement for Account 0080-640668. C03461 - C03462 |
| W 345 S | | | | | 5/1/99 Bank of Hawaii May 1999 statement for Account 0080-640722. H00820 - H00827 |

| Whirlpool Corporation vs. CIT Group/Business Credit, Inc. et al | CASE NO. 01 00187 MEA BMK |
|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W 346 S | | | | | 5/1/99 Bank of Hawaii May 1999 statement for Account 0080-640668. H00649 - H00651 and C03306, C03318, C03302, C03303 |
| W 347 S | | | | | 5/1/99 MidPac reconciliation of City Bank Account 11-11175-3-01 for May 1999 with check summary and bank statement attached. A04941 - A04946 |
| W 348 S | | | | | 5/1/99 Bank of Hawaii Statement for Account 560 for May 1999. SE00254 - SE00255 |
| W 349 S | | | | | 5/1/99 Bank of Hawaii #560, Monthly statement for May 1999. C03440 - C03441 |
| W 350 | | | | | 5/3/99 - MidPac Order Form to Whirlpool AL002463 |
| W 351 S | | | | | 5/4/99 - MidPac Invoices for appliances sold to Spectrum C03322 - C03333 |
| W 352 | | | | | 5/4/99 - Fax from Cascade Surety and Bonding, Inc. to Bob Borkovec re: CGBN with bonding requirements. EB01961 - EB01962 |
| W 353 | | | | | 5/4/99 Bowling's telephone records for May and June 1999. 000445 - 000467 |
| W 354 S | | | | | 5/6/99 - Various MidPac Checks payable to MidPac C03334 |
| W 355 | | | | | 5/6/99 - Accounts Payable - Expenses for various vendors EB02375 - EB02387 |
| W 356 | | | | | 5/10/99 - Fax from CG Investments to Ed (Bowling?) Re: Control Entity Bank List EB02496 - EB02521 |
| W 357 S | | | | | 5/10/99 Whirlpool invoice #1729844 for $20,853.00 bill to MidPac, ship to Mid/Pricing for Paradise 99. A01757 - A01758, A04067, A06803 |
| W 358 | | | | | 5/10/99 - MidPac invoice to J & J Hardware for Appliances CA17713 |
| W 359 | | | | | 5/14/99 - Fax from Kurt Glassman to Kurt Kunihiro re: Articles of Inc. and Bylaws for CGBN. D000376 - D000382 |
| W 360 S | | | | | 5/17/99 - CG Investments payments to Whirlpool A03004 - A03011 (Martin Depo Exh. 193) |
| W 361 S | | | | | 5/20/99 Whirlpool invoice #1779759 for $2,317.00 bill to MidPac, ship to Mid/Pricing for Paradise 99. A01812, A06860 |
| W 362 | | | | | 5/21/99 MidPac Invoices to J&J Hardware, Appliance Division. CA17701 - 2, CA17710, CA17712, CA17713 |
| W 363 S | | | | | 5/24/99 - Fax from Donna Martin to Mike Souza re: aging report and past due account A03522 - A03525 (Martin Depo Exh. 186) |
| W 364 S | | | | | 5/24/99 Whirlpool Invoice #1791870 for $22,825.00 bill to MidPac, ship to Mid/Pricing for Paradise 99. A01829 - A01830, A04055, A06876 |
| W 365 S | | | | | 5/25/99 - Hawaii Market Issues for May 1999 A05868 (Holton Depo Exh. 67) |
| W 366 | | | | | 5/25/99 - Key Persons Compensation for CGB Enterprises EB02486 - EB02490 |

| Whirlpool Corporation vs. CIT Group/Business Credit, Inc. et al | CASE NO. 01 00187 MEA BMK |
|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W 367 | | | | | 5/27/99 - MidPac Check payable to Secret Account C03318 |
| W 368 | | | | | 5/29/99 J&J Check #14217 for $28,267.20 payable to MidPac. SE04658 - SE04659 |
| W 369 S | | | | | 5/31/99 - CGBN, Inc. & Subsidiary Consolidated Statement of Income for 11 months ended May 1999. A05550 - A05555 |
| W 370 | | | | | 5/31/99 - CGBN & Subsidiary Consolidated Balance Sheet AL002443 - AL002446 |
| W 371 S | | | | | 5/31/99 - Whirlpool Statement of Account to Maui Home Supply C02710 - C02713 |
| W 372 S | | | | | 5/31/99 - Whirlpool Statement of Account to Maui Home Supply/Retail C02714 - C02720 |
| W 373 S | | | | | 5/31/99 - Whirlpool Statement of Account to MidPac Lumber C02699 - C02709 |
| W 374 S | | | | | 5/31/99 - MidPac City Bank Account 101293201 Statement 000420 - 000434 |
| W 375 S | | | | | 5/31/99 City Bank Statements for Maui Home Supply, account #11-113366401 for May 1999. A00123 - A00128 |
| W 376 S | | | | | 6/1/99 MidPac Check Summary for June 1999 for BOH Account 0080-640668. A00568 – A00571 |
| W 377 | | | | | 6/1/99 – Whirlpool National Retail Advertised prices AL002270 - AL002285 |
| W 378 | | | | | 6/1/99 - Roper National Retail Advertised prices AL002286 - AL002289 |
| W 379 | | | | | 6/1/99 - CGB Enterprises Refinancing Memorandum and Financial Data CA18731 - CA18748 (Hayes Depo Exh. 117) |
| W 380 S | | | | | 6/1/99 - Statement of payment for stock sold by Frances Bowling to Kurt Glassman EB00707 |
| W 381 | | | | | 6/1/99 Bank of Hawaii June 1999 statement for Account 0080-640668. H00652 - H00654 |
| W 382 S | | | | | 6/1/99 - MidPac Amer. Savings Account 45-01050-3 Statement C03294 - C03298 |
| W 383 S | | | | | 6/1/99 MidPac reconciliation of City Bank Account 11-11375-3-01 for June 1999 with check summary and bank statement attached. A00117 - A00121 |
| W 384 S | | | | | 6/1/99 Bank of Hawaii June 1999 Statement for Account 0080-582560. SE00256 - SE00258 |
| W 385 S | | | | | 6/1/99 MidPac Check Summary for June 1999 for BOH Account 0080-640684. A00529 - A00531 |
| W 386 S | | | | | 6/1/99 MidPac Check Summary for June 1999 for BOH Account 0080-640692. A00454- A00456 |
| W 387 S | | | | | 6/1/99 MidPac's FHB bank statement for June and July 1999 for Account 98-018565. R00373 - R00403 (only odd numbered pages, ie, the front of the document) |

| Whirlpool Corporation vs. CIT Group/Business Credit, Inc. et al | CASE NO. 01 00187 MEA BMK |
|---|---|

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W 388 S | | | | | 6/1/99 MidPac's FHB bank statements for June 1999 for Account 98-051570. R00143, R00145 |
| W 389 S | | | | | 6/1/99 Bank of Hawaii June 1999 Statement for Account 0080-640692. H00417 - H00422 |
| W 390 S | | | | | 6/1/99 Bank of Hawaii June 1999 Statement for Account 0080-987072. H00303 - H00307 |
| W 391 S | | | | | 6/1/99 American Savings Bank Statements for June 1999 and July 1999, 000042 - 000045 |
| W 392 S | | | | | 6/1/99 Bank of Hawaii June 1999 Statement for Account 0080-640684. H00711 - H00716 |
| W 393 S | | | | | 6/1/99 Bank of Hawaii Statement for June 1999 for Account 0080-640722. H00824 - H00830 |
| W 394 | | | | | 6/1/99 Glassman checks classified on corporate and IRS records as Glassman compensation. EB00706 - EB00707 |
| W 395 | | | | | 6/2/99 - Handwritten notes re: Spectrum G10815 - G10816 (Iwamoto Depo. Exh. 18) |
| W 396 S | | | | | 6/2/99 CG Investments, Inc. check # 1412 for $75,557.96 to MidPac deposited in BOH 560. SE04590 - SE04591 |
| W 397 S | | | | | 6/2/99 - Memo from Yvonne Lewis to Ray Iwamoto re: CG Spectrum and Gspectrum LLC. G10740 (Iwamoto Depo Exh. 19) |
| W 398 S | | | | | 6/3/99 - Whirlpool Chronology of events from 7/3/99 to 7/23/99 A02997 - A03000 (Duplicate of W400) |
| W 399 S | | | | | 6/3/99 - Memo from Yvonne Lewis to Kurt Glassman re: Wspectrum Incorporation Docs. G10781 - G10782 (Iwamoto Depo Exh. 20) |
| W 400 S | | | | | 6/3/99 - Whirlpool Chronology of events from 7/3/99 to 7/23/99 A03518 - A03519 (Matlock Depo Exh. 170) (Duplicate of W398) |
| W 401 S | | | | | 6/4/99 - MidPac Ageing Summary for Key Accounts CT039995 - CT039996 (Hayes Depo Exh. 130) |
| W 402 S | | | | | 6/4/99 - Goodsill check for Corporate filing for WSPECTRUM, INC. G10780 (Iwamoto Depo Exh. 21) |
| W 403 S | | | | | 6/4/99 - Fax from Yvonne Lewis to Kurt Glassman re: Incorporation docs re: Gspectrum and Wspectrum G10783 - G10814 (Iwamoto Depo Exh. 23) |
| W 404 S | | | | | 6/4/99 - Trans. Letter from Y. Lewis to Kurt Glassman re: incorporation docs for Wspectrum Inc. and Gspectrum. G10761 - G10779 (Iwamoto Depo Exh. 22) |
| W 405 S | | | | | 6/7/99 - Memo from Ray Iwamoto to Yvonne Lewis re: CG Spectrum, Inc. G10760 (Iwamoto Depo Exh. 25) |
| W 406 | | | | | 6/7/99 MidPac invoices to J&J Hardware. CT000771 - CT000792 |
| W 407 | | | | | 6/9/99 - Whirlpool Invoice 1862361 to MidPac for Navy A01887 (Holton Depo Exh. 66) |
| W 408 S | | | | | 6/9/99 - Letter from Janet Rowan to Bowling/Glassman re: payment on open balance. EB00016 (Matlock Depo Exh. 168) |

| Whirlpool Corporation vs. CIT Group/Business Credit, Inc. et al | CASE NO. 01 00187 MEA BMK |
|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W 409 S | | | | | 6/9/99 - Letter from Janet Rowan to Ed Bowling and Kurt Glassman re Open Balance payment. A01206 (Matlock Depo Exh. 180) (with Matlock notes "out of compliance" etc.) |
| W 410 | | | | | 6/10/99 - Fax from Ray Iwamoto to Kurt Glassman re: appointment to meet with Bank of Hawaii. G01822 (Iwamoto Depo Exh. 27) |
| W 411 S | | | | | 6/10/99 - Memo from Ray Iwamoto to Yvonne Lewis re: backdate Bowling resignation G02145 (Iwamoto Depo Exh. 26) |
| W 412 S | | | | | 6/10/99 - Certification of Incorporation of Wspectrum, Inc. G10868 (Iwamoto Depo Exh. 28) |
| W 413 S | | | | | 6/10/99 - Amendment to Change Name of Gspectrum, LLC to KSG, LLC A05682 |
| W 414 | | | | | 6/10/99 - Articles of Incorporation of Wspectrum, Inc. A05694 - A05701 |
| W 415 | | | | | 6/10/99 - Wspectrum Incorporation file index G10819 (Iwamoto Depo Exh. 29) |
| W 416 | | | | | 6/11/99 - Memo from Inbum Hyeon to Robert Brichacek re: June meeting Agenda with MidPac. CT039991 - CT039994 (Hayes Depo Exh. 126) |
| W 417 S | | | | | 6/11/99 MidPac insufficient funds check to Whirlpool for $150762.96 with back-up information on appliances being paid for. A03075, A03597, A03070, A03592, A03593, A04108, A04109-13, A03283-92 |
| W 418 S | | | | | 6/11/99 - Memo from Inbum Hyeon to Robert Brichacek re: June meeting Agenda with MidPac. CT000400 - CT000403 (Hayes Depo Exh. 125) |
| W 419 | | | | | 6/13/99 - Sales Proforma for MidPac Lumber EB01853 - EB01877 |
| W 420 | | | | | 6/14/99 Fax from MidPac to Inbum Hyeon at CIT with a list of Bonded Jobs Summary - Active. CA23971 - CA23976 |
| W 421 | | | | | 6/14/99 MidPac Deposit Schedule prepared by Ted Phelps? showing deposits into CIT accounts. J00255 - J00286 |
| W 422 | | | | | 6/15/99 - Bill of Lading for Whirlpool products. A06939 - A06940. (Fujita Depo Exh. 265) |
| W 423 S | | | | | 6/15/99 - Prout & Thomas audit letter to Spectrum c/o Goodsill C01382 - C01383 |
| W 424 S | | | | | 6/15/99 - Memo from Tom Hayes to Sharon Spector re: Notice to CIT President of possible fraud at MidPac. CT002932 (Hayes Depo Exh. 129) |
| W 425 S | | | | | 6/15/99 - Letter from Inbum Hyeon to Kurt Glassman re: 6/14/99 meeting CT000399 (Hayes Depo Exh. 132) |
| W 426 S | | | | | 6/15/99 - Whirlpool Invoice 1890772 to MidPac for J&J Hardware A01903 (Holton Depo Exh. 64) |
| W 427 S | | | | | 6/15/99 Whirlpool invoice #1889052 for $345.00 bill to MidPac, ship to Mid/Pricing for Paradise 99. A01897, A06939 |
| W 428 | | | | | 6/15/99 Bill of Lading for Whirlpool product. A06939-A06940. (Fujita Depo. Exh. 265) |

| Whirlpool Corporation vs. CIT Group/Business Credit, Inc. et al | CASE NO. 01 00187 MEA BMK |
|---|---|

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W 429 S | | | | | 6/15/99 Whirlpool invoice #1889259 for $2394.00 bill to MidPac, ship to Mid/Pricing for Paradise 99. A01899, A06942 |
| W 430 | | | | | 6/15/99 CGB Enterprises Refinancing Memorandum and Financial Data. H00185 - H00196 |
| W 431 S | | | | | 6/16/99 Prout & Thomas confirmation letter signed by J&J Hardware that their balance outstanding with Midpac is $739,764.95. (with back-up). CT005854 - CT005864 |
| W 432 | | | | | 6/16/99 - MidPac Inventory and Audit List AL002453 - AL002462 |
| W 433 S | | | | | 6/16/99 - Prout & Thomas Audit letter to J&J Hardware with "hugely scary number" EB01649 |
| W 434 S | | | | | 6/16/99 - Dun & Bradstreet report on Whirlpool Corporation ordered by CIT CT000495 - CT000511 (Hayes Depo Exh.77) |
| W 435 S | | | | | 6/16/99 - Letter from Brichacek to J&J Hardware re: Notice of Assignment of Accounts C02264 - C02265 |
| W 436 S | | | | | 6/16/99 - Letter from Brichacek to F&J Movers re: Notice of Assignment of Accounts C02267 - C02268 |
| W 437 | | | | | 6/16/99 - Memo from Tom Hayes to Eric Abolmoloki re: meeting with Glassman re: concentration account problems. CT005837 (Hayes Depo Exh. 110) |
| W 438 | | | | | 6/16/99 - Federal EIN application for F&J Movers, Inc. G11379 (Iwamoto Depo Exh. 16) |
| W 439 | | | | | 6/16/99 - Job Information Sheet for Maui Home Supply. A07538. (Fujita Depo Exh. 266) |
| W 440 | | | | | 6/16/99 Dun & Bradstreet Business Information Report of Whirlpool Corp. requested by CIT. CT005415 - CT005431 (Duplicate of W434) |
| W 441 | | | | | 6/16/99 Letter from CIT to J&J re: Notice of Assignment of Accounts. J&J 2-3 |
| W 442 S | | | | | 6/17/99 - CIT Field Examination for MidPac Lumber for 6/17/99 - 6/19/99 prepared by Greg Powell. CT040060. (Brichacek Depo Exh. 141) |
| W 443 S | | | | | 6/17/99 - Fax from Renee Costa c/o Ray Iwamoto to Prout & Thomas re: Audit letter to Spectrum. G02135 - G02136 (Iwamoto Depo Exh. 30) (Duplicate) |
| W 444 | | | | | 6/17/99 MidPac Lumber Accounts Receivable re: J&J, JJA and JJL. C02859 - C02862 |
| W 445 | | | | | 6/17/99 - Fax from Grace Bowen to Ray Iwamoto re: Prout & Thomas Audit letter to Spectrum. G02132 - G02134. (Iwamoto Depo Exh. 31) |
| W 446 S | | | | | 6/17/99 MidPac Lumber checks paid from BOH 692 to BOH 560 (Check Nos. from 4192 - 4201) SE04820 - SE04827 |
| W 447 S | | | | | 6/17/99 Bank of Hawaii internal memo re: CIT's attached letter effecting its authority granted by a Blocked Account Agreement. H00020 - H00026 |
| W 448 S | | | | | 6/18/99 Checks from MidPac made payable to various individuals. Checks signed by Ed Bowling. SE04892 - SE04893 |
| W 449 S | | | | | 6/18/99 - Fax from Kurt Glassman to Inbum Hyeon re: Making CIT comfortable with collateral base. CT039984 - CT039988 (Hayes Depo Exh. 131) |

| Whirlpool Corporation vs. CIT Group/Business Credit, Inc. et al | CASE NO. 01 00187 MEA BMK |
|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W 450 S | | | | | 6/18/99 - Letter from Nicholas Dreher to City Bank re: CIT security interest in CG Investments, Inc. C02279 - C02280. (Hayes Depo Exh. 80) |
| W 451 | | | | | 6/18/99 MidPac BOH 560 deposit slip for J&J check #14217 for $28,267.20 returned for insufficient funds. CA17773 , CA17803 |
| W 452 | | | | | 6/18/99 MidPac BOH 560 deposit slip for J&J check #14217 for $28,267.20 returned for insufficient funds. CA17770 - CA17772 |
| W 453 | | | | | 6/18/99 MidPac Lumber Schedule of Assets (Accounts Receivable/ Inventory/ Machinery/ Equipment) CA16256 |
| W 454 S | | | | | 6/18/99 MidPac Deposit Summary for Account 560, Bonding, Payroll, Other & Wire, and Year End Adjustments for the period 6/18/99 to 6/27/99. CT004716 - CT004717 |
| W 455 | | | | | 6/18/99 - Memo from Tom Hayes to Sharon Spector re: Ted Phelps CT040091 |
| W 456 S | | | | | 6/18/99 - Letter from Nicholas Dreher to City Bank re: CG Investments, Inc. CA24033 - CA24034 |
| W 457 | | | | | 6/20/99 - Handwritten notes EB01640 - EB01641 |
| W 458 | | | | | 6/20/99 - Fax from Kurt Glassman to Ed Bowling re: draft of letter to Tom Hayes in anticipation of meeting with CIT. EB01643 - EB01646 |
| W 459 | | | | | 6/21/99 - Dun & Bradstreet report on CG Investment, Inc. ordered by CIT. CT005435 - CT005456. (Hayes Depo Exh. 109) |
| W 460 S | | | | | 6/21/99 - Memo from Ted Phelps to Grace/Tom/Inbum Hyeon re: Phelps investigation of Glassman. CT005495 (Hayes Depo Exh. 106) |
| W 461 | | | | | 6/21/99 - PROBE report on Kurt Glassman ordered by Ted Phelps CT005496 - CT005528 (Hayes Depo Exh. 107), C01503 |
| W 462 | | | | | 6/21/99 - City Bank Wire Transfer Request for Wspectrum to Bank of America/CIT. C02458 |
| W 463 | | | | | 6/22/99 - Airborne Express tag from CIT to Spectrum C02270 |
| W 464 S | | | | | 6/22/99 - Memo from Inbum Hyeon to Cindy Tartarian re: MidPac inventory reserves CT000397 (Hayes Depo Exh. 115) (Duplicate of W465) |
| W 465 S | | | | | 6/22/99 - Memo from Inbum Hyeon to Cindy Tartarian re: MidPac inventory reserves CT000398 (Hayes Depo Exh. 116) (Duplicate of W464) |
| W 466 | | | | | 6/22/99 - Cross Guaranty between Forest Grove Lumber and CG Investments, Inc. G03651 |
| W 467 S | | | | | 6/22/99 CIT letter to Spectrum re: Notice of Assignment of Accounts to CIT. C02271 - C02272 |
| W 468 S | | | | | 6/22/99 CIT letter to BOH re: Blocked Account Agreement re: implement ZBA between 072 and 722. H00122 |
| W 469 | | | | | 6/23/99 - FedEx Airbill from CIT/Kelley Thatcher to Renee Costa/Specrum C02269 |
| W 470 | | | | | 6/23/99 - Draft letter From Iwamoto to Grace Bowen re: double invoicing G02124 - G02126 |

| Whirlpool Corporation vs. CIT Group/Business Credit, Inc. et al | CASE NO. 01 00187 MEA BMK |
|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W 471 S | | | | | 6/23/99 - Ted Phelps Case Notes of initial meeting between MidPac/Glassman and CIT J00317 (Hayes Depo Exh. 104) |
| W 472 S | | | | | 6/23/99 - MidPac/CIT Meeting Agenda AL002447 - AL002450 |
| W 473 S | | | | | 6/23/99 - Handwritten Notes re: MidPac meeting with CIT AL002076 - AL002088 (last page no bates number) |
| W 474 S | | | | | 6/23/99 - Goodsill/Iwamoto letter to Grace Bowen, Esq. re: double invoicing C00726 - C00729 |
| W 475 | | | | | 6/24/99 Fax from Inbum Hyeon to Felix Lampa (CIT auditor) with attached CGB Enterprises Ownership Structure, CGBN and Subsidiary Consolidated Balance Sheet for May 31, 1999, CGBN and Subsidiary Consolidated Statement of Income for 11 months ended May 31, 1999, and CGBN Statement of Operations dated April 1999. C03288 - C03293 |
| W 476 S | | | | | 6/24/99 - Fax from Iwamoto to Grace Bowen re: default actually based on consignment agreement. C00730 - C00731 (Duplicate of W477) |
| W 477 S | | | | | 6/24/99 - Fax from Iwamoto to Grace Bowen re: default actually based on consignment agreement. G02115 - G02116 (Duplicate of W476) |
| W 478 S | | | | | 6/24/99 - Letter from Ray Iwamoto to Grace Bowen re: double invoicing C00726 - C00729 (Hayes Depo Exh. 89) (Iwamoto Depo Exh. 32) |
| W 479 S | | | | | 6/24/99 - Letter from Iwamoto to Grace Bowen re: double invoicing G02120 - G02123 |
| W 480 | | | | | 6/24/99 - Unanswered Fax and memo between Iwamoto and Grace Bowen re: default actually based on consignment agreement. G02117 - G02119 |
| W 481 S | | | | | 6/24/99 MidPac Daily Charge Sales for 6/24/99 through 6/30/99. CA24233 - CA24248 |
| W 482 | | | | | 6/24/99 Ted Phelps log of deposits to CIT accounts. J00257 |
| W 483 S | | | | | 6/25/99 - Memo from Yvonne Lewis to Ray Iwamoto re: resignation of Ed Bowling and Restructure of Directors/Officers. G00156 |
| W 484 S | | | | | 6/25/99 - Letter from Thomas Hayes to Glassman/Bowling re: Default of Loan & Security Agreement (No Bates Number) (Hayes Depo Exh. 135) (Duplicate of W485) |
| W 485 S | | | | | 6/25/99 - Letter from Thomas Hayes to Glassman/Bowling re: default of Loan and Security Agreement. C02258 - C02259 (Duplicate of W484) |
| W 486 S | | | | | 6/25/99 - Fax from Yvonne Lewis to Ed Bowling re: Bowling resignations EB02220 - EB02226 (Ed Bowling Depo Exh. 243) |
| W 487 | | | | | 6/25/99 - Fax from Yvonne Lewis to Ed Bowling re: resignation as officer/director G00154 - G00155 (Iwamoto Depo Exh. 56) |

| Whirlpool Corporation vs. CIT Group/Business Credit, Inc. et al | CASE NO. 01 00187 MEA BMK |
|---|---|

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W 488 | | | | | 6/26/99<br>J&J Check #14283 for $10,918.84<br>J&J Check #14285 for $20,735.29<br>J&J Check #14319 for $5,344.40<br>J&J Check #14433 for $14,351.60<br>J&J Check #14447 for $483.71<br>J&J Check #14534 for $18,431.08<br>J&J Check #14318 for $22,371.86<br>CT000820- CT000824, CT000827, CT000837, CT000841, CT000832, CT000831 |
| W 489 | | | | | 6/26/99 Check 14283 for $10,918.84 from J&J to MHS with backup. J&J2118-2120 A023394, A06353, A02671, A06336, A02632, A04080, A04356, A04357, A06293, A02181, A07243, A02688, A06332, A02397, A04377, A04086, A06355 |
| W 490 S | | | | | 6/28/99 - Letter from Ray Iwamoto to Gary Samson re: explanation of double invoicing C00723 - C00724 (Duplicate of W492) |
| W 491 S | | | | | 6/28/99 - Fax from Ray Iwamoto to Kurt Glassman re: Default of Loan & Security Agreement. G02109 - G02111 |
| W 492 S | | | | | 6/28/99 - Fax from Ray Iwamoto to Gary Samson re: explanation of double invoicing G02106 - G02103 (Duplicate of W490) |
| W 493 | | | | | 6/29/99 - Vendor Recap<br>EB02352 - EB02355 |
| W 494 | | | | | 6/29/99 - Quotation for Crime Coverage for CG Investments from J&H March & McLennan. AL002290 - AL002291 |
| W 495 | | | | | 6/30/99 - EGBN, Inc. Trade Accounts Receivable<br>B00026 |
| W 496 S | | | | | 6/30/99 - F & J Movers, Inc. Invoice to MidPac for appliances<br>C03336 |
| W 497 | | | | | 6/30/99 - CGBN, Inc. & Subsidiary Consolidated Financial Statements for Year Ended 6/30/99. EB01732 - EB01746 |
| W 498 | | | | | 6/30/99 - Inventory with Kurt Glassman's Notes for MidPac<br>EB01849 - EB01852 |
| W 499 | | | | | 6/30/99 - Cash Flow, Budget vs. Actual<br>EB01995 - EB01997 |
| W 500 | | | | | 6/30/99 - Selected Financial Information on CGB Enterprises<br>EB01838 - EB1840 |
| W 501 S | | | | | 6/30/99 - Appliance Counts<br>AL001467 - AL001489 |
| W 502 | | | | | 6/30/99 - CGBN, Inc. Deposits and Other<br>B00036 |
| W 503 | | | | | 6/30/99 - CGBN, Inc. Due to Affiliates (CG Investments)<br>B00041 |
| W 504 | | | | | 6/30/99 - CGB Enterprises Proformer Merger Balance Sheet<br>EB01993 - EB01994 |
| W 505 | | | | | 6/30/99 - CGBN, Inc. Due from Affiliate (F&J Movers)<br>B00031 |

| Whirlpool Corporation vs. CIT Group/Business Credit, Inc. et al | CASE NO. 01 00187 MEA BMK |
|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W 506 | | | | | 6/30/99 MidPac BOH 560 Deposit slip for BOH Cashiers Check for $10,874.86 used to pay for cabinets and appliances. CA19296, CA19308 |
| W 507 | | | | | 6/30/99 MidPac Accounts Receivable Entry List for June 30, 1999 indicating J&J Hardware payments. CA24208 |
| W 508 S | | | | | 6/30/99 MidPac Lumber Financial Statements (draft) for year ended June 30, 1999. A05029 - A05044 |
| W 509 | | | | | 6/30/99 Whirlpool Cash Spiff Claim Forms for Ed Bowling from April 1999 to June 1999. EB02065 - EB00070 |
| W 510 | | | | | 6/30/99 MidPac Lumber, Cash Receipts Journal from 6/16/99 to 6/30/99. A - CA24248 |
| W 511 | | | | | 6/30/99 - CGBN, Inc. & Subsidiary Consolidated Balance Sheet EB01736 - EB01738 |
| W 512 S | | | | | 7/0/99 - Handwritten Notes re: Requirements for Program AL002104 - AL002110 |
| W 513 S | | | | | 7/0/99 - Handwritten note to George re: Forbearance Agreement AL002089 |
| W 514 | | | | | 7/1/99 - Bonding Deposits for July 1999. CT005968 - CT005982 (Hayes Depo Exh. 86) |
| W 515 S | | | | | 7/1/99 MidPac's FHB bank statement for July 1999 for Account 98-051570. R00147 |
| W 516 S | | | | | 7/1/99 - Fax from Grace Bowen to Kurt Glassman re: Default of loan and Security Agreement. G02092 - G02094 |
| W 517 S | | | | | 7/1/99 - Fax from Ray Iwamoto to Grace Bowen re: attempt to free up CIT funding G02100 - G02105 |
| W 518 S | | | | | 7/1/99 - Letter from Ray Iwamoto to Grace Bowen re: attempt to free up CIT funding C00721 - C00724 (Iwamoto Depo Exh. 33) |
| W 519 S | | | | | 7/1/99 - Whirlpool Problem account Report for MidPac Lumber A07819 (C. Smith Depo Exh. 225) |
| W 520 S | | | | | 7/1/99 - Whirlpool Problem Account Report for Maui Home Supply A07820 (C. Smith Depo Exh. 226) |
| W 521 S | | | | | 7/1/99 MidPac Check Summary for July 1999 for BOH Account 0080-640692. A00457 - A00459 |
| W 522 S | | | | | 7/1/99 Bank of Hawaii July 1999 statement for Account 0080-640668.H00655 |
| W 523 S | | | | | 7/1/99 Bank of Hawaii July 1999 Statement for Account 0080-582560. SE00259 - SE00263 |
| W 524 | | | | | 7/1/99 - Notes re: questions concerning concentration analysis at MidPac C01284 - C01286 |
| W 525 | | | | | 7/1/99 MidPac Check Summary for July 1999 for BOH Account 0080-640684. A00532 - A00533 |
| W 526 S | | | | | 7/1/99 - Letter from Brichacek to Kurt Glassman re: Additional violations of Loan & security Agreement. CT039945 - CT039946. (Brichacek Depo Exh. 145) |

| Whirlpool Corporation vs. CIT Group/Business Credit, Inc. et al | CASE NO. 01 00187 MEA BMK |
|---|---|

| PLF NO | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W 527 | | | | | 7/1/99 - MidPac Projected Cash Flow Statement<br>EB01772 - EB01773 |
| W 528 | | | | | 7/2/99 - Fax from Gary Samson to Grace Bowen re: Draft of Forbearance Agreement<br>G02086 - G02091 (Iwamoto Depo Exh. 34) |
| W 529 S | | | | | 7/3/99 Fax from Collateral Risk Management to Felix Lampa re: Bill Holtz trip to Hawaii and issues concerning Whirlpool appliances and consignment agreement.<br>AL000170 - Al000172 |
| W 530 | | | | | 7/6/99 Whirlpool invoice #1994077 for $3068.27 bill to MHS, ship to J&J Hardware.<br>A02320, A06161 |
| W 531 | | | | | 7/6/99 Whirlpool invoice #1994079 for $542.70 bill to MHS/Retail, ship to J&J Hardware. A02322, A06509 |
| W 532 | | | | | 7/7/99 - CGB Enterprises Organization Chart<br>EB00845 |
| W 533 S | | | | | 7/7/99 - Fax from Inbum Hyeon to Gary Cleland re: CRM Engagement Letter with MidPac. AL000006 - AL000009 |
| W 534 S | | | | | 7/7/99 - Collateral Risk Management Examination Services Engagement Letter for MidPac. C02282 - C02286 (Hayes Depo Exh. 112) |
| W 535 | | | | | 7/7/99 - Fax from Ray Iwamoto to Grace Bowen re: Forbearance Agreement<br>G02078 - G02085 (Iwamoto Depo Exh. 35) |
| W 536 S | | | | | 7/8/99 - Fax from Ted Phelps to Janet Rowan re: financial difficulties at MidPac<br>A03599 (C. Smith Depo Exh. 217) |
| W 537 | | | | | 7/8/99 - Fax from Ted Phelps to Janet Rowan re financial difficulties at MidPac<br>A04034 |
| W 538 | | | | | 7/8/99 - Fax from Kurt Glassman to Janet Rowan re: cash flow issues at MidPac<br>A04040 |
| W 539 S | | | | | 7/9/99 - Fax from Yvonne Lewis to Gary Samson re: chart showing status of each of Glassman's entities. C01586 - C01587 (Iwamoto Depo Exh. 58) |
| W 540 S | | | | | 7/9/99 - F & J Appliance Inventory<br>AL001496 - AL001500 |
| W 541 S | | | | | 7/9/99 - Appliance inventory on floor of MidPac<br>AL001490 - AL001495 |
| W 542 | | | | | 7/9/99 - Fax from Ray Iwamoto to Gary Samson re: Agreement between CGI and MidPac to appoint MHS as MidPac's Agent. G01644 - G01645 (Iwamoto Depo Exh. 42) |
| W 543 S | | | | | 7/9/99 - F&J Inventory Values<br>AL001572 - AL001573 |
| W 544 | | | | | 7/9/99 - Fax from Ray Iwamoto to Gary Samson re: Agreement that MHS will act as MidPac agent. C00717 - C00718. |
| W 545 | | | | | 7/9/99 - Letter from Gary Samson to Ray Iwamoto re: explanation of various of MidPac's breaches. G02064 - G02065 |
| W 546 S | | | | | 7/9/99 - Letter from Gary Samson to Ray Iwamoto re: explanation of various of MidPac's breaches. C00719 - C00720 |