AYABE, CHONG, NISHIMOTO,
SIA & NAKAMURA
A Limited Liability Law Partnership

JOHN S. NISHIMOTO 1820-0
CALVIN E. YOUNG 3278-0
GARY S. MIYAMOTO 3233-0
STEVEN L. GOTO 6041-0
Pauahi Tower, Suite 2500
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 537-6119
Facsimile No. (808) 526-3491
john.nishimoto@hawadvocate.com
calvin.young@hawadvocate.com

Attorneys for Defendant
RAYMOND IWAMOTO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; CGBN, INC., a Hawaii corporation; MICHAEL CLIFFORD; EDWIN BOWLING; FRANCES HALLER-BOWLING; RAYMOND IWAMOTO; KURT GLASSMAN; DOE INDIVIDUALS 1-50; DOE PARTNERSHIPS, CORPORATIONS OR OTHER ENTITIES 1-20, | CIVIL NO. 01-00187 MEA BMK<br>(Tort and RICO)<br><br>DEFENDANT RAYMOND IWAMOTO'S DESIGNATION OF DEPOSITION OF DONNA LYNN MARTIN; CERTIFICATE OF SERVICE<br><br>Trial Date: November 6, 2006<br>Judge: Hon. Marvin E. Aspen |

| | |
|---|---|
| Defendants, | ) |
| and | ) |
| CG DEVELOPMENT, INC., F&J MOVERS, and RENEE K. COSTA, | ) |
| Additional Cross-Claim Defendants. | ) |

[2001556/288863]

DEFENDANT RAYMOND IWAMOTO'S DESIGNATION OF DEPOSITION OF DONNA LYNN MARTIN

Comes Now, Defendant Raymond Iwamoto, by and through his attorneys, Ayabe Chong Nishimoto Sia & Nakamura, and for his Designation of Deposition of Donna Lynn Martin as follows:

| Page | Lines |
|---|---|
| 4 | 8-10 |
| 28 | 1-15, 17-25 |
| 29 | 1-25 |
| 30 | 1-12, 22 ("You went to…")-25 |
| 31 | 1-25 |
| 32 | 1-19, 21 ("There was a period of …")-25 |
| 33 | 1-10 |
| 35 | 3 ("[T]he contract…")-25 |

| | |
|---|---|
| 36 | 1-18, 24-25 |
| 37 | 1-4, 14-25 |
| 38 | 5 (“Did you have…”)-20 |
| 39 | 1-25 |
| 40 | 1-8; 19-25 |
| 41 | 1-25 |
| 42 | 1-25 |
| 43 | 1-14, 20-25 |
| 44 | 1, 4-13, 22-25 |
| 45 | 1-19 |
| 46 | 8-25 |
| 47 | 1-25 |
| 48 | 1-13; 24 (“How are orders created, if you know?”)-25 |
| 49 | 1-24 |
| 50 | 22-25 |
| 51 | 1-3 |
| 52 | 11-25 |
| 53 | 1-18, 23-25 |
| 54 | 1-25 |

| | |
|---|---|
| 55 | 1-25 |
| 56 | 1-16, 21-25 |
| 57 | 1-25 |
| 58 | 1-25 |
| 59 | 1-25 |
| 60 | 1-25 |
| 61 | 1-16, 23-25 |
| 62 | 1-25 |
| 63 | 1-25 |
| 64 | 1-2, 12-25 |
| 65 | 1-22 |
| 66 | 4 (You said that…)-25 |
| 67 | 1-2, 16-21, 24 |
| 68 | 1-5, 13-25 |
| 69 | 1-25 |
| 70 | 1-13, 22-25 |
| 71 | 1-22 |
| 72 | 3-25 |
| 73 | 1-25 |

| | |
|---|---|
| 74 | 1-25 |
| 75 | 23-25 |
| 76 | 1-2, 5 (Time period…)-17, 22-25 |
| 77 | 1-7, 12-25 |
| 78 | 1-25 |
| 79 | 1-25 |
| 80 | 1-17, 20-25 |
| 81 | 3-25 |
| 82 | 5-25 |
| 83 | 1-21, 24 ("[H]ad anybody from either…)-25 |
| 84 | 1-15, 22-25 |
| 85 | 1-5, 19 (With respect to your determination…)-25 |
| 86 | 1-3, 8-13, 24 ("[W]as there a…)-25 |
| 87 | 1-25 |
| 88 | 1-25 |
| 89 | 1-25 |
| 90 | 1-25 |
| 91 | 1-25 |
| 92 | 1-25 |

| | |
|---|---|
| 93 | 1-9, 22-25 |
| 94 | 1-25 |
| 95 | 1-14, 25 ("Referring you back to the—") |
| 96 | 1-9, 15, 17-25 |
| 97 | 1-25 |
| 98 | 1-9, 13-14, 16-23 |
| 99 | 15-25 |
| 100 | 1-25 |
| 101 | 1-13, 16-25 |
| 102 | 1-14, 18-25 |
| 103 | 1-25 |
| 104 | 1-25 |
| 105 | 1-25 |
| 106 | 1-25 |
| 107 | 1-25 |
| 108 | 1-25 |
| 109 | 1-10, 14-25 |
| 110 | 1-25 |
| 111 | 1-7, 11-25 |

| | |
|---|---|
| 112 | 1-25 |
| 113 | 1-9, 13, 15-17, 22-25 |
| 114 | 1-10, 13-25 |
| 115 | 1-15, 25 |
| 116 | 1-24 |
| 117 | 3-5, 7-25 |
| 118 | 1-10, 14-17, 21-25 |
| 119 | 1-24 |
| 120 | 3 ("What was the result of your fax…)-4, 7-21, 23-25 |
| 121 | 1-25 |
| 122 | 1-21 |
| 123 | 1-25 |
| 124 | 1-25 |
| 125 | 1-25 |
| 126 | 1, 8-25 |
| 127 | 1-25 |
| 128 | 1-25 |
| 129 | 1-25 |
| 130 | 1-25 |

| | |
|---|---|
| 131 | 1-25 |
| 132 | 1-5, 8-25 |
| 133 | 1-25 |
| 134 | 1-25 |
| 135 | 1-17, 23-25 |
| 136 | 1-24 |
| 137 | 2 (“As of Labor Day”)-15, 19, 24-25 |
| 138 | 1-25 |
| 139 | 1-8, 14-25 |
| 140 | 1-9, 25 (“[L]ooking at the ARK comments…) |
| 141 | 1-3, 17-25 |
| 142 | 1-4 |
| 143 | 24-25 |
| 144 | 1-6; 19-25 |
| 145 | 1-23 |
| 146 | 9 (“[W]ere there pending…]-25 |
| 147 | 1-25 |
| 148 | 1-25 |
| 149 | 1-25 |

| | |
|---|---|
| 150 | 1-10, 14-25 |
| 151 | 1-25 |
| 152 | 1-7, 13-25 |
| 153 | 1-25 |
| 154 | 1-25 |
| 155 | 1-25 |
| 156 | 1-10, 14-25 |
| 157 | 1-25 |
| 158 | 1-3,12-25 |
| 159 | 1-4, 6, 17-19 |
| 160 | 5-25 |
| 161 | 1-4, 17-25 |
| 162 | 1-11 |
| 163 | 10-25 |
| 164 | 1-25 |
| 165 | 1-25 |
| 166 | 1-25 |
| 167 | 1-25 |
| 168 | 1-7, 14-22 |

| | |
|---|---|
| 169 | 1-25 |
| 170 | 1-20 |
| 171 | 4-25 |
| 172 | 1-25 |
| 173 | 1-8, 18-25 |
| 174 | 1-25 |
| 175 | 1-25 |
| 176 | 1-25 |
| 177 | 1-25 |
| 178 | 1-25 |
| 179 | 1-25 |
| 180 | 1-25 |
| 181 | 1-25 |
| 182 | 1-25 |
| 183 | 1-19 |
| 184 | 1 ("When")-25 |
| 185 | 1-2, 9-25 |
| 186 | 1-17, 19 ("I gather…")-25 |
| 187 | 1-25 |

| | |
|---|---|
| 188 | 1-5, 12-25 |
| 189 | 1-8, 19-24 |
| 190 | 11-20, 24-25 |
| 191 | 1-13. 19-25 |
| 192 | 1-8, 20-25 |
| 193 | 1-6 |
| 194 | 9-25 |
| 195 | 1, 6-11, 13-15 |
| 196 | 3-25 |
| 197 | 1-25 |
| 198 | 1-6, 11-14, 23-25 |
| 199 | 1-2, 15-18 |
| 200 | 3-25 |
| 201 | 1-9 |
| 202 | 1 ("You told me…)-25 |
| 203 | 1-8, 16-25 |
| 204 | 1-25 |
| 205 | 1-2, 11-25 |
| 206 | 1-3, 8-25 |

| | |
|---|---|
| 207 | 1-25 |
| 208 | 1-8, 16-25 |
| 209 | 1-25 |
| 210 | 1-25 |
| 211 | 1-25 |
| 212 | 1-25 |
| 213 | 1-13, 23-25 |
| 214 | 1-25 |
| 215 | 1-25 |
| 216 | 1-25 |
| 217 | 1-25 |
| 218 | 1-11, 17-25 |
| 219 | 1-25 |
| 220 | 1-19 |
| 221 | 1-9, 13-14, 18-25 |
| 222 | 1-25 |
| 223 | 1-25 |
| 224 | 1-5 |
| 225 | 8-25 |

| | |
|---|---|
| 226 | 1-25 |
| 227 | 1-25 |
| 228 | 1-25 |
| 229 | 1-12, 22-25 |
| 230 | 1-7, 18-25 |
| 231 | 1, 5-21, 25 |
| 232 | 1-10, 17-22, 25 |
| 233 | 1-25 |
| 234 | 1-4, 9 ("If on May 24th…)-25 |
| 235 | 1-12, 15-25 |
| 236 | 1-25 |
| 237 | 1-25 |
| 238 | 1-25 |
| 239 | 1-17, 19-25 |
| 240 | 1-17, 24-25 |
| 241 | 1-23 |
| 242 | 4-20, 24-25 |
| 243 | 1-25 |
| 244 | 1-10, 20-25 |

| | |
|---|---|
| 245 | 1-5, 8-11, 23 (Do you know who [ ] Michael Clifford,)-25 |
| 246 | 1-14 |
| 247 | 7-25 |
| 248 | 1-11, 15-25 |
| 249 | 3-25 |
| 250 | 1-8, 11-25 |
| 251 | 1-12, 23-25 |
| 252 | 1-25 |
| 253 | 1-16 |
| 255 | 6-15, 18-25 |
| 256 | 1-25 |
| 257 | 1-25 |
| 258 | 1-10, 14-21, 25 |
| 259 | 1-2, 3-4, 10-12 |
| 263 | 22 ("[P]rior to this March 26th, 1999…]-25 ("I don't know."). |
| 266 | 12 ("you had …)-20 |
| 267 | 18-25 |
| 268 | 1-25 |
| 270 | 1-17 |

| | |
|---|---|
| 271 | 8-25 |
| 272 | 1-25 |
| 273 | 1-5, 15-25 |
| 274 | 1-2, 13-25 |
| 275 | 1-13, 18-25 |
| 276 | 1-5, 7-25 |
| 277 | 6 (“When you say…”)-11, 21 (“[D]id you have …)-23 |
| 278 | 4-7, 11-17, 19-20 |

DATED: Honolulu, Hawaii May 10, 2006 .

/s/ Gary S. Miyamoto
JOHN S. NISHIMOTO
CALVIN E. YOUNG
GARY S. MIYAMOTO
STEVEN L. GOTO
Attorneys for Defendant
RAYMOND IWAMOTO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; CGBN, INC., a Hawaii corporation; MICHAEL CLIFFORD; EDWIN BOWLING; FRANCES HALLER-BOWLING; RAYMOND IWAMOTO; KURT GLASSMAN; DOE INDIVIDUALS 1-50; DOE PARTNERSHIPS, CORPORATIONS OR OTHER ENTITIES 1-20,<br><br>Defendants,<br><br>and<br><br>CG DEVELOPMENT, INC., F&J MOVERS, and RENEE K. COSTA,<br><br>Additional Cross-Claim Defendants. | ) | CIVIL NO. 01-00187 DAE BMK<br>(Tort and RICO)<br><br>CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was duly served on the following parties listed below, in the manner described thereto, at their last known addresses on May 10, 2006.

| | Electronically | Hand Delivery |
|---|---|---|
| TIMOTHY J. HOGAN, ESQ.<br>tjh@loio.com<br>Lynch Ichida Thompson Kim & Hirota<br>1132 Bishop Street, Suite 1405<br>Honolulu, Hawaii 96813<br>Attorney for Plaintiff<br>WHIRLPOOL CORPORATION | **XX** | |
| PAUL ALSTON, ESQ.<br>palston@ahfi.com<br>LOUISE K.Y. ING, ESQ.<br>ling@ahfi.com<br>Alston Hunt Floyd & Ing<br>1001 Bishop Street<br>Pacific Tower, 18th Floor<br>Honolulu, Hawaii 96813<br>Attorneys for Defendant<br>CIT GROUP/BUSINESS CREDIT, INC. | **XX** | |

DATED: Honolulu, Hawaii, May 10, 2006.

/s/ Gary S. Miyamoto
JOHN S. NISHIMOTO
CALVIN E. YOUNG
GARY S. MIYAMOTO
STEVEN L. GOTO
Attorneys for Defendant
RAYMOND IWAMOTO