**LYNCH ICHIDA THOMPSON KIM & HIROTA**

TIMOTHY J. HOGAN 5312
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Telephone: (808) 528-0100
Fax No. (808) 528-4997
E-mail: tjh@loio.com

Attorney for Plaintiff
WHIRLPOOL CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; et al.,<br><br>Defendants. | **Civil No. CV01 00187 MEA-BMK (TORT AND RICO)**<br><br>**PLAINTIFF WHIRLPOOL CORPORATION'S DESIGNATION OF DEPOSITION OF ANDREW PAUL TAKEN ON MARCH 12, 2003**<br><br>**TRIAL**<br>**DATE: November 6, 2006**<br>**JUDGE: Honorable Marvin Aspen** |

**PLAINTIFF WHIRLPOOL CORPORATION'S DESIGNATION OF DEPOSITION OF ANDREW PAUL TAKEN ON MARCH 12, 2003**

COMES NOW Plaintiff Whirlpool Corporation ("Whirlpool"), by and through its undersigned counsel, and hereby respectfully submits its designation of the deposition of Andrew Paul taken on March 12, 2003. Whirlpool reserves the

right to make additional designations for purposes of trial, including for rebuttal and impeachment.

| Deposition/Date Taken | Deposition Designations Page | Line |
|---|---|---|
| Andrew Paul/March 12, 2003 | | |
| | 10 | 1 to 4 |
| | 12 | 14 to |
| | 15 | 10 |
| | 31 | 10 to 12 |
| | 31 | 15 to 22 |
| | 35 | 22 to |
| | 36 | 10 |
| | 40 | 12 to |
| | 42 | 4 |
| | 46 | 9 to |
| | 47 | 6 |
| | 47 | 21 to |
| | 48 | 4 |
| | 49 | 5 to |

| | |
|---|---|
| 50 | 16 |
| 52 | 5 to |
| 53 | 24 |
| 54 | 8 to |
| 56 | 5 |
| 62 | 10 to 21 |
| 63 | 3 to 15 |
| 66 | 20 to |
| 68 | 14 |
| 83 | 16 to |
| 84 | 10 |
| 89 | 7 to |
| 91 | 15 |
| 91 | 18 to |
| 92 | 7 |
| 92 | 10 to 16 |
| 92 | 22 to |
| 93 | 13 |

| | |
|---|---|
| 104 | 7 to 19 |

DATED: Honolulu, Hawai'i, May 10, 2006

/s/ Timothy J. Hogan
TIMOTHY J. HOGAN
Attorney for Plaintiff
WHIRLPOOL CORPORATION