**LYNCH ICHIDA THOMPSON KIM & HIROTA**

TIMOTHY J. HOGAN 5312
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Telephone: (808) 528-0100
Fax No. (808) 528-4997
E-mail: tjh@loio.com

Attorney for Plaintiff
WHIRLPOOL CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; et al.,<br><br>Defendants. | **Civil No. CV01 00187 MEA-BMK (TORT AND RICO)**<br><br>**PLAINTIFF WHIRLPOOL CORPORATION'S DESIGNATION OF TRANSCRIPT OF EXAMINATION OF TED PHELPS TAKEN ON DECEMBER 7, 2000**<br><br>**TRIAL**<br>**DATE: November 6, 2006**<br>**JUDGE: Honorable Marvin Aspen** |

**PLAINTIFF WHIRLPOOL CORPORATION'S DESIGNATION OF TRANSCRIPT OF EXAMINATION OF TED PHELPS TAKEN ON DECEMBER 7, 2000**

COMES NOW Plaintiff Whirlpool Corporation ("Whirlpool"), by and through its undersigned counsel, and hereby respectfully submits its designation of the transcript of the examination of Ted Phelps taken on December 7, 2000.

Whirlpool reserves the right to make additional designations for purposes of trial, including for rebuttal and impeachment.

| | Designations | |
|---|---|---|
| Date Taken | Page | Line |
| Examination of Ted Phelps/December 7, 2000 | 8 | 3 to 15 |
| | 9 | 3 to |
| | 10 | 25 |
| | 11 | 8 to |
| | 22 | 18 to |
| | 35 | 4 |
| | 37 | 1 to 9 |
| | 38 | 2 to |
| | 40 | 22 |
| | 41 | 7 to |
| | 43 | 10 |
| | 44 | 2 to |
| | 45 | 14 |
| | 46 | 4 to |
| | 47 | 5 |

| | |
|---|---|
| 48 | 6 to |
| 67 | 20 |
| 68 | 8 to |
| 69 | 14 |
| 70 | 25 to |
| 71 | 9 |
| 71 | 23 to |
| 79 | 21 |
| 83 | 21 to |
| 84 | 9 |
| 84 | 21 to |
| 85 | 20 |
| 86 | 8 to 16 |
| 87 | 4 to |
| 89 | 17 |
| 91 | 5 to |
| 96 | 13 |
| 97 | 5 to |
| 99 | 8 |

| | |
|---|---|
| 104 | 12 to |
| 106 | 16 |
| 106 | 25 to |
| 108 | 7 |
| 108 | 17 to 19 |
| 109 | 7 to 10 |
| 109 | 19 to |
| 117 | 11 |
| 119 | 14 to |
| 123 | 2 |
| 123 | 18 to |
| 124 | 1 |
| 124 | 11 to |
| 126 | 4 |
| 126 | 14 to |
| 131 | 9 |
| 132 | 4 to 32 |
| 133 | 2 to |
| 136 | 6 |

| | |
|---|---|
| 136 | 10 |
| 136 | 25 to |
| 138 | 21 |
| 138 | 23 |
| 140 | 2 to |
| 142 | 12 |
| 142 | 14 to |
| 145 | 24 |
| 149 | 5 to |
| 159 | 8 |
| 161 | 5 to |
| 162 | 4 |
| 166 | 24 to |
| 168 | 21 |
| 170 | 8 to |
| 171 | 6 |
| 180 | 1 to |
| 181 | 14 |
| 192 | 21 to 23 |

DATED: Honolulu, Hawai'i, May 10, 2006.

/s/ Timothy J. Hogan
TIMOTHY J. HOGAN
Attorney for Plaintiff
WHIRLPOOL CORPORATION