Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON 1126-0
LOUISE K. Y. ING 2394-0
THOMAS E. BUSH 4737-0
18th Floor, ASB Tower
1001 Bishop Street
Honolulu, Hawaiʻi 96813
Telephone: 524-1800
Facsimile: 524-4591
palston@ahfi.com
ling@ahfi.com
tbush@ahfi.com

Attorneys for Defendant/Cross-claimant
THE CIT GROUP/BUSINESS CREDIT, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; EDWIN BOWLING; FRANCES HALLER-BOWLING; RAYMOND IWAMOTO; KURT GLASSMAN; DOE INDIVIDUALS 1-50; DOE PARTNERSHIPS, CORPORATIONS OR OTHER ENTITIES 1-20,<br><br>Defendants,<br><br>and<br><br>F&J MOVERS, and RENEE K. COSTA,<br><br>Additional Crossclaim Defendants. | Civil No. CV 01 00187 MEA-BMK (Tort and RICO)<br><br>**DEFENDANT THE CIT GROUP/BUSINESS CREDIT, INC.'S DESIGNATION OF ORAL DEPOSITION TESTIMONY**; EXHIBITS A-B; CERTIFICATE OF SERVICE<br><br>JUDGE: Hon. Marvin E. Aspen<br><br>TRIAL: November 6, 2006 |

**DEFENDANT THE CIT GROUP/BUSINESS CREDIT, INC.'S DESIGNATION OF ORAL DEPOSITION TESTIMONY**

Defendant The CIT Group/Business Credit, Inc. ("CIT") hereby designates portions of the oral depositions of Edwin Bowling and Donna Lynn Martin to be used at the trial of the above-entitled action.

The designated testimony is limited to testimony that may be offered in CIT's case in chief, and not in rebuttal or for impeachment. CIT expressly reserves the right to use additional testimony at trial for such purposes or for any other permitted purpose, as appropriate. It is CIT's understanding that current and former employees of Whirlpool and CIT who were deposed but whose deposition testimony has not been designated will be produced at trial. However, CIT reserves the right to designate additional deposition testimony should such witnesses become unavailable.

CIT may not offer all of the designated testimony, and may reorder the testimony by subject matter or in any other way that facilitates the presentation of the testimony in support of the case, without misleading the jury.

The designated testimony does not include any objections, restated questions, or colloquy of counsel which may appear within the pages and lines indicated. Those disruptions to the flow of testimony will not be included when the testimony is submitted in blocked form for the Court.

DATED: Honolulu, Hawai'i, May 10, 2006.

/s/ Louise K. Y. Ing
PAUL ALSTON
LOUISE K. Y. ING
THOMAS E. BUSH
Attorneys for Defendant/Cross-claimant THE CIT GROUP/BUSINESS CREDIT, INC.