# EXHIBIT A

## DESIGNATIONS OF THE ORAL DEPOSITION OF DONNA LYNN MARTIN

Deposition Taken on December 16, 2002

| Pages(s) | Lines(s) | Page(s) | Line(s) | Page(s) | Line(s) |
|---|---|---|---|---|---|
| CIT incorporates Defendant Raymond Iwamoto's designations by reference as well as the following: | | | | | |
| 44 | 14-17 | | | | |
| 143 | 21 (start at "Ted" -23 | | | | |