**EXHIBIT B**

**DESIGNATIONS OF THE ORAL DEPOSITION OF EDWIN BOWLING**

Deposition Taken on March 12, 2003

| Pages(s) | Lines(s) | Page(s) | Line(s) | Page(s) | Line(s) |
|---|---|---|---|---|---|
| 6 | 13-14 | 34 | 1-6; 21-25 | 53 | 1; 7-12; 16-25 |
| 10 | 8-11; 22-25 | 35 | 1-19; 22-25 | 54 | 1-16; 19-25 |
| 11 | 1-13 | 36 | 1-6; 10-15; 20-23 | 55 | 1-4; 13-17; 20-25 |
| 17 | 15-24 | 37 | 1 (start at "In")-6; 20 | 56 | 1-25 |
| 18 | 4-18 | | | 57 | 1-4; 13-18 |
| 20 | 9-23; 25 | 38 | 9-18; 24-25 | 59 | 22-25 |
| 22 | 7-25 | 39 | 1-8; 11-14; 17-25 | 60 | 1-22 |
| 23 | 1-7; 9-25 | 40 | 1-5; 17-25 | 61 | 4-9 |
| 24 | 1-25 | 41 | 3-5 | 62 | 2-18 |
| 25 | 1-10 | 42 | 21-25 | 63 | 7-21 |
| 26 | 2-25 | 43 | 1-18 | 64 | 20-25 |
| 27 | 24 (start at "Actually")-25 | 44 | 17-24 | 65 | 1-12; 15-16; 19-25 |
| 28 | 1-5 | 46 | 17-25 | 66 | 1-7; 12-17; 20-25 |
| 29 | 4-19; 22-25 | 47 | 1; 16-22 | 67 | 1-23 |
| 30 | 1-25 | 48 | 8-9 | 69 | 2-6 |
| 31 | 1-12; 20-24 | 50 | 22-25 | 70 | 19 (start at "so")-25 |
| 32 | 2-5; 8-24 | 51 | 1-25 | 71 | 1-6 |
| 33 | 15-25 | 52 | 1-12; 16-25 | 73 | 14-24 |

| Pages(s) | Lines(s) | Page(s) | Line(s) | Page(s) | Line(s) |
|---|---|---|---|---|---|
| 74 | 1-3 | | | | |
| 77 | 10-13;<br>20-22 | | | | |
| 100 | 15-21 | | | | |
| 101 | 2; 8<br>(start at<br>"Was")-23 | | | | |
| 102 | 13-20;<br>24-25 | | | | |
| 103 | 1-7; 13-25 | | | | |
| 104 | 1-5; 9-12;<br>16-18;<br>22-25 | | | | |
| 105 | 1-25 | | | | |
| 106 | 1-4; 17-25 | | | | |
| 107 | 1-6 | | | | |
| 108 | 15-18;<br>20-23 | | | | |
| 109 | 1-11;<br>19-25 | | | | |
| 110 | 1-21;<br>24-25 | | | | |
| 111 | 1-20;<br>24-25 | | | | |
| 112 | 1-17 | | | | |
| 121 | 8-19;<br>22-23 | | | | |