LYNCH ICHIDA THOMPSON KIM& HIROTA

TIMOTHY J. HOGAN 5312
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. No. (808) 528-0100
Fax No. (808) 528-4997
E-mail: tjh@loio.com

Attorney for Plaintiff
WHIRLPOOL CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation, et al.,<br><br>Defendants. | Civ. No. CV01 00187 MEA-BMK<br>(TORT AND RICO)<br><br>**PLAINTIFF WHIRLPOOL CORPORATION'S COUNTER-DESIGNATION OF DEPOSITION OF EDWIN BOWLING**<br><br>TRIAL<br>DATE: November 6, 2006<br>JUDGE: Honorable Marvin Aspen |

**PLAINTIFF WHIRLPOOL CORPORATION'S COUNTER-DESIGNATION OF DEPOSITION OF EDWIN BOWLING**

COMES NOW Plaintiff Whirlpool Corporation ("Whirlpool"), by and through its undersigned counsel and hereby respectfully submits its counter-designation of the Deposition of Edwin Bowling as follows:

| Page | Lines |
|---|---|
| 11 | 14-25 |
| 12 | 1-3, 24 (“[Y]ou continued . . .”)-25 |
| 13 | 1-10, 16-24 |
| 14 | 19 (“What I . . .”)-22, 24-25 |
| 15 | 1-21, 25 |
| 16 | 1-8, 13-25 |
| 17 | 3, 5-14 |
| 18 | 19-25 |
| 19 | 1-4 |
| 21 | 1-2, 5-25 |
| 22 | 1-6 |
| 25 | 11 (“Now, I’d like . . .”)-25 |
| 26 | 1 |
| 27 | 1-23 |
| 31 | 14 (“So that was . . .”)-19 |
| 34 | 17-20 |
| 35 | 20-21 |
| 36 | 7-9, 16-19 |
| 38 | 19-23 |
| 39 | 9-10, 15-16 |
| 40 | 6-13, 16 |
| 41 | 1-2, 6-15, 22-25 |
| 42 | 1, 6-20 |

| Page | Lines |
|---|---|
| 43 | 19-24 |
| 44 | 17-23 |
| 45 | 1-25 |
| 46 | 1-2, 17-25 |
| 47 | 1 |
| 48 | 24-25 |
| 19 | 1-15 |
| 53 | 2-6, 13-15 |
| 54 | 17-18 |
| 57 | 5-12, 19-23 |
| 58 | 2-11, 17 (“In June . . . “)-22, 25 |
| 59 | 3-7, 15-21 |
| 60 | 23-25 |
| 61 | 1-3, 11-12 |
| 63 | 22-25 |
| 64 | 1-19 |
| 65 | 13-14 |
| 66 | 18-19 |
| 67 | 24 |
| 68 | 1-16, 18-20 |
| 69 | 11-15, 17-25 |
| 70 | 1-25 |
| 71 | 1-25 |

| | |
|---|---|
| 72 | 1-13, 17, 20-25 |
| 73 | 1-10 |
| 74 | 4-25 |
| 75 | 1-8, 11-19, 23 |
| 76 | 1-2, 6-25 |
| 77 | 1-9, 14-19 |
| 78 | 12 (“Do you recall . . .”)-17, 23-25 |
| 79 | 1-25 |
| 80 | 1-3, 13 (“Did you ever . . .”)-25 |
| 81 | 1-17, 24-25 |
| 82 | 1-25 |
| 83 | 1-9, 16-25 |
| 84 | 1-25 |
| 85 | 1-11, 17-25 |
| 86 | 1-25 |
| 87 | 1-25 |
| 88 | 1-20, 23-25 |
| 89 | 1-25 |
| 90 | 1-5, 7-10, 14-25 |
| 91 | 1-25 |
| 92 | 1-19, 22-25 |
| 93 | 1-5, 15-25 |
| 94 | 1-2 |
| 95 | 18-25 |

| **Page** | **Lines** |
|---|---|
| 96 | 1-25 |
| 97 | 1-19 |
| 98 | 9-25 |
| 99 | 1-25 |
| 100 | 1-4, 12-15 |
| 101 | 1-8 |
| 102 | 1-12, 21-23 |
| 103 | 8-12 |
| 104 | 6-8, 13-15, 19-21 |
| 106 | 7-12 |
| 107 | 7-20 |
| 108 | 24-25 |
| 133 | 7-25 |
| 134 | 1-22 |
| 135 | 1-25 |
| 136 | 3-25 |
| 137 | 3 |

DATED: Honolulu, Hawai'i, May 31, 2006.

/s/ Timothy J. Hogan
TIMOTHY J. HOGAN
Attorney for Plaintiff
WHIRLPOOL CORPORATION