LYNCH ICHIDA THOMPSON KIM& HIROTA

TIMOTHY J. HOGAN 5312
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. No. (808) 528-0100
Fax No. (808) 528-4997
E-mail: tjh@loio.com

Attorney for Plaintiff
WHIRLPOOL CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation, | ) | Civ. No. CV01 00187 MEA-BMK (TORT AND RICO) |
| Plaintiff, | ) | **PLAINTIFF WHIRLPOOL CORPORATION'S COUNTER-DESIGNATION OF DEPOSITION OF DONNA LYNN MARTIN** |
| vs. | ) | |
| CIT GROUP/BUSINESS CREDIT, INC., a New York corporation, et al., | ) | TRIAL DATE: November 6, 2006 |
| Defendants. | ) | JUDGE: Honorable Marvin Aspen |

**PLAINTIFF WHIRLPOOL CORPORATION'S COUNTER-DESIGNATION OF DEPOSITION OF DONNA LYNN MARTIN**

COMES NOW Plaintiff Whirlpool Corporation ("Whirlpool"), by and through its undersigned counsel and hereby respectfully submits its counter-designation of the Deposition of Donna Lynn Martin as follows:

| Page | Lines |
|---|---|
| 139 | 9-13 |
| 140 | 10-24 |
| 141 | 4-16 |
| 142 | 5-25 |
| 143 | 1-23 |
| 144 | 7-18 |
| 145 | 24-25 |
| 159 | 7-10, 15-16 |
| 168 | 8-13 |
| 170 | 21-25 |
| 171 | 1-3 |
| 183 | 20-25 |
| 185 | 3-8 |
| 193 | 25 (“did you ever learn . . .”) |
| 194 | 1-3, 5-8 |
| 199 | 19-25 |
| 200 | 1-2 |
| 201 | 10-14, 23-25 |
| 202 | 2 (“it then.”) |
| 253 | 19 (If we looked . . .”) |
| 254 | 1-25 |
| 255 | 1 |
| 259 | 15 |

| Page | Lines |
|---|---|
| 260 | 1-18 |
| 267 | 1 ([A]ccording to . . .")-17 |
| 270 | 18-24 |
| 273 | 6-14 |

DATED: Honolulu, Hawai'i, May 31, 2006.

/s/ Timothy J. Hogan
TIMOTHY J. HOGAN
Attorney for Plaintiff
WHIRLPOOL CORPORATION