Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON 1126-0
LOUISE K. Y. ING 2394-0
THOMAS E. BUSH 4737-0
18th Floor, ASB Tower
1001 Bishop Street
Honolulu, Hawai'i 96813
Telephone: 524-1800
Facsimile: 524-4591
palston@ahfi.com
ling@ahfi.com
tbush@ahfi.com

Attorneys for Defendant/Cross-claimant
THE CIT GROUP/BUSINESS CREDIT, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; EDWIN BOWLING; FRANCES HALLER-BOWLING; RAYMOND IWAMOTO; KURT GLASSMAN; DOE INDIVIDUALS 1-50; DOE PARTNERSHIPS, CORPORATIONS OR OTHER ENTITIES 1-20,<br><br>Defendants,<br><br>and<br><br>F&J MOVERS, and RENEE K. COSTA,<br><br>Additional Crossclaim Defendants. | Civil No. CV 01 00187 MEA-BMK<br>(Tort and RICO)<br><br>**DEFENDANT THE CIT GROUP/BUSINESS CREDIT, INC.'S OBJECTIONS AND COUNTER-DESIGNATION OF ORAL DEPOSITION TESTIMONY**; EXHIBITS 1-3; CERTIFICATE OF SERVICE<br><br>JUDGE: Hon. Marvin E. Aspen<br><br>TRIAL: November 6, 2006 |

**DEFENDANT THE CIT GROUP/BUSINESS CREDIT, INC.'S OBJECTIONS AND COUNTER-DESIGNATION OF ORAL DEPOSITION TESTIMONY**

Defendant The CIT Group/Business Credit, Inc. ("CIT") hereby counter designates portions of various oral depositions to be used at the trial of the above-entitled action. Although no deadline has been set for the making of objections to designations and counter-designations, CIT also objects to portions of the oral deposition of Andrew Paul designated by Plaintiff Whirlpool Corporation ("Whirlpool"). CIT reserves the right to object to all or portions of the oral examination of Ted Phelps designated by Whirlpool within a reasonable time or upon any deadline set by the court.

CIT may not offer all of the counter-designated testimony and reserves the right to reorder the testimony by subject matter or in any other way that facilitates the presentation of the testimony in support of the case, without misleading the jury.

The counter-designated testimony does not include any objections, restated questions, or colloquy of counsel which may appear within the pages and lines indicated. Those disruptions to the flow of testimony will not be included when the testimony is submitted in blocked form for the Court.

The objections and counter designated depositions include:

Exhibit 1 - Counter Designations of the Oral Examination of Theodore G. Phelps, taken on December 7, 2000

CIT makes its counter-designations of the oral examination of Ted Phelps while at the same time reserving its right to object to the admissibility of Mr. Phelps' examination in a motion in limine. These counter-designations are made for the purpose of reserving CIT's right to designate testimony of Mr. Phelps in the event that CIT's objections to his testimony in whole or in part are overruled.

Exhibit 2 - Counter Designations of the Oral Deposition of Donna Lynn Martin, taken on December 16, 2002

Exhibit 3 - Objections and Counter Designations of the Oral Deposition of Andrew Paul, taken on March 12, 2003

DATED: Honolulu, Hawai'i, May 31, 2006.

/s/ Louise K. Y. Ing
PAUL ALSTON
LOUISE K. Y. ING
THOMAS E. BUSH
Attorneys for Defendant/Cross-claimant THE CIT GROUP/BUSINESS CREDIT, INC.