# EXHIBIT 1

| CIT's Counter Designations of the Deposition of Theodore G. Phelps, taken on December 7, 2002 | |
|---|---|
| **Page(s)** | **Line(s)** |
| 6 | 13-15, 25 |
| 7 | 1-15, 23-25 |
| 8 | 1-2 |
| 35 | 23-25 |
| 36 | 1-12 |
| 47 | 20-25 |
| 48 | 1-5 |
| 90 | 9-11 |
| 100 | 9 (start at "did")-20 |
| 136 | 14-16, 20 |
| 166 | 11-23 |
| 174 | 21-24 |
| 175 | 4-14 |
| 178 | 21-25 |
| 179 | 1-11 |