**EXHIBIT 2**

| CIT's Counter Designations of the Deposition of Donna Lynn Martin, taken on December 16, 2002 | |
|---|---|
| **Page(s)** | **Line(s)** |
| | CIT incorporates Defendant Raymond Iwamoto's designations by reference as well as the following: |
| 264 | 1-4 |