**EXHIBIT 3**

| **Objections and Counter Designations of the Deposition of Andrew Paul, taken on March 12, 2003** | |
|---|---|
| **Whirlpool's Designations Page(s):Line(s)** | **CIT's Objections** |
| 35:22-36:10 | lack of foundation<br>**FRE 602**: lack of personal knowledge |
| 40:12-22 | lack of foundation<br>**FRE 403**: probative value is substantially outweighed by danger of unfair prejudice<br>**FRE 403**: confusion of the issues; misleading the jury<br>**FRE 602**: calls for speculation<br>**FRE 602**: lack of personal knowledge<br>**FRE 701**: improper opinion of lay witness |
| 46:9-47:6 | lack of foundation<br>**FRE 403**: probative value is substantially outweighed by danger of unfair prejudice<br>**FRE 403**: confusion of the issues; misleading the jury<br>**FRE 602**: calls for speculation<br>**FRE 602**: lack of personal knowledge<br>**FRE 802**: inadmissible hearsay |
| 47:21-48:4 | **FRE 403**: probative value is substantially outweighed by danger of unfair prejudice<br>**FRE 403**: confusion of the issues; misleading the jury<br>**FRE 602**: calls for speculation<br>**FRE 602**: lack of personal knowledge |
| 49:5-50:16 | lack of foundation<br>Answer at 49:10 (starting with "CIT")-19 is non-responsive and should be stricken<br>**FRE 403**: probative value is substantially outweighed by danger of unfair prejudice<br>**FRE 403**: confusion of the issues; misleading the jury<br>**FRE 602**: calls for speculation<br>**FRE 602**: lack of personal knowledge<br>**FRE 701**: improper opinion of lay witness<br>**FRE 802**: inadmissible hearsay |

| | |
|---|---|
| 53:8-24 | lack of foundation<br>Answer at 53:16 (starting with "I know")-24 is non-responsive and should be stricken<br>**FRE 403:** probative value is substantially outweighed by danger of unfair prejudice<br>**FRE 403:** confusion of the issues; misleading the jury<br>**FRE 602:** calls for speculation<br>**FRE 602:** lack of personal knowledge<br>**FRE 802:** inadmissible hearsay |
| 54:8-55:13 | lack of foundation<br>**FRE 403:** probative value is substantially outweighed by danger of unfair prejudice<br>**FRE 403:** confusion of the issues; misleading the jury<br>**FRE 602:** calls for speculation<br>**FRE 602:** lack of personal knowledge |
| 55:14-56:5 | lack of foundation<br>**FRE 403:** probative value is substantially outweighed by danger of unfair prejudice<br>**FRE 403:** confusion of the issues; misleading the jury<br>**FRE 602:** calls for speculation<br>**FRE 602:** lack of personal knowledge<br>**FRE 802:** inadmissible hearsay |
| 62:10-21 | lack of foundation<br>**FRE 403:** probative value is substantially outweighed by danger of unfair prejudice<br>**FRE 403:** confusion of the issues; misleading the jury<br>**FRE 403:** undue delay, waste of time or needless presentation of cumulative evidence<br>**FRE 602:** calls for speculation<br>**FRE 602:** lack of personal knowledge<br>**FRE 701:** improper opinion of lay witness |
| 63:3-15 | lack of foundation<br>**FRE 403:** probative value is substantially outweighed by danger of unfair prejudice<br>**FRE 403:** confusion of the issues; misleading the jury<br>**FRE 403:** undue delay, waste of time or needless presentation of cumulative evidence<br>**FRE 602:** calls for speculation<br>**FRE 602:** lack of personal knowledge<br>**FRE 701:** improper opinion of lay witness |

| | |
|---|---|
| 66:20-67:20 | lack of foundation<br>**FRE 402**: irrelevant evidence inadmissible<br>**FRE 403**: probative value is substantially outweighed by danger of unfair prejudice<br>**FRE 403**: confusion of the issues; misleading the jury<br>**FRE 403**: undue delay, waste of time<br>**FRE 602**: calls for speculation<br>**FRE 602**: lack of personal knowledge |
| 83:16-84:10 | **FRE 403**: probative value is substantially outweighed by danger of unfair prejudice<br>**FRE 403**: confusion of the issues; misleading the jury<br>**FRE 403**: undue delay, waste of time |
| 89:7-91:15 | **FRE 403**: probative value is substantially outweighed by danger of unfair prejudice<br>**FRE 403**: confusion of the issues; misleading the jury<br>**FRE 602**: calls for speculation<br>**FRE 602**: lack of personal knowledge |
| 104:7-13 | Question misquotes the witness<br>Question assumes facts not in evidence<br>Question is argumentative<br>**FRE 403**: probative value is substantially outweighed by danger of unfair prejudice<br>**FRE 403**: confusion of the issues; misleading the jury<br>**FRE 602**: calls for speculation<br>**FRE 602**: lack of personal knowledge |

**CIT's Counter Designations of the Deposition of Andrew Paul, taken on March 12, 2003**

| **Page(s)** | **Line(s)** |
|---|---|
| 9 | 20 (start at "Can", end at "address")-25 |
| 19 | 5-11 |
| 30 | 12-25 |
| 31 | 1-3 |
| 43 | 1-25 |
| 44 | 1-18 |

| | |
|---|---|
| 53 | 25[1] |
| 54 | 1-7 |
| 56 | 23-25 |
| 57 | 1-8 |
| 78 | 11-25[2] |
| 79 | 1-2, 11-13, 16-18 (end at "Management.")[3] |
| 81 | 2 (start at "Who")-10[4] |
| 86 | 14-25[5] |
| 87 | 1-2 |
| 88 | 14-24[6] |
| 106 | 13-25[7] |

---

[1] Designated for presentation if and only if court overrules CIT's objections to Mr. Paul's testimony about CIT allegedly taking control of Maui Home Supply

[2] Designated for presentation if and only if court overrules CIT's objections to Mr. Paul's testimony about CIT allegedly taking control of Maui Home Supply

[3] Designated for presentation if and only if court overrules CIT's objections to Mr. Paul's testimony about CIT allegedly taking control of Maui Home Supply

[4] Designated for presentation if and only if court overrules CIT's objections to Mr. Paul's testimony about CIT allegedly taking control of Maui Home Supply

[5] Designated for presentation if and only if court overrules CIT's objections to Mr. Paul's testimony about Mr. Hyeon at pp. 83-84 and 104.

[6] Designated for presentation if and only if court overrules CIT's objections to Mr. Paul's testimony about CIT allegedly taking control of Maui Home Supply

[7] Designated for presentation if and only if court overrules CIT's objections to Mr. Paul's testimony about Mr. Hyeon at pp. 83-84 and 104.

| | |
|---|---|
| 107 | 1-3[8] |

[8] Designated for presentation if and only if court overrules CIT's objections to Mr. Paul's testimony about Mr. Hyeon at pp. 83-84 and 104.