AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

WHIRLPOOL CORPORATION,

V.

CIT GROUP/BUSINESS CREDIT, INC., etc., et al.

**DEFENDANT/CROSS-CLAIMANT THE CIT GROUP/BUSINESS CREDIT, INC.'S SECOND AMENDED EXHIBIT LIST**

Case Number: CV 01 00187 MEA-BMK

| PRESIDING JUDGE: Marvin E. Aspen | PLAINTIFF'S ATTORNEY: Timothy Hogan | DEFENDANT'S ATTORNEY: Louise Ing |
|---|---|---|
| TRIAL DATE(S): November 6, 2006 | COURT REPORTER | COURTROOM DEPUTY |

| PLF NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|
| | C1[1] | | | | undated - Docket sheet in *Whirlpool Corporation v. MidPac Lumber*, Civil No. 99-0-004049, First Circuit Court |
| | C2 | | | | undated - Claim Register in *MidPac Lumber Company, Ltd.*, Case No. 00-00136 (USBC) |
| | C3 | | | | undated - C.G. Investments, Inc. dba Maui Home Supply cancelled checks payable to MidPac Lumber Co. |
| | C4 | | | | undated - List of names and information re Certificate Holders & to whom transferred to (EB01083) |
| W75 | | | | | 2/2/96 - UCC-1 Sales and Security Agreement from CG Investment to Whirlpool (A04246 - A04248) **NOTE: Whirlpool has A04245-A04248 as Ex. W75** |
| | C5 | | | | 3/31/97 - Written Consent of the Board of Directors of CG Development re election of officers (EB01460) |

[1] Due to the voluminous exhibit list submitted by Whirlpool, listing exhibits W1-W971, and listing many of the exhibits CIT plans to use, CIT incorporates that exhibit list by reference, subject to any objections CIT may later make, and lists here only those exhibits not identified by Whirlpool.

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev 7/87)

# SECOND AMENDED EXHIBIT LIST - CONTINUATION

| Whirlpool Corporation v. CIT Group/Business Credit, Inc., et al. | CASE NO. CV01-00187 MEA BMK |
|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|
| | C6 | | | | **Sealed Exhibit** of Whirlpool Charts re Trade Partner Billing Requirements Screening Process (Sub-Contract Agreement) (Depo. Ex. 199, A07395 - A07400; A07446 - A07454; A07460 - A07464; A07467 - A07471; A07473 - A07474; A07476) |
| | C7 | | | | 1/1/98 - 1/31/00 - Regular checking account statements re 41-246839 pertaining to Frances B. Haller (FHB00001-91) |
| | C8 | | | | 2/24/98 - Written Consent of the Board of Directors in Lieu of Meeting of CGBN, Inc. re authorizing formation and incorporation of a new wholly-owned subsidiary corporation named CDBMID, Inc. (EB00944 - EB00945) |
| | C9 | | | | 2/24/98 - Written Consent of the Board of Directors in Lieu of Meeting of CGBN, Inc. re removal of certain officers: Gordon Ito, Dale S.C. Hahn, R. Iwamoto, and to appoint certain other officers: Kurt Glassman and Edwin Bowling (EB00950 - EB00951) |
| | C10 | | | | 3/16/98 - MidPac Pro Forma Balance Sheet (CT000433) |
| W152 | C11 | | | | 3/19/98 - Written Consent of the Board of Directors in Lieu of Meeting of MidPac Lumber Co., Ltd. authorizing CIT loan (Depo. Ex. 241, G00608 - G00610)<br>**Note: Whirlpool has G00609 - G00610 as Ex. W152** |
| | C12 | | | | 3/19/98 - Loan and Security Agreement (CT003331 - CT0033520 include Amendment #1 (CT3329-30) and Amendment #2 (B00229 - B00231)<br>**Note: Whirlpool has Amendment #2 (B00229-231) from Depo. Exh. 83 as Ex. W232** |
| | C13 | | | | 3/24/98 - UCC-1 Financing Statement in favor of CIT by MidPac (CT002525 - CT002527) |
| | C14 | | | | 3/31/98 - Unanimous Written Consent of Shareholders of CG Investments, Inc. re M. Clifford and Kurt S. Glassman elected as directors (EB01601) |
| | C15 | | | | 3/31/98 - Unanimous Written Consent of Shareholders of CG Acquisitions, Inc. re M. Clifford, Kurt Glassman and Edwin Bowling elected as directors (EB01061) |
| | C16 | | | | 3/31/98 - Unanimous Written Consent of Shareholders of CG Acquisitions, Inc. re M. Clifford, Kurt Glassman and Edwin Bowling elected as directors (EB01488) |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev 7/87)

## SECOND AMENDED EXHIBIT LIST - CONTINUATION

| Whirlpool Corporation v. CIT Group/Business Credit, Inc., et al. | CASE NO. CV01-00187 MEA BMK |
|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|
| | C17 | | | | 2/16/99 - Articles of Amendment to Change Corporate Name from FA Movers, Inc. to F & J Movers, Inc. (Depo. Ex. 27), Deposition of Kurt Glassman taken on 12/19/2002 *in the matter of Yee vs. Bowling (Adversary Pro. No. 02-00004)* |
| | C18 | | | | 3/19/99 - Consignment Agreement (C02278) |
| W337 | C19 | | | | 4/30/99 - CG Investments, Inc. Balance Sheet, Income Statement (Depo. Ex. 40, EB01729 - EB01731), Deposition of Kurt Glassman taken on 12/19/2002 *in the matter of Yee vs. Bowling (Adversary Pro. No. 02-00004)*<br><br>**Note: Whirlpool has EB01728-31 as Ex. W337** |
| W442 | C20 | | | | 6/17/99 - MidPac Lumber Co., Ltd. abbreviated exam by Examiner Greg Powell, Field work: 6/17/1999 - 6/19/1999 (Depo. Ex. 141, C02339 - C02358)<br><br>**Note: Whirlpool has only CT04006 from Depo Ex. 141 as Ex. W442** |
| | C21 | | | | 6/18/99 - Fax from K. Thatcher to N. Dreher transmitting Lexis/Nexis lien search, C01552-58 |
| | C22 | | | | 6/29/99 - Selected work papers of Felix Lampa (CT000665-760; CT000765-813; CT000850-10259) |
| | C23 | | | | 10/29/99 Complaint, Summons in *Whirlpool v. MidPac, et al.*, Civ. No. 99-4049-10<br><br>**Note: Whirlpool has CT003003 as Ex. W752** |
| | C24 | | | | 10/28/02 - Expert Report of Irwin Teich |
| | C25 | | | | 3/19/03 - Declaration of Kelly Thatcher, Ex. A, and Exhibits 1 - 3, attached to *Separate and Concise Statement of Facts in Support of Defendant CIT's Memorandum in Opposition to Defendants Bowlings' Motion for Summary Judgment of CIT's Cross-Claim, filed 3/20/2003* |
| | C26 | | | | 3/21/03 - Report of T. E. Hayes re Whirlpool in response to Ueno Supplemental Report |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev 7/87)

# SECOND AMENDED EXHIBIT LIST - CONTINUATION

| Whirlpool Corporation v. CIT Group/Business Credit, Inc., et al. | | | | | CASE NO. CV01-00187 MEA BMK |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
| | C27 | | | | 9/6/02 Amended Order Affirming Bankruptcy Court's Decision to Grant Relief from Automatic Stay (*In re MidPac Lumber Company, Ltd.*, Civ. No. 01-00732 DAE-KSC (D. Hawaii) |
| | C28 | | | | "As of 3/19/98" letter from CIT to American Savings Bank and post office receipts C01896-1900 |
| | C29 | | | | Whirlpool's supplemental response to CIT's First Request for Production of Documents (W924): 3/14/03 transmittal from T. Hogan, A08005 (memo from Rowan to Hutcheson), 3/13/03 email from L. Ing to T. Hogan requesting supplementation of request nos. 1, 6, 8, 20, 21 |
| | C30 | | | | Summary prepared pursuant to FRE 1006 of Maui Home Supply's daily sales reports, payments to and deposits by MidPac Lumber, 7/26/99 - 12/13/99 |
| | C31 | | | | Backup for Ex. C30, Summary: Selected pages from ranges AL000637-826; AL002489-2726; CT008361-8793; CA10010-11481<br><br>Some selected pages comprise Ex. W793, W795 |
| | | | | | All non-objectionable exhibits listed by other parties |
| | | | | | We reserve the right to amend or add additional exhibits as other information is discovered |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.