LYNCH ICHIDA THOMPSON KIM& HIROTA

TIMOTHY J. HOGAN 5312
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. No. (808) 528-0100
Fax No. (808) 528-4997
E-mail: tjh@loio.com

Attorney for Plaintiff
WHIRLPOOL CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation, et al.,<br><br>Defendants. | Civ. No. CV01 00187 MEA-BMK<br>(TORT AND RICO)<br><br>**PLAINTIFF WHIRLPOOL CORPORATION'S MOTION IN LIMINE NO. 2 REGARDING AMENDED ORDER AFFIRMING BANKRUPTCY COURT'S DECISION TO GRANT RELIEF FROM AUTOMATIC STAY CIT EXHIBIT NO. C-27** |

**PLAINTIFF WHIRLPOOL CORPORATION'S MOTION IN LIMINE NO. 2 REGARDING AMENDED ORDER AFFIRMING BANKRUPTCY COURT'S DECISION TO GRANT RELIEF FROM AUTOMATIC STAY CIT EXHIBIT NO. C-27**

COMES NOW Plaintiff Whirlpool Corporation ("Whirlpool"), by and through its undersigned counsel and hereby moves this Court in limine to prohibit or limit the admissibility of the introduction of Amended Order Affirming Bankruptcy Court's Decision to Grant Relief from Automatic Stay CIT Exhibit No. C27 filed on September 5, 2002. A true and correct copy of the Order is attached to the Declaration of Timothy J. Hogan as Exhibit "2."

The United States District Court, the Honorable David A. Ezra, in passing on an appeal of an order of the United States Bankruptcy Court ruled that the Bankruptcy Court did not commit error when it granted CIT's Motion for Relief from the Automatic Stay. This Order is not relevant to any issue in this case. Therefore, to avoid confusion for the jury regarding the effect of such an order, Whirlpool hereby moves in limine to prevent any evidence of the order from being admitted to confuse the jury.

This Motion is brought pursuant Fed. R. Civ. P. 5 and 7 and Fed. R. Evid. 401 and 403 and all the record of this case, all of which is incorporated by this reference.

DATED: Honolulu, Hawai'i, June 13, 2006.

/s/ Timothy J. Hogan
TIMOTHY J. HOGAN
Attorney for Plaintiff
WHIRLPOOL CORPORATION