LYNCH ICHIDA THOMPSON KIM& HIROTA

TIMOTHY J. HOGAN 5312
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. No. (808) 528-0100
Fax No. (808) 528-4997
E-mail: tjh@loio.com

Attorney for Plaintiff
WHIRLPOOL CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation, et al.,<br><br>Defendants. | Civ. No. CV01 00187 MEA-BMK (TORT AND RICO)<br><br>**MEMORANDUM IN SUPPORT OF PLAINTIFF WHIRLPOOL CORPORATION'S MOTION IN LIMINE NO. 2 REGARDING AMENDED ORDER AFFIRMING BANKRUPTCY COURT'S DECISION TO GRANT RELIEF FROM AUTOMATIC STAY CIT EXHIBIT NO. C-27** |

**MEMORANDUM IN SUPPORT OF PLAINTIFF WHIRLPOOL CORPORATION'S PLAINTIFF WHIRLPOOL CORPORATION'S MOTION IN LIMINE NO. 2 REGARDING AMENDED ORDER AFFIRMING BANKRUPTCY COURT'S DECISION TO GRANT RELIEF FROM AUTOMATIC STAY CIT EXHIBIT NO. C-27**

COMES NOW Plaintiff Whirlpool Corporation ("Whirlpool"), by and through its undersigned counsel and hereby moves this Court for an order in limine prohibiting or limiting the admissibility of the Amended Order Affirming Bankruptcy Court's Decision to Grant Relief from Automatic Stay CIT Exhibit No. C-27.

## I. <u>BACKGROUND</u>.

CIT has submitted an Exhibit list that contains materials from a state court proceeding that was filed by Whirlpool against MidPac and certain materials from the MidPac bankruptcy. While none of these materials appear relevant, among the materials is CIT's Exhibit C-27 that is the Amended Order Affirming Bankruptcy Court's Decision to Grant Relief from Automatic Stay, filed on September 6, 2002. A true and correct copy is attached to the Declaration of Timothy J. Hogan ("Hogan Dec.") as Exhibit "2." (The "Amended Order"). The Amended Order has no relevance to this case, and seems to be intended to cause confusion regarding some perceived effect it may have on the current proceedings and rulings that this Court has or may make. Because it is irrelevant and potentially confusing, such evidence should not be permitted at trial.

DATED: Honolulu, Hawai'i, June 13, 2006.

/s/ Timothy J. Hogan
TIMOTHY J. HOGAN
Attorney for Plaintiff
WHIRLPOOL CORPORATION