LYNCH ICHIDA THOMPSON KIM& HIROTA

TIMOTHY J. HOGAN 5312
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. No. (808) 528-0100
Fax No. (808) 528-4997
E-mail: tjh@loio.com

Attorney for Plaintiff
WHIRLPOOL CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation, et al.,<br><br>Defendants. | Civ. No. CV01 00187 MEA-BMK (TORT AND RICO)<br><br>**PLAINTIFF WHIRLPOOL CORPORATION'S MOTION IN LIMINE NO. 4 REGARDING EXPERT TESTIMONY OF ERWIN TEICH; CERTIFICATE OF SERVICE** |

**PLAINTIFF WHIRLPOOL CORPORATION'S MOTION IN LIMINE NO. 4 REGARDING EXPERT TESTIMONY OF ERWIN TEICH**

COMES NOW Plaintiff Whirlpool Corporation ("Whirlpool"), by and through its undersigned counsel and hereby moves this Court in limine to prohibit the introduction of any evidence regarding the expert report of Erwin Teich.

Mr. Teich, CIT's expert, never reviewed any of the records of this case, did not know of Mr. Phelps' relationship with CIT and was not informed of the specific facts of this case. His report does not meet the relevance requirement of Fed. R. Evid. 401. Moreover, because it is couched as being opinion testimony and is admittedly given in a factual vacuum, the Court should also disregard it under Fed. R. Evid. 702 to the extent it is being offered to prove or disprove any fact relevant at trial. To the extent that the witness is simply giving general background information, his testimony is irrelevant character evidence sought to be introduced to prove that CIT would have acted in conformity with certain norms of conduct.

This Motion is brought pursuant to Fed. R. Evid. 401, 402, 404 and 702 and all the record of this case, all of which is incorporated by this reference.

DATED: Honolulu, Hawai'i, June 13, 2006.

/s/ Timothy J. Hogan
TIMOTHY J. HOGAN
Attorney for Plaintiff
WHIRLPOOL CORPORATION