LYNCH ICHIDA THOMPSON KIM& HIROTA

TIMOTHY J. HOGAN 5312
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. No. (808) 528-0100
Fax No. (808) 528-4997
E-mail: tjh@loio.com

Attorney for Plaintiff
WHIRLPOOL CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation, | ) | Civ. No. CV01 00187 MEA-BMK (TORT AND RICO) |
| Plaintiff, | ) | **PLAINTIFF WHIRLPOOL CORPORATION'S MOTION IN LIMINE NO. 5 REGARDING EVIDENCE OF REASONABLE RELIANCE** |
| vs. | ) | |
| CIT GROUP/BUSINESS CREDIT, INC., a New York corporation, et al., | ) | |
| Defendants. | ) | |

**PLAINTIFF WHIRLPOOL CORPORATION'S MOTION IN LIMINE NO. 5 REGARDING EVIDENCE OF REASONABLE RELIANCE**

COMES NOW Plaintiff Whirlpool Corporation ("Whirlpool"), by and through its undersigned counsel and hereby moves this Court in limine to prohibit the introduction of evidence regarding whether Whirlpool's reliance on the false

statements of Ted Phelps and others regarding MidPac and Maui Home Supply was reasonable. In particular the statements from Ted Phelps that there was no fraud at MidPac and that the MidPac financial problems did not extend to Maui Home.

This Motion is brought on the grounds that the Court has ruled that, under Hawaii law of fraud, there is no requirement of "reasonable" reliance, citing *Matsuura v. E.I. du Pont de Nemours & Co.*, 102 Haw. 149, 163, 73 P.3rd 687, 701 (Haw. 2003). *See* Memorandum Opinion and Order Dated December 28, 2004 (the "CIT Order") at page 16. Whirlpool expects that much of CIT's case will be to show that Whirlpool did not exercise reasonable reliance on such statements. Because the Court has already ruled on the issue, this evidence should be ruled *in limine* to be irrelevant.

This Motion is brought pursuant to Fed. R. Civ. 5 and 7 and Fed. R. Evid. 401, 402 and 403 and all the record of this case, all of which is incorporated by this reference.

DATED: Honolulu, Hawai'i, June 13, 2006.

/s/ Timothy J. Hogan
TIMOTHY J. HOGAN
Attorney for Plaintiff
WHIRLPOOL CORPORATION