LYNCH ICHIDA THOMPSON KIM& HIROTA

TIMOTHY J. HOGAN 5312
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. No. (808) 528-0100
Fax No. (808) 528-4997
E-mail: tjh@loio.com

Attorney for Plaintiff
WHIRLPOOL CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation, | ) | Civ. No. CV01 00187 MEA-BMK (TORT AND RICO) |
| Plaintiff, | ) | **DECLARATION OF TIMOTHY J. HOGAN IN SUPPORT OF PLAINTIFF WHIRLPOOL CORPORATION'S MEMORANDA IN SUPPORT OF MOTIONS IN LIMINE AND TRIAL BRIEF; EXHIBITS 1 TO 7** |
| vs. | ) | |
| CIT GROUP/BUSINESS CREDIT, INC., a New York corporation, et al., | ) | |
| Defendants. | ) | |

**DECLARATION OF TIMOTHY J. HOGAN IN SUPPORT OF PLAINTIFF WHIRLPOOL CORPORATION'S MEMORANDA IN SUPPORT <u>OF MOTIONS IN LIMINE AND TRIAL BRIEF</u>**

I, Timothy J. Hogan, am an attorney licensed to practice before all the courts of the State of Hawaii and I make this declaration under penalty of perjury. All the

statements herein are true and correct to the best of my knowledge, information and belief. If called upon to testify regarding the matters herein, I am competent and willing to do so.

1. Attached hereto as Exhibit “1” is a true and correct copy of the Court’s Memorandum Opinion and Order dated December 28, 2004. (The “CIT Order”).

2. Attached hereto as Exhibit “2” is a true and correct copy of the Amended Order Affirming Bankruptcy Court’s Decision to Grant Relief from Automatic Stay CIT Exhibit No. C27 filed on September 6, 2002 in *In re MidPac Lumber Company, Ltd.*

3. Attached hereto as Exhibit “3” is a true and correct copy of the Order Affirming Magistrate Order Granting Plaintiff Whirlpool Corporation’s Motion for Determination of Good Faith Settlement filed herein on October 31, 2003.

4. Attached hereto as Exhibit “4” is a true and correct copy of the Expert report of Erwin Teich produced by CIT.

5. Attached hereto as Exhibit “5” is a true and correct copy of the Court’s Memorandum Opinion and Order dated December 30, 2004. (The “Iwamoto Order”).

6. Attached hereto as Exhibit “6” is a true and correct excerpt from the

Deposition of Edwin Bowling taken in the instant case on March 11, 2003.

7. Attached hereto as Exhibit “7” is a true and correct copy of “Exhibit O” to Whirlpool Corporation’s Response to Concise Statement of Facts of Defendant CIT’s Renewed Motion for Partial Summary Judgment on Count I (Fraud) and Count II (Fraud Conspiracy), and the Declaration of Timothy J. Hogan (the “Hogan MSJ Dec.”) filed in support on March 4, 2004.

DATED: Honolulu, Hawai’i, June 13, 2006.

/s/ Timothy J. Hogan
TIMOTHY J. HOGAN
Attorney for Plaintiff
WHIRLPOOL CORPORATION