Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON 1126-0
LOUISE K. Y. ING 2394-0
THOMAS E. BUSH 4737-0
ALLISON KIRK 8156-0
18th Floor, ASB Tower
1001 Bishop Street
Honolulu, Hawaiʻi 96813
Telephone: 524-1800
Facsimile: 524-4591
palston@ahfi.com
ling@ahfi.com
tbush@ahfi.com
akirk@ahfi.com

Attorneys for Defendant/Cross-claimant
THE CIT GROUP/BUSINESS CREDIT, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; EDWIN BOWLING; FRANCES HALLER-BOWLING; RAYMOND IWAMOTO; KURT GLASSMAN; DOE INDIVIDUALS 1-50; DOE PARTNERSHIPS, CORPORATIONS OR OTHER ENTITIES 1-20,<br><br>Defendants,<br><br>and<br><br>F&J MOVERS, and RENEE K. COSTA,<br><br>Additional Crossclaim Defendants. | Civil No. CV 01 00187 MEA-BMK (Tort and RICO)<br><br>**EX PARTE MOTION TO SEAL AND SUBMIT FOR IN CAMERA INSPECTION EXHIBIT 1 TO, AND MOTION TO SEAL DEFENDANT/CROSS-CLAIMANT THE CIT GROUP/BUSINESS CREDIT, INC.'S MOTION IN LIMINE TO PRECLUDE WHIRLPOOL FROM ELICITING EVIDENCE OF CIT'S SUSPICIOUS ACTIVITY REPORT AND LIMITING ANY REFERENCE TO SUCH FILING**; DECLARATION OF LOUISE K. Y. ING; CERTIFICATE OF SERVICE<br><br>JUDGE: Hon. Marvin E. Aspen<br><br>TRIAL: November 6, 2006 |

616,384 / 6527-1

**EX PARTE MOTION TO SEAL AND SUBMIT FOR IN CAMERA INSPECTION EXHIBIT 1 TO, AND MOTION TO SEAL DEFENDANT/CROSS-CLAIMANT THE CIT GROUP/ BUSINESS CREDIT, INC.'S MOTION IN LIMINE TO PRECLUDE WHIRLPOOL FROM ELICITING EVIDENCE OF CIT'S SUSPICIOUS ACTIVITY REPORT AND LIMITING ANY REFERENCE TO SUCH FILING**

Defendant THE CIT GROUP/BUSINESS CREDIT, INC. ("CIT"), by and through its undersigned counsel, respectfully moves this Honorable Court *ex parte* for an order

1. sealing for in camera inspection a letter dated July 21, 1999 from Ronni S. Borkowski to the Financial Crimes Enforcement Network of the Department of Treasury ("7/21/99 Letter"), with attached Suspicious Activity Report, which is designated Exhibit 1 to the Motion in Limine to Preclude Whirlpool from Eliciting Evidence of CIT's Suspicious Activity Report and Limiting any Reference to Such Filing ("SAR Motion in Limine")

2. Filing the remainder of the SAR Motion in Limine as a sealed pleading which will served, sealed, on counsel and parties.

This Motion seeks to seal (A) the July 21, 1999 Letter and attachment on grounds that it contains confidential information which is barred by federal law and regulation from disclosure, including to parties in this litigation; and to make available only to the court so the court may understand the context of this motion and (B) the SAR Motion in Limine on the grounds that should not be made a part of the court files which

are subject to public review, due to the confidentiality of the subject matter.

This motion is brought pursuant to Rules 5 and 7 of the Federal Rules of Civil Procedure, 12 C.F.R. § 208.62(j), and 31 U.S.C. § 5318(g)(2)(A). This motion is supported by the Declaration of Louise K. Y. Ing and the records and pleadings on file herein.

DATED: Honolulu, Hawai'i, June 13, 2006.

/s/ Louise K. Y. Ing
PAUL ALSTON
LOUISE K. Y. ING
THOMAS E. BUSH
ALLISON KIRK
Attorneys for Defendant/
Cross-claimant
THE CIT GROUP/BUSINESS CREDIT, INC.