Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON 1126-0
LOUISE K. Y. ING 2394-0
THOMAS E. BUSH 4737-0
18th Floor, ASB Tower
1001 Bishop Street
Honolulu, Hawai'i 96813
Telephone: 524-1800
Facsimile: 524-4591
palston@ahfi.com
ling@ahfi.com
tbush@ahfi.com

Attorneys for Defendant/Cross-claimant
THE CIT GROUP/BUSINESS CREDIT, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; EDWIN BOWLING; FRANCES HALLER-BOWLING; RAYMOND IWAMOTO; KURT GLASSMAN; DOE INDIVIDUALS 1-50; DOE PARTNERSHIPS, CORPORATIONS OR OTHER ENTITIES 1-20,<br><br>Defendants,<br><br>and<br><br>F&J MOVERS, and RENEE K. COSTA,<br><br>Additional Crossclaim Defendants. | Civil No. CV 01 00187 MEA-BMK (Tort and RICO)<br><br>**DEFENDANT THE CIT GROUP/ BUSINESS CREDIT, INC.'S MOTION IN LIMINE TO PRECLUDE USE OF AND ARGUMENT RE: THE "BOND FUNDS FRAUD" AS EVIDENCE OF CIT'S LIABILITY**; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF LOUISE K. Y. ING; EXHIBITS 1-4; CERTIFICATE OF SERVICE<br><br>JUDGE: Hon. Marvin E. Aspen<br><br>TRIAL: November 6, 2006 |

**DEFENDANT THE CIT GROUP/BUSINESS CREDIT, INC.'S MOTION IN LIMINE TO PRECLUDE EVIDENCE OR ARGUMENT ABOUT THE "BOND FUNDS FRAUD"**

Defendant The CIT Group/Business Credit, Inc. (CIT) hereby moves to preclude Whirlpool from offering evidence or argument about the alleged "Bond Funds fraud"[1] (1) on the same grounds that this Court rejected the "Bond fraud" as a theory of recovery against CIT under Whirlpool's Count V (Violations of the RICO Act); and (2) on the grounds there was no such scheme and, even if there were, it is irrelevant to Whirlpool and its claims in this case.

This Motion is based on Rules 402 and 403 of the Federal Rules of Evidence, Rule 16 of the Federal Rules of Civil Procedure, and Rule 16.9 of the Rules of the United States District Court for the District of Hawaii ("Local Rules"), the Court's Memorandum Opinion and Order (filed December 28, 2004), the memorandum, declarations, and exhibits attached hereto, the

---

[1] The term "Bond Funds fraud" is used but not defined in Whirlpool's Second Amended Complaint. The alleged fraud appears to consist of MidPac's use in its daily operations of funds it received as a surety for bonded projects, CIT's alleged sweeping of the funds and CIT's alleged awareness that MidPac was using bond funds for its operating expenses. *SAC ¶ 38.*

files and records herein, and such other matters as may be presented to the Court.

DATED: Honolulu, Hawaiʻi, June 13, 2006.

/s/ Louise K. Y. Ing
PAUL ALSTON
LOUISE K. Y. ING
THOMAS E. BUSH
Attorneys for Defendant/Cross-claimant THE CIT GROUP/BUSINESS CREDIT, INC.