Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON 1126-0
LOUISE K. Y. ING 2394-0
THOMAS E. BUSH 4737-0
ALLISON KIRK 8156-0
18th Floor, ASB Tower
1001 Bishop Street
Honolulu, Hawai'i 96813
Telephone: 524-1800
Facsimile: 524-4591
palston@ahfi.com
ling@ahfi.com
tbush@ahfi.com
akirk@ahfi.com

Attorneys for Defendant/Cross-claimant
THE CIT GROUP/BUSINESS CREDIT, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; EDWIN BOWLING; FRANCES HALLER-BOWLING; RAYMOND IWAMOTO; KURT GLASSMAN; DOE INDIVIDUALS 1-50; DOE PARTNERSHIPS, CORPORATIONS OR OTHER ENTITIES 1-20,<br><br>Defendants,<br><br>and<br><br>F&J MOVERS, and RENEE K. COSTA,<br><br>Additional Crossclaim Defendants. | Civil No. CV 01 00187 MEA-BMK<br>(Tort and RICO)<br><br>**DEFENDANT THE CIT GROUP/ BUSINESS CREDIT, INC.'S MOTION IN LIMINE TO PRECLUDE USE OF AND ARGUMENT RE: TED PHELPS' AUGUST 11, 1999 EMAIL**; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF LOUISE K. Y. ING; EXHIBITS 1-4; CERTIFICATE OF SERVICE<br><br>JUDGE: Hon. Marvin E. Aspen<br><br>TRIAL: November 6, 2006 |

**DEFENDANT THE CIT GROUP/BUSINESS CREDIT, INC.'S MOTION IN LIMINE TO PRECLUDE EVIDENCE OR ARGUMENT ABOUT TED PHELPS' AUGUST 11, 1999 EMAIL**

Defendant The CIT Group/Business Credit, Inc. (CIT) hereby moves to preclude Whirlpool from offering evidence of or argument about an August 11, email from Ted Phelps to George Cleland of Collateral Risk Management on the grounds that it is not probative of CIT's liability and would be prejudicial and confusing if admitted as evidence.

This Motion is based on Rules 402 and 403 of the Federal Rules of Evidence, Rule 16 of the Federal Rules of Civil Procedure, and Rule 16.9 of the Rules of the United States District Court for the District of Hawaii ("Local Rules"),the memorandum, declarations, and exhibits attached hereto, the files and records herein, and such other matters as may be presented to the Court.

DATED: Honolulu, Hawai'i, June 13, 2006.

/s/ Louise K. Y. Ing
PAUL ALSTON
LOUISE K. Y. ING
THOMAS E. BUSH
Attorneys for Defendant/Cross-claimant THE CIT GROUP/BUSINESS CREDIT, INC.