IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; et al.,<br><br>Defendants,<br><br>and<br><br>F&J MOVERS, and RENEE K. COSTA,<br><br>Additional Crossclaim Defendants. | Civil No. CV 01 00187 MEA-BMK (Tort and RICO)<br><br>**DECLARATION OF LOUISE K. Y. ING** |

**DECLARATION OF LOUISE K. Y. ING**

I, LOUISE K. Y. ING, declare as follows:

1. I am an attorney with the law firm of Alston Hunt Floyd & Ing, Attorneys At Law, A Law Corporation, attorneys for Defendant THE CIT GROUP/BUSINESS CREDIT, INC.

2. I make this declaration based on my personal knowledge and am competent to testify as to the matters set forth herein.

3. Attached hereto as Exhibit 1 is a true and correct copy of an email from Ted Phelps to Gary Cleland, dated

4. Attached hereto as Exhibit 2 are true and correct copies of excerpts of the Rule 30(b)(6) Deposition of Thomas A. Hayes, Vol. I, taken in this action on November 19, 2002.

5. Attached hereto as Exhibit 3 are true and correct copies of excerpts of the Deposition of Robert Brichacek, taken in this action on November 21, 2006.

6. Attached hereto as Exhibit 4 are true and correct copies of excerpts of the Rule 2004 Examination of Theodore G. Phelps, taken on December 7, 2000, in *In re Midpac Lumber Company, Inc.*, Case No. 00-00136, U.S.B.C. (Dist. of Hawaii).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 13th day of June, 2006.

/s/ Louise K. Y. Ing
LOUISE K. Y. ING