**Gary W. Cleland**

**From:** Earthlink <tphelps@phelpsnet.com>
**To:** Gary W. Cleland <gcleland@collateralrisk.com>
**Sent:** Wednesday, August 11, 1999 3:32 PM
**Subject:** RE:

Gary:

Unless I call him, I don't expect to be talking to Steve in the near future. If he needs to talk to me before making any changes, or whatever, fine, just let me know. As far as the inventory and your travel, go ahead and book the tickets. All airline executives are pond scum.

As to the bank, we received from City Bank a list of questions from First Hawaiian Bank that they want answers to prior to agreeing to participate. Some of the questions are pretty hard, but they are being propounded by a fairly junior person at the bank. Accordingly, I think that Kurt will be able to dance around them with enough finesse to keep it on track, particularly since he never allows the truth to be an impediment to any financing.

We are finally getting new inventory in, so the numbers should start going in the other direction for a few days, anyway.

I'll talk to you later,

Ted

> -----Original Message-----
> **From:** Gary W. Cleland [mailto:gcleland@collateralrisk.com]
> **Sent:** Wednesday, August 11, 1999 10:26 AM
> **To:** Ted Phelps
> **Subject:**
>
> Ted:
>
> Regarding advance air fares, if I book refundable/changeable they are $1,755.00 if I book 14 day advance with change fees, they are $650.00, so if you can let me know as soon as you can.
>
> Another item where I need you assistance is with the weekly inventory reports we have requested. Apparently Steve has changed the original format and the "Quick Inventory Report" that Mike is running, so it shows only quantity and no values, which makes it useless to us. Also, he is only running the "MOM" location and we need all that are on the spread sheet. I have a call into Steve, but if you talk to him before I do please bring this up or ask him to call.
>
> Any new word on the Bank?
>
> More later - Thanks for your time.
>
> Gary

96

AL000323

EXHIBIT 1