4/3/03, errata corrections, DKR



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; CGBN, INC., a Hawaii corporation; MICHAEL CLIFFORD; EDWIN BOWLING; FRANCES HALLER-BOWLING; RAYMOND IWAMOTO, and KURT GLASSMAN, DOE INDIVIDUALS 1-50; DOE PARTNERSHIPS, CORPORATIONS OR OTHER ENTITIES 1-20,<br><br>Defendants.<br><br>and<br><br>CG DEVELOPMENT, INC., F&J MOVERS, and RENEE K. COSTA,<br><br>Additional Cross-Claim Defendants. | Civil No. CV01-00187 DAE BMK<br><br>(Tort and RICO) |

DEPOSITION OF ROBERT BRICHACEK

Taken on behalf of Plaintiff Whirlpool Corporation, at 2600 Mauka Tower, 737 Bishop Street, Honolulu, Hawaii, 96813, commencing at 9:22 a.m., on Thursday, November 21, 2002, pursuant to Notice.

REPORTED BY: JANIS K. FLOATE, RPR, CSR 254
Notary Public, State of Hawaii

EXHIBIT 3

APPEARANCES:

For Plaintiff Whirlpool Corporation:

TIMOTHY J. HOGAN, ESQ.
Lynch Ichida Thompson Kim & Hirota
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813

For Defendant CIT Group/Business Credit, Inc.:

LOUISE Y.K. ING, ESQ.
Alston Hunt Floyd & Ing
1800 Pacific Tower
1001 Bishop Street
Honolulu, Hawaii 96813

For Defendants Edwin Bowling and Frances Haller-Bowling:

JEANNETTE HOLMES, ESQ.
Bronster Crabtree & Hoshibata
2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813

For Defendants Michael Clifford, CGBN, Inc., and Additional Cross-Claim Defendant CG Development, Inc.:

ROGER S. MOSELEY, ESQ.
TED N. PETTIT, ESQ.
CHRISTOPHER J. MUZZI, ESQ.
Case Bigelow & Lombardi
2600 Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813

For Defendant Raymond Iwamoto:

CALVIN E. YOUNG, ESQ.
Ayabe Chong Nishimoto Sia & Nakamura
2500 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813

APPEARANCES (continued):

Speakerphone Appearance from Benton Harbor, Michigan:

DEB CLAWSON, ESQ.
Whirlpool Corporation
Legal Department
2200 M63
Mailbox No. 2200
Benton Harbor, Michigan 49022

Also Present:

SYLVIA M. LEE, Paralegal
Lynch Ichida Thompson Kim & Hirota

FRANCIS X. CHAFFIOTTE, ESQ.
Vice President and Assistant
Legal General Counsel

that you hereby acknowledge receipt, are there any facts that you're aware of that would contradict CIT actually receiving these documents?

A. There are none.

MR. MUZZI: If you can pull Exhibit 96 for the witness.

(Mr. Pettit enters.)

MS. ING: May the record reflect Mr. Pettit has entered the room.

MR. PETTIT: Thank you.

MS. ING: Welcome.

BY MR. MUZZI:

Q. I'm going to be discussing this document, the first two paragraphs in the document. If you could please let me know --

A. I'm sorry. Which two paragraphs?

Q. The first two paragraphs of the document.

A. Okay.

Q. Have you ever seen this document before?

A. Yes.

Q. When did you see it?

A. Yesterday.

Q. But prior to that had you seen either this document or received a copy of this e-mail?

A. No.

Q. Just for the record, this document purports to be an e-mail sent from Ted Phelps to Gary Cleland. Do you know who Gary Cleland is?

A. Yes.

Q. Who is he?

A. He is one of the principals, I believe, of Collateral Risk Management.

Q. Let me go to the second paragraph there. I want to read it into the record: "As to the bank, we received from City Bank a list of questions from First Hawaiian Bank that they want answers to prior to agreeing to participate. Some of the questions are pretty hard, but they are being propounded by a fairly junior person at the bank. Accordingly, I think that Kurt will be able to dance around them with enough finesse to keep it on track, particularly since he never allows the truth to be an impediment to any financing."

Do you have any recollections of any discussion on this subject?

A. Which subject?

Q. On this subject of Kurt obtaining financing in the time period around August of 1999.

MS. ING: You're only asking about Kurt's efforts to obtain financing?

MR. MUZZI: Correct, and I guess with respect to Mr. Phelps' comments regarding Kurt's integrity.

A. I don't understand your question. I'm sorry.

BY MR. MUZZI:

Q. Was it ever brought to your attention by Mr. Phelps or anyone else that Kurt might be less than forthright in applying for financing from City Bank?

A. No.

MS. ING: Let me object to the extent that the question implies that is what Exhibit 96 says.

MR. MUZZI: Objection noted. Last exhibit for me.

(Exhibit 148 marked for identification.)

BY MR. MUZZI:

Q. Let the record reflect this document is a four-page document with Bates stamps J 00362 and ending with Bates stamped J 00365.

The questions I have are going to be on page two of the document, starting on page two, going through bullet point number five on page three.

A. All of page two?

C E R T I F I C A T E

STATE OF HAWAII ) 
) SS.
CITY AND COUNTY OF HONOLULU )

I, JANIS K. FLOATE, Notary Public, State of Hawaii, do hereby certify:

That on November 21, 2002, appeared before me Robert Brichacek, the witness whose deposition is contained herein; that prior to being examined, the witness was by me duly sworn;

That the deposition was taken down by me in machine shorthand and was thereafter reduced to typewriting under my supervision; that the foregoing represents to the best of my ability, a true and correct transcript of the proceedings had in the foregoing matter.

I further certify that I am not an attorney for any of the parties hereto, nor in any way concerned with the cause.

DATED this 6 day of Dec, 2002, in Honolulu, Hawaii.

Janis K Floate
JANIS K. FLOATE, RPR, CSR 254
Notary Public, State of Hawaii
My Commission Exp: December 12, 2005