## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

SERVED ELECTRONICALLY THROUGH CM/ECF:

| | | |
|---|---|---|
| TIMOTHY J. HOGAN, ESQ.<br>**Attorney for Plaintiff** | tjh@loio.com | June 13, 2006 |
| MARGERY S. BRONSTER, ESQ.<br>JEANNETTE E. HOLMES CASTAGNETTI, ESQ.<br>**Attorneys for Defendants Edwin Bowling and Frances Haller-Bowling** | mbronster@bchlaw.net, audrey@bchlaw.net<br>jcastagnetti@bchlaw.net, jennifer@bchlaw.net | June 13, 2006 |
| JOHN S. NISHIMOTO, ESQ.<br>CALVIN E. YOUNG, ESQ.<br>GARY S. MIYAMOTO, ESQ.<br>**Attorneys for Defendant Raymond S. Iwamoto** | john.nishimoto@hawadvocate.com<br>calvin.young@hawadvocate.com<br>gary.miyamoto@hawadvocate.com | June 13, 2006 |

SERVED BY FIRST CLASS MAIL:

ROBERT E. BADGER, ESQ. — June 13, 2006
Pioneer Plaza, Suite 1680
900 Fort Street Mall
Honolulu, Hawai'i 96813
**Attorney for Defendant Kurt Glassman**

ERIC J. GLASSMAN, ESQ. — June 13, 2006
Mennemeier, Glassman & Stroud LLP
980 9th Street, Suite 1700
Sacramento, California 95814
**Attorney for Defendant Kurt Glassman**

RENEE K. COSTA — June 13, 2006
21 Crossley Court
Sacramento, California 95833-3784
**Cross-Claim Defendant**

DATED: Honolulu, Hawaiʻi, June 13, 2006.

/s/ Louise K. Y. Ing
PAUL ALSTON
LOUISE K. Y. ING
THOMAS E. BUSH
ALLISON KIRK
Attorneys for Defendant/Cross-claimant THE CIT GROUP/BUSINESS CREDIT, INC.