AYABE, CHONG, NISHIMOTO,
SIA & NAKAMURA
A Limited Liability Law Partnership

JOHN S. NISHIMOTO 1820-0
CALVIN E. YOUNG 3278-0
GARY S. MIYAMOTO 3233-0
STEVEN L. GOTO 6041-0
Pauahi Tower, Suite 2500
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 537-6119
Facsimile No. (808) 526-3491
john.nishimoto@hawadvocate.com
calvin.young@hawadvocate.com
gary.miyamoto@hawadvocate.com

Attorneys for Defendant
RAYMOND IWAMOTO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; CGBN, INC., a Hawaii corporation; MICHAEL CLIFFORD; EDWIN BOWLING; FRANCES HALLER-BOWLING; RAYMOND IWAMOTO; KURT GLASSMAN; DOE INDIVIDUALS 1-50; DOE PARTNERSHIPS, CORPORATIONS | CIVIL NO. 01-00187 MEA BMK<br>(Tort and RICO)<br><br>DEFENDANT RAYMOND IWAMOTO'S **MOTION IN LIMINE # 6 RE: TO EXCLUDE EVIDENCE OF TESTIMONIES BY EDWIN BOWLING, FRANCES BOWLING, KURT GLASSMAN, MICHAEL CLIFFORD AND THEODORE PHELPS DURING BANKRUPTCY PROCEEDINGS**; MEMORANDUM OF POINTS AND AUTHORITIES; CERTIFICATE OF SERVICE<br><br>[CAPTION CONTINUES] |

| | | |
|---|---|---|
| OR OTHER ENTITIES 1-20,<br><br>Defendants,<br><br>and<br><br>CG DEVELOPMENT, INC., F&J MOVERS, and RENEE K. COSTA,<br><br>Additional Cross-Claim Defendants. | ) | HEARING:<br><br>Date: __________<br><br>Time: __________<br><br>Judge: __________<br><br>Trial Date: November 6, 2006<br>Judge: Hon. Marvin E. Aspen |

[2001556/301096]

**DEFENDANT RAYMOND IWAMOTO'S MOTION IN LIMINE #6 RE: TO EXCLUDE EVIDENCE OF TESTIMONIES BY EDWIN BOWLING, FRANCES BOWLING, KURT GLASSMAN, MICHAEL CLIFFORD AND THEODORE PHELPS DURING BANKRUPTCY PROCEEDINGS**

Comes Now, Defendant Raymond Iwamoto, by and through his attorneys, Ayabe Chong Nishimoto Sia & Nakamura, and for his Motion in Limine to Exclude Evidence of Testimonies Given by Edwin Bowling, Frances Bowling, Kurt Glassman, Michael Clifford and Theodore Phelps During Bankruptcy Proceedings. The testimonies should be excluded because Mr. Iwamoto was not allowed an opportunity to cross-examine these witnesses since: (1) he was not present; (2) he was not a party to the proceedings in which the testimonies were taken; and (3) his interests were not represented by other parties when the statements were given. The testimonies should also be excluded because they are irrelevant to the conspiracy claims against Mr. Iwamoto.

This motion is being filed pursuant to Rules 104, 402, 801 and 804 of the Federal Rules of Evidence, Rule 32 of the Federal Rules of Civil Procedure and is based on the attached memorandum of law, and the records and files herein.

DATED: Honolulu, Hawaii, June 13, 2006.

/s/ Gary S. Miyamoto
JOHN S. NISHIMOTO
CALVIN E. YOUNG
GARY S. MIYAMOTO
STEVEN L. GOTO
Attorneys for Defendant
RAYMOND IWAMOTO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; CGBN, INC., a Hawaii corporation; MICHAEL CLIFFORD; EDWIN BOWLING; FRANCES HALLER-BOWLING; RAYMOND IWAMOTO; KURT GLASSMAN; DOE INDIVIDUALS 1-50; DOE PARTNERSHIPS, CORPORATIONS OR OTHER ENTITIES 1-20,<br><br>Defendants,<br><br>and<br><br>CG DEVELOPMENT, INC., F&J MOVERS, and RENEE K. COSTA,<br><br>Additional Cross-Claim Defendants. | CIVIL NO. 01-00187 MEA BMK (Tort and RICO)<br><br>CERTIFICATE OF SERVICE<br><br>Trial Date: November 6, 2006<br>Judge: Hon. Marvin E. Aspen |

[2001556/301096]

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was duly served on the following parties listed below, through electronic transmission on June 13, 2006.

TIMOTHY J. HOGAN, ESQ.
Lynch Ichida Thompson Kim & Hirota
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Attorney for Plaintiff
WHIRLPOOL CORPORATION

PAUL ALSTON, ESQ.
LOUISE K.Y. ING, ESQ.
Alston Hunt Floyd & Ing
1001 Bishop Street
Pacific Tower, 18th Floor
Honolulu, Hawaii 96813
Attorneys for Defendant
CIT GROUP/BUSINESS CREDIT, INC.

DATED: Honolulu, Hawaii, June 13, 2006 .

/s/ Gary S. Miyamoto
JOHN S. NISHIMOTO
CALVIN E. YOUNG
GARY S. MIYAMOTO
STEVEN L. GOTO
Attorneys for Defendant
RAYMOND IWAMOTO