# CGB ENTERPRISES
(A HAWAII BUILDING MATERIALS SUPPLIER)

## INVESTOR MEMORANDUM

September, 1999

**$6 Million Equity**

### Purpose of Memorandum

This memorandum sets forth selected information to those who may wish to participate in the growth and development of **the largest "Pro-Dealer" building materials supplier in the state of Hawaii.** CGB Enterprises (the "Company" or "CGB") is seeking $6 million of equity capital to be used to procure inventory, finance receivables and continue the Company's neighbor island expansion.

The equity investors will receive 51% of the Company's common stock. Management prepared projections indicate the internal annual rate of return to new common stockholders for the calendar year 2000 approximates 29%.

### Company Overview

CGB Enterprises commenced operations in October of 1995 through the acquisition of Monarch Home Centers (Maui). In the following three years, CGB Enterprises acquired Hawaii Wood Preserving (Maui), MidPac Lumber Co., Ltd. (Honolulu) and several real estate interests on Oahu and Maui. Today, CGB Enterprises owns and operates three building supply centers, two wood treatment facilities, one truss manufacturing plant and 430,000 square feet of warehouse space on 25 acres.

During the last four years, CGB's management team has demonstrated its ability to revitalize what previously were "under-performing" privately owned companies in the building supply industry. Sales have increased since October of 1995 to an annual rate of $36 million. Consolidated pre-tax income for the first six months of calendar 1999 approximated $1.1 million. The Company has successfully supplemented and grown internally by adding retail sales and expanding its distribution, product mix, military and local government sales base.

### Recent Events

At June 30, 1999, CGBN, Inc. (MIDPAC) exceeded its borrowing capacity based upon the amount of "eligible" accounts receivable. On August 3, 1999, CGBN entered into a new agreement with its mainland financial institution which provides a borrowing capacity based upon a percentage of daily deposits. The new agreement does not provide adequate working capital to procure inventory to cover all operating expenses and CGB Enterprises as incurred operating losses for the 3rd quarter of 1999. On September 22, 1999, a Hawaii financial institution agreed to refinance the existing bank debt subject to certain conditions and an equity contribution of $2 million. Management believes the refinancing and proposed recapitalization will enable the Company to return to profitability. The Summary Financial Data includes the impact of recent events and the proposed refinancing, recapitalization and merger.



EXHIBIT A

G11622

## Summary Financial Data

The following summary presents actual and projected operating results for the CGB group of companies; CGBN, Inc. (MidPac), CGI, Inc. (Maui Home Supply and Hawaii Wood Preserving) and CG Development, Inc. (Real Estate Entity). The projections are based upon actual results and the proposed recapitalization and merger. The projections may vary from actual results. See appendices for details and assumptions

### Year Ended December 31 ($ in 0,000's)

| | ACTUAL | | | PROJECTIONS | | |
|---|---|---|---|---|---|---|
| | 1996 | 1997 (1) | 1998 (2) | 1999 (3) | 2000 (3) | 2001 (3) |
| **Income Statement** | | | | | | |
| Sales | $9,811 | $8,906 | $31,517 | $36,326 | $50,000 | $60.000 |
| Gross Profit | 3,730 | 3,407 | 8,973 | 10,415 | 12,500 | 15.000 |
| Operating Expenses | 2,804 | 2,834 | 7,596 | 9,123 | 8,605 | 9,000 |
| Operating Income | 926 | 573 | 1,377 | 1,292 | 3,895 | 6.000 |
| Interest Expense, net | 185 | 243 | 501 | 991 | 960 | 900 |
| Depreciation and Amortization | 65 | 146 | 255 | 432 | 324 | 400 |
| Other Income | (75) | (190) | (387) | (300) | (225) | - |
| Rental Income, net | | | | (577) | (600) | (600) |
| Net Income | 751 | 374 | 1,008 | 746 | 3,436 | 5.300 |
| **Balance Sheet** | | | | | | |
| Assets | | | | | | |
| Current Assets | 4,221 | 3,309 | 10,662 | 16,300 | 16,000 | 16,000 |
| Noncurrent Assets | 504 | 1,357 | 3,531 | 11,200 | 11,000 | 11,000 |
| Total | 4,725 | 4,666 | 14,193 | 27,500 | 27,000 | 27,000 |
| Liabilities and Stockholders' Equity | | | | | | |
| Current Liabilities | 2,690 | 3,183 | 6,226 | 16,600 | 15,000 | 13.000 |
| Noncurrent Liabilities | 1,328 | 750 | 4,884 | 3,000 | 2,000 | 1.000 |
| Stockholders' Equity | 707 | 733 | 3,083 | 7,900 | 10,000 | 13.000 |
| Total | $4,725 | $4,666 | $14,193 | $27,500 | $27,000 | $27,000 |
| **Key Ratios and Indexes** | | | | | | |
| Rutum to Common Stockholders | 201% | 52% | 53% | 22.6% | 38.4% | 46.1% |
| Working Capital | 1.57 | 1.04 | 1.71 | 0.98 | 1.07 | 1.23 |
| Total Debt to Net Worth | 5.68 | 5.36 | 3.60 | 2.48 | 1.7 | 1.08 |
| Operating Margin (4) | 9.44% | 6.43% | 4.37% | 3.56% | 7.79% | 10.00% |
| Sales Per Employee | $245,000 | $223,000 | $315,000 | $363.000 | $400.000 | $400.000 |

Notes:

(1) Includes nine months of operations for Hawaii Wood Treatment, which produced a pre-tax loss of $128,000 and lease expenses for Maui Home Supply were increased to market in 1997 which increased operating expenses by $240,000.
(2) Includes nine months of operations for MidPac Lumber Co., Ltd.
(3) Includes the impact of the proposed recapitalization and merger.
(4) Operating Income divided by Sales. (See Appendix F & G)

## Management

Leadership has been provided by the officers, directors and stockholders of the Company. Edwin C. Bowling, President, a successful entrepreneur and merchandising veteran of 50+ years, oversees the daily operations for the various companies. Kurt S. Glassman, Chairman and majority owner, oversees all finance, legal and treasurer functions. Mr. Glassman was a mergers and acquisitions consultant and partner in an international consulting firm before starting CGB Enterprises. Michael P. Clifford, Director, is a seasoned Hawaii based business owner and has been very active in the Company's growth and development.

The financial success the Company has enjoyed is due to the development of strong management, very high employee productivity and loyalty, wide customer base, and expansion of the business by Edwin C. Bowling, its operations manager.

Stockholders are Kurt S. Glassman (66 2/3%) and Michael P. Clifford (33 1/3%).

## Investment Opportunities

Majority position in the fastest growing Pro-Dealer building materials supplier in the state of Hawaii. The investment opportunity provides for a collateralized position convertible into common or preferred stock. The 1998 return to common stockholders approximated 52%. The projected return for the year 2000 on a $6 million equity contribution is 29%. Also, the investment presents various attractive exit strategies that can be tailored to the individual investor.

Local financial support is provided by a Hawaii lending institution. For confidentiality purposes, the Company has decided to pursue investors outside the state of Hawaii.

## Investment Risk Considerations

Normal business risks do and can occur and should be considered in spite of the Company's growth and profitability record.

Economic conditions in the state have been slower to recover because of conditions in Japan and Southeast Asia. However, local economic conditions appear to be improving for the first time in several years.

## Building Materials Supply Industry

### National

Based upon published statistical reports, 1999 sales in the U.S. for the home improvement products and new residential construction products industry will approximate $230 billion. The industry has seen many changes over the years, but most recently the industry has seen a concentration in the retail "Big Box" and the contractor "Pro-Dealer" sectors. Companies have focused and specialized in either the retail or contractor customer segments.

CGB Enterprises' focus and specialization is the "Pro-Dealer" contractor segment. On a national level, the largest "Pro-Dealer" Companies are 84 Lumber and ABC Supply with 1998 sales exceeding $1 billion. These Companies have grown through acquisitions due to the recent consolidation in the industry.

### Hawaii

The 1998 calendar year resulted in the fifth consecutive sales decrease in the construction industry in the state. Experts believe that 1999 will be similar to 1998, with perhaps a little upswing. Major work in 1999 will be federally funded projects with a continued increase in military housing. New home building in Maui appears to be reaching old highs. The private sector commercial building market is about 18 to 24 months away. Home renovations and remodeling will continue to be an important source of sales for the foreseeable future.

Now is the opportunity for a properly positioned StateWide Wholesale Contractor Supply Company in Hawaii. The greatest inhibitors for CGB's competitors are the locations available and tremendous occupancy costs. CGB facilities include adequate land, conveniently located with buildings of sufficient size at a cost to enable mainland type wholesale pricing with adequate diversification of merchandise. Currently, CGB Enterprises controls approximately 25 acres and 430,000 square feet of warehouse space on Oahu and Maui at below market rates.

## Competition

MidPac Lumber Company, Ltd. is the only full service contractor sales company on Oahu. There are two "Big-Box" retailers, Eagle and a soon to open Home Depot store. There is one direct competitor in lumber products on Oahu.

On the Big Island. Hawaii, there is one "Pro-Dealer" competitor and on Maui, there are two relative small competitors and one Eagle store.

## Conclusion

Economic conditions in Hawaii have created opportunities to reasonably acquire building material supply companies and complete statewide consolidations of the Pro-Dealer contractor supply business in Hawaii. CGB Enterprises has demonstrated its ability to turn-around underperforming companies, consolidate operations and expand internally through vendor support and neighbor island relationships. Mainland experience indicates that the Big Box retailers have had only a positive impact on the contractor sales "Pro-Dealer" market. The additional equity will provide the opportunity for CGB Enterprises to maximize profitability and provide the necessary capital to continue its Neighbor Island Expansion.

**THE TIME IS NOW!**