NOV 26 2002



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

WHIRLPOOL CORPORATION, a Delaware corporation,

Plaintiff,

vs.

CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; CGBN, INC., a Hawaii corporation; MICHAEL CLIFFORD; EDWIN BOWLING; FRANCES HALLER-BOWLING; RAYMOND IWAMOTO, and KURT GLASSMAN, DOE INDIVIDUALS 1-50; DOE PARTNERSHIPS, CORPORATIONS OR OTHER ENTITIES 1-20,

Defendants.

and

CG DEVELOPMENT, INC., F&J MOVERS, and RENEE K. COSTA,

Additional Cross-Claim Defendants.

Civil No. CV01-00187 DAE BMK

(Tort and RICO)

DEPOSITION OF RAYMOND S. IWAMOTO

Taken on behalf of Plaintiff Whirlpool Corporation, at 2300 Pauahi Tower, 1001 Bishop Street, Honolulu, Hawaii, 96813, commencing at 9:05 a.m., on Tuesday, November 12, 2002, pursuant to Notice.

REPORTED BY: JANIS K. FLOATE, RPR, CSR 254
Notary Public, State of Hawaii

EXHIBIT B

Q. When you said "if you find yourself in court," did you mean in court with Midpac or someone else?

A. Midpac.

MR. HOGAN: Let's go on to the next one.

(Exhibit 45 marked for identification.)

BY MR. HOGAN:

Q. Mr. Iwamoto, you have been handed a document marked Exhibit 45, Bates stamped G 11622 through G 11626, which I believe the record earlier indicated that this is a Goodsill document turned over in litigation.

Have you ever seen this, sir?

A. It's not a Goodsill document.

Q. It was in your files.

A. I know, but it's not a Goodsill document.

Q. I stand corrected.

A. I think it was given to us after the fact, after it had already been used by Kurt.

Q. Why do you say that?

A. Well, because we weren't asked to review it, because I think if we had been asked to review it, I would have turned it over to my securities lawyers.

Q. It would not be your custom to -- why

would you do that?

A. Because it says investor memorandum. So it says it should be looked over by somebody who is a securities lawyer.

Q. Has any securities lawyer of your firm looked over it since you obtained it or put in your file?

A. No.

Q. Let's go to page three. It states at the bottom of the first paragraph, "Michael P. Clifford, Director, is a seasoned Hawaii based business owner and has been very active in the company's growth and development."

Do you know who drafted this? Do you have any idea?

A. I could speculate only. I don't know.

Q. You don't know?

A. No.

Q. How did you come to have a copy?

A. I'm pretty sure Kurt gave it to me.

Q. Did you have any discussions with Mr. Clifford regarding this?

A. No.

Q. At some point Mr. Clifford began to -- because of the issues going on with the various

problems that were coming up, you were getting closer in terms of discussions with Mr. Clifford?

MR. PETTIT: Objection, vague and ambiguous.

BY MR. HOGAN:

Q. Trying to restate what I think has already come out in the testimony. But did you earlier --

A. Prior to the problems of CIT surfacing, my only involvement with Mr. Clifford was we went to a celebration dinner to celebrate their acquisition of Midpac.

After that, my legal services to the company had to do with bonding, had to do with somebody dying, being electrocuted, and I can't recall everything else. So there was no reason to speak to Mr. Clifford.

Q. Later on did you have reasons to speak to Mr. Clifford after, let's say --

A. After the problem surfaced, yes.

Q. You have no knowledge at all of this document and I won't ask you any more about it. Is that correct, sir, you had no input into the creation of it?

A. I had no input at all into the creation of this document.

C E R T I F I C A T E

STATE OF HAWAII )
) SS.
CITY AND COUNTY OF HONOLULU )

I, JANIS K. FLOATE, Notary Public, State of Hawaii, do hereby certify:

That on November 12, 2002, appeared before me Raymond S. Iwamoto, the witness whose deposition is contained herein; that prior to being examined, the witness was by me duly sworn;

That the deposition was taken down by me in machine shorthand and was thereafter reduced to typewriting under my supervision; that the foregoing represents to the best of my ability, a true and correct transcript of the proceedings had in the foregoing matter.

I further certify that I am not an attorney for any of the parties hereto, nor in any way concerned with the cause.

DATED this ______ day of____________,2002, in Honolulu, Hawaii.

_______________________________________
JANIS K. FLOATE, RPR, CSR 254
Notary Public, State of Hawaii
My Commission Exp: December 12, 2005