AYABE, CHONG, NISHIMOTO,
SIA & NAKAMURA
A Limited Liability Law Partnership

JOHN S. NISHIMOTO 1820-0
CALVIN E. YOUNG 3278-0
GARY S. MIYAMOTO 3233-0
STEVEN L. GOTO 6041-0
Pauahi Tower, Suite 2500
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 537-6119
Facsimile No. (808) 526-3491
john.nishimoto@hawadvocate.com
calvin.young@hawadvocate.com

Attorneys for Defendant
RAYMOND IWAMOTO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | | |
|---|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; CGBN, INC., a Hawaii corporation; MICHAEL CLIFFORD; EDWIN BOWLING; FRANCES HALLER-BOWLING; RAYMOND IWAMOTO; KURT GLASSMAN; DOE INDIVIDUALS 1-50; DOE PARTNERSHIPS, CORPORATIONS OR OTHER ENTITIES 1-20, | ) | CIVIL NO. 01-00187 MEA BMK<br>(Tort and RICO)<br><br>DEFENDANT RAYMOND IWAMOTO'S **MOTION IN LIMINE # 5 RE: TO EXCLUDE EVIDENCE OF AND REFERENCE TO THE DRAFTING OF DOCUMENTS CONCERNING THE RESIGNATION OF EDWIN BOWLING AS OFFICER AND DIRECTOR OF MIDPAC LUMBER COMPANY, LTD.**; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF<br><br>[CAPTION CONTINUES] |

| | | |
|---|---|---|
| Defendants, | ) | CALVIN E. YOUNG; EXHIBIT "A"; CERTIFICATE OF SERVICE |
| and | ) | HEARING: |
| CG DEVELOPMENT, INC., F&J MOVERS, and RENEE K. COSTA, | ) | Date: ______________ |
| | ) | Time: ______________ |
| Additional Cross-Claim Defendants. | ) | Judge: ______________ |
| | ) | Trial Date: November 6, 2006 |
| | ) | Judge: Hon. Marvin E. Aspen |

[2001556/300407]

**DEFENDANT RAYMOND IWAMOTO'S MOTION IN LIMINE #5 RE: TO EXCLUDE EVIDENCE OF AND REFERENCE TO THE DRAFTING OF DOCUMENTS CONCERNING THE RESIGNATION OF EDWIN BOWLING AS OFFICER AND DIRECTOR OF MIDPAC LUMBER COMPANY, LTD.**

Comes Now, Defendant Raymond Iwamoto, by and through his attorneys, Ayabe Chong Nishimoto Sia & Nakamura, and for his Motion in Limine to Exclude Evidence of and Reference to the Drafting of Documents Concerning the Resignation of Edwin Bowling as Officer and Director of MidPac Lumber Company, Ltd. Evidence that Mr. Iwamoto drafted the resignation documents is irrelevant because: (1) it not probative as to whether Mr. Iwamoto conspired against Plaintiff; and (2) the resignation documents did not cause Plaintiff's damages. Mr. Iwamoto drafted the documents for the sole purpose of

memorializing Mr. Bowling's resignation and to ensure that corporate records correctly and accurately identified the corporate officers and directors.

This Motion is being filed pursuant to Rules 104, and 402 of the Federal Rules of Evidence and is based on the attached memorandum of law, the Declaration of Calvin E. Young, Exhibit "A", and the records and files herein.

DATED: Honolulu, Hawaii, June 13, 2006.

/s/ Gary S. Miyamoto
JOHN S. NISHIMOTO
CALVIN E. YOUNG
GARY S. MIYAMOTO
STEVEN L. GOTO
Attorneys for Defendant
RAYMOND IWAMOTO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; CGBN, INC., a Hawaii corporation; MICHAEL CLIFFORD; EDWIN BOWLING; FRANCES HALLER-BOWLING; RAYMOND IWAMOTO; KURT GLASSMAN; DOE INDIVIDUALS 1-50; DOE PARTNERSHIPS, CORPORATIONS OR OTHER ENTITIES 1-20,<br><br>Defendants,<br><br>and<br><br>CG DEVELOPMENT, INC., F&J MOVERS, and RENEE K. COSTA,<br><br>Additional Cross-Claim Defendants. | CIVIL NO. 01-00187 MEA BMK<br>(Tort and RICO)<br><br>CERTIFICATE OF SERVICE<br><br>Trial Date: November 6, 2006<br>Judge: Hon. Marvin E. Aspen |

[2001556/300407]

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was duly served on the following parties listed below, through electronic transmission on June 13, 2006.

TIMOTHY J. HOGAN, ESQ.
Lynch Ichida Thompson Kim & Hirota
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Attorney for Plaintiff
WHIRLPOOL CORPORATION

PAUL ALSTON, ESQ.
LOUISE K.Y. ING, ESQ.
Alston Hunt Floyd & Ing
1001 Bishop Street
Pacific Tower, 18th Floor
Honolulu, Hawaii 96813
Attorneys for Defendant
CIT GROUP/BUSINESS CREDIT, INC.

DATED: Honolulu, Hawaii, June 13, 2006.

/s/ Gary S. Miyamoto
JOHN S. NISHIMOTO
CALVIN E. YOUNG
GARY S. MIYAMOTO
STEVEN L. GOTO
Attorneys for Defendant
RAYMOND IWAMOTO