When MHS collects on the receivable it debits cash and credits A/R. At month end Mr. Glassman writes a check from MHS to MidPac for the net change in MHS's aging since the previous month. MHS reduces its payable to MidPac and MidPac reduces its receivable from MHS.

As you can see, there is a lot of room for human error. Once things get fouled up it may take weeks to straighten out. CIT's exposure relates to the timeliness and accuracy of the reporting. CIT mitigates potential A/R risk by reserving for MHS receivables. Inventory risk is harder to control because MHS's system is not integrated with MidPac's. Therefore, inventory movement is not recorded simultaneously. The examiner discovered a $89M error on MidPac's perpetual as a result of recording inventcry twice. The examiner does not believe that the inventory was intentionally overstated. See inventory ineligibles for further commentary.

*Inventory*

*MidPac Lumber Company*

Inventory consists primarily of lumber products, building materials and appliances. Lumber product is comprised of lumber and plywood, both treated and untreated. Building materials include plumbing fixtures, glass doors and windows, roofing materials, drywall materials, wood flooring, cabinets and pre-hung doors. MidPac is turning its focus to the retail sector and has increased its line of home appliances to include washers, dryers, freezers, refrigerators and dishwashers.

Inventory is stored at three adjacent warehouses. Appliances and doors are stored at a warehouse located behind the main warehouse, referred to as the "1050" location. As lumber comes in it is unloaded at the truss manufacturing facility, also located within walking distance of the main facility. Lumber is treated at the truss yard and transferred to the main lot where it becomes available for sale.

A small portion of MidPac's business involves manufacturing product to customer specifications. MidPac manufactures roof trusses and customizes pre-hung doors. All work occurs on the premises. The production is fairly quick, less than one day for most items. Raw materials are relieved from inventory when the finished product is shipped.

All inventory is tracked on a perpetual system that uses average cost to extend units on hand. MidPac had intentions to change its costing method to specific identification, but has not done so as of the exam date. Movement of appliances and doors located at the "1050" location is manually tracked on a daily basis due to the lack of a computerized system. The warehouse was recently acquired by MidPac and is now used to store all appliances and doors. Considerable leasehold improvements were made and inventory racks have been installed. Daily inventory rollforwards are sent to Mike Souza, who is responsible fc extending the items by their purchase prices and posting the totals to the perpetual.





EXHIBIT 2

*Maui Home Supply*

MHS owns two home improvement centers located on Maui. In July 1998, MidPac entered into an agreement to purchase 100% of MHS's lumber and plywood inventory. The transaction was paperless. An invoice has never been generated to mark the sale of lumber, plywood, drywall and roofing products valued at $500M. Notes to CGI's December 31, 1998 financial statements disclose the terms of the transaction. CGI, *dba* MHS, has a related party receivable on the balance sheet. MidPac includes the $500M related party payable in "deposits and other payables" on its balance sheet.

MidPac inventory located at MHS stores consists of lumber, appliances and cabinets. All items are adequately segregated from MHS's inventory. MidPac's inventory is isolated on a secondary perpetual that is extended by average cost.

Inventory as of March 25th is classified as follows:

| Classification | Categor | Per 3/25 Perpetual | Located at MidPac | Located at Maui | Located at "1050" |
|---|---|---|---|---|---|
| Lumber | 10 | $1,081,003 | $803,069 | $277,934 | |
| Lumber Products | 11 | 787,907 | 524,184 | 185,289 | $78,434 |
| Engineered Products | 14 | 400,296 | 400,296 | | |
| Hardwood Flooring | 15 | 150,628 | 150,628 | | |
| Tools | 16 | 37,880 | 37,880 | | |
| Paint | 17 | 173,909 | 173,909 | | |
| Electrical | 18 | 2,871 | 2,871 | | |
| Showroom | 21 | 1,591 | 1,591 | | |
| Plumbing Fixtures | 22 | 265,129 | 265,129 | | |
| Hardware | 23 | 143,775 | 143,775 | | |
| Electrical Appliances | 24 | 796,605 | 87,115 | 437,302 | 272,188 |
| Roofing | 26 | 14,079 | 14,079 | | |
| Structural | 29 | 115,624 | 104,507 | 11,117 | |
| Glass | 30 | 445,597 | 445,597 | | |
| Truss | 41 | 82,587 | 82,587 | | |
| Cabinets | 42 | 339,952 | 251,454 | 88,498 | |
| Westec | 43 | 28,199 | 28,199 | | |
| Prehung | 45 | 27,800 | 27,800 | | |
| MPL Treating | 55 | 791 | 791 | | |
| Invty rec'd not included on perpetual | | 110,842 | 110,842 | | |
| | Total Inventory | 5,007,065 | $3,656,303 | $1,000,140 | $350,622 |
| | Less Reserves | 444,444 | | | |
| | Eligible | $4,562,621 | | | |

Approximately 80% ($4,007M) of all inventory is located in Honolulu at one of three MidPac warehouses. MHS carries the balance in Kahului ($875M) and Lahaina ($125M). Inventory totaling $111M had been checked in but not added to the perpetual. Stock numbers need to be created on the perpetual before the inventory can be entered into the system. Included in the workpapers are copies of vendor invoices supporting these items.



CA23660