Thomas E. Hayes
99-994 Iwaena Street, Suite #L
Aiea, Hawaii 96701
(808) 536-6967

# REPORT IN WHIRLPOOL CORPORATION v. CIT GROUP/BUSINESS CREDIT, INC

October 29, 2002

I have been asked by attorneys CIT Group/Business Credit, Inc. ("CIT") to address forensic accounting issues raised by allegations presented by Whirlpool Corporation in the Second Amended Complaint filed against CIT and others on February 22, 2002 and CIT's Crossclaim and Amended Crossclaim. I have also been asked to review the findings of Thomas Ueno in his report dated August 30, 2002. Below is a summary of my findings followed by detail supported by exhibits developed by me, or at my direction, from documents that have been produced in this matter.

## I
## BACKGROUND AND QUALIFICATIONS

My formal education is a Bachelor of Science Degree from Pennsylvania State University and a Masters Degree in Business from Harvard University with a Major in Finance and Economics. My first fifteen years after graduation were spent as a Financial Executive in Hawaii in the private sector at such companies as Edward Sultan, Von Hamm Young and C.S. Wo. The last twenty-five years have been spent as a Consultant, Trustee, and Receiver in various venues in the State of Hawaii involving a wide variety of businesses, including captive finance companies, tropical plant nurseries, real estate, insurance, and retail and wholesale operations including appliances, drugs, automotive products, and electrical products. In the latter role of Trustee and Receiver, I usually arrive on the scene when a company is shut down or on the verge of being shut down by its creditors. Thus, doing forensic accounting and the tracing transactions that led to the demise of any particular organization have been a major part of the work that I have performed. I am expert in analyzing fraudulent conveyances and have recovered millions of dollars in hundreds of transactions. I have been qualified as an expert in matters involving financial accounting, insolvency, and fraud including cases related to Holiday Mart Inc., WPMK Inc., Bishop Baldwin Rewald Dillingham & Wong, Financial Security Insurance Company, Agricultural Research & Technology Group Inc., Pacific Group Medical Association and the Montez Ottley case. I have testified as an expert in the U.S. District Court, the U.S. Bankruptcy Court, and the First Circuit Court of the State of Hawaii. My resume is attached as Exhibit 15.

The following section summarizes my opinions, based on my review and analysis of bank account records, invoices, billing and payment records, audit reports and other documents listed individually on each exhibit for Exhibits "1" - "14".



EXHIBIT 4

## II
## SUMMARY OF OPINIONS

### IIA
### The MidPac Principals' Transfer of MidPac's Cash To Themselves and Affiliates Rendered MidPac Insolvent by May 31, 1998

Through the use of a MidPac Lumber Company account at City Bank to transfer millions of dollars to MidPac's principals and those associated with them, MidPac was rendered insolvent within just a few months of its acquisition by Kurt Glassman, Michael Clifford and Edwin Bowling's CGBN, Inc. MidPac maintained a bank account at City Bank, account number 10129 329 1, which had an opening balance of $10,000 on March 31, 1998. From that date forward to May 31, 1998, over $2.2 million was deposited into the account consisting of payments by third party financial institutions, in all likelihood, bonding funds. In that same time period, over $2.2 million was paid out. During that period of time, payments to insiders from the City Bank Account aggregated $1,560,000,to related companies over $604,000, and miscellaneous payments $50,000. It would appear that MidPac, by the balance sheet standard, was insolvent by May 31, 1998 because it was obligated to replace the $2.2 million that had been paid to insiders and related companies and that amount exceeded its net worth. Because of those insider transfers its demise was not a question of "if", but a question of "when". Ultimately, more than $8.1 million passed through this account of which $4.1 million was paid to insiders and several million dollars more to related companies that were not core to MidPac's business. MidPac, through its principals, created a fraud on CIT . More documentation and analysis is necessary to see how these early actions impacted MidPac's business decisions and their effect on CIT and other creditors.

### IIB
### Unpaid Whirlpool Invoices Indicate Commingling of MidPac and Maui Home Supply Inventory and Credit Lines

An examination of the unpaid Whirlpool invoices which are Exhibit's "A" and "B" to the Second Amended Complaint in this matter reveals the financial chaos that was occurring both at MidPac and Maui Home Supply. As a financial executive, receiver and trustee whose job it has been to analyze and organize a business's financial affairs, it is my opinion that billings by Whirlpool to MidPac and CG Investments dba Maui Home Supply are not consistent with normal business practice. For example, of the almost $1.4 million in unpaid Whirlpool invoices billed to Maui Home Supply, $375,000 was drop shipped by Whirlpool to F&J Movers in Honolulu. No apparent business reason exists for this type of transaction. Similarly, Maui Home Supply was billed for $184,000 of Whirlpool appliances that were drop shipped to MidPac in Honolulu. MidPac was billed for drop shipments to Maui Home Supply. ( MidPac was also billed for drop shipments by Whirlpool to Maui for the MidPac consigned merchandise at that location. Whirlpool's drop shipment practices indicate its awareness that MidPac goods were located at Maui Home Supply).

Based on my examination of the financial affairs of many troubled businesses and the patterns of cash management and crisis-management practices I have uncovered, it is reasonable to infer from the hundreds of Whirlpool transactions billed either to Maui Home Supply or MidPac, but shipped elsewhere, that Whirlpool sent billings to MidPac or Maui Home Supply depending on which credit

line was open at the time of shipment. The same illogical pattern exists for payments to Whirlpool based on my review of the documents made available to date. In the first eight months of 1999, approximately $2,020,000 of payments were made by Maui Home Supply and MidPac to Whirlpool. For transactions as to which detail on the application of payments is available, the checks indicate collective payment for Maui Retail, Maui Contract, and MidPac obligations regardless of whether the payment came from MidPac or Maui Home supply.. Interestingly, all but $150,000 of the $2,020,000 paid to Whirlpool in the first eight months of 1999 was by Maui Home Supply. Due to unavailability of payment information from Whirlpool, I have been unable to analyze whether similar commingled patterns exist before 1999.

As noted earlier, Whirlpool was on notice that MidPac inventory was located in Maui because it was billing MidPac and drop shipping its appliances to Maui Home Supply's location often with such shipments being addressed to "MidPac/Maui". On March 25, 1999, MidPac had $1,000,000 in total inventory in Maui of which $437,000 consisted of appliances. Collateral Risk Management, an inventory control and monitoring company hired by CIT, started monitoring MidPac and Maui Home Supply inventory on July 9, 1999, and its first order of business was to segregate the MidPac Maui inventory from that of Maui Home Supply.

## IIC
## Insufficient Evidence That J&J Hardware Paid CIT for Goods Owned by Maui Home Supply

There is insufficient evidence that J&J paid CIT for appliances belonging to Maui Home Supply, as opposed to MidPac. Whirlpool routinely drop shipped appliances to J&J Hardware in Hilo while billing either MidPac or Maui Home Supply. With reference to the unpaid Whirlpool invoices, listed in Exhibits A and B to Whirlpool's Second Amended Complaint, $86,000 of Hilo drop shipments were billed to MidPac by Whirlpool and $73,000 were billed to Maui Home Supply. At this time, we do not have information to determine shipments to J&J by MidPac from Honolulu or from its Maui location nor do we have information on Maui Home Supplies' direct shipments to J&J from its Maui location. The fact that the Maui inventory was likely commingled, based on Collateral Risk Management's immediate action to segregate goods upon its arrival on July 9, 1999, raises doubts that Maui Home Supply's invoicing J&J for appliances necessarily means that the appliances were all from Maui Home Supply inventory.

The Ueno report focused on the existence of J&J Hardware checks paid the CIT Group. The Ueno report fails to report that out of the approximate $136,000 paid to CIT by J&J, $61,000 was for appliances and the balance was for other merchandise. With the uncertainty over ownership created by the inventory commingling in Maui and the existence J&J payments for other merchandise, such as lumber, it is difficult for Whirlpool legitimately to claim how much in receivables for Maui Home Supply inventory was improperly paid to CIT.

Finally, the Ueno Report, Chart A-10, supposedly schedules J&J Hardware payments to CIT for specific items that Whirlpool never received. The report lists checks aggregating $66,000 implying that CIT received that much money for Whirlpool goods for which Whirlpool was never paid. In reality the items for which no payment is claimed aggregate only $1,600.

| Bank No. | Bank | Cash In | Cash Out |
|---|---|---|---|
| 80640692 | BOH - Bond/Construction | $ 319,040.46 | $242,208.43 |
| 80640676 | BOH - Freight | 0.00 | 1,331.50 |
| | BOH - Overdraft Charges | 0.00 | 576.00 |
| 80940684 | BOH - Operating | 5,925.00 | 100,972.61 |
| 80248032 | BOH - Payroll | 137,310.79 | 313,472.12 |
| 80640706 | BOH - Payroll Benefit | 0.00 | 1,454.79 |
| 80640692 | BOH - Prime Depository | 371,214.82 | 2.00 |
| 80640668 | BOH - Trade | 920,607.70 | 1,245,064.96 |
| | CIT Funds Transfer | 402,000.00 | 0.00 |
| TOTAL | | $2,156,098.77 | $1,905,082.41 |

In normal practice, cash should be paid from a general account (from which specific invoices are not paid) to the trade account, or to other accounts set up to pay specific obligations No cash should be returned from the specific obligation accounts except for error. By reference to the chart above, one can see that $920,607.70 from the trade account was transferred back into the general account to cover overdrafts. A similar situation exists with the bond/construction account and the payroll account. Transactions noted here underscore the chaotic financial situation that existed at MidPac at the time. Based on my review of the documents available to date, no pattern of activity exists to suggest that CIT was sweeping bond money to pay down its loan.

## IV
## DISCLOSURE OF COMPENSATION

I am being compensated at the hourly rate of $195.00 plus general excise tax. I am also being reimbursed for my expenses, including the cost of database inputting/secretarial assistant whom I am compensating at an hourly rate of $25.00 plus general excise tax.

Respectfully Submitted,

THOMAS E. HAYES

Wp.3861

# EXHIBIT LIST

1. CITY BANK ACCOUNT 10129 320 1 - DEPOSIT AND CHECK DETAIL - ENTIRE HISTORY OF ACCOUNT

2. CITY BANK ACCOUNT 10129 320 1 - DEPOSITS AND CHECKS - BEGINNING OF ACCOUNT THROUGH MAY 31, 1998

3. UNPAID WHIRLPOOL INVOICES - DETAIL

4. UNPAID WHIRLPOOL INVOICES - JUNE 23 - JULY 23, 1999 - DETAIL

5. APPLICATION OF MIDPAC OR MAUI HOME SUPPLY CHECKS TO WHIRLPOOL

6. MIDPAC INVENTORY AT MAUI HOME SUPPLY - MARCH 25, 1999

7. UNPAID WHIRLPOOL INVOICES FOR INVENTORY DROP SHIPPED TO J&J HARDWARE BY WHIRLPOOL AND BILLED TO MIDPAC AND MAUI HOME SUPPLY

8. J&J HARDWARE CHECKS TO CIT GROUP

9. PAYMENTS BY J&J HARDWARE TO MAUI HOME SUPPLY - BUT CLAIMED BY WHIRLPOOL NOT HAVE BEEN RECEIVED

10. DEPOSITS TO CIT COLLATERAL PROCEEDS ACCOUNT - JUNE 24, 1998

11. DEPOSITS TO CIT COLLATERAL ACCOUNT - JUNE 15 - JULY 14, 1999

12. BONDING DEPOSITS JUNE 15 - JULY 14, 1999

13. TRANSFERS OF CASH IN AND OUT OF MIDPAC BOH GENERAL ACCOUNT- JUNE 15 - JULY 14, 1999 - RUNNING BALANCE

14. TRANSFERS OF CASH IN AND OUT OF MIDPAC BOH GENERAL ACCOUNT - JUNE 15 - JULY 14, 1999 BY SOURCE AND DISTRIBUTION OF FUNDS

15. THOMAS E. HAYES - RESUME

# Exhibit "3"

10/28/2002
1

# UNPAID WHIRLPOOL INVOICES

***SORTED BY "BILL TO", "SHIP TO", "INVOICE NUMBER"***

## BILLED TO MIDPAC

### SHIP TO MIDPAC

| | INVOICE DATE | INVNMBR | SHIP TO DESTINATION | INVOICE TOTAL |
|---|---|---|---|---|
| A02024 | 03/08/1999 0:00:00 | 310470 | Midpac Lumber, 1001 Ahua St, Honolulu, HI 96819 | $13.65 |
| A07303 | 12/14/1998 0:00:00 | 1071723 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $373.86 |
| A01256 | 01/12/1999 0:00:00 | 1182641 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $1,658.00 |
| A01426 | 02/24/1999 0:00:00 | 1382922 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $1,692.00 |
| A01432 | 02/24/1999 0:00:00 | 1386196 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $658.00 |
| A01441 | 02/25/1999 0:00:00 | 1394272 | Midpac Lumber Co. Inc., 1001 Ahua St., Honolulu, HI 96819 | $552.76 |
| A01452 | 03/01/1999 0:00:00 | 1407165 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $345.72 |
| A01460 | 03/02/1999 0:00:00 | 1412882 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $798.98 |
| A01475 | 03/08/1999 0:00:00 | 1437276 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $352.00 |
| A01488 | 03/09/1999 0:00:00 | 1446363 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $599.99 |
| A01490 | 03/11/1999 0:00:00 | 1457422 | Mid/Pricing For Paradise 99, PO# NL2799-62871, 1001 Ahua St, Honolulu, HI | $83.00 |
| A01496 | 03/12/1999 0:00:00 | 1467182 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $311.55 |
| A01498 | 03/15/1999 0:00:00 | 1470173 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $1,165.00 |
| A01504 | 03/15/1999 0:00:00 | 1470499 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $587.00 |
| A01506 | 03/15/1999 0:00:00 | 1470661 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $811.00 |
| A01507 | 03/15/1999 0:00:00 | 1470668 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $123.00 |
| A01509 | 03/15/1999 0:00:00 | 1470898 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $91.46 |
| A01515 | 03/15/1999 0:00:00 | 1473162 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $436.17 |
| A01517 | 03/15/1999 0:00:00 | 1473167 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $1,365.80 |
| A01520 | 03/15/1999 0:00:00 | 1479155 | Mid/Pricing For Paradise 99, 1001 Ahua St, Honolulu, HI 96802 | $2,329.00 |
| A01521 | 03/15/1999 0:00:00 | 1479160 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $663.30 |
| A01529 | 03/17/1999 0:00:00 | 1486754 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $1,456.25 |
| A01541 | 03/18/1999 0:00:00 | 1493256 | Mid/Pricing For Paradise 99, 1001 Ahua St, Honolulu, HI 96802 | $1,285.00 |
| A01546 | 03/18/1999 0:00:00 | 1494207 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $3,869.25 |
| A01547 | 03/19/1999 0:00:00 | 1497753 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $102.00 |
| A01554 | 03/22/1999 0:00:00 | 1504338 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $64.00 |
| A01556 | 03/22/1999 0:00:00 | 1505041 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $723.60 |
| A01561 | 03/22/1999 0:00:00 | 1507321 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $1,597.95 |
| A01562 | 03/22/1999 0:00:00 | 1507380 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $426.12 |
| A01564 | 03/23/1999 0:00:00 | 1513991 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $302.51 |
| A01565 | 03/23/1999 0:00:00 | 1513993 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $234.17 |
| A01566 | 03/23/1999 0:00:00 | 1513997 | Mid/Pricing For Paradise 99, 1001 Ahua St, Honolulu, HI 96802 | $285.00 |
| A01567 | 03/24/1999 0:00:00 | 1517495 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $4,731.00 |
| A01576 | 03/24/1999 0:00:00 | 1519935 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $1,222.08 |
| A01580 | 03/24/1999 0:00:00 | 1520916 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $484.41 |
| A01586 | 03/26/1999 0:00:00 | 1535542 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $385.92 |
| A01587 | 03/29/1999 0:00:00 | 1538857 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $1,163.00 |
| A01590 | 03/29/1999 0:00:00 | 1542349 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $155.78 |
| A01592 | 03/29/1999 0:00:00 | 1542365 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $639.18 |
| A01596 | 03/30/1999 0:00:00 | 1548913 | Midpac Lumber Co. Inc., Attn: NBC Arena, 1001 Ahua St, Honolulu, HI 96819 | $718.33 |
| A01598 | 03/30/1999 0:00:00 | 1548942 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $820.08 |
| A01599 | 03/30/1999 0:00:00 | 1548954 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $776.87 |

# UNPAID WHIRLPOOL INVOICES

*SORTED BY "BILL TO", "SHIP TO", "INVOICE NUMBER"*

10/28/2002
2

| | INVOICE DATE | INVNMBR | SHIP TO DESTINATION | INVOICE TOTAL |
|---|---|---|---|---|
| A01602 | 03/31/1999 0:00:00 | 1553187 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $64.32 |
| A01603 | 03/31/1999 0:00:00 | 1553195 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $399.99 |
| A01611 | 03/31/1999 0:00:00 | 1556539 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $48.24 |
| A01621 | 04/02/1999 0:00:00 | 1568555 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $133.67 |
| A01633 | 04/05/1999 0:00:00 | 1573285 | Mid/Pricing For Paradise 99, 1001 Ahua St, Honolulu, HI 96802 | $2,469.00 |
| A01634 | 04/05/1999 0:00:00 | 1573331 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $1,085.40 |
| A01635 | 04/05/1999 0:00:00 | 1573474 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $824.10 |
| A01636 | 04/05/1999 0:00:00 | 1573566 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $834.15 |
| A01639 | 04/07/1999 0:00:00 | 1585560 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $849.23 |
| A01646 | 04/08/1999 0:00:00 | 1592218 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $824.10 |
| A01647 | 04/08/1999 0:00:00 | 1592360 | Midpac Lumber Co Inc, 1001 Ahua St, Honolulu, HI 96819 | $807.02 |
| A01654 | 04/12/1999 0:00:00 | 1602765 | Mid / Pricing for Paradise 99, 1001 Ahua St, Honolulu, HI 96802 | $3,180.00 |
| A01657 | 04/12/1999 0:00:00 | 1603034 | Midapac Lumber Co Inc, 1001 Ahua St, Honolulu, HI 96819 | $559.79 |
| A01658 | 04/12/1999 0:00:00 | 1603201 | Midpac/Pricing for Paradise, 1001 Ahua St, Honolulu, HI 96802 | $3,300.00 |
| A01660 | 04/13/1999 0:00:00 | 1609470 | Midpac Lumber Co Inc, ATTN: NBC Arena, 1001 Ahua St, Honolulu, HI 96819 | $297.74 |
| A01661 | 04/13/1999 0:00:00 | 1611384 | Midpac Lumber Co Inc, 1001 Ahua St, Honolulu, HI 96819 | $1,158.77 |
| A01662 | 04/14/1999 0:00:00 | 1614703 | Mid / Pricing for Paradise 99, 1001 Ahua St, Honolulu, HI 96802 | $265.00 |
| A01668 | 04/14/1999 0:00:00 | 1615322 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $1,287.41 |
| A01672 | 04/15/1999 0:00:00 | 1623974 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $1,901.46 |
| A01675 | 04/16/1999 0:00:00 | 1627772 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $276.38 |
| A01684 | 04/19/1999 0:00:00 | 1633982 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $91.46 |
| A01688 | 04/19/1999 0:00:00 | 1634709 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $212.06 |
| A01690 | 04/19/1999 0:00:00 | 1636870 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $412.05 |
| A01691 | 04/20/1999 0:00:00 | 1642790 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $492.45 |
| A01692 | 04/21/1999 0:00:00 | 1647558 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $824.10 |
| A01694 | 04/21/1999 0:00:00 | 1649212 | Maui Home/Manukai Maui 99', 1001 Ahua St, Honolulu, HI 96819 | $604.01 |
| A01695 | 04/22/1999 0:00:00 | 1655864 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $301.50 |
| A01696 | 04/23/1999 0:00:00 | 1659304 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $1,613.03 |
| A01699 | 04/26/1999 0:00:00 | 1665625 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $1,304.49 |
| A01700 | 04/26/1999 0:00:00 | 1667740 | Mid/Pricing For Paradise 99, 1001 Ahua St, Honolulu, HI 96802 | $6,547.50 |
| A01702 | 04/26/1999 0:00:00 | 1668441 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $385.92 |
| A01703 | 04/26/1999 0:00:00 | 1668454 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $380.90 |
| A01708 | 04/27/1999 0:00:00 | 1674491 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $231.15 |
| A01711 | 04/28/1999 0:00:00 | 1679160 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $1,176.86 |
| A01712 | 04/28/1999 0:00:00 | 1680951 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $826.12 |
| A01713 | 04/28/1999 0:00:00 | 1681850 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $540.69 |
| A01714 | 04/28/1999 0:00:00 | 1681853 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $1,085.40 |
| A01715 | 04/28/1999 0:00:00 | 1681855 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $380.90 |
| A01717 | 04/29/1999 0:00:00 | 1687770 | Mid/Pricing For Paradise 99, 1001 Ahua St, Honolulu, HI 96802 | $6,030.00 |
| A01718 | 04/29/1999 0:00:00 | 1688120 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $661.29 |
| A01719 | 04/29/1999 0:00:00 | 1689166 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $302.51 |
| A01724 | 05/03/1999 0:00:00 | 1699338 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $6,763.65 |
| A01725 | 05/03/1999 0:00:00 | 1699628 | Maui Home/Manukai Maui 99', 1001 Ahua St, Honolulu, HI 96819 | $906.51 |
| A01729 | 05/03/1999 0:00:00 | 1702035 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $431.15 |
| A01730 | 05/03/1999 0:00:00 | 1702038 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $967.82 |

# UNPAID WHIRLPOOL INVOICES

*SORTED BY "BILL TO", "SHIP TO", "INVOICE NUMBER"*

10/28/2002
3

| | INVOICE DATE | INVNMBR | SHIP TO DESTINATION | INVOICE TOTAL |
|---|---|---|---|---|
| A01731 | 05/03/1999 0:00:00 | 1702042 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $1,323.59 |
| A01732 | 05/03/1999 0:00:00 | 1702045 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $1,349.72 |
| A01733 | 05/03/1999 0:00:00 | 1702058 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $380.90 |
| A01734 | 05/03/1999 0:00:00 | 1702082 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $1,650.22 |
| A01735 | 05/03/1999 0:00:00 | 1702084 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $390.95 |
| A01736 | 05/03/1999 0:00:00 | 1702086 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $510.54 |
| A01737 | 05/05/1999 0:00:00 | 1711583 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $559.79 |
| A01738 | 05/05/1999 0:00:00 | 1712436 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $150.75 |
| A01741 | 05/06/1999 0:00:00 | 1717879 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $1,304.49 |
| A01747 | 05/06/1999 0:00:00 | 1719692 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $491.45 |
| A01748 | 05/07/1999 0:00:00 | 1723725 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $757.77 |
| A01750 | 05/07/1999 0:00:00 | 1724564 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $559.79 |
| A01751 | 05/07/1999 0:00:00 | 1724588 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $541.70 |
| A01753 | 05/07/1999 0:00:00 | 1724654 | Mid/Pricing For Paradise 99, 1001 Ahua St, Honolulu, HI 96802 | $479.18 |
| A01755 | 05/07/1999 0:00:00 | 1726179 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $91.46 |
| A01756 | 05/07/1999 0:00:00 | 1726765 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 98819 | $578.88 |
| A01759 | 05/10/1999 0:00:00 | 1730527 | Mid/Pricing For Paradise 99, 1001 Ahua St, Honolulu, HI 96802 | $2,090.00 |
| A01761 | 05/10/1999 0:00:00 | 1730996 | Midpac/Pricing For Paradise, Put Site Adrress (Address) Here!!!, 1001 Ahua | $247.35 |
| A01762 | 05/10/1999 0:00:00 | 1732437 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $375.87 |
| A01763 | 05/10/1999 0:00:00 | 1732521 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $1,188.92 |
| A01764 | 05/10/1999 0:00:00 | 1732524 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $317.58 |
| A01765 | 05/10/1999 0:00:00 | 1732526 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $1,428.11 |
| A01766 | 05/10/1999 0:00:00 | 1732565 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $1,099.47 |
| A01767 | 05/11/1999 0:00:00 | 1735320 | Mid/Pricing For Paradise 99, 1001 Ahua St, Honolulu, HI 96802 | $1,095.00 |
| A01768 | 05/11/1999 0:00:00 | 1735681 | Mid/Pricing For Paradise 99, 1001 Ahua St, Honolulu, HI 96802 | $239.59 |
| A01769 | 05/11/1999 0:00:00 | 1735745 | Mid/Pricing For Paradise 99, 1001 Ahua St, Honolulu, HI 96802 | $355.00 |
| A01772 | 05/11/1999 0:00:00 | 1735761 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $2,691.40 |
| A01773 | 05/11/1999 0:00:00 | 1735762 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $3,578.81 |
| A01775 | 05/11/1999 0:00:00 | 1735767 | Midpac/Pricing For Paradise, Put Site Adrress (Address) Here!!!, 1001 Ahua | $742.05 |
| A01776 | 05/11/1999 0:00:00 | 1738059 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $618.08 |
| A01779 | 05/12/1999 0:00:00 | 1741815 | Mid/Pricing For Paradise 99, 1001 Ahua St, Honolulu, HI 96802 | $219.00 |
| A01780 | 05/12/1999 0:00:00 | 1742059 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $133.67 |
| A01781 | 05/12/1999 0:00:00 | 1742068 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $98.49 |
| A01783 | 05/12/1999 0:00:00 | 1742119 | Mid/Pricing For Paradise 99, 1001 Ahua St, Honolulu, HI 96802 | $720.71 |
| A01784 | 05/12/1999 0:00:00 | 1742177 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $3,901.41 |
| A01785 | 05/12/1999 0:00:00 | 1742178 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $32.16 |
| A01787 | 05/12/1999 0:00:00 | 1742180 | Midpac/Pricing For Paradise, Put Site Adrress (Address) Here!!!, 1001 Ahua | $3,215.55 |
| A01788 | 05/12/1999 0:00:00 | 1743596 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $39.20 |
| A01789 | 05/12/1999 0:00:00 | 1743598 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $91.46 |
| A01790 | 05/12/1999 0:00:00 | 1744475 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $380.90 |
| A01791 | 05/12/1999 0:00:00 | 1744476 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $659.28 |
| A01792 | 05/13/1999 0:00:00 | 1749167 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $602.00 |
| A01794 | 05/14/1999 0:00:00 | 1755006 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $559.79 |
| A01795 | 05/14/1999 0:00:00 | 1757118 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $987.82 |
| A01796 | 05/14/1999 0:00:00 | 1757268 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $560.79 |

# UNPAID WHIRLPOOL INVOICES

10/28/2002
4

*SORTED BY "BILL TO", "SHIP TO", "INVOICE NUMBER"*

| | INVOICE DATE | INVNMBR | SHIP TO DESTINATION | INVOICE TOTAL |
|---|---|---|---|---|
| A01799 | 05/17/1999 0:00:00 | 1761733 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $312.56 |
| A01800 | 05/17/1999 0:00:00 | 1763379 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $424.11 |
| A01801 | 05/17/1999 0:00:00 | 1763429 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $618.08 |
| A01803 | 05/18/1999 0:00:00 | 1766545 | Mid/Pricing For Paradise 99, 1001 Ahua St, Honolulu, HI 96802 | $239.59 |
| A01804 | 05/18/1999 0:00:00 | 1766572 | Midpac/Pricing For Paradise, Put Site Adrress (Address) Here!!!, 1001 Ahua | $1,731.45 |
| A01805 | 05/18/1999 0:00:00 | 1766591 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $301.50 |
| A01806 | 05/18/1999 0:00:00 | 1766592 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $347.73 |
| A01807 | 05/18/1999 0:00:00 | 1769011 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $559.79 |
| A01809 | 05/19/1999 0:00:00 | 1775016 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $91.46 |
| A01811 | 05/19/1999 0:00:00 | 1776014 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $362.81 |
| A01814 | 05/20/1999 0:00:00 | 1780499 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $1,547.71 |
| A01815 | 05/20/1999 0:00:00 | 1780590 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $2,796.92 |
| A01816 | 05/20/1999 0:00:00 | 1780980 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $1,269.32 |
| A01817 | 05/20/1999 0:00:00 | 1781222 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $365.82 |
| A01818 | 05/20/1999 0:00:00 | 1782309 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $666.32 |
| A01819 | 05/20/1999 0:00:00 | 1782497 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $599.99 |
| A01820 | 05/20/1999 0:00:00 | 1782550 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $474.36 |
| A01821 | 05/20/1999 0:00:00 | 1782651 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $834.15 |
| A01822 | 05/20/1999 0:00:00 | 1782652 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $618.08 |
| A01826 | 05/21/1999 0:00:00 | 1786872 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $4,353.66 |
| A01827 | 05/21/1999 0:00:00 | 1788850 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $3,280.32 |
| A01828 | 05/21/1999 0:00:00 | 1788852 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $212.06 |
| A01831 | 05/24/1999 0:00:00 | 1792675 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $632.15 |
| A01832 | 05/24/1999 0:00:00 | 1794422 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $559.79 |
| A01833 | 05/24/1999 0:00:00 | 1795128 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $424.11 |
| A01834 | 05/24/1999 0:00:00 | 1795129 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $256.28 |
| A01838 | 05/25/1999 0:00:00 | 1798308 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $412.05 |
| A01840 | 05/25/1999 0:00:00 | 1798737 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $760.79 |
| A01841 | 05/25/1999 0:00:00 | 1799201 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $707.53 |
| A01843 | 05/25/1999 0:00:00 | 1800174 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $91.46 |
| A01844 | 05/25/1999 0:00:00 | 1800948 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $98.49 |
| A01845 | 05/25/1999 0:00:00 | 1801362 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $618.08 |
| A01846 | 05/25/1999 0:00:00 | 1801366 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $517.58 |
| A01847 | 05/25/1999 0:00:00 | 1801414 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $4,120.50 |
| A01850 | 05/26/1999 0:00:00 | 1806858 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $1,188.92 |
| A01851 | 05/26/1999 0:00:00 | 1808467 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $491.45 |
| A01856 | 05/27/1999 0:00:00 | 1813675 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $674.36 |
| A01858 | 06/01/1999 0:00:00 | 1826769 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $1,228.12 |
| A01859 | 06/01/1999 0:00:00 | 1827781 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $447.23 |
| A01860 | 06/01/1999 0:00:00 | 1827883 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $435.17 |
| A01861 | 06/01/1999 0:00:00 | 1827884 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $196.98 |
| A01862 | 06/01/1999 0:00:00 | 1828117 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $751.74 |
| A01863 | 06/01/1999 0:00:00 | 1828120 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $380.90 |
| A01864 | 06/01/1999 0:00:00 | 1828128 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $618.08 |
| A01865 | 06/01/1999 0:00:00 | 1828129 | Midpac Lumber Co. Inc., 1001 Ahua St, Honolulu, HI 96819 | $317.58 |