MAUI HOME SUPPLY - KAHULUI
400 S. HANA HIGHWAY
KAHULUI, HI 96732
PHONE: (808) 877-0011 FAX: (808) 877-9081

**To:** Ted Phelps
**From:** Myrtle Castillo
**Re:** Sales for 12/9/99

| | Cash | | | Charge Sales | | | | Total |
|---|---|---|---|---|---|---|---|---|
| | Sales | Credits | Net | Gross | CM's | Net | Adj | Net Sales |
| Lumber | 0.00 | -1464.32 | -1464.32 | 0.00 | 0.00 | 0.00 | 0.00 | -$1,464.32 |
| Appliance | 1828.79 | 0.00 | 1828.79 | 0.00 | 0.00 | 0.00 | -1828.79 | $0.00 |
| Cabinets | 250.00 | 0.00 | 250.00 | 0.00 | 0.00 | 0.00 | -250.00 | $0.00 |
| | $2,078.79 | -$1,464.32 | $614.47 | $0.00 | $0.00 | $0.00 | -$2,078.79 | -$1,464.32 |

**Details of Charge Sales:**

| Lumber | Invoice # | Gross | CM's | Net |
|---|---|---|---|---|
| | | 0.00 | 0.00 | 0.00 |
| Total Lumber | | $0.00 | $0.00 | $0.00 |

| Appliances | Invoice # | Gross | 0.00 | Net |
|---|---|---|---|---|
| | | 0.00 | 0.00 | 0.00 |
| Total Appliances | | $0.00 | $0.00 | $0.00 |

| Cabinets | Invoice # | Gross | CM's | Net |
|---|---|---|---|---|
| | | 0.00 | 0.00 | 0.00 |
| Total Cabinets | | $0.00 | $0.00 | $0.00 |

**Amount Remitted:** -$1,464.32
**Total Remitted YTD:** $377,987.26

**Adjustments:**

**Lumber:** Effective 7/26/99 all 2 X 4 X 10' - 16', 8/5/99 all 1/2" X 4 X 8 CDX, 2 X 12 X 16, 4 X 12 X 16, 8/13/99 all 2 X 6 X 10' 2 X 4 X 8' - 24', 2 X 6 X 8', 12', 16', 8/25/99 3/4" T&G, T-111 5/8" 8" oc, 2 X 6 X 10'
is Maui Home Supply's stock

C ... 3xxxx items for Kraftmaid and Counter Top special orders and also EuroRite
...ock purchased from Midpac.

A ...scellaneous appliance parts and delivery and labor charges
... 11/10/99 Whirlpool appliances

AL000801



EXHIBIT 5

SUPPLY

YOU ARE WRITING ON A 5-PART FORM - USE BALL POINT PEN - PRESS FIRMLY

**Young Brothers, Limited**
AN [illegible] COMPANY

P.O. Box 3288 • Honolulu, Hawaii 96801
Honolulu Pier 39 and 40 543-9311
Hilo 935-2902 • Maui 877-5813 • Molokai 553-5431
Kauai 245-4051 • Lanai 565-6828 • Kawaihae 882-7244

# BILL OF LADING
NOT NEGOTIABLE
# DOCK RECEIPT

65914230

DATE

P.O. / REFERENCE NO.

BOOKING NO.

[REC]EIVED by Young Brothers, Limited (Carrier), subject to applicable tariff in effect on the date of issue of this Bill of Lading and subject to all [the terms] and conditions of this Bill of Lading, in apparent good order and condition, except as otherwise noted, certain goods described below by [shipp]er, to be transported by vessel employed by Carrier, to the port of destination named herein, and there to be delivered to the consignee [or as]signs on payment of the freight and other charges that may be due thereon. Carrier's obligations to the shipper and consignee, and [owne]r of the cargo if other than shipper or signee, are subject to and limited by the terms and conditions of this Bill of Lading.

[NOT]ICE: MAXIMUM INSURANCE IS $5,000 PER PIECE, PACKAGE OR UNIT OF CARGO UNLESS ACTUAL VALUE [IS D]ECLARED BY INSERTING VALUE ON THIS BILL OF LADING AND AD VALOREM CHARGE PAID.

[MET]HOD OF PAYMENT: ☐ PREPAID SHIPPER ACCT. NO. ☐ COLLECT CONSIGNEE ACCT. NO.

NAME: Maui Home Supply
ADDRESS: 400 So. Hana Hwy
PHONE: 808-877-0011 FAX:
TRUCKER:

NAME: Mid Pac Lumber
ADDRESS: 1001 Ahua St.
Honolulu, HI.
PHONE: 808-836-8111 FAX:
TRUCKER:

☐ 0 - HONOLULU ☐ 1 - HILO ☐ 2 - MAUI ☐ 3 - MOLOKAI ☐ 4 - KAUAI ☐ 5 - LANAI ☐ 6 - KAWAIHAE

[IN]DICATE BOTH PORTS)

☐ 0 - HONOLULU ☐ 1 - HILO ☐ 2 - MAUI ☐ 3 - MOLOKAI ☐ 4 - KAUAI ☐ 5 - LANAI ☐ 6 - KAWAIHAE

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 40 | ACX 1/2" | 12 - 4x8x12 | 10 - 2x8x16 | | | | |
| 32 | 2x12x24 | 45 - 1x4x12 | 27 - 2x8x14 | | | | |
| 25 | 2x10x24 | 144 - 1x2x12 | 14 - 2x12x16 | | | | |
| 8 | 2x8x24 | 8 - 2x12x12 | 16 - CCX 3/4" | | | | |
| 28 | 2x12x10 | 24 - 4x10x12 | 16 - T-11 4x9 4" | | | | |
| 6 | 4x6x10 | 240 - 1x6x12 | (8x8x24) | Total | | | |
| 10 | 2x10x10 | 12 - 2x8x18 | | | | | |

REFERENCE B/L NO. PF-157

YB RECEIVING CLERK: DATE:

EXCEPTIONS WHEN RECEIVED BY YB:
☐ CRUSHED ☐ TORN ☐ PUNCTURED ☐ DIRTY ☐ WORN
☐ THAWED ☐ WET ☐ VES

SPECIAL CONDITIONS WHEN RECEIVED BY YB:
☐ SLC / STC ☐ OVERLENGTH ☐ WAIVER ATTACHED
☐ LOC / NO FAULT INS

DELIVERY NOTIFICATION

Delivered in good condition, except as noted above.
Shipper's Signature DATE:

AL000802



YB

FROM : NANCE PROPERTY INSPECTIONS PHONE NO. : 808 5724735 Dec. 10 1999 06:27PM P02

# Nance Property Inspections

## Fax Transmission

Date: 12/10/99

To: BILL/GARY

Fax Number

From: Dana Nance

Subject: 12/9/99 – MAUI HOME SUPPLY

2ND FLAT RACK OF LUMBER
DOCK TICKET – TRUCK LEFT YARD
TODAY –

Aloha,

Dana

Nance Property Inspections - 19 Makanani Rd. - Makawao - HI - 96768 - (808) 572-4735

AL000803

FROM : NANCE PROPERTY INSPECTIONS PHONE NO. : 808 5724735 Dec. 10 1999 06:27PM P01