# Nance Property Inspections

## Fax Transmission

Date: 12/13/99

To: GARY

Fax Number

From: Dana Nance

Subject: 7 pages

12/10/99 → 12/11/99 → MAUI Home Supply

+ INVENTORY UPDATE

AS OF → 12/13/99

Aloha

Dan

Nance Property Inspections - 19 Makanani Rd. - Makawao - HI - 96768 - (808) 572-4735

AL000804

EXHIBIT 6

**MAUI HOME SUPPLY - KAHULUI**
**400 S. HANA HIGHWAY**
**KAHULUI, HI 96732**
**PHONE: (808) 877-0011 FAX: (808) 877-9081**

**To:** Ted Phelps
**From:** Myrtle Castillo
**Re:** Sales for 12/11/99

| | Cash | | | Charge Sales | | | | Total |
|---|---|---|---|---|---|---|---|---|
| | Sales | Credits | Net | Gross | CM's | Net | Adj | Net Sales |
| **Lumber** | 137.00 | 0.00 | 137.00 | 0.00 | 0.00 | 0.00 | -106.03 | $30.97 |
| **Appliance** | 852.00 | 0.00 | 852.00 | 0.00 | 0.00 | 0.00 | -852.00 | $0.00 |
| **Cabinets** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | $989.00 | $0.00 | $989.00 | $0.00 | $0.00 | $0.00 | -$958.03 | $30.97 |

**Details of Charge Sales:**

| | | Gross | CM's | Net |
|---|---|---|---|---|
| **Lumber** | **Invoice #** | | | |
| | | 0.00 | 0.00 | 0.00 |
| **Total Lumber** | | $0.00 | $0.00 | $0.00 |

| | | Gross | 0.00 | Net |
|---|---|---|---|---|
| **Appliances** | **Invoice #** | | | |
| | | 0.00 | 0.00 | 0.00 |
| **Total Appliances** | | $0.00 | $0.00 | $0.00 |

| | | Gross | CM's | Net |
|---|---|---|---|---|
| **Cabinets** | **Invoice #** | | | |
| | | 0.00 | 0.00 | 0.00 |
| **Total Cabinets** | | $0.00 | $0.00 | $0.00 |

**Amount Remitted:** **$30.97**

**Total Remitted YTD:** **$378,018.23**

**Adjustments:**

**Lumber:** Effective 7/28/99 all 2 X 4 X 10' - 16', 8/5/99 all 1/2" X 4 X 8 CDX, 2 X 12 X 16, 4 X 12 X 16, 8/13/99 all 2 X 4 X 8' - 24', 2 X 6 X 8', 12', 16', 8/25/99 3/4" T&G, T-111 5/8" 8" oc, 2 X 6 X 10' is Maui Home Supply's stock

**Cabinets:** CBxxxx items for Kraftmaid and Counter Top special orders and also EuroRite stock purchased from Midpac.

**Appliance:** Miscellaneous appliance parts and delivery and labor charges eff. 11/10/99 Whirlpool appliances

**MAUI HOME SUPPLY - KAHULUI**
**400 S. HANA HIGHWAY**
**KAHULUI, HI 96732**
**PHONE: (808) 877-0011 FAX: (808) 877-9081**

**To:** Ted Phelps

**From:** Myrtle Castillo

**Re:** Sales for 12/10/99

| | Cash | | | Charge Sales | | | | Total |
|---|---|---|---|---|---|---|---|---|
| | Sales | Credits | Net | Gross | CM's | Net | Adj | Net Sales |
| **Lumber** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| **Appliance** | 852.00 | 0.00 | 852.00 | 0.00 | 0.00 | 0.00 | -852.00 | $0.00 |
| **Cabinets** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | $852.00 | $0.00 | $852.00 | $0.00 | $0.00 | $0.00 | -$852.00 | $0.00 |

**Details of Charge Sales:**

| Lumber | Invoice # | Gross | CM's | Net |
|---|---|---|---|---|
| | | 0.00 | 0.00 | 0.00 |
| Total Lumber | | $0.00 | $0.00 | $0.00 |

| Appliances | Invoice # | Gross | 0.00 | Net |
|---|---|---|---|---|
| | | 0.00 | 0.00 | 0.00 |
| Total Appliances | | $0.00 | $0.00 | $0.00 |

| Cabinets | Invoice # | Gross | CM's | Net |
|---|---|---|---|---|
| | | 0.00 | 0.00 | 0.00 |
| Total Cabinets | | $0.00 | $0.00 | $0.00 |

**Amount Remitted:** **$0.00**

**Total Remitted YTD:** **$377,987.26**

**Adjustments:**

**Lumber:** Effective 7/28/99 all 2 X 4 X 10' - 16', 8/5/99 all 1/2" X 4 X 8 CDX, 2 X 12 X 16, 4 X 12 X 16, 8/13/99 all 2 X 4 X 8' - 24', 2 X 6 X 8', 12', 16', 8/25/99 3/4" T&G, T-111 5/8" 8" oc, 2 X 6 X 10' is Maui Home Supply's stock

**Cabinets:** CBxxxx items for Kraftmaid and Counter Top special orders and also EuroRite stock purchased from Midpac.

**Appliance:** Miscellaneous appliance parts and delivery and labor charges eff. 11/10/99 Whirlpool appliances

AL000806

FROM : NANCE PROPERTY INSPECTIONS PHONE NO. : 808 5724735 Dec. 13 1999 11:59AM P06

12-13-99;10:11AM;MAUI HOME SUPPLY 1808 877 3061 # 4/ 6

MAUI HOME SUPPLY LUMBER INVENTORY OCTOBER 27, 1999

| Product/Size | Actual Count 10-5-99 | Actual Count 11-17--99 | Unit Cost | Extended Value 10-5-99 | Extended Value 12-03--99 | | | |
|---|---|---|---|---|---|---|---|---|
| 1x4x8 | 231 | 548 | $1.53 | $353.43 | $838.44 | 838.44 | | |
| 1x4x12 | 20 | 0 | $2.29 | $45.80 | $0.00 | | | |
| 1x4x14 | 295 | 0 | $2.81 | $828.95 | $0.00 | | | |
| 1x4x16 | 0 | 0 | $3.51 | $0.00 | $0.00 | | | |
| 1x4x20 | 416 | 327 | $4.39 | $1,826.24 | $1,435.53 | | | |
| 1x6x10 | 416 | 323 | $3.21 | $1,335.36 | $1,036.83 | | | |
| 1x6x12 | 144 | 240 | $3.86 | $555.84 | $926.40 | | | |
| 1x616 | 184 | 0 | $5.30 | $975.20 | $0.00 | | | |
| 2x6x8 | 111 | 58 | $11.14 | $1,236.54 | $646.12 | 646.12 | | |
| 2x6x20 | 216 | 0 | $13.96 | $3,015.36 | $0.00 | | | |
| 2x6x14 | 72 | 0 | $9.49 | $683.28 | $0.00 | - | | |
| 2x6x24 | 72 | 0 | $17.16 | $1,235.52 | $0.00 | | | |
| 2x8x8 | 96 | 126 ~~131~~ | $5.76 | $552.96 | $754.56 | 725.76 | | |
| 2x8x12 | 242 | 185 | $8.64 | $2,090.88 | $1,598.40 | | | |
| 2x8x14 | 17 | 0 | $13.63 | $231.71 | $0.00 | | | |
| 2x8x16 | 135 | 18 | $11.52 | $1,555.20 | $207.36 | | | |
| 2x8x18 | 60 | -5 | $12.96 | $777.60 | ($64.80) | | | |
| 2x8x24 | 26 | 8 | $17.12 | $445.12 | $136.96 | | | |
| 2x10x8 | 14 | 0 | $6.93 | $97.02 | $0.00 | | | |
| 2x10x10 | 42 | 10 | $11.83 | $496.86 | $118.30 | | | |
| 2x10x14 | 19 | 12 | $16.29 | $309.51 | $195.48 | | | |
| 2x10x16 | 10 | 3 | $19.60 | $196.00 | $58.80 | | | |
| 2x10x20 | 7 | 4 ~~6~~ | $29.50 | $206.50 | $177.00 | 118.00 | | |
| 2x10x24 | 40 | [illegible] ~~39~~ | $21.20 | $848.00 | $826.80 | 106.00 | | |
| 2x12x8 | 32 | 12 ~~18~~ | $11.12 | $355.84 | $166.80 | 133.44 | | |
| 2x12x10 | 36 | 30 | $13.66 | $491.76 | $409.80 | | | |
| 2x12x12 | 37 | 8 | $12.36 | $457.32 | $98.88 | | | |
| 2x12x14 | 61 | ~~58~~ 53 | $14.28 | $871.08 | $756.84 | [illegible] | | |
| 2x12x20 | 15 | -1 | $29.52 | $442.80 | ($29.52) | | | |
| 2x12x24 | 32 | 2+22 -21 | $34.48 | $1,102.72 | $723.66 | [illegible] | | |
| 4x8x12 | 26 | 20 | $27.94 | $726.44 | $558.80 | | | |
| 4x8x16 | 19 | 7 ~~0~~ | $29.65 | $563.35 | $0.00 | 207.55 | | |
| 4x8x20 | 3 | 5 ~~-5~~ | $37.07 | $111.21 | ($185.35) | 185.35 | | |
| 4x6x10 | 13 | 0 | $13.90 | $180.70 | $0.00 | | | |
| 4x6x20 | 11 | 0 | $27.80 | $305.80 | $0.00 | | | |
| 4x12x8 | 14 | 14 | $34.30 | $480.20 | $480.20 | 480.20 | | |
| 4x10x12 | 27 | 24 | $27.80 | $750.60 | $667.20 | | | |
| 4x10x16 | 3 | 1 | $47.20 | $141.60 | $47.20 | | | |
| 4x10x20 | 4 | 1 ~~2~~ | $46.33 | $185.32 | $92.66 | 46.33 | | |
| 6x6x8 | 10 | 0 | $22.44 | $224.40 | $0.00 | | | |
| 3/8"x4'x8'cdx | 114 | 0 | $13.37 | $1,524.18 | $0.00 | | | |
| 3/8x4x8'cdxUT | 0 | 16 | $13.37 | $0.00 | $213.92 | | | |
| 5/8"x4'x8'cdx | 0 | 9 ~~21~~ | $23.61 | $0.00 | $495.81 | 212.49 | | |
| 3/4"x4'x8'cdx | 44 | -7 | $28.54 | $1,255.76 | ($199.78) | | | |
| 3/4x 4x8cdx-UT | 0 | 0 | $26.06 | $0.00 | $0.00 | | | |
| 1/4x4x8acx | 112 | 110 ~~110~~ | $16.53 | $1,851.36 | $1,818.30 | 1818.30 | | |
| 8"oc5/8"x4'x10 | 5 | -22 | $35.91 | $179.55 | ($790.02) | | | |
| 4"oc5/8"x4x10' | 99 | 27 ~~39~~ | $34.08 | $3,373.92 | $1,329.12 | 920.16 | | |
| 8"oc5/8"4'x8' | 53 | 6 ~~17~~ | $24.72 | $1,310.16 | $420.24 | 148.32 | | |
| 5/8"x4'x8' siding | 44 | 14 | $24.72 | $1,087.68 | $346.08 | 346.08 | | |
| 3/4"x4'x8' siding | 7 | 7 | | $0.00 | $0.00 | | | |



AL000807

MAUI HOME SUPPLY LUMBER INVENTORY OCTOBER 27, 1999

| Product/Size | Actual Count 10-5-99 | Actual Count 11-17--99 | Unit Cost | Extended Value 10-5-99 | Extended Value 12-03--99 | | | |
|---|---|---|---|---|---|---|---|---|
| 5/8"x4'x8' ccx | 185 | 118 | $20.03 | $3,705.55 | $2,363.54 | | | |
| 1/2"x4'x8' ccx | 36 | 2 | $19.67 | $708.12 | $39.34 | | | |
| 3/4"x4'x8' acx | 113 | 44 | $30.60 | $3,457.80 | $1,346.40 | | | |
| 1/4"x4'x8' acx | 150 | 29 ~~150~~ | $16.53 | $2,479.50 | $2,314.20 | 477.37 | | |
| dlx 2"x6"x18' tg | 77 | (22) | $10.35 | $796.95 | $227.70 | 227.70 | | |
| dlx 1"x6"x16' | 234 | 0 | $12.94 | $3,027.96 | $0.00 | | | |
| 1x2x8 Trtd.furring | 461 | 345 | $1.50 | $691.50 | $517.50 | | | |
| x2x12 Trtd. furrin | 277 | 150 | $2.77 | $767.29 | $415.50 | | | |
| x2x8 Untrtd. furrin | 678 | 60 340 | $1.35 | $915.30 | $459.00 | 1032.50 | | |
| 2x10 Untrtd. furri | 20 | 0 | $1.39 | $27.80 | $0.00 | | | |
| Total Value | 5937 | 3441 | | $54,450.40 | $23,998.20 | | | |
| | | | | | | | | |
| | | | | | | 9,772.99 | | |
| | | | | | | | | |
| NON CIT | | | | | | | | |

FROM : NANCE PROPERTY INSPECTIONS PHONE NO. : 808 5724735 Dec. 13 1999 11:58AM P05

12-13-99;10:11AM;MAUI HOME SUPPLY ;1808 877 9061 # 2/ 6

| Model # | Serial # | Location | Cost each |
|---|---|---|---|
| GT22DKXGB | EH4427502 | Warehouse | $789.00 |
| KEYS750GQ | MJ1212325 | Warehouse | $384.00 |
| KIRD801XSS | FJG2707936 | Warehouse | $685.00 |
| LTE6234DQ | MJ0912702 | Warehouse | $849.00 |
| LTE6234DQ | MJ0912716 | Warehouse | $849.00 |
| MH6130XEQ | FGJ1248355 | Warehouse | $290.00 |
| MH6130XEQ | FGJ1248364 | Showroom | $290.00 |
| MH6130XEQ | FGJ1248374 | Warehouse | $290.00 |
| RH2630XDZ | FRH3839426 | Showroom | $46.00 |
| RH7930XAS | FJG1503223 | Warehouse | $542.00 |
| RH7936XAS | FJG2701505 | Warehouse | $542.00 |
| ACQ184XG | QH1706141 | Showroom | $509.00 |
| ED22PQXFN | SH0940305 | Showroom | $963.00 |
| ED22TQXFN | SH0734531 | Showroom | $888.00 |
| EH050FXGW | EWH0915352 | Showroom | $234.00 |
| GD22DQXFN | SH0834616 | Showroom | $1,188.00 |
| GD25DQXFW | SH0948224 | Showroom | $1,378.00 |
| GD27DQXFNG | SH0544513 | Showroom | $1,378.00 |
| KEBS277DWH | XF3201037 | Showroom | $1,639.00 |
| KEBS277DWH | XF3201039 | Showroom | $1,639.00 |
| KEMS377DWH | XF2401002 | Showroom | $1,823.00 |
| KSRS25QGAL | SH0343846 | Showroom | $1,384.00 |
| KTRS25KGAL | ECH0302680 | Showroom | $1,081.00 |
| RBD245PDQ | XG3201038 | Showroom | $792.00 |
| RBS245PDB | XG2301002 | Showroom | $539.00 |
| RB8305PDZ | XG3101129 | Showroom | $644.00 |
| SC8430ERN | FFG4320463 | Showroom | $199.00 |
| | | | $21,734.00 |
| | | | -2,267.00 |
| | | | 19,467.00 |
| | | | + 3,396.00 |
| | | | 22,863.00 |

LTE6234DQ
MJ1113715
MJ0912706
MJ1113597
111 3605

4x 849.00 = 3,396

AL000809