# MAUI HOME SUPPLY - KAHULUI
400 S. HANA HIGHWAY
KAHULUI, HI 96732
PHONE: (808) 877-0011 FAX: (808) 877-9081

**To:** Ted Phelps

**From:** Myrtle Castillo

**Re:** Sales for 7/28/99

| | Cash | | | Charge Sales | | | | Total |
|---|---|---|---|---|---|---|---|---|
| | Sales | Credits | Net | Gross | CM's | Net | Adj | Net Sales |
| Lumber | 6434.22 | 0.00 | 6434.22 | 560.02 | 0.00 | 560.02 | -482.37 | $6,994.24 |
| Appliance | 4467.44 | -4221.85 | 245.59 | 4934.52 | 0.00 | 4934.52 | 0.00 | $5,180.11 |
| Cabinets | 6645.12 | 0.00 | 6645.12 | 0.00 | 0.00 | 0.00 | -1477.40 | $5,167.72 |
| | $17,546.78 | -$4,221.85 | $13,324.93 | $5,494.54 | $0.00 | $5,494.54 | -$1,959.77 | $17,342.07 |

**Details of Charge Sales:**

| Lumber | Invoice # | Gross | CM's | Net |
|---|---|---|---|---|
| | 4001882 | 346.60 | 0.00 | 346.60 |
| | 4001915 | 137.94 | 0.00 | 137.94 |
| | 4001909 | 75.48 | 0.00 | 75.48 |
| Total Lumber | | $560.02 | $0.00 | $560.02 |

| Appliances | Invoice # | Gross | CM's | Net |
|---|---|---|---|---|
| | 4001889 | 1226.07 | 0.00 | 1226.07 |
| | 4001924 | 502.49 | 0.00 | 502.49 |
| | 4001902 | 3205.96 | 0.00 | 3205.96 |
| Total Appliances | | $4,934.52 | $0.00 | $4,934.52 |

| Cabinets | Invoice # | Gross | CM's | Net |
|---|---|---|---|---|
| Total Cabinets | | | | $0.00 |

**Adjustments:** **Amount Remitted:** **$13,324.93**

Lumber: Effective 7/28/99 all 2 X 4 X 10' - 16' is Maui Home Supply Inventory
Cabinets: CBxxxx is for counter tops ordered through Maui Laminates

EXHIBIT 7

AL002490

| THIS CHECK IS DELIVERED FOR PAYMENT ON THE FOLLOWING ACCOUNTS | | |
|---|---|---|
| DATE | | AMOUNT |
| | | |

C. G. INVESTMENTS, INC.
DBA MAUI HOME SUPPLY
Trade Account
400 S. Hana Hwy.
Kahului, Hi 96732

1511

59-169/1213

Date 7-29-99

Pay to the order of MidPac Lumber Co. $ 13324.93

Thirteen Thousand Three Hundred Twenty Four + 93/100 Dollars

Security features included. Details on back.

CITY BANK
KAHULUI BRANCH
285 KAAHUMANU AVE.
KAHULUI, HAWAII 96732

MP

⑈001511⑈ ⑆121301691⑆ 111137531⑈01

©CURRENT, INC • BLUE SAFETY

CT008792

BANK OF HAWAII

CHECKING DEPOSIT RECEIPT

Please keep this receipt until verified
with your next statement of account.

| | |
|---|---|
| Transaction Date: | 07/29/1999 |
| Account Number: | 0080-582560 |
| Deposit Amount: | $13,324.93 |

Thank You

WE'RE ALWAYS OPEN
Bankoh 24-Hour Customer Service Center
643-3888 from anywhere in Hawaii
1-888-643-3888 toll-free from
Guam, U.S. Mainland & Canada

Branch: 00086

B08622 0067 12:38