# Summary of Maui Home Supply Reports from MHS to Ted Phelps, Checks and Deposit Slips
## July 26, 1999 to December 13, 1999[1]

| Date of Maui Home Report | Daily Breakdown | | | Total Daily Net Sales Reported | Total Remitted to MidPac (per report) | MHS Check Number | Date of MHS Check | Actual Amount on MHS Check | Amount on BOH Deposit Receipt | Date of BOH Deposit Receipt |
|---|---|---|---|---|---|---|---|---|---|---|
| | Lumber | Appliances | Cabinets | | | | | | | |
| 7/26/99 | 2712.62 | 5199.65 | 44.22 | 7956.49 | | | | | | |
| 7/27/99 | 2671.89 | 5816.63 | 109.69 | 8598.21 | 7629.68 | | | | | |
| 7/28/99 | 6994.24 | 5180.11 | 5167.72 | 17342.07 | 13324.93 | 1511 | 7/29/99 | 13324.93 | 13324.93 | 7/29/99 |
| 7/29/99 | 2182.40 | 4936.91 | 1055.76 | 8175.07 | 6002.69 | 1515 | 7/30/99 | 6002.69 | | |
| 7/30/99 | 6371.71 | 24632.45 | 189.51 | 31193.67 | 13962.03 | 1516 | 8/2/99 | 13962.03 | | |
| 7/31/99 | 1300.22 | 5805.71 | 1057.57 | 8163.50 | 7741.67 | 1517 | 8/2/99 | 7741.67 | 7741.67 | 8/2/99 |
| 8/1/99 | 381.21 | 510.40 | 0.00 | 891.61 | 929.48 | 1518 | 8/2/99 | 929.48 | 929.48 | 8/2/99 |
| 8/1/99 | 3156.32 | 3711.86 | 765.41 | 7633.59 | 4821.95 | 1521 | 8/3/99 | 4821.95 | 4821.95 | 8/3/99 |
| 8/3/99 | 2116.57 | 8257.20 | 446.81 | 10820.58 | 8699.41 | 1522 | 8/4/99 | 8699.41 | 8699.41 | 8/4/99 |
| 8/4/99 | 3262.38 | 5793.23 | 490.78 | 9546 39 | 7005.46 | 1524 | 8/5/99 | 7005.46 | 7005.46 | 8/5/99 |
| 8/5/99 | 1662.09 | 7428.48 | 1996.91 | 11087.48 | 4915.06 | 1530 | 8/6/99 | 2368.65 | 2368.65 | 8/6/99 |
| | | | | | | 1526 | 8/6/99 | 9074.59[2] | 9074.59 | 8/6/99 |

1 Compiled from Maui Home Supply reports from Myrtle Castillo to Ted Phelps (MidPac), contained in CRM and CIT document productions.

2 Based on MidPac's Daily Cash Receipts Register for the Month of August, 1999 - Unable to locate actual MHS report



EXHIBIT 8

| Date of Maui Home Report | Daily Breakdown | | | Total Daily Net Sales Reported | Total Remitted to MidPac (per report) | MHS Check Number | Date of MHS Check | Actual Amount on MHS Check | Amount on BOH Deposit Receipt | Date of BOH Deposit Receipt |
|---|---|---|---|---|---|---|---|---|---|---|
| | Lumber | Appliances | Cabinets | | | | | | | |
| 8/6/99 | 839.81 | 6843.41 | 0.00 | 7683.22 | 3380.67 | 1532 | 8/9/99 | 3380.67 | 3380.67 | 8/9/99 |
| 8/7/99 | 1385.80 | 2311.23 | 347.55 | 4044.58 | 3969.18 | 1533 | 8/9/99 | 3969.18 | 3969.18 | 8/9/99 |
| 8/8/99 | 0.00 | -1010.42 | 0.00 | -1010.42 | 818.64 | 1534 | 8/9/99 | 818.64 | 818.64 | 8/9/99 |
| 8/9/99 | 1453.87 | 6732.39 | 1030.83 | 9217.09 | 6614.74 | 1536 | 8/10/99 | 6614.74 | 6614.74 | 8/10/99 |
| 8/10/99 | 1052.59 | 3187.29 | 1709.16 | 5949.04 | 5393.10 | 1537 | 8/11/99 | 5393.10 | 5393.10 | 8/11/99 |
| 8/11/99 | 1783.96 | 25698.11 | 189.78 | 27671.85 | 12857.69 | 1539 | 8/12/99 | 12857.69 | 12857.69 | 8/12/99 |
| 8/12/99 | 2978.73 | 5449.21 | 0.00 | 8427.94 | 5679.49 | 1540 | 8/13/99 | 5679.49 | 5679.49 | 8/13/99 |
| 8/13/99 | 2267.84 | 6321.46 | 1384.20 | 9973.50 | 5589.83 | 1549 | 8/16/99 | 5589.83 | | |
| 8/14/99 | 1586.24 | 2932.76 | 341.24 | 4860.24 | 4878.52 | 1550 | 8/16/99 | 4878.52 | | |
| 8/15/99 | 81.31 | 2672.82 | 152.95 | 2907.08 | 2555.34 | 1551 | 8/16/99 | 2555.34 | 13023.69 | 8/16/99 |
| 8/16/99 | 915.77 | 6388.88 | 246.59 | 7551.24 | 6716.31 | 1553 | 8/17/99 | 6716.31 | 6716.31 | 8/17/99 |
| 8/17/99 | 514.13 | 5070.67 | 375.84 | 5960.64 | 2825.72 | 1555 | 8/18/99 | 2825.72 | 2825.72 | 8/18/99 |
| 8/18/99 | 2035.23 | 4937.21 | 70.36 | 7042.80 | 3351.63 | 1558 | 8/19/99 | 3351.63 | 3351.63 | 8/19/99 |
| 8/19/99 | 669.20 | 4824.51 | 787.45 | 6281.16 | 3807.54 | 1559 | 8/20/99 | 3807.54 | 3807.54 | 8/20/99 |
| 8/20/99 | 2032.10 | 3388.12 | 351.44 | 5771.66 | 4716.86 | 1563 | 8/23/99 | 4716.86 | 4716.86 | 8/23/99 |
| 8/21/99 | 1418.99 | 1124.96 | 132.23 | 2676.18 | 3103.79 | 1564 | 8/23/99 | 3103.79 | 3103.79 | 8/23/99 |

| Date of Maui Home Report | Daily Breakdown | | | Total Daily Net Sales Reported | Total Remitted to MidPac (per report) | MHS Check Number | Date of MHS Check | Actual Amount on MHS Check | Amount on BOH Deposit Receipt | Date of BOH Deposit Receipt |
|---|---|---|---|---|---|---|---|---|---|---|
| | Lumber | Appliances | Cabinets | | | | | | | |
| 8/22/99 | 66.83 | 0.00 | 35.53 | 102.36 | 102.36 | 1565 | 8/23/99 | 102.36 | 102.36 | 8/23/99 |
| 8/23/99 | 2950.83 | 13400.96 | 0.00 | 16351.79 | 3404.79 | 1567 | 8/24/99 | 3404.79 | 3404.79 | 8/24/99 |
| 8/24/99 | 5544.20 | 8116.60 | 1756.12 | 15416.92 | 10163.29 | 1569 | 8/25/99 | 10163.29 | 10163.29 | 8/25/99 |
| 8/25/99 | 1677.83 | 2054.52 | 224.07 | 3956.42 | 3778.25 | 1571 | 8/26/99 | 3778.25 | 3778.25 | 8/26/99 |
| 8/26/99 | 254.14 | 1782.72 | 508.47 | 2545.33 | 2348.14 | 1574 | 8/27/99 | 2348.14 | 2348.14 | 8/27/99 |
| 8/27/99 | 4396.53 | 5400.84 | -1293.74 | 8503.63 | 8133.04 | 1575 | 8/30/99 | 8133.04 | 8133.04 | 8/30/99 |
| 8/28/99 | 972.97 | 1208.32 | 2262.18 | 4443.47 | 4627.85 | 1576 | 8/30/99 | 4627.85 | 4627.85 | 8/30/99 |
| 8/30/99 | 420.17 | 5315.41 | 1155.08 | 6890.66 | 6518.54 | 1578 | 8/30/99 | 6518.54 | 6518.54 | 8/31/99 |
| 8/31/99 | 236.97 | 10049.45 | 1214.83 | 11501.25 | 4620.53 | 1582 | 9/1/99 | 4620.53 | 4620.53 | 9/1/99 |
| 9/1/99 | 1222.56 | 4166.45 | 57.17 | 5446.18 | 3509.78 | 1583 | 9/2/99 | 3509.78 | 3509.78 | 9/2/99 |
| 9/2/99 | 576.20 | 2952.02 | 376.43 | 3904.65 | 3533.19 | 1585 | 9/3/99 | 3533.19 | 3533.19 | 9/3/99 |
| 9/3/99 | 9340.94 | 2854.78 | 372.06 | 12567.78 | 4333.29 | 1586 | 9/7/99 | 4333.29 | 4333.29 | 9/7/99 |
| 9/4/99 | 1357.06 | 3393.75 | 0.00 | 4750.81 | 4297.05 | 1587 | 9/7/99 | 4297.05 | 4297.05 | 9/7/99 |
| 9/7/99 | 979.29 | 4638.59 | 1475.72 | 7093.60 | 8260.35 | 1589 | 9/8/99 | 8260.35 | 8620.35 | 9/8/99 |
| 9/8/99 | 2992.08 | 2489.65 | 1766.94 | 7248.67 | 4569.98 | 1592 | 9/9/99 | 4569.98 | 4569.98 | 9/9/99 |
| 9/9/99 | 591.98 | 10115.46 | 366.90 | 11074.34 | 3707.38 | 1593 | 9/10/99 | 3707.38 | 3707.38 | 9/10/99 |

| Date of Maui Home Report | Daily Breakdown | | | Total Daily Net Sales Reported | Total Remitted to MidPac (per report) | MHS Check Number | Date of MHS Check | Actual Amount on MHS Check | Amount on BOH Deposit Receipt | Date of BOH Deposit Receipt |
|---|---|---|---|---|---|---|---|---|---|---|
| | Lumber | Appliances | Cabinets | | | | | | | |
| 9/10/99 | 3030.25 | 8502.98 | 62.87 | 9596.10 | 1644.99 | 1597 | 9/13/99 | 1644.99 | 1644.99 | 9/13/99 |
| 9/11/99 | 327.98 | 2795.93 | 472.78 | 3596.69 | 2223.31 | 1599 | 9/13/99 | 2223.31 | 2223.31 | 9/13/99 |
| 9/13/99 | 2284.63 | 843.73 | 61.28 | 3189.64 | 1053.33 | 1600 | 9/14/99 | 1053.33 | 1053.33 | 9/14/99 |
| 9/14/99 | 4107.36 | 5849.73 | 250.21 | 10207.30 | 4822.03 | 1602 | 9/15/99 | 4822.03 | 4822.03 | 9/15/99 |
| 9/15/99 | 725.53 | 5636.42 | 135.99 | 6497.94 | 2570.70 | 1603 | 9/16/99 | 2570.70 | 2570.70 | 9/16/99 |
| 9/16/99 | -130.41 | 2480.99 | 3674.11 | 6024.69 | 6864.57 | 1604 | 9/17/99 | 6444.66[3] | 6444.66 | 9/17/99 |
| 9/17/99 | 173.42 | 6612.44 | 328.73 | 7114.59 | 3046.91 | 1607 | 9/20/99 | 3046.91 | 3046.91 | 9/20/99 |
| 9/18/99 | 506.94 | 2779.72 | 2130.14 | 5416.80 | 5357.00 | 1608 | 9/20/99 | 5357.00 | 5357.00 | 9/20/99 |
| 9/20/99 | 673.84 | 9780.62 | 477.76 | 10932.22 | 2783.31 | | | | | |
| 9/21/99 | 194.52 | -16556.94 | 70.38 | -16292.04 | | 1609 | 9/21/99 | 2783.31 | 2783.31 | 9/21/99 |
| 9/22/99 | 2036.30 | 3995.69 | 0.00 | 6031.99 | | | | | | |
| 9/23/99 | 2028.18 | 5921.80 | 344.20 | 8294.18 | 926.04 | 1615 | 9/24/99 | 926.04 | | |
| 9/24/99 | 159.37 | 825.54 | 84.60 | 1069.51 | 649.14 | 1617 | 9/27/99 | 649.14 | 649.14 | 9/27/99 |
| 9/25/99 | 328.17 | 254.37 | 2425.55 | 3008.09 | 2999.31 | 1618 | 9/27/99 | 2999.31 | 2999.31 | 9/27/99 |
| 9/27/99 | 342.69 | 609.43 | 860.74 | 1812.86 | 1126.20 | 1620 | 9/28/99 | 1126.20 | 1126.20 | 9/28/99 |

[3] Amount of Cash Net from Lumber, Appliance & Cabinets per 9/16/99 MHS Sales Report

| Date of Maui Home Report | Daily Breakdown | | | Total Daily Net Sales Reported | Total Remitted to MidPac (per report) | MHS Check Number | Date of MHS Check | Actual Amount on MHS Check | Amount on BOH Deposit Receipt | Date of BOH Deposit Receipt |
|---|---|---|---|---|---|---|---|---|---|---|
| | Lumber | Appliances | Cabinets | | | | | | | |
| 9/28/99 | 783.11 | 1052.12 | 944.33 | 2779.56 | 1181.92 | 1625 | 9/29/99 | 1181.92 | 1181.92 | 9/29/99 |
| 9/29/99 | 252.87 | 5276.88 | 194.14 | 5723.89 | 2855.13 | 1628 | 9/30/99 | 2855.13 | 2855.13 | 9/30/99 |
| 9/30/99 | 55.31 | 5469.56 | 278.25 | 5803.12 | 5382.13 | | | | 5382.13 | 10/1/99 |
| 10/1/99 | 482.52 | 998.74 | 1129.71 | 2610.97 | 2559.05 | 1631 | 10/4/99 | 2559.05 | 2559.05 | 10/4/99 |
| 10/2/99 | 379.95 | 998.74 | 466.28 | 1844.97 | 1819.09 | 1632 | 10/4/99 | 1819.09 | 1819.09 | 10/4/99 |
| 10/4/99 | 172.14 | 4337.95 | 75.90 | 4585.99 | 3991.03 | | | | 3991.03 | 10/5/99 |
| 10/5/99 | 2763.82 | 1616.71 | 467.37 | 4847.90 | | | | | | |
| 10/6/99 | 407.78 | -762.33 | 252.93 | -101.62 | | | | | | |
| 10/7/99 | 555.60 | 1897.12 | 184.08 | 2638.80 | 2301.48 | 1638 | 10/14/99 | 2301.48 | 2301.48 | 10/14/99 |
| 10/8/99 | 686.95 | 2842.65 | 5148.58 | 8678.18 | 8334.25 | 1639 | 10/14/99 | 8334.25 | 8334.25 | 10/14/99 |
| 10/9/99 | 242.35 | 0.00 | 74.77 | 317.12 | 9.39 | 1640 | 10/14/99 | 9.39 | 9.39 | 10/14/99 |
| 10/11/99 | 872.53 | 1594.87 | 284.97 | 2752.37 | 1434.65 | 1642 | 10/14/99 | 1434.65 | 1434.65 | 10/14/99 |
| 10/12/99 | 2113.91 | 1558.43 | 5145.87 | 8818.21 | 8818.21 | | | | 8818.21 | 10/14/99 |
| 10/13/99 | 1519.22 | 1799.95 | 0.00 | 3319.17 | 1083.96 | | | | 1083.96 | 10/14/99 |
| 10/14/99 | 1895.49 | 1392.48 | 980.37 | 4268.34 | 3467.86 | 1647 | 10/18/99 | 3467.86 | 3467.86 | 10/18/99 |
| 10/15/99 | 464.74 | 5110.73 | 1902.41 | 7477.88 | 5137.88 | 1648 | 10/18/99 | 5137.88 | 5137.88 | 10/18/99 |

| Date of Maui Home Report | Daily Breakdown | | | Total Daily Net Sales Reported | Total Remitted to MidPac (per report) | MHS Check Number | Date of MHS Check | Actual Amount on MHS Check | Amount on BOH Deposit Receipt | Date of BOH Deposit Receipt |
|---|---|---|---|---|---|---|---|---|---|---|
| | Lumber | Appliances | Cabinets | | | | | | | |
| 10/16/99 | 2535.88 | 1729.46 | 1481.88 | 5747.22 | 5747.22 | 1649 | 10/18/99 | 5747.22 | 5747.22 | 10/18/99 |
| 10/18/99 | 287.68 | 698.28 | 568.28 | 1554.24 | 1190.55 | 1651 | 10/21/99 | 1190.55 | 1190.55 | 10/21/99 |
| 10/19/99 | 444.06 | 0.00 | 307.03 | 751.09 | 751.09 | 1652 | 10/21/99 | 751.09 | 751.09 | 10/21/99 |
| 10/20/99 | 497.44 | 2305.30 | 405.92 | 3208.66 | 2458.52 | 1653 | 10/21/99 | 2458.52 | 2458.52 | 10/21/99 |
| 10/21/99 | 246.87 | 2909.50 | 373.32 | 3529.69 | 2174.21 | 1660 | 10/27/99 | 2174.21 | 2174.21 | 10/27/99 |
| 10/22/99 | 55.43 | 331.07 | 0.00 | 386.50 | 386.50 | 1657 | 10/25/99 | 386.50 | 386.50 | 10/25/99 |
| 10/23/99 | 295.01 | 2022.36 | 85.96 | 2403.33 | 2403.33 | 1658 | 10/25/99 | 2403.33 | 2403.33 | 10/25/99 |
| 10/25/99 | 437.88 | 1914.63 | 214.58 | 2567.09 | 1449.26 | 1661 | 10/27/99 | 1449.26 | 1449.26 | 10/27/99 |
| 10/26/99 | 354.65 | 2711.16 | 413.79 | 3479.60 | 1969.19 | 1662 | 10/27/99 | 1969.19 | 1969.19 | 10/27/99 |
| 10/27/99 | 97.26 | 5373.44 | 303.85 | 5774.55 | | | | | | |
| 10/28/99 | 1795.68 | 6052.42 | 251.92 | 8100.02 | 8100.02 | 1663 | 11/1/99 | 8100.02 | 8100.02 | 11/1/99 |
| 10/29/99 | 549.55 | 7614.13 | 237.68 | 8401.36 | 3766.73 | 1664 | 11/1/99 | 3766.73 | 3766.73 | 11/1/99 |
| 11/1/99 | 6221.02 | 2578.97 | 565.96 | 9365.95 | 4751.18 | 1667 | 11/1/99 | 4751.18 | 4751.18 | 11/2/99 |
| 11/2/99 | 1470.30 | 1053.84 | 625.98 | 3150.12 | 2790.20 | 1672 | 11/9/99 | 2790.20 | 2790.20 | 11/9/99 |
| 11/3/99 | 309.01 | 0.00 | 0.00 | 309.01 | 309.01 | 1669 | 11/4/99 | 309.01 | 309.01 | 11/4/99 |
| 11/4/99 | 173.75 | 1087.49 | 118.84 | 1380.08 | 1380.08 | 1671 | 11/5/99 | 1380.08 | 1380.08 | 11/9/99 |

| Date of Maui Home Report | Daily Breakdown | | | Total Daily Net Sales Reported | Total Remitted to MidPac (per report) | MHS Check Number | Date of MHS Check | Actual Amount on MHS Check | Amount on BOH Deposit Receipt | Date of BOH Deposit Receipt |
|---|---|---|---|---|---|---|---|---|---|---|
| | Lumber | Appliances | Cabinets | | | | | | | |
| 11/8/99 | 376.40 | 281.24 | 183.04 | 840.68 | 840.68 | 1673 | 11/9/99 | 840.68 | 840.68 | 11/9/99 |
| 11/9/99 | 3522.34 | 534.38 | 529.84 | 4586.56 | 4586.56 | 1674 | 11/10/99 | 4586.56 | 4586.56 | 11/10/99 |
| 11/10/99 | 2225.62 | 0.00 | 0.00 | 2225.62 | 2225.62 | 1679 | 11/19/99 | 8236.46 | 8236.46 | 11/19/99 |
| 11/11/99 | 1476.77 | 0.00 | -558.12 | 918.65 | 1059.35 | | | | | |
| 11/12/99 | 832.04 | 281.24 | 0.00 | 1113.28 | 727.00 | | | | | |
| 11/15/99 | 758.39 | 281.24 | 0.00 | 1039.63 | 1039.63 | | | | | |
| 11/16/99 | 2497.73 | 281.25 | 203.86 | 2982.84 | 2982.84 | | | | | |
| 11/17/99 | 148.12 | 0.00 | 53.90 | 202.02 | 202.02 | | | | | |
| 11/18/99 | 74.06 | 281.24 | 0.00 | 355.30 | 355.30 | | | | | |
| 11/19/99 | 1445.21 | 0.00 | 219.00 | 1664.21 | 310.25 | 1680 | 11/22/99 | 665.55 | 665.55 | 11/23/99 |
| 11/22/99 | | | | | | | | | | |
| 11/23/99 | 1064.09 | 281.24 | -99.53 | 1245.80 | 1245.80 | | | | | |
| 11/24/99 | 9.37 | 0.00 | 0.00 | 9.37 | 9.37 | | | | | |
| 11/26/99 | 396.14 | 260.15 | 0.00 | 656.29 | 656.29 | | | | | |
| 11/29/99 | 1243.33 | 0.00 | 0.00 | 1243.33 | 1243.33 | 1685 | 11/30/99 | 1899.62 | 1899.62 | 12/1/99 |
| 12/1/99 | -1561.63 | 0.00 | 0.00 | -1561.63 | | | | | | |

| Date of Maui Home Report | Daily Breakdown | | | Total Daily Net Sales Reported | Total Remitted to MidPac (per report) | MHS Check Number | Date of MHS Check | Actual Amount on MHS Check | Amount on BOH Deposit Receipt | Date of BOH Deposit Receipt |
|---|---|---|---|---|---|---|---|---|---|---|
| | Lumber | Appliances | Cabinets | | | | | | | |
| 12/3/99 | 0.00 | 289.45 | 0.00 | 289.45 | 289.45 | 1688 | 12/6/99 | 289.45 | 289.45 | 12/6/99 |
| 12/3/99 | 26.94 | 0.00 | 0.00 | 26.94 | 26.94 | 1690 | 12/7/99 | 53.96 | 53.96 | 12/8/99 |
| 12/4/99 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | | |
| 12/6/99 | 27.02 | 0.00 | 0.00 | 27.02 | 27.02 | | | | | |
| 12/7/99 | 89.79 | 0.00 | 0.00 | 89.79 | 89.79 | | | | | |
| 12/8/99 | 243.97 | 0.00 | 0.00 | 243.97 | 243.97 | 1692 | 12/9/99 | 333.76 | 333.76 | 12/10/99 |
| 12/9/99 | -1464.32 | 0.00 | 0.00 | -1464.32 | | | | | | |
| 12/10/99 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | | |
| 12/11/99 | 30.97 | 0.00 | 0.00 | 30.97 | 30.97 | | | | | |
| 12/13/99 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | | |
| **TOTAL** | **147078.68** | **358755.29** | **64118.04** | **567954.01** | **369461.36** | | | **347378.48** | **346123.05** | |