NOV 2 6 2002 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; CGBN, INC., a Hawaii corporation; MICHAEL CLIFFORD; EDWIN BOWLING; FRANCES HALLER-BOWLING; RAYMOND IWAMOTO, and KURT GLASSMAN, DOE INDIVIDUALS 1-50; DOE PARTNERSHIPS, CORPORATIONS OR OTHER ENTITIES 1-20,<br><br>Defendants.<br><br>and<br><br>CG DEVELOPMENT, INC., F&J MOVERS, and RENEE K. COSTA,<br><br>Additional Cross-Claim Defendants. | ) | Civil No. CV01-00187 DAE BMK<br><br>(Tort and RICO)<br><br>EXHIBITS 1 - 59 |

EXHIBITS TO THE

DEPOSITION OF RAYMOND S. IWAMOTO

**EXHIBIT B**

Date: ______________________ Receipt No. _____

# MIDPAC LUMBER CO., LTD.

1001 Ahua Street, Honolulu, Hawaii 96819

## WAREHOUSE RECEIPT

This is to certify that **MIDPAC LUMBER CO., LTD.**, a Hawaii corporation ("Warehouseman"), has received for storage at the above address ("Warehouse"), for the account of **MAUI HOME SUPPLY,** with its principal place of business at 400 Hana Highway, Kahului, Maui, Hawaii ("Depositor"), the goods described in Exhibit A (Inventory) attached hereto and made a part hereof. Any change of address of the Depositor must be given by Depositor to Warehouseman in writing and acknowledged in writing by Warehouseman.

The goods listed in Exhibit A were received in apparent good order, except as otherwise noted, subject to all terms and conditions contained herein. Such goods of Depositor shall be re-claimed by Depositor, as required by Depositor in the course of its business, upon payment of all storage or other charges and upon presentation of a proper delivery receipt.

**INSURANCE IS NOT INCLUDED FOR GOODS COVERED BY THIS RECEIPT FOR THE BENEFIT OF DEPOSITOR AGAINST FIRE OR OTHER CASUALTY. WAREHOUSEMAN SHALL NOT BE LIABLE FOR ANY LOSS OR INJURY TO GOODS HOWEVER CAUSED, UNLESS SUCH LOSS OR INJURY RESULTS FROM FAILURE OF WAREHOUSEMAN TO EXERCISE SUCH CARE IN REGARD TO DEPOSITOR'S GOODS AS A REASONABLY CAREFUL MAN WOULD EXERCISE UNDER LIKE CIRCUMSTANCES. MAXIMUM LIABILITY OF WAREHOUSEMAN FOR LOSS, IF ANY, IS LIMITED TO VALUE DECLARED BY DEPOSITOR. DECLARED VALUE: $________________.**

| MIDPAC LUMBER CO., LTD. | MAUI HOME SUPPLY |
|---|---|
| By______________________ | By______________________ |
| Its | Its |
| Warehouseman | Depositor |

39

IWAMOTO

G04224

# EXHIBIT A

## Inventory

Date: ____________________ Receipt No. _____

# F & J MOVERS, INC.

1050 Kikowaena Place, Honolulu, Hawaii 96819

## WAREHOUSE RECEIPT

This is to certify that **F & J MOVERS, INC.**, a Hawaii corporation ("Warehouseman"), has received for storage at the above address ("Warehouse"), for the account of **MAUI HOME SUPPLY,** with its principal place of business at 400 Hana Highway, Kahului, Maui, Hawaii ("Depositor"), the goods described in Exhibit A (Inventory) attached hereto and made a part hereof. Any change of address of the Depositor must be given by Depositor to Warehouseman in writing and acknowledged in writing by Warehouseman.

The goods listed in Exhibit A were received in apparent good order, except as otherwise noted, subject to all terms and conditions contained herein. Such goods of Depositor shall be re-claimed by Depositor, as required by Depositor in the course of its business, upon payment of all storage or other charges and upon presentation of a proper delivery receipt.

**INSURANCE IS NOT INCLUDED FOR GOODS COVERED BY THIS RECEIPT FOR THE BENEFIT OF DEPOSITOR AGAINST FIRE OR OTHER CASUALTY. WAREHOUSEMAN SHALL NOT BE LIABLE FOR ANY LOSS OR INJURY TO GOODS HOWEVER CAUSED, UNLESS SUCH LOSS OR INJURY RESULTS FROM FAILURE OF WAREHOUSEMAN TO EXERCISE SUCH CARE IN REGARD TO DEPOSITOR'S GOODS AS A REASONABLY CAREFUL MAN WOULD EXERCISE UNDER LIKE CIRCUMSTANCES. MAXIMUM LIABILITY OF WAREHOUSEMAN FOR LOSS, IF ANY, IS LIMITED TO VALUE DECLARED BY DEPOSITOR. DECLARED VALUE: $________________.**

| | |
|---|---|
| **F & J MOVERS, INC.** | **MAUI HOME SUPPLY** |
| By______________________ | By______________________ |
| Its | Its |
| **Warehouseman** | **Depositor** |

C04006

# EXHIBIT A

## Inventory

Date: ____________________ Receipt No. _____

# F & J MOVERS, INC.

1050 Kikowaena Place, Honolulu, Hawaii 96819

## WAREHOUSE RECEIPT

This is to certify that **F & J MOVERS, INC.**, a Hawaii corporation ("Warehouseman"), has received for storage at the above address ("Warehouse"), for the account of **MIDPAC LUMBER CO., LTD.**, with its principal place of business at 1001 Ahua Street, Honolulu, Hawaii ("Depositor"), the goods described in Exhibit A (Inventory) attached hereto and made a part hereof. Any change of address of the Depositor must be given by Depositor to Warehouseman in writing and acknowledged in writing by Warehouseman.

The goods listed in Exhibit A were received in apparent good order, except as otherwise noted, subject to all terms and conditions contained herein. Such goods of Depositor shall be re-claimed by Depositor, as required by Depositor in the course of its business, upon payment of all storage or other charges and upon presentation of a proper delivery receipt.

**INSURANCE IS NOT INCLUDED FOR GOODS COVERED BY THIS RECEIPT FOR THE BENEFIT OF DEPOSITOR AGAINST FIRE OR OTHER CASUALTY. WAREHOUSEMAN SHALL NOT BE LIABLE FOR ANY LOSS OR INJURY TO GOODS HOWEVER CAUSED, UNLESS SUCH LOSS OR INJURY RESULTS FROM FAILURE OF WAREHOUSEMAN TO EXERCISE SUCH CARE IN REGARD TO DEPOSITOR'S GOODS AS A REASONABLY CAREFUL MAN WOULD EXERCISE UNDER LIKE CIRCUMSTANCES. MAXIMUM LIABILITY OF WAREHOUSEMAN FOR LOSS, IF ANY, IS LIMITED TO VALUE DECLARED BY DEPOSITOR. DECLARED VALUE: $________________.**

| F & J MOVERS, INC. | MIDPAC LUMBER CO., LTD. |
| --- | --- |
| By______________________ | By______________________ |
| Its | Its |
| Warehouseman | Depositor |

# EXHIBIT A

## Inventory

Date: ____________________ Receipt No. ______

# MIDPAC LUMBER CO., LTD.

1001 Ahua Street, Honolulu, Hawaii 96819

## WAREHOUSE RECEIPT

This is to certify that **MIDPAC LUMBER CO., LTD.**, a Hawaii corporation ("Warehouseman"), has received for storage at the above address ("Warehouse"), for the account of **MAUI HOME SUPPLY**, with its principal place of business at 400 Hana Highway, Kahului, Maui, Hawaii ("Depositor"), the goods described in Exhibit A (Inventory) attached hereto and made a part hereof. Any change of address of the Depositor must be given by Depositor to Warehouseman in writing and acknowledged in writing by Warehouseman.

The goods listed in Exhibit A were received in apparent good order, except as otherwise noted, subject to all terms and conditions contained herein. Such goods of Depositor shall be re-claimed by Depositor, as required by Depositor in the course of its business, upon payment of all storage or other charges and upon presentation of a proper delivery receipt.

**INSURANCE IS NOT INCLUDED FOR GOODS COVERED BY THIS RECEIPT FOR THE BENEFIT OF DEPOSITOR AGAINST FIRE OR OTHER CASUALTY. WAREHOUSEMAN SHALL NOT BE LIABLE FOR ANY LOSS OR INJURY TO GOODS HOWEVER CAUSED, UNLESS SUCH LOSS OR INJURY RESULTS FROM FAILURE OF WAREHOUSEMAN TO EXERCISE SUCH CARE IN REGARD TO DEPOSITOR'S GOODS AS A REASONABLY CAREFUL MAN WOULD EXERCISE UNDER LIKE CIRCUMSTANCES. MAXIMUM LIABILITY OF WAREHOUSEMAN FOR LOSS, IF ANY, IS LIMITED TO VALUE DECLARED BY DEPOSITOR. DECLARED VALUE: $________________.**

| MIDPAC LUMBER CO., LTD. | MAUI HOME SUPPLY |
| --- | --- |
| By______________________________ | By______________________________ |
| Its | Its |
| **Warehouseman** | **Depositor** |

# EXHIBIT A

## <u>Inventory</u>

Date: ____________________ Receipt No. ______

# F & J MOVERS, INC.

**1050 Kikowaena Place, Honolulu, Hawaii 96819**

# WAREHOUSE RECEIPT

This is to certify that **F & J MOVERS, INC.**, a Hawaii corporation ("Warehouseman"), has received for storage at the above address ("Warehouse"), for the account of **MAUI HOME SUPPLY,** with its principal place of business at 400 Hana Highway, Kahului, Maui, Hawaii ("Depositor"), the goods described in Exhibit A (Inventory) attached hereto and made a part hereof. Any change of address of the Depositor must be given by Depositor to Warehouseman in writing and acknowledged in writing by Warehouseman.

The goods listed in Exhibit A were received in apparent good order, except as otherwise noted, subject to all terms and conditions contained herein. Such goods of Depositor shall be re-claimed by Depositor, as required by Depositor in the course of its business, upon payment of all storage or other charges and upon presentation of a proper delivery receipt.

**INSURANCE IS NOT INCLUDED FOR GOODS COVERED BY THIS RECEIPT FOR THE BENEFIT OF DEPOSITOR AGAINST FIRE OR OTHER CASUALTY. WAREHOUSEMAN SHALL NOT BE LIABLE FOR ANY LOSS OR INJURY TO GOODS HOWEVER CAUSED, UNLESS SUCH LOSS OR INJURY RESULTS FROM FAILURE OF WAREHOUSEMAN TO EXERCISE SUCH CARE IN REGARD TO DEPOSITOR'S GOODS AS A REASONABLY CAREFUL MAN WOULD EXERCISE UNDER LIKE CIRCUMSTANCES. MAXIMUM LIABILITY OF WAREHOUSEMAN FOR LOSS, IF ANY, IS LIMITED TO VALUE DECLARED BY DEPOSITOR. DECLARED VALUE: $________________.**

| **F & J MOVERS, INC.** | **MAUI HOME SUPPLY** |
| --- | --- |
| By______________________ | By______________________ |
| Its | Its |
| **Warehouseman** | **Depositor** |

# EXHIBIT A

## Inventory

Date: ____________________ Receipt No. _____

# F & J MOVERS, INC.

**1050 Kikowaena Place, Honolulu, Hawaii 96819**

## WAREHOUSE RECEIPT

This is to certify that **F & J MOVERS, INC.**, a Hawaii corporation ("Warehouseman"), has received for storage at the above address ("Warehouse"), for the account of **MIDPAC LUMBER CO., LTD.**, with its principal place of business at 1001 Ahua Street, Honolulu, Hawaii ("Depositor"), the goods described in Exhibit A (Inventory) attached hereto and made a part hereof. Any change of address of the Depositor must be given by Depositor to Warehouseman in writing and acknowledged in writing by Warehouseman.

The goods listed in Exhibit A were received in apparent good order, except as otherwise noted, subject to all terms and conditions contained herein. Such goods of Depositor shall be re-claimed by Depositor, as required by Depositor in the course of its business, upon payment of all storage or other charges and upon presentation of a proper delivery receipt.

**INSURANCE IS NOT INCLUDED FOR GOODS COVERED BY THIS RECEIPT FOR THE BENEFIT OF DEPOSITOR AGAINST FIRE OR OTHER CASUALTY. WAREHOUSEMAN SHALL NOT BE LIABLE FOR ANY LOSS OR INJURY TO GOODS HOWEVER CAUSED, UNLESS SUCH LOSS OR INJURY RESULTS FROM FAILURE OF WAREHOUSEMAN TO EXERCISE SUCH CARE IN REGARD TO DEPOSITOR'S GOODS AS A REASONABLY CAREFUL MAN WOULD EXERCISE UNDER LIKE CIRCUMSTANCES. MAXIMUM LIABILITY OF WAREHOUSEMAN FOR LOSS, IF ANY, IS LIMITED TO VALUE DECLARED BY DEPOSITOR. DECLARED VALUE: $________________.**

| **F & J MOVERS, INC.** | **MIDPAC LUMBER CO., LTD.** |
| --- | --- |
| By______________________ | By______________________ |
| Its | Its |
| **Warehouseman** | **Depositor** |

# EXHIBIT A

## Inventory