Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON 1126-0
LOUISE K. Y. ING 2394-0
THOMAS E. BUSH 4737-0
ALLISON KIRK 8156-0
18th Floor, ASB Tower
1001 Bishop Street
Honolulu, Hawaiʻi 96813
Telephone: 524-1800
Facsimile: 524-4591
palston@ahfi.com
ling@ahfi.com
tbush@ahfi.com
akirk@ahfi.com

Attorneys for Defendant/Cross-claimant
THE CIT GROUP/BUSINESS CREDIT, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; EDWIN BOWLING; FRANCES HALLER-BOWLING; RAYMOND IWAMOTO; KURT GLASSMAN; DOE INDIVIDUALS 1-50; DOE PARTNERSHIPS, CORPORATIONS OR OTHER ENTITIES 1-20,<br><br>Defendants,<br><br>and<br><br>F&J MOVERS, and RENEE K. COSTA,<br><br>Additional Crossclaim Defendants. | Civil No. CV 01 00187 MEA-BMK (Tort and RICO)<br><br>DEFENDANT/CROSS-CLAIMANT THE CIT GROUP/BUSINESS CREDIT, INC.'S **MOTION IN LIMINE TO PRECLUDE PLAINTIFF WHIRLPOOL FROM OFFERING WITNESSES OR EVIDENCE THAT IS INCONSISTENT WITH THE TESTIMONY OF ITS RULE 30(b)(6) DESIGNEES**; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF LOUISE K. Y. ING; EXHIBITS 1-6; CERTIFICATE OF SERVICE<br><br>JUDGE: Hon. Marvin E. Aspen<br><br>TRIAL: November 6, 2006 |

**DEFENDANT/CROSS-CLAIMANT THE CIT GROUP/ BUSINESS CREDIT, INC.'S MOTION IN LIMINE TO PRECLUDE PLAINTIFF WHIRLPOOL FROM OFFERING WITNESSES OR EVIDENCE THAT IS INCONSISTENT WITH THE TESTIMONY OF ITS RULE 30(b)(6) DESIGNEES**

Defendant/Cross-claimant THE CIT GROUP/BUSINESS CREDIT, INC. ("CIT") moves to preclude Plaintiff WHIRLPOOL CORPORATION ("Whirlpool") from offering witnesses or evidence that is inconsistent with the testimony of its Rule 30(b)(6) of the Federal Rules of Civil Procedure ("FRCP") designees' testimony.

Pursuant to FRCP, Rule 30(b)(6), CIT requested Whirlpool to produce the persons most knowledgeable on the subject area of deposition. Whirlpool named Alex Holton, Joe Higgins, Ernest Matlock and Carl Smith as their FRCP, Rule 30(b)(6) designees. During discovery, Whirlpool's designees testified on Whirlpool's behalf on a wide range of matters. As to many, the witnesses provided (right or wrong) specific and unequivocal substantive testimony; as to other matters, they were either uninformed or in doubt.

This motion is brought pursuant to FRCP, Rule 30(b)(6), Rule 16 of the Federal Rules of Civil Procedure, Rule 16 of the Federal Rules of Civil Procedure, and Rule 16.9 of the Rules of the United States District Court for the District of Hawaii ("Local Rules"), and is based on the memorandum, declarations, and exhibits attached hereto, the files and records herein, and such other materials as may be presented to the Court.

DATED: Honolulu, Hawaii, June 13, 2006.

/s/ Louise K. Y. Ing
PAUL ALSTON
LOUISE K. Y. ING
THOMAS E. BUSH
ALLISON KIRK
Attorneys for Defendant/Cross-claimant THE CIT GROUP/BUSINESS CREDIT, INC.