*At ev'ry trifle scorn to take offense.*
*— Alexander Pope*

28
Thursday
October 1999

- Commitments
- Journal Entry
- Thoughts & Ideas
- Agendas
- Conversations

## Daily Record of Events

301st Day 64 Left Week 43

REDACT

REDACT

TED PHELPS - Q - WHY I CALLED CIT IN CAL. DOES CIT HAVE PRESENCE ON THE ISLAND
HE IS THERE PRESENCE ON THE ISLAND. HE IS THEIR EYES + EARS.

© 1998 Franklin Covey Co. Printed in the U.S.A.

Seasons-Classic

EXHIBIT 1

A01015