# CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

SERVED ELECTRONICALLY THROUGH CM/ECF:

TIMOTHY J. HOGAN, ESQ. — tjh@loio.com
**Attorney for Plaintiff** — June 13, 2006

MARGERY S. BRONSTER, ESQ. — mbronster@bchlaw.net, audrey@bchlaw.net

JEANNETTE E. HOLMES CASTAGNETTI, ESQ. — jcastagnetti@bchlaw.net, jennifer@bchlaw.net
**Attorneys for Defendants**
**Edwin Bowling and Frances Haller-Bowling** — June 13, 2006

JOHN S. NISHIMOTO, ESQ. — john.nishimoto@hawadvocate.com
CALVIN E. YOUNG, ESQ. — calvin.young@hawadvocate.com
GARY S. MIYAMOTO, ESQ. — gary.miyamoto@hawadvocate.com
**Attorneys for Defendant Raymond S. Iwamoto** — June 13, 2006

ROBERT E. BADGER, ESQ. — rebadger@badgerlawhawaii.com, robertebadger@hotmail.com
**Attorney for Defendant Kurt Glassman** — June 13, 2006

SERVED BY FIRST CLASS MAIL:

ERIC J. GLASSMAN, ESQ. — June 14, 2006
Mennemeier, Glassman & Stroud LLP
980 9th Street, Suite 1700
Sacramento, California 95814
**Attorney for Defendant Kurt Glassman**

RENEE K. COSTA — June 14, 2006
21 Crossley Court
Sacramento, California 95833-3784
**Cross-Claim Defendant**

DATED: Honolulu, Hawaiʻi, June 13, 2006.

/s/ Louise K. Y. Ing
PAUL ALSTON
LOUISE K. Y. ING
THOMAS E. BUSH
ALLISON KIRK
Attorneys for Defendant/Cross-claimant THE CIT GROUP/BUSINESS CREDIT, INC.