Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON 1126-0
LOUISE K. Y. ING 2394-0
THOMAS E. BUSH 4737-0
ALLISON KIRK 8156-0
18th Floor, ASB Tower
1001 Bishop Street
Honolulu, Hawaiʻi 96813
Telephone: 524-1800
Facsimile: 524-4591
palston@ahfi.com
ling@ahfi.com
tbush@ahfi.com
akirk@ahfi.com

Attorneys for Defendant/Cross-claimant
THE CIT GROUP/BUSINESS CREDIT, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; EDWIN BOWLING; FRANCES HALLER-BOWLING; RAYMOND IWAMOTO; KURT GLASSMAN; DOE INDIVIDUALS 1-50; DOE PARTNERSHIPS, CORPORATIONS OR OTHER ENTITIES 1-20,<br><br>Defendants,<br><br>and<br><br>F&J MOVERS, and RENEE K. COSTA,<br><br>Additional Crossclaim Defendants. | Civil No. CV 01 00187 MEA-BMK (Tort and RICO)<br><br>**DEFENDANT/CROSS-CLAIMANT THE CIT GROUP/BUSINESS CREDIT, INC.'S MOTION IN LIMINE TO PRECLUDE USE OF AND ARGUMENT RE: TED PHELPS' JULY 29, 1999 LETTER AS EVIDENCE OF AGENCY;** MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF LOUISE K. Y. ING; EXHIBITS 1-3; CERTIFICATE OF SERVICE<br><br>JUDGE: Hon. Marvin E. Aspen<br><br>TRIAL: November 6, 2006 |

**DEFENDANT/CROSS-CLAIMANT THE CIT GROUP/BUSINESS CREDIT, INC.'S MOTION IN LIMINE TO PRECLUDE USE OF OR ARGUMENT ABOUT TED PHELPS' JULY 29, 1999 LETTER AS EVIDENCE OF AGENCY**

Defendant/Cross-Claimant The CIT Group/Business Credit, Inc. (CIT) hereby moves to preclude Whirlpool Corporation from eliciting testimony about, or arguing, that the July 29, 1999, letter from Ted Phelps to CIT (*Trial Ex. W613, attached as Ex. 1*), is evidence that Mr. Phelps was CIT's agent. Whirlpool mischaracterizes the import of Mr. Phelps' statement in his letter that "I have not discussed the contents of this letter with Kurt Glassman and I do not intend to." The letter says nothing that enables the court or jury to draw any conclusions about the existence, scope or duration of any "agency." Whirlpool's contemplated use of the letter will only confuse the jury and unfairly prejudice CIT.

This Motion is based on Rules 402 and 403 of the Federal Rules of Evidence, Rule 16 of the Federal Rules of Civil Procedure, and Rule 16.9 of the Rules of the United States District Court for the District of Hawaii ("Local Rules"),the memorandum, declarations, and exhibits attached hereto, the files and records herein, and such other matters as may be presented to the Court.

DATED: Honolulu, Hawai‘i, June 13, 2006.

/s/ Louise K. Y. Ing
PAUL ALSTON
LOUISE K. Y. ING
THOMAS E. BUSH
ALLISON KIRK
Attorneys for Defendant/Cross-claimant THE CIT GROUP/BUSINESS CREDIT, INC.