IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; et al.,<br><br>Defendants,<br><br>and<br><br>F&J MOVERS, and RENEE K. COSTA,<br><br>Additional Crossclaim Defendants. | Civil No. CV 01 00187 MEA-BMK (Tort and RICO)<br><br>**DECLARATION OF LOUISE K. Y. ING** |

**DECLARATION OF LOUISE K. Y. ING**

I, LOUISE K. Y. ING, declare as follows:

1. I am an attorney with the law firm of Alston Hunt Floyd & Ing, Attorneys At Law, A Law Corporation, attorneys for Defendant/Cross-Claimant THE CIT GROUP/BUSINESS CREDIT, INC.

2. I make this declaration based on my personal knowledge and am competent to testify as to the matters set forth herein.

3. Attached hereto as Exhibit 1 is a true and correct copy of handwritten notes from a calendar page dated October 28, 1999, an excerpt identified as Whirlpool Trial Exhibit W730.

4. Attached hereto as Exhibit 2 are true and correct copies of excerpts of the Rule 2004 Examination of Theodore G. Phelps, taken on December 7, 2000, in *In re Midpac Lumber Company, Inc.*, Case No. 00-00136, U.S.B.C. (Dist. of Hawaii).

5. Attached hereto as Exhibit 3 are true and correct copies of excerpts of the Deposition of Robert Brichacek, taken in this action on November 21, 2006.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 13th day of June, 2006.

/s/ Louise K. Y. Ing
LOUISE K. Y. ING