# TABLE OF AUTHORITIES

## FEDERAL CASES

*In re 200 Woodbury Realty Trust*, 99 B.R. 184 (Bankr. D.N.H. 1989) .......................................... 4

*In re Absolute Resources Corp.*, 76 F.Supp.2d 723 (N.D. Tex. 1999) .......................................... 14

*In re Amjad*, 87 F.3d 1082 (9th Cir. 1996) .................... 13

*Atari Corp. v. Ernst & Whinney*, 981 F.2d 1025 (9th Cir. 1992) 13

*B.E.L.T., Inc. v. Wachovia Corp.*, 403 F.3d 474 (7th Cir. 2005) ........................................ 6, 7

*In re Ballard*, 100 B.R. 526 (Bk Nev. 1989) .................. 8

*Bulgo v. Moniz*, 853 F.2d 710 (9th Cir. 1988) ................. 11

*Butts v. Atlanta Federal Sand L.*, 152 Ga.App. 40, 262 S.E.2d 230 (1979) .......................................... 5

*California Architectural Building Products, Inc. v. Franciscan Ceramics, Inc.*, 818 F.2d 1466 (9th Cir. 1987) ................. 3

*Clardy Manufacturing Co. v. Marine Midland Bus. Loans*, 88 F.3d 347 (5th Cir. 1996) .................................. 15

*Crigger v. Fahnestock*, 443 F.3d 230 (2d Cir. 2006) ........... 14

*Crowder v. Allen-West Com. Co.*, 213 F. 177 (8th Cir. 1914) .... 4

*Delta Savings Bank v. United States*, 265 F.3d 1017 (9th Cir. 2001) .......................................................... 10

*Doleman v. Meiji Mutual Life Insurance Co.*, 727 F.2d 1480 (9th Cir. 1984) .......................................... 18, 20, 21

*F.C. Imports, Inc. v. The First National Bank of Boston*, 816 F.Supp. 78 (D.P.R. 1993) ........................................ 5

*Finance Sec. Assurance v. Stephens*, 2006 U.S.App. LEXIS 13399 15

*G.E. Capital Corp. v. Union Planters Bank*, 409 F.3d 1049 (8th Cir. 2005) ................................. 23, 24, 25, 29

*Global Poly, Inc. v. Fred's Inc.*, 2004 U.S.Dist. LEXIS 21881 (N.D. Ill. 2004) .............................. 8, 9

*In re Hawaii Corp.*, 567 F. Supp. 609 (D. Haw. 1983) .......... 11

Harley-Davidson Motor Co. v. Bank of New England, 897 F.2d 611 (1st Cir. 1990) ........................................ 24

*Houston Exploration Co. v. Halliburton Energy Services*, 359 F.3d 777 (5th Cir. 2004) ......................................... 9

*ITT Commercial Finance Corp. v. Bank of the West*, *166* F.3d *295* (5th Cir. 1999) ........................................ 23

*Kennedy v. Venrock Associate*, 348 F.3d 584 (7th Cir. 2003) ... 16

*Littleton v. Littleton*, *106* B.R. *632* (B.A.P. 9th Cir. 1989) ............................................... 23, 29

Locricchio v. Legal Services Corp., 833 F.2d 1352 (9th Cir. 1987) ........................................ 12

*Manning v. Utilities Mutual Insurance*, 254 F.3d 387 (2d Cir. 2001) .................................................. 14

*Mantiply v. Mantiply*, 2006 Ala. LEXIS 96 .................... 16

*Matsushita Electric Industrial Co., Ltd. v. Zenith Radio Corp.*, 475 U.S. 574 (1985) ................................... 19, 20

*Moore v. Brewster*, 96 F.3d 1240 (9th Cir. 1996) .............. 12

*In re Prima Co.*, 98 F.2d 952 (7th Cir. 1938), *cert. denied*, *Keig of Prima Co. v. Harris Trust & Savings Bank*, 305 U.S. 658 (1939) .................................................... 4

*Quinn v. City of Kansas City, Kan.*, 64 F.Supp.2d 1084 (D. Kan. 1999) .................................................. 14

*Rasmussen v. Sports Media Sales, Inc.*, 691 F.Supp. 153 (N.D. Ill. 1988) ....................................... 23

*Resolution Trust Corp. v. Keating*, 186 F.3d 1110 (9th Cir. 1999) ........................................ 13

*Retrofit Partners v. Advanced Executive Aircraft*, 201 F.3d 155 (2d Cir. 2000) ................................ 15

*San Francisco v. Philip Morris*, 1998 WL 230980 (N.D. Cal.) ... 13

*Schwan's Sales Enterprises, Inc. v. Commerce Bank & Trust Co.*, 397 F.Supp.2d 189 (Mass. 2005) ....... 7, 26, 27, 32, 33, 34, 35

*Shams v. Fisher*, 107 F.Supp.2d 266 (S.D.N.Y. 2000) ........... 14

*In re Sharp International Corp.*, 403 F.3d 43 (2d Cir. 2005) .. 33

*Shaw v. Santa Monica Bank*, 920 F.Supp. 1080 (D. Haw. 1996) .... 5

*Sutherland v. Kaonohi Ohana, Ltd.*, 776 F.2d 1425 (9th Cir. 1985) ............................................. 12

*In re W.T. Grant Co.*, 699 F.2d 599 (2d Cir. 1983), *cert. denied*, *Cosoff v. Rodman*, 464 U.S. 822 (1983) ......................... 4

**STATE CASES**

*Alliance Mortgage Co. v. Rothwell*, 900 P.2d 601 (Cal. 1995) . 13

*Baker v. Metropolitan Life Insurance Co.*, 907 So.2d 419 (Ala. 2005) ................................................. 16

*Beclar Corp. v. Young*, 7 Haw. App. 183 (1988) ................ 30

*Brush Creek Airport v. Avion Park*, 57 P.3d 738 (Colo. 2002) .. 17

*Burgess v Arita*, 5 Haw. App. 581, 704 P.2d 930 (1985) .... 30, 31

*Cho Mark Oriental Food v. K&K International, 73* Haw. *509,,836* P.2d 1057 (1992) ............................................. 8

*Chow v. Alston*, 2 Haw. App. 480, 634 P.2d 430 (1981) ......... 31

*Federal Deposit Insurance Corp. v. High Tech Medical System*, 574 So.2d 1121 (Fla.Dist.Ct.App. 1991) ...................... 15

*Francis v. Lee Enterprises*, 89 Haw. 234 (1999) ............... 17

*Kezer v. Mark Stimson Associate*, 742 A.2d 898 (Me. 1999) ..... 15

*Kittay v. Atl. Bank of* N.Y. *(In re Global Serv. Group LLC)*, No. 01-15666 (SMB), 2004 WL 2480185 (Bankr. S.D.N.Y. Nov. 4, 2004) ............................................................... 6

*Kutcher v. Zimmerman*, 87 Haw. 394, 957 P.2d 1076 (Ct.App. 1998) .......................................... 34, 35

*Lee v. Aiu*, 85 Haw. 19, 936 P.2d 655 (1997) .................. 30

*Lord v. Souder*, 748 A.2d 393 (Del. 2000) ..................... 16

*Matsuura v. E. I. DuPont de Nemours and Co.*, 102 Haw. 149, 73 P.2d 687 (Haw. 2003) ................................ 10, 12, 18

*McKeague v. Talbert*, 3 Haw. App. 646 (1983) .................. 37

*Meridian Mortgage, Inc. v. First Hawaiian Bank*, 109 Haw. 35 (Ct. App. 2005) ............................... 34, 35

*Or. Pub. Employees' Ret. Bd. v. Simat*, 83 P.3d 350 (Or. Ct. App. 2004) .................................... 16, 17

*Shoppe v. Gucci America Inc.*, 94 Haw. 368, 14 P.3d 1049 (2000) ...................................................... 11

*Stahl v. Balsara*, 60 Haw. 144, 587 P.2d 1210 (1978) .......... 11

*TSA International, Ltd. v. Shimizu Corp.*, 92 Haw. 243, 990 P.2d 713 (1999) ......................................... 11

*Templeton v. United Parcel Serv.*, 2005 Ark. LEXIS 663 ........ 15

*Weinberg v. Mauch*, 78 Haw. 40, 890 P.2d 277 (1995) ...... 30, 35

*Williams v. Aetna Finance Co.*, 700 N.E.2d 859 (Ohio 1998) .... 15

*Wohlers v. N. America Life and Casualty Co.*, 969 P.2d 949 (Nev. 1998 ...................................................... 16

*Albert H. Wohlers & Co. v. Bartgis*, 969 P.2d 949 (Nev. 1998) 16

**STATE STATUTES**

Comment 2 to U.C.C. *§ 9-306* .................................. 23

UCC 9-332 ...................................................... 24

**MISCELLANEOUS**

Federal Rule of Civil Procedure 16 .............................. 1

HRS § 490:9-332 ........................................ 29

HRS § 490:9-307 .................................... 21, 22

HRS § 490:9-607(a) ..................................... 25

Restatement (Second) of Agency, § 43 ........................ 10