AYABE, CHONG, NISHIMOTO,
SIA & NAKAMURA
A Limited Liability Law Partnership

JOHN S. NISHIMOTO 1820-0
CALVIN E. YOUNG 3278-0
GARY S. MIYAMOTO 3233-0
STEVEN L. GOTO 6041-0
Pauahi Tower, Suite 2500
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 537-6119
Facsimile No. (808) 526-3491
john.nishimoto@hawadvocate.com
calvin.young@hawadvocate.com

Attorneys for Defendant
RAYMOND IWAMOTO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | | |
|---|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; CGBN, INC., a Hawaii corporation; MICHAEL CLIFFORD; EDWIN BOWLING; FRANCES HALLER-BOWLING; RAYMOND IWAMOTO; KURT GLASSMAN; DOE INDIVIDUALS 1-50; DOE PARTNERSHIPS, CORPORATIONS OR OTHER ENTITIES 1-20, | ) | CIVIL NO. 01-00187 MEA BMK<br>(Tort and RICO)<br><br>DEFENDANT RAYMOND IWAMOTO'S OBJECTIONS TO DEFENDANT THE CIT GROUP/BUSINESS CREDIT INC.'S DESIGNATION TO THE DEPOSITION TESTIMONY OF EDWIN BOWLING; CERTIFICATE OF SERVICE<br><br>Trial Date: November 6, 2006<br>Judge: Hon. Marvin E. Aspen |

Defendants,

and

CG DEVELOPMENT, INC., F&J MOVERS, and RENEE K. COSTA,

Additional Cross-Claim Defendants.

[2001556/302122]

**DEFENDANT RAYMOND IWAMOTO'S OBJECTIONS TO DEFENDANT THE CIT GROUP/BUSINESS CREDIT INC.'S DESIGNATION TO THE DEPOSITION TESTIMONY OF EDWIN BOWLING**

Comes Now, Defendant Raymond Iwamoto, by and through his attorneys, and for his Objections to Defendant The CIT Group/Business Credit Inc.'s Designation to the Deposition Testimony of Edwin Bowling as follows:

Mr. Bowling's deposition testimony should not be read to the jury because there is no showing that Mr. Bowling is unavailable to testify in person during trial. See, Fed. R. Civ. P. Rule 32(a). In the event that the Court allows Mr. Bowling's deposition to be read to the jury, Mr. Iwamoto raises the following objections to the testimony designated by Defendant The CIT Group/Business Credit Inc.:

| Page | Line | Objection |
|---|---|---|
| 26 | 2-25 | The questions and testimony concerning Mr. Bowling's acquisition of shares in CG Investments, Inc. are irrelevant to the claims being litigated at trial. |

| | | |
|---|---|---|
| 27<br>28 | 24-25<br>1-5 | The questions and testimony concerning Mr. Bowling's acquisition of shares in CG Investments, Inc. are irrelevant to the claims being litigated at trial. |
| 29 | 4-19; 22-25 | The questions and testimony concerning Mr. Bowling's acquisition of shares in CG Investments, Inc. are irrelevant to the claims being litigated at trial. |
| 30 | 1-25 | The questions and testimony concerning Mr. Glassman's compensation and Francis Haller Bowling's payment for shares in CG Investments, Inc. are irrelevant to the claims being litigated at trial. |
| 31 | 1-12 | The questions and testimony concerning Mr. Glassman's compensation and Francis Haller Bowling's payment for shares in CG Investments, Inc. are irrelevant to the claims being litigated at trial. |
| 31<br>32 | 22-25<br>2-5; 8-24 | The questions and testimony concerning Francis Haller Bowling's acquisition of shares in CG Development, Inc. are irrelevant to the claims being litigated at trial. |
| 33 | 15-24 | The questions and testimony concerning Francis Haller Bowling's acquisition of shares in CG Development, Inc. are irrelevant to the claims being litigated at trial. |
| 33<br>34 | 25<br>1-6 | The questions and testimony concerning Mr. Bowling's status as director of CG Development, Inc. and his knowledge of the corporation's business are irrelevant to the claims being litigated at trial. |
| 34<br>35 | 21-25<br>1-19 | The questions and testimony concerning Francis Haller Bowling's acquisition of shares in CG Acquisitions, Inc. are irrelevant to the claims being litigated at trial. |

| | | |
|---|---|---|
| 35<br>36 | 22-25<br>1-6, 10-12 | The questions and testimony concerning Mr. Bowling's status as director of CG Acquisitions, Inc., his knowledge of the corporation's business, and his opinion regarding the value of shares of stock are irrelevant to the claims being litigated at trial. |
| 36 | 13-15; 20-23 | The questions and testimony concerning Francis Haller Bowling's acquisition of shares in CGBN, Inc. and Mr. Bowling's knowledge that CGBN, Inc. acquired MidPac are irrelevant to the claims being litigated at trial. |
| 39<br><br>40 | 2-8; 11-14; 17-25<br>1-5 | The questions and testimony concerning Francis Haller Bowling's acquisition of shares in CGBN, Inc. and Mr. Bowling's opinion as to the shares' value are irrelevant to the claims being litigated at trial. |
| 53 | 18-20 | Counsel's comment regarding the document is irrelevant and should be stricken. |

DATED: Honolulu, Hawaii, June 15, 2006.

/s/ Gary S. Miyamoto
JOHN S. NISHIMOTO
CALVIN E. YOUNG
GARY S. MIYAMOTO
STEVEN L. GOTO
Attorneys for Defendant
RAYMOND IWAMOTO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; CGBN, INC., a Hawaii corporation; MICHAEL CLIFFORD; EDWIN BOWLING; FRANCES HALLER-BOWLING; RAYMOND IWAMOTO; KURT GLASSMAN; DOE INDIVIDUALS 1-50; DOE PARTNERSHIPS, CORPORATIONS OR OTHER ENTITIES 1-20,<br><br>Defendants,<br><br>and<br><br>CG DEVELOPMENT, INC., F&J MOVERS, and RENEE K. COSTA,<br><br>Additional Cross-Claim Defendants. | CIVIL NO. 01-00187 MEA BMK<br>(Tort and RICO)<br><br>CERTIFICATE OF SERVICE<br><br>Trial Date: November 6, 2006<br>Judge: Hon. Marvin E. Aspen |

[2001556/302122]

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was duly served on the following parties listed below, through electronic transmission on June 15, 2006.

TIMOTHY J. HOGAN, ESQ.
Lynch Ichida Thompson Kim & Hirota
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Attorney for Plaintiff
WHIRLPOOL CORPORATION

PAUL ALSTON, ESQ.
LOUISE K.Y. ING, ESQ.
Alston Hunt Floyd & Ing
1001 Bishop Street
Pacific Tower, 18th Floor
Honolulu, Hawaii 96813
Attorneys for Defendant
CIT GROUP/BUSINESS CREDIT, INC.

DATED: Honolulu, Hawaii, June 15, 2006.

/s/ Gary S. Miyamoto
JOHN S. NISHIMOTO
CALVIN E. YOUNG
GARY S. MIYAMOTO
STEVEN L. GOTO
Attorneys for Defendant
RAYMOND IWAMOTO