AYABE, CHONG, NISHIMOTO,
SIA & NAKAMURA
A Limited Liability Law Partnership

JOHN S. NISHIMOTO 1820-0
CALVIN E. YOUNG 3278-0
GARY S. MIYAMOTO 3233-0
STEVEN L. GOTO 6041-0
Pauahi Tower, Suite 2500
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 537-6119
Facsimile No. (808) 526-3491
john.nishimoto@hawadvocate.com
calvin.young@hawadvocate.com

Attorneys for Defendant
RAYMOND IWAMOTO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | | |
|---|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; CGBN, INC., a Hawaii corporation; MICHAEL CLIFFORD; EDWIN BOWLING; FRANCES HALLER-BOWLING; RAYMOND IWAMOTO; KURT GLASSMAN; DOE INDIVIDUALS 1-50; DOE PARTNERSHIPS, CORPORATIONS OR OTHER ENTITIES 1-20, | ) | CIVIL NO. 01-00187 MEA BMK<br>(Tort and RICO)<br><br>DEFENDANT RAYMOND IWAMOTO'S OBJECTIONS TO PLAINTIFF WHIRLPOOL CORPORATION'S DESIGNATION OF DEPOSITION OF ANDREW PAUL TAKEN ON MARCH 12, 2003; CERTIFICATE OF SERVICE<br><br>Trial Date: November 6, 2006<br>Judge: Hon. Marvin E. Aspen |

| | |
|---|---|
| Defendants, | ) |
| and | ) |
| CG DEVELOPMENT, INC., F&J MOVERS, and RENEE K. COSTA, | ) |
| Additional Cross-Claim Defendants. | ) |

[2001556/301981]

**DEFENDANT RAYMOND IWAMOTO'S OBJECTIONS TO PLAINTIFF WHIRLPOOL CORPORATION'S DESIGNATION OF DEPOSITION OF ANDREW PAUL TAKEN ON MARCH 12, 2003**

Comes Now, Defendant Raymond Iwamoto, by and through his attorneys, Ayabe Chong Nishimoto Sia & Nakamura, and for his Objections to Plaintiff Whirlpool Corporation's Designation of Deposition of Andrew Paul as follows:

| Page | Line | Objections |
|---|---|---|
| 31 | 10-12 | Question is vague, ambiguous, and irrelevant to the claims being litigated at trial. The answer is non-responsive to the question. |
| 35<br>36 | 22-25<br>1-10 | The purchase of lumber by MidPac from Maui Home Supply and the witness' lack of knowledge of that transaction is irrelevant to the claims being litigated at trial. |

| | | |
|---|---|---|
| 40<br>41<br>42 | 12-25<br>1-25<br>1-4 | The reference to "paragraph two" on page 40/ln. 12 and "next paragraph" on page 40ln. 23-24 are vague and ambiguous because counsel does not identify the document he is referring to.<br><br>The questions and testimony on page 40/ln. 12-22 are irrelevant. The employees' impression of Maui Home Supply is irrelevant to the claims being litigated at trial.<br><br>The questions and testimony on page 40/ln. 23-25, page 41/ln. 1-25, and page 42/ln. 1-4 concerning the number of inventories taken is irrelevant to the claims being litigated at trial. |
| 66<br>67 | 20-25<br>1-25<br>1-14 | The questions and testimony concerning labels and bills of lading (page 66/ln. 20-25; page 67/ln. 1-20) are irrelevant to the claims being litigated at trial.<br><br>The questions and testimony concerning the location of inventory (page 67/ln. 21-25; page 68/ln. 1-14) is irrelevant to the claims being litigated at trial. |
| 89<br>90<br>91 | 7-25<br>1-25<br>1-15 | The questions and testimony concerning the packing slips and stickers affixed to cartons containing Whirlpool's products are irrelevant to the claims being litigated at trial. |
| 91<br>92 | 18-25<br>1-7, 10-16 | The answer is unintelligible and non-responsive to the question. The answer is also irrelevant in light of the witness' inability to identify the document. |
| 92<br>93 | 22-25<br>1-13 | The question and answer concerning where MidPac stored its appliances are irrelevant to the claims being litigated at trial. |
| 104 | 14-19 | The questions and testimony concerning labels affixed to cartons containing Whirlpool's products are irrelevant to the claims being litigated at trial. |

DATED: Honolulu, Hawaii, June 15, 2006.

/s/ Gary S. Miyamoto
JOHN S. NISHIMOTO
CALVIN E. YOUNG
GARY S. MIYAMOTO
STEVEN L. GOTO
Attorneys for Defendant
RAYMOND IWAMOTO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; CGBN, INC., a Hawaii corporation; MICHAEL CLIFFORD; EDWIN BOWLING; FRANCES HALLER-BOWLING; RAYMOND IWAMOTO; KURT GLASSMAN; DOE INDIVIDUALS 1-50; DOE PARTNERSHIPS, CORPORATIONS OR OTHER ENTITIES 1-20,<br><br>Defendants,<br><br>and<br><br>CG DEVELOPMENT, INC., F&J MOVERS, and RENEE K. COSTA,<br><br>Additional Cross-Claim Defendants. | CIVIL NO. 01-00187 MEA BMK<br>(Tort and RICO)<br><br>CERTIFICATE OF SERVICE<br><br>Trial Date: November 6, 2006<br>Judge: Hon. Marvin E. Aspen |

[2001556/301981]

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was duly served on the following parties listed below, through electronic transmission on June 15, 2006.

TIMOTHY J. HOGAN, ESQ.
Lynch Ichida Thompson Kim & Hirota
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Attorney for Plaintiff
WHIRLPOOL CORPORATION

PAUL ALSTON, ESQ.
LOUISE K.Y. ING, ESQ.
Alston Hunt Floyd & Ing
1001 Bishop Street
Pacific Tower, 18th Floor
Honolulu, Hawaii 96813
Attorneys for Defendant
CIT GROUP/BUSINESS CREDIT, INC.

DATED: Honolulu, Hawaii, June 15, 2006.

/s/ Gary S. Miyamoto
JOHN S. NISHIMOTO
CALVIN E. YOUNG
GARY S. MIYAMOTO
STEVEN L. GOTO
Attorneys for Defendant
RAYMOND IWAMOTO