**LYNCH ICHIDA THOMPSON KIM & HIROTA**

TIMOTHY J. HOGAN 5312
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Telephone: (808) 528-0100
Fax No. (808) 528-4997
E-mail: tjh@loio.com

Attorney for Plaintiff
WHIRLPOOL CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; et al.,<br><br>Defendants. | **Civil No. CV01 00187 MEA-BMK (TORT AND RICO)**<br><br>**PLAINTIFF WHIRLPOOL CORPORATION'S OBJECTIONS TO DESIGNATION OF DEPOSITION TRANSCRIPTS**<br><br>**TRIAL**<br>**DATE: November 6, 2006**<br>**JUDGE: Honorable Marvin Aspen** |

PLAINTIFF WHIRLPOOL CORPORATION'S
OBJECTION TO DESIGNATION OF DEPOSITION TRANSCRIPTS

COMES NOW Plaintiff Whirlpool Corporation ("Whirlpool"), by and through its undersigned counsel, and hereby respectfully submits its Objection to Designation of Deposition Transcripts.

**Objections to CIT's Designation of Examination of**
**<u>Ted Phelps taken on December 7, 2002</u>**

| Page(s) | Line | Objection |
|---|---|---|
| 36 | 1-12 | Hearsay statement of Kurt Glassman. Lack of Personal knowledge |
| 48 | 1-5 | Hearsay. Lack of personal knowledge. Speculation regarding why Mr. Bowling was on Maui. |

**Objections to CIT's Designation of**
**<u>Deposition of Andrew Paul taken on March 12, 2003</u>**

| Page(s) | Line | Objection |
|---|---|---|
| 30 | 12-25 | Lack of personal knowledge, legal opinion, lack of foundation. |

DATED: Honolulu, Hawai'i, June 15, 2006.

/s/ Timothy J. Hogan
TIMOTHY J. HOGAN
Attorney for Plaintiff
WHIRLPOOL CORPORATION