Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON 1126-0
LOUISE K. Y. ING 2394-0
THOMAS E. BUSH 4737-0
ALLISON KIRK 8156-0
18th Floor, ASB Tower
1001 Bishop Street
Honolulu, Hawai‘i 96813
Telephone: 524-1800
Facsimile: 524-4591
palston@ahfi.com
ling@ahfi.com
tbush@ahfi.com
akirk@ahfi.com

Attorneys for Defendant/Cross-claimant
THE CIT GROUP/BUSINESS CREDIT, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI‘I

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; EDWIN BOWLING; FRANCES HALLER-BOWLING; RAYMOND IWAMOTO; KURT GLASSMAN; DOE INDIVIDUALS 1-50; DOE PARTNERSHIPS, CORPORATIONS OR OTHER ENTITIES 1-20,<br><br>Defendants,<br><br>and<br><br>F&J MOVERS, and RENEE K. COSTA,<br><br>Additional Crossclaim Defendants. | Civil No. CV 01 00187 MEA-BMK (Tort and RICO)<br><br>**DEFENDANT THE CIT GROUP/BUSINESS CREDIT, INC.'S FIRST AMENDED OBJECTIONS TO PLAINTIFF WHIRLPOOL CORPORATION'S DESIGNATION TO THE DEPOSITION TESTIMONY OF ANDREW PAUL**; CERTIFICATE OF SERVICE<br><br>JUDGE: Hon. Marvin E. Aspen<br><br>TRIAL: November 6, 2006 |

**DEFENDANT THE CIT GROUP/BUSINESS CREDIT, INC.'S FIRST AMENDED OBJECTIONS TO WHIRLPOOL CORPORATION'S DESIGNATION OF THE DEPOSITION TESTIMONY OF ANDREW PAUL**

Defendant The CIT Group/Business Credit, Inc. ("CIT") hereby amends and supplements its objections to testimony designated by Plaintiff Whirlpool Corporation from the Deposition of Andrew Paul, taken on March 12, 2003.

| **First Amended Objections to Designations from the Deposition of Andrew Paul, taken on March 12, 2003** | |
|---|---|
| **Whirlpool's Designations Page(s):Line(s)** | **CIT's Objections** |
| 35:22-36:10 | lack of foundation<br>**FRE 602:** lack of personal knowledge |
| 40:12-22 | lack of foundation<br>**FRE 602:** calls for speculation<br>**FRE 602:** lack of personal knowledge<br>**FRE 701:** improper opinion of lay witness<br>**FRE 403:** probative value is substantially outweighed by danger of unfair prejudice<br>**FRE 403:** confusion of the issues; misleading the jury<br>**FRE 802:** inadmissible hearsay |
| 46:9-47:6 | lack of foundation<br>**FRE 602:** calls for speculation<br>**FRE 602:** lack of personal knowledge<br>**FRE 802:** inadmissible hearsay<br>**FRE 403:** probative value is substantially outweighed by danger of unfair prejudice<br>**FRE 403:** confusion of the issues; misleading the jury |
| 47:21-48:4 | **FRE 403:** probative value is substantially outweighed by danger of unfair prejudice<br>**FRE 403:** confusion of the issues; misleading the jury<br>**FRE 602:** calls for speculation<br>**FRE 602:** lack of personal knowledge<br>**FRE 802:** hearsay |

| | |
|---|---|
| 49:5-50:16 | lack of foundation<br>Answer at 49:10 (starting with "CIT")-19 is non-responsive and should be stricken<br>**FRE 403:** probative value is substantially outweighed by danger of unfair prejudice<br>**FRE 403:** confusion of the issues; misleading the jury<br>**FRE 602:** calls for speculation<br>**FRE 602:** lack of personal knowledge<br>**FRE 701:** improper opinion of lay witness<br>**FRE 802:** inadmissible hearsay |
| 53:8-24 | lack of foundation<br>Answer at 53:16 (starting with "I know")-24 is non-responsive and should be stricken<br>**FRE 403:** probative value is substantially outweighed by danger of unfair prejudice<br>**FRE 403:** confusion of the issues; misleading the jury<br>**FRE 602:** calls for speculation<br>**FRE 602:** lack of personal knowledge<br>**FRE 802:** inadmissible hearsay |
| 54:8-55:13 | lack of foundation<br>**FRE 403:** probative value is substantially outweighed by danger of unfair prejudice<br>**FRE 403:** confusion of the issues; misleading the jury<br>**FRE 602:** calls for speculation<br>**FRE 602:** lack of personal knowledge<br>**FRE 701:** improper opinion of lay witness |
| 55:14-56:5 | lack of foundation<br>**FRE 403:** probative value is substantially outweighed by danger of unfair prejudice<br>**FRE 403:** confusion of the issues; misleading the jury<br>**FRE 602:** calls for speculation<br>**FRE 602:** lack of personal knowledge<br>**FRE 802:** inadmissible hearsay |

| | |
|---|---|
| 62:10-21 | lack of foundation<br>**FRE 402:** Mr. Paul's state of mind and opinion not relevant<br>**FRE 403:** probative value is substantially outweighed by danger of unfair prejudice<br>**FRE 403:** confusion of the issues; misleading the jury<br>**FRE 403:** undue delay, waste of time or needless presentation of cumulative evidence<br>**FRE 602:** calls for speculation<br>**FRE 602:** lack of personal knowledge<br>**FRE 701:** improper opinion of lay witness |
| 63:3-15 | lack of foundation<br>**FRE 402:** Mr. Paul's state of mind and opinion not relevant<br>**FRE 403:** probative value is substantially outweighed by danger of unfair prejudice<br>**FRE 403:** confusion of the issues; misleading the jury<br>**FRE 403:** undue delay, waste of time or needless presentation of cumulative evidence<br>**FRE 602:** calls for speculation<br>**FRE 602:** lack of personal knowledge<br>**FRE 701:** improper opinion of lay witness |
| 66:20-67:20 | lack of foundation<br>**FRE 402:** irrelevant evidence inadmissible<br>**FRE 403:** probative value is substantially outweighed by danger of unfair prejudice<br>**FRE 403:** confusion of the issues; misleading the jury<br>**FRE 403:** undue delay, waste of time<br>**FRE 602:** calls for speculation<br>**FRE 602:** lack of personal knowledge<br>**FRE 802:** hearsay |
| 83:16-84:10 | **FRE 402:** not relevant<br>**FRE 403:** probative value is substantially outweighed by danger of unfair prejudice<br>**FRE 403:** confusion of the issues; misleading the jury<br>**FRE 403:** undue delay, waste of time<br>**FRE 404:** character evidence |

| | |
|---|---|
| 89:7-91:15 | **FRE 602:** calls for speculation<br>**FRE 602:** lack of personal knowledge<br>**FRE 802:** hearsay<br>**FRE 403:** probative value is substantially outweighed by danger of unfair prejudice<br>**FRE 403:** confusion of the issues; misleading the jury |
| 104:7-13 | Question misquotes the witness<br>Question assumes facts not in evidence<br>Question is argumentative<br>**FRE 402:** not relevant<br>**FRE 403:** probative value is substantially outweighed by danger of unfair prejudice<br>**FRE 403:** confusion of the issues; misleading the jury<br>**FRE 602:** calls for speculation<br>**FRE 602:** lack of personal knowledge<br>**FRE 802:** who "directed" is hearsay |

DATED: Honolulu, Hawaiʻi, June 15, 2006.

/s/ Louise K. Y. Ing
PAUL ALSTON
LOUISE K. Y. ING
THOMAS E. BUSH
ALLISON KIRK
Attorneys for Defendant/Cross-claimant THE CIT GROUP/BUSINESS CREDIT, INC.