Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON 1126-0
LOUISE K. Y. ING 2394-0
THOMAS E. BUSH 4737-0
ALLISON KIRK 8156-0
18th Floor, ASB Tower
1001 Bishop Street
Honolulu, Hawaiʻi 96813
Telephone: 524-1800
Facsimile: 524-4591
palston@ahfi.com
ling@ahfi.com
tbush@ahfi.com
akirk@ahfi.com

Attorneys for Defendant/Cross-claimant
THE CIT GROUP/BUSINESS CREDIT, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; EDWIN BOWLING; FRANCES HALLER-BOWLING; RAYMOND IWAMOTO; KURT GLASSMAN; DOE INDIVIDUALS 1-50; DOE PARTNERSHIPS, CORPORATIONS OR OTHER ENTITIES 1-20,<br><br>Defendants,<br><br>and<br><br>F&J MOVERS, and RENEE K. COSTA,<br><br>Additional Crossclaim Defendants. | Civil No. CV 01 00187 MEA-BMK (Tort and RICO)<br><br>**DEFENDANT THE CIT GROUP/BUSINESS CREDIT, INC.'S OBJECTIONS TO PLAINTIFF WHIRLPOOL CORPORATION'S DESIGNATION OF THE DEPOSITION TESTIMONY OF DONNA MARTIN;** CERTIFICATE OF SERVICE<br><br>JUDGE: Hon. Marvin E. Aspen<br><br>TRIAL: November 6, 2006 |

**DEFENDANT THE CIT GROUP/BUSINESS CREDIT, INC.'S OBJECTIONS TO WHIRLPOOL CORPORATION'S DESIGNATION OF THE DEPOSITION TESTIMONY OF DONNA MARTIN**

Defendant The CIT Group/Business Credit, Inc. ("CIT") hereby objects to testimony designated by Plaintiff Whirlpool Corporation from the Deposition of Donna Martin, taken on December 16, 2002.

| **Objections to Designations from the Deposition of Donna Martin, taken on December 16, 2002** | |
|---|---|
| **Whirlpool's Designations Page(s):Line(s)** | **CIT's Objections** |
| 140:10-24 | lack of foundation<br>**FRE 602:** calls for speculation<br>**FRE 602:** lack of personal knowledge<br>**FRE 802:** inadmissible hearsay<br>**FRE 403:** probative value is substantially outweighed by danger of unfair prejudice<br>**FRE 403:** confusion of the issues; misleading the jury |
| 142:5-143:18 | lack of foundation<br>**FRE 602:** calls for speculation<br>**FRE 602:** lack of personal knowledge<br>**FRE 802:** inadmissible hearsay<br>**FRE 403:** probative value is substantially outweighed by danger of unfair prejudice<br>**FRE 403:** confusion of the issues; misleading the jury |
| 145:24-25 | Question should be stricken; objections made; no response given<br>**FRE 403:** probative value is substantially outweighed by danger of unfair prejudice<br>**FRE 403:** confusion of the issues; misleading the jury |

DATED: Honolulu, Hawaiʻi, June 15, 2006.

/s/ Louise K. Y. Ing
PAUL ALSTON
LOUISE K. Y. ING
THOMAS E. BUSH
ALLISON KIRK
Attorneys for Defendant/Cross-claimant THE CIT GROUP/BUSINESS CREDIT, INC.