Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON 1126-0
LOUISE K. Y. ING 2394-0
THOMAS E. BUSH 4737-0
ALLISON KIRK 8156-0
18th Floor, ASB Tower
1001 Bishop Street
Honolulu, Hawai‘i 96813
Telephone: 524-1800
Facsimile: 524-4591
palston@ahfi.com
ling@ahfi.com
tbush@ahfi.com
akirk@ahfi.com

Attorneys for Defendant/Cross-claimant
THE CIT GROUP/BUSINESS CREDIT, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI‘I

| | | |
|---|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; EDWIN BOWLING; FRANCES HALLER-BOWLING; RAYMOND IWAMOTO; KURT GLASSMAN; DOE INDIVIDUALS 1-50; DOE | ) | Civil No. CV 01 00187 MEA-BMK (Tort and RICO)<br><br>DEFENDANT THE CIT GROUP/BUSINESS CREDIT, INC.'S **JOINDER IN DEFENDANT RAYMOND IWAMOTO'S MOTION IN LIMINE #13 RE: TO EXCLUDE TESTIMONY BY DEBRA CLAWSON, ESQ.**, FILED 6/13/06; CERTIFICATE OF SERVICE |

| | | |
|---|---|---|
| PARTNERSHIPS, CORPORATIONS OR OTHER ENTITIES 1-20, | ) | |
| | ) | JUDGE: Hon. Marvin E. Aspen |
| Defendants, | ) | |
| | ) | TRIAL: November 6, 2006 |
| and | ) | |
| F&J MOVERS, and RENEE K. COSTA, | ) | |
| Additional Crossclaim Defendants. | ) | |

**DEFENDANT THE CIT GROUP/BUSINESS CREDIT, INC.'S JOINDER IN DEFENDANT RAYMOND IWAMOTO'S MOTION IN LIMINE #13 RE: TO EXCLUDE TESTIMONY BY DEBRA CLAWSON, ESQ., FILED 6/13/06**

The CIT Group/Business Credit, Inc. hereby joins in the above-entitled motion and supports exclusion of evidence of testimony by Debra Clawson, Esq., on the grounds it would not be based on personal knowledge, is irrelevant to Whirlpool's fraud conspiracy claims, is prejudicial and would confuse the jury. Moreover, her testimony would be cumulative of other Whirlpool witnesses, such as Ernest Matlock and Carl Smith, who were involved in overseeing the MidPac Lumber and Maui Home Supply accounts after MidPac and Maui Home Supply defaulted on their payment plan with Whirlpool.

This joinder is made pursuant to Local Rule 7.9 and FRE 602, 402 and 403. It is based on Mr. Iwamoto's Motion in Limine No. 13, the papers in support of such motion, and the filings in and record of this case.

DATED: Honolulu, Hawai'i, June 22, 2006.

/s/ Louise K. Y. Ing
PAUL ALSTON
LOUISE K. Y. ING
THOMAS E. BUSH
ALLISON KIRK
Attorneys for Defendant/Cross-claimant THE CIT GROUP/BUSINESS CREDIT, INC.