LYNCH ICHIDA THOMPSON KIM& HIROTA

TIMOTHY J. HOGAN 5312
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. No. (808) 528-0100
Fax No. (808) 528-4997
E-mail: tjh@loio.com

Attorney for Plaintiff
WHIRLPOOL CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation, et al.,<br><br>Defendants. | Civ. No. CV01 00187 MEA-BMK (TORT AND RICO)<br><br>**CERTIFICATE OF SERVICE RE: WHIRLPOOL CORPORATION'S OPPOSITION TO DOCKET NO. 788 CIT'S MOTION IN LIMINE TO PRECLUDE USE OF AND ARGUMENT RE: TED PHELPS' AUGUST 11, 1999 EMAIL AND DECLARATION OF TIMOTHY J. HOGAN; EXHIBITS 1 AND 2** |

**CERTIFICATE OF SERVICE RE: WHIRLPOOL CORPORATION'S OPPOSITION TO DOCKET NO. 788 CIT'S MOTION IN LIMINE TO PRECLUDE USE OF AND ARGUMENT RE: TED PHELPS' AUGUST 11, 1999 EMAIL AND DECLARATION OF TIMOTHY J. HOGAN; EXHIBITS 1 AND 2**

I hereby certify that on the dates and by the methods of service noted below, a true and correct copy of **WHIRLPOOL CORPORATION'S OPPOSITION TO DOCKET NO. 788 CIT'S MOTION IN LIMINE TO PRECLUDE USE OF AND ARGUMENT RE: TED PHELPS' AUGUST 11, 1999 EMAIL AND DECLARATION OF TIMOTHY J. HOGAN; EXHIBITS 1 AND 2** was served on the following at their last known addresses:

Served Electronically on June 26, 2006 :

Paul Alston palston@ahfi.com

Margery S. Bronster mbronster@bchlaw.net, audrey@bchlaw.net

Thomas E. Bush teb@ahfi.com

Jeannette H. Castagnetti jcastagnetti@bchlaw.net, jennifer@bchlaw.net

Steven L. Goto steven.goto@hawadvocate.com

Lea O. Hong lea@ahfi.com

Louise K.Y. Ing ling@ahfi.com, dka@ahfi.com

John S. Nishimoto john.nishimoto@hawadvocate.com

Ted N. Pettit ! tnp@caselombardi.com, eab@caselombardi.com; shy@caselombardi.com; ikm@caselombardi.com; amf@caselombardi.com

Calvin E. Young calvin.young@hawadvocate.com

DATED: Honolulu, Hawai'i, June 26, 2006.

/s/ Timothy J. Hogan
TIMOTHY J. HOGAN
Attorney for Plaintiff
WHIRLPOOL CORPORATION