LYNCH ICHIDA THOMPSON KIM& HIROTA

TIMOTHY J. HOGAN 5312
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. No. (808) 528-0100
Fax No. (808) 528-4997
E-mail: tjh@loio.com

Attorney for Plaintiff
WHIRLPOOL CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation, et al.,<br><br>Defendants. | Civ. No. CV01 00187 MEA-BMK<br>(TORT AND RICO)<br><br>**WHIRLPOOL CORPORATION'S OPPOSITION TO DOCKET NO. 789 CIT'S MOTION IN LIMINE TO PRECLUDE EVIDENCE OF AND ARGUMENT RE: ALLEGED BANKRUPTCY FRAUD BY CIT**<br><br>TRIAL<br>DATE: November 6, 2006<br>JUDGE: Honorable Marvin Aspen<br>NO HEARING DATE SET |

**WHIRLPOOL CORPORATION'S OPPOSITION TO DOCKET NO. 789 CIT'S MOTION IN LIMINE TO PRECLUDE EVIDENCE OF AND ARGUMENT RE: ALLEGED BANKRUPTCY FRAUD BY CIT**

Comes now Plaintiff Whirlpool Corporation, by and through its undersigned counsel and hereby respectfully submits its opposition to Docket No. 789 CIT's Motion in Limine to Preclude Evidence of and Argument Re: Alleged Bankruptcy Fraud by CIT (the "Motion").

CIT forgets that it is not the only defendant in this case. There is evidence that the Court has found sufficient evidence to try Mr. Iwamoto on the conspiracy to commit a violation of RICO claim under 18 U.S.C. 1962(d) that still proceeds in this case. CIT is concerned, however, because the claims related to the conduct of Mr. Iwamoto in regard to his conduct just prior to the bankruptcy filing by MidPac's creditors, in transferring assets clearly knowing of the potential pendency of a case under Title 11, makes this entire issue one of concern for CIT who benefitted from Mr. Iwamoto's pre-petition conduct. What CIT is most concerned about in regard to the MidPac stay lift order is that it now makes clear that CIT never obtained a stay lift order for the property it took from Maui Home Supply and, therefore, CIT's acquisition and assertion of domination over those sums of money is rightfully a significant concern to CIT.

While it is true that there is no RICO claim pending against CIT, there is, however, a RICO conspiracy claim pending against Mr. Iwamoto and it would be

inappropriate to dismiss any of the allegations of predicate acts in this case simply as a convenience to CIT. Therefore the Motion should be denied.

DATED: Honolulu, Hawai'i, June 26, 2006.

/s/ Timothy J. Hogan
TIMOTHY J. HOGAN
Attorney for Plaintiff
WHIRLPOOL CORPORATION