LYNCH ICHIDA THOMPSON KIM& HIROTA

TIMOTHY J. HOGAN 5312
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. No. (808) 528-0100
Fax No. (808) 528-4997
E-mail: tjh@loio.com

Attorney for Plaintiff
WHIRLPOOL CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation, et al.,<br><br>Defendants. | Civ. No. CV01 00187 MEA-BMK (TORT AND RICO)<br><br>**DECLARATION OF TIMOTHY J. HOGAN IN SUPPORT OF WHIRLPOOL CORPORATION'S OPPOSITION TO DOCKET NO.S 790 AND 791 REGARDING RAYMOND IWAMOTO'S MOTION IN LIMINE NO 6 TO EXCLUDE EVIDENCE OF TESTIMONIES BY EDWIN BOWLING, FRANCES BOWLING, KURT GLASSMAN, MICHAEL CLIFFORD AND THEODORE PHELPS DURING BANKRUPTCY PROCEEDINGS** |

**DECLARATION OF TIMOTHY J. HOGAN IN SUPPORT OF WHIRLPOOL CORPORATION'S OPPOSITION TO DOCKET NO.S 790 AND 791 REGARDING RAYMOND IWAMOTO'S MOTION IN LIMINE NO 6 TO EXCLUDE EVIDENCE OF TESTIMONIES BY EDWIN BOWLING, FRANCES BOWLING, KURT GLASSMAN, MICHAEL CLIFFORD AND THEODORE PHELPS DURING BANKRUPTCY PROCEEDINGS; EXHIBITS 1 to 3**

I, Timothy J. Hogan, am an attorney licensed to practice before all the courts of the State of Hawaii and I make this declaration under penalty of perjury. All the statements herein are true and correct to the best of my knowledge, information and belief. If called upon to testify regarding the matters herein, I am competent and willing to do so.

1. Attached hereto as Exhibit "1" is a true and correct copy of the and excerpt for the transcript of the Edwin Bowling Fed. R. Bankr. P. 2004 Examination evidencing the attendees at the February 1, 2001 examination taken in *In re CG Ivestments, Inc.*, Bk. No. 00-00323 (Bankr. HI).

2. Attached hereto as Exhibit "2" is a true and correct copy of the Phelps Fed. R. Bankr. P. 2004 Order filed in *In re MidPac Lumber Company, Ltd.*, Bk. No. 00-00136 (Bankr. HI).

3. Attached hereto a Exhibit "3" is a true and correct copy of the Certificate of Service regarding the Phelps Fed. R. Bankr. P 2004 Order in *In re*

*MidPac Lumber Company, Ltd.*.

DATED: Honolulu, Hawai'i, June 26, 2006.

/s/ Timothy J. Hogan
TIMOTHY J. HOGAN
Attorney for Plaintiff
WHIRLPOOL CORPORATION