# Exhibit 1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

---:---

| | |
|---|---|
| In re<br><br>CG INVESTMENTS, INC. dba<br>MAUI HOME SUPPLY,<br><br>Debtor. | CIVIL NO. 00-00323<br>(Chapter 7)<br><br>VOLUME I |

EXAMINATION OF EDWIN BOWLING

Taken on behalf of the Creditor Whirlpool Corporation at the law offices of Lynch Ichida Thompson & Kim, Suite 1405, 1132 Bishop Street, Honolulu, Hawaii 96813, commencing at 9:20 a.m. on Thursday, February 1, 2001, pursuant to Notice.

REPORTED BY: JOLENE C. HANECA, CSR #132
Notary Public, State of Hawaii

APPEARANCES:

Attorney for the Creditor Whirlpool Corporation:

TIMOTHY J. HOGAN, ESQ.
Lynch Ichida Thompson & Kim
Suite 1405
1132 Bishop Street
Honolulu, Hawaii 96813

Attorney for Edwin Bowling:

DAVID C. FARMER, ESQ.
Ashford & Wriston
1400 Alii Place
1099 Alakea Street
Honolulu, Hawaii 96813

Attorney for CIT Group/Credit Finance, Inc.:

THEODORE D.C. YOUNG, ESQ.
Cades Schutte
Fleming & Wright
15th Floor
1000 Bishop Street
Honolulu, Hawaii 96813

ALSO PRESENT: Debra Clawson
Mark B. Desmarais, Esq.