# Exhibit 2

FILED
U.S. BANKRUPTCY COURT
DISTRICT OF HAWAII

2000 NOV 20 AM 10: 13

LYNCH ICHIDA THOMPSON & KIM

TIMOTHY J. HOGAN 5312-0
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Telephone No. 528-0100

Attorney for Creditor
WHIRLPOOL CORPORATION

RECEIVED
NOV 16 2000
UNITED STATES BANKRUPTCY COURT
DISTRICT OF HAWAII

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

ENTERED ON DOCKET
NOV 20 2000

| | |
|---|---|
| In re<br><br>MIDPAC LUMBER COMPANY, INC.,<br><br>Debtor. | CASE NO. 00-00136<br>(Chapter 7) |

**ORDER GRANTING WHIRLPOOL CORPORATION'S EX PARTE MOTION FOR ORDER AUTHORIZING EXAMINATION OF THEODORE G. PHELPS INDIVIDUALLY AND AS THE REPRESENTATIVE OF PHELPS ASSOCIATES UNDER RULE 2004 AND FOR PRODUCTION OF DOCUMENTS, RECORDS, AND PAPERS RELATING TO THE DEBTOR'S ESTATE; EXHIBIT "A"**

Whirlpool Corporation ("Whirlpool") filed its Ex Parte Motion for Order Authorizing Examination of Theodore G. Phelps Individually and as the Representative of Phelps Associates under Rule 2004 and for Production of Documents, Records, and Papers Relating to the Debtor's Estate (the "Motion"). The Motion and the supporting Memorandum and Declaration having been duly considered, and having found that Whirlpool under Bankruptcy Rule 2004 is entitled to conduct said examination of Theodore G. Phelps, individually and as representative of Phelps

Associates, now, therefore, THE MOTION IS GRANTED.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Theordore G. Phelps, individually and as representative of Phelps Associates be directed to appear at the offices of Arder & Hadden, LLP, 725 South Figueroa Street, Suite 3400, Los Angeles, CA 90017 on December 4, 2000, at 9:00 a.m., HST or such other time as the parties agree, to be examined upon oral examination regarding matters within the scope of examination provided by Fed. R. Bankr. P. 2004.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that at or before the time of such examination, Theodore G. Phelps, individually and as representative of Phelps Associates produce any and all documents and records relating to CG Investments, Inc. dba Maui Home Supply and MidPac Lumber Company, Ltd. including but not limited to, the documents contained in the attached Exhibit "A."

DATED: Honolulu, Hawaii, NOV 20 2000.

MARK VAN ALLSBURG

UNITED STATES BANKRUPTCY ~~JUDGE~~ CLERK

BY: [signature]
DEPUTY CLERK

---

In re MidPac Lumber Company, LTD., Case No. 00-00136, Chapter 7, United States Bankruptcy Court, District of Hawaii, Order Granting Whirlpool Corporation's Ex Parte Motion for Order Authorizing Examination of Theodore G. Phelps Individually and as Representative of Phelps Associates under Rule 2004 and Production of Documents, Records, and Papers Relating to the Debtor's Estate; Exhibit "A"

**EXHIBIT "A"**

1. Any and all Documents relating to CG Investments, Inc., dba Maui Home Supply, MidPac Lumber Company, Ltd., MidPac Properties, Inc., MidPac Investments, Inc., CG Spectrum, Inc. Wspectrum, Inc., aka W. Spectrum, Inc., G Spectrum, CGBN, Inc., CGMID, Inc., CG Development, Inc. KSG, LLC, CG Acquisitions, Inc., Private Capital Financial Advisors, Ltd. dba Pacific Advisory Group, Raimondo Pettit Glassman Group, RPG, McLeod Enterprises, Inc., and/or Glenda Corp.

2. Any and all Documents relating to Whirlpool Corporation, and/or any of its brand names, Kitchen Aid and/or Roper.

3. Any and all Documents related to Michael Clifford or any entity in which you have any belief that Michael Clifford may have an ownership interest including, but not limited to, Hanson Sales, Hawaiian Housewares, Ltd., MC Investments, Inc., KEC Ltd and/or Kamaiana Distribution, Co., Mutual Distributors.

4. ~~Any and all Documents related to The CIT Group/Business Credit Inc.~~

5. Any and all Documents related to Christine Pleuse

6. Any and all Documents related to Rene Costa.

7. Any and all Documents related to Raymond Iwamoto.

8. Any and all Documents related to F & J Movers

9. ~~Any and all Documents related to Francis Akiu.~~

10. Any and all Documents related to J & J Hardware.

11. If not included in the response to the above requests, any and all correspondence with CG Investments, Inc., MidPac Lumber Co. Ltd., CIT Group/Business Credit, Inc., Kurt Glassman, Michael Clifford, CG Development, Inc., including but not limited to all correspondence with any attorneys of these entities.