# Exhibit 3

FILED
U.S. BANKRUPTCY COURT
DISTRICT OF HAWAII
2000 NOV 28 AM 11:27

**LYNCH ICHIDA THOMPSON & KIM**
**A Law Corporation**

TIMOTHY J. HOGAN 5312
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel: (808) 528-0100

Attorney for Creditor Whirlpool Corporation

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re | ) Case No. 00-00136 |
| | ) (Chapter 7) |
| MIDPAC LUMBER COMPANY, LTD. | ) |
| | ) |
| Debtor. | ) |
| | ) |
| ______________________________ | ) |

**CERTIFICATE OF SERVICE**
**ORDER GRANTING WHIRLPOOL CORPORATION'S EX PARTE MOTION FOR ORDER TO CONDUCT EXAMINATION OF THEODORE G. PHELPS INDIVIDUALLY AND AS THE REPRESENTATIVE OF PHELPS ASSOCIATES UNDER RULE 2004 AND FOR PRODUCTION OF DOCUMENTS, RECORDS, AND PAPERS RELATING TO DEBTOR'S ESTATE; EXHIBIT "A"**

The undersigned hereby certifies that on this date a true and correct copy of the Order Granting Whirlpool Corporation's Ex Parte Motion for Order to Conduct Examination of Theodore G. Phelps Individually and As the Representative of Phelps Associates Under Rule 2004 and for Production of Documents, Records, and Papers Relating to Debtor's Estate; Exhibit "A" filed on November 20, 2000 was duly served on the parties listed below via United States mail, postage prepaid, and/or via hand delivery on NOV 28 2000.

167

| | |
|---|---|
| Martin Brill, Esq.<br>Levene Neale Bender Rankin Brill, LLP<br>1801 Avenue of the Stars, Suite 1120<br>Los Angeles, California 90067<br>Attorney for Theodore G. Phelps | First Class Mail |
| Jerrold K. Guben, Esq.<br>Stuart T. Feeley, Esq.<br>Makai Tower, 24th Floor<br>733 Bishop Street<br>Honolulu, Hawaii 96813<br>Attorney for Trustee Mark J.C. Yee | Hand Delivery |
| Nicholas C. Dreher, Esq.<br>Cades Schutte Fleming & Wright<br>1000 Bishop Street<br>Honolulu, Hawaii 96813<br>Attorney for The CIT Group/Business Credit, Inc. | Hand Delivery |
| Ronald K. Kotoshirodo, Esq.<br>Pacific Tower<br>1001 Bishop Street, Suite 987<br>Honolulu, Hawaii 96813<br>Attorney for City Bank | Hand Delivery |
| Mark B. Desmarais, Esq.<br>Goodsill Anderson Quinn & Stifel<br>1099 Alakea Street<br>Alii Place, Suite 1800<br>Honolulu, HI 96813<br>Attorney for Defendants<br>MidPac Lumber Co. Ltd., CG Investments, Inc.<br>CG Development, Inc. and Kurt T. Glassman | Hand Delivery |

DATED: Honolulu, Hawaii ______________________.

TIMOTHY J. HOGAN
Attorney for Creditor Whirlpool Corporation