# Exhibit
# 1

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

GOODSILL ANDERSON QUINN & STIFEL

ATTORNEYS AT LAW

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

Client : 19909
Matter : 91370
Date : 10/18/99
Invoice : 257579
Attorney: R. IWAMOTO

MIDPAC LUMBER CO LTD
841 BISHOP ST., SUITE 930
HONOLULU, HI 96813

Attention: KURT S. GLASSMAN

Return this portion with your payment

---

MIDPAC LUMBER CO LTD
Re: GENERAL

Date: 10/18/99
Invoice: 257579

For Professional Services Rendered and Costs Advanced through 09/30/99

| Date | Professional Services |
|---|---|
| | Services provided by E. ELKIND |
| 09/08/99 | REVIEW VARIOUS CORRESPONDENCE AND DOCUMENTS RE MIDPAC REFINANCING IN PREPARATION FOR MEETING; MEETING WITH K. GLASSMAN, E. BOWLING, T. PHELPS, R. IWAMOTO; |
| | Services provided by L. EWART |
| 09/01/99 | REVIEW DRAFT OF MORTGAGE TO CIT GROUP ON MAUI PROPERTY. |
| 09/02/99 | REVIEW LOAN AND SECURITY AGREEMENT PROVISIONS AND MORTGAGE ON MAUI PROPERTY. |
| 09/15/99 | RE: CIT MORTGAGE ON MAUI PROPERTY - TELEPHONE CONFERENCE WITH N. DREHER; MARK COMMENTS ON DRAFT MORTGAGE. |
| 09/30/99 | REVIEW REVISIONS TO CIT MORTGAGE; CONFERENCE WITH R. IWAMOTO RE: ASSIGNMENT OF FINANCING STATEMENT. |
| | Services provided by R. IWAMOTO |
| 09/01/99 | LETTER TO THOMAS B. WONG, ESQ. (ATTORNEY FOR DAMON ESTATE); TELEPHONE CONFERENCE WITH THOMAS WONG; MEETING AT KURT GLASSMAN'S OFFICE; MEETING WITH CITY BANK; WORK ON LETTER TO CITY BANK; DRAFT SECOND |

** Continued on next page **

To insure proper credit, please note case or invoice number on your check.
MAKE CHECK PAYABLE TO: GOODSILL ANDERSON QUINN & STIFEL

EXHIBIT "22"

Y 01846

# GOODSILL ANDERSON QUINN & STIFEL

ATTORNEYS AT LAW

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com


MIDPAC LUMBER CO LTD
10/18/99
Page 2

Client: 19909
Matter: 91370
Invoice: 257579

| Date | Professional Services |
|---|---|
| | LETTER TO THOMAS WONG; MESSAGE FROM NICK DREHER RE MORTGAGE; REVIEW FORBEARANCE CONTRACT; TELEPHONE CONFERENCE WITH TED PHELPS RE SAME; TELEPHONE CALL FROM KURT S. GLASSMAN. |
| 09/02/99 | MEETING WITH CLIENTS; TELEPHONE CONFERENCE WITH THOMAS WONG; LETTER TO THOMAS WONG; LETTER TO CLIFF OGATA (CITY BANK); TELEPHONE CONFERENCE WITH KURT GLASSMAN AND ED BOWLING; TELEPHONE CONFERENCE WITH TED PHELPS; DRAFT LETTER TO G. SAMSON; CONFERENCE WITH LANI EWART RE MORTGAGE FOR CIT; TELEPHONE CONFERENCE WITH R. LIM; TELEPHONE CONFERENCE WITH CLIFF OGATA. |
| 09/03/99 | TELEPHONE CONFERENCE WITH TED PHELPS; TELEPHONE CONFERENCE WITH KURT GLASSMAN; PREPARE REORGANIZING PLAN; PREPARE INVESTOR AGREEMENT; REVIEW LETTER FROM DAMON'S ATTORNEY. |
| 09/04/99 | WORK ON INVESTOR AGREEMENT; FAX TO KURT GLASSMAN. |
| 09/07/99 | TELEPHONE CONFERENCE WITH TED PHELPS (THREE TIMES); TELEPHONE CONFERENCE WITH KURT GLASSMAN; TELEPHONE CONFERENCE WITH THOMAS WONG RE RENT PAYMENT; FIGURE OUT RENTAL AMOUNTS. |
| 09/08/99 | MEETING; TELEPHONE CALL FROM MR. DAVENPORT; TELEPHONE CALL TO TED PHELPS; LETTER TO THOMAS WONG RE WE PAID THE RENT. |
| 09/11/99 | FAX FROM TED PHELPS; LETTER TO DAVENPORT; REVIEW AND E-MAIL COMMENT TO TED PHELPS. |
| 09/13/99 | TELEPHONE CONFERENCE WITH TED PHELPS; INSTRUCT ELIZABETH LEE TO SEND STOCK CERTIFICATES TO CIT; MEETING AT KURT GLASSMAN'S OFFICE. |
| 09/14/99 | TELEPHONE CONFERENCE WITH TED PHELPS; TELEPHONE CONFERENCE WITH KURT GLASSMAN; REVIEW COMMISSION AGREEMENT; E-MAIL TO TED PHELPS; WORK ON CGBN STOCK SITUATION; DISCUSS WITH YVONNE LEWIS ALL RE SUBCHAPTER S ELECTION; TELEPHONE CONFERENCE WITH CLIFF OGAWA RE COMMITMENT; TELEPHONE CONFERENCE WITH TED PHELPS RE TIMETABLE; DISCUSS SEC ISSUES WITH DAVID REBER AND GREG KIM; LETTER TO THOMAS J. WONG; TELEPHONE CONFERENCE WITH LESLIE MAHARAJ. |
| 09/15/99 | MEETING WITH CLIENTS; TELEPHONE CONFERENCE WITH TED PHELPS; TELEPHONE CONFERENCE WITH KURT GLASSMAN (TWICE); TELEPHONE CONFERENCE WITH CLIFF OGATA; DRAFT COMMITMENT LETTER; DRAFT LETTER TO CLIFF OGATA; LOOK UP |

** Continued on next page **

GOODSILL ANDERSON QUINN & STIFEL

ATTORNEYS AT LAW

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

MIDPAC LUMBER CO LTD
10/18/99
Page 3

Client: 19909
Matter: 91370
Invoice: 257579

| Date | Professional Services |
|---|---|
| | ARTICLES FOR CGBN RE AUTHORIZED SHARES; LETTER TO ESCROW; OPEN ESCROW. |
| 09/16/99 | FINALIZE LETTER TO CLIFFORD OGATA; FINALIZE COMMITMENT LETTER. |
| 09/22/99 | REVIEW CITY BANK COMMITMENT LETTER; TELEPHONE CONFERENCE WITH KURT GLASSMAN; REVIEW AND REVISE COMMITMENT LETTER FROM GLINDA; LETTER TO THOMAS WONG RE DAMON ESTATE. |
| 09/28/99 | MEETING WITH CLIENTS; MEETING WITH CITY BANK OFFICERS; TELEPHONE FROM GARY SAMSON. |
| 09/29/99 | TELEPHONE FROM RICH LIM (CITY BANK); TELEPHONE TO TED PHELPS; TELEPHONE CALL FROM GARY SAMSON; MESSAGE FROM KURT GLASSMAN; TELEPHONE CONFERENCE WITH TED PHELPS; REVIEW DRAFT OF TED PHELPS' LETTER TO CIT; E-MAIL TO E. LEE AND YOL; CONFERENCE WITH E. LEE TO PREPARE CHECKLIST FOR CLOSING. |
| 09/30/99 | TELEPHONE CONFERENCE WITH G. SAMSON, ROBERT BRICHACEK AND TED PHELPS; TELEPHONE CONFERENCE WITH TED PHELPS; MEETING WITH CITY BANK; MEETING WITH KURT GLASSMAN AND ED BOWLING; WORK ON UCC-1 QUESTION; PREPARE LETTER ON SAME; LETTER TO THOMAS WONG; FAX MESSAGE TO MITCHELL IMANAKA; LETTER TO JON PANG. |
| | Services provided by K. KAWAFUCHI |
| 09/09/99 | ANALYZE WHETHER AND HOW MIDPAC SHOULD ELECT S CORPORATION STATUS AND POTENTIAL TAX IMPACT. |
| | Services provided by G. KIM |
| 09/14/99 | ADVISE R. IWAMOTO RE SECURITIES LAW EXEMPTIONS IN CONNECTION WITH SALE OF MIDPAC STOCK. |
| 09/15/99 | CONTINUE WORK ON SECURITIES LAWS ISSUES AND ADVISE R. IWAMOTO. |
| | Services provided by E. LEE |
| 09/13/99 | FINALIZE LETTER TO GARY SAMSON AND TRANSMIT SAME TOGETHER WITH ORIGINAL STOCK CERTIFICATES, GOOD STANDING CERTIFICATES AND UCC-1 FINANCING STATEMENTS |

** Continued on next page **