LYNCH ICHIDA THOMPSON KIM& HIROTA

TIMOTHY J. HOGAN 5312
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. No. (808) 528-0100
Fax No. (808) 528-4997
E-mail: tjh@loio.com

Attorney for Plaintiff
WHIRLPOOL CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation, et al.,<br><br>Defendants. | Civ. No. CV01 00187 MEA-BMK<br>(TORT AND RICO)<br><br>**CERTIFICATE OF SERVICE RE: WHIRLPOOL CORPORATION'S OPPOSITION TO DOCKET NO. 795 REGARDING RAYMOND IWAMOTO'S MOTION IN LIMINE NO. 5 TO EXCLUDE EVIDENCE OF FINANCIAL INFORMATION, STATEMENTS AND RECORDS OF MIDPAC LUMBER COMPANY, LTD., CGBN, INC., CG INVESTMENTS, INC., CG ACQUISITIONS, INC., CG DEVELOPMENT, INC., AND THE SPECTRUM ENTITIES; EXHIBITS 1 AND 2 and DECLARATION OF TIMOTHY J. HOGAN IN SUPPORT OF WHIRLPOOL CORPORATION'S OPPOSITION TO DOCKET NO. 795 REGARDING RAYMOND** |

) **IWAMOTO'S MOTION IN**
) **LIMINE NO. 5 TO EXCLUDE**
) **EVIDENCE OF FINANCIAL**
) **INFORMATION, STATEMENTS**
) **AND RECORDS OF MIDPAC**
) **LUMBER COMPANY, LTD.,**
) **CGBN, INC., CG INVESTMENTS,**
) **INC., CG ACQUISITIONS, INC.,**
) **CG DEVELOPMENT, INC., AND**
) **THE SPECTRUM ENTITIES;**
) **EXHIBITS 1 AND 2**
)
______________________________ )

**CERTIFICATE OF SERVICE RE: WHIRLPOOL CORPORATION'S OPPOSITION TO DOCKET NO. 795 REGARDING RAYMOND IWAMOTO'S MOTION IN LIMINE NO. 5 TO EXCLUDE EVIDENCE OF FINANCIAL INFORMATION, STATEMENTS AND RECORDS OF MIDPAC LUMBER COMPANY, LTD., CGBN, INC., CG INVESTMENTS, INC., CG ACQUISITIONS, INC., CG DEVELOPMENT, INC., AND THE SPECTRUM ENTITIES; EXHIBITS 1 AND 2**

I hereby certify that on the dates and by the methods of service noted below, a true and correct copy of **WHIRLPOOL CORPORATION'S OPPOSITION TO DOCKET NO. 795 REGARDING RAYMOND IWAMOTO'S MOTION IN LIMINE NO. 5 TO EXCLUDE EVIDENCE OF FINANCIAL INFORMATION, STATEMENTS AND RECORDS OF MIDPAC LUMBER COMPANY, LTD., CGBN, INC., CG INVESTMENTS, INC., CG**

**ACQUISITIONS, INC., CG DEVELOPMENT, INC., AND THE SPECTRUM ENTITIES; EXHIBITS 1 AND 2 and DECLARATION OF TIMOTHY J. HOGAN IN SUPPORT OF WHIRLPOOL CORPORATION'S OPPOSITION TO DOCKET NO. 795 REGARDING RAYMOND IWAMOTO'S MOTION IN LIMINE NO. 5 TO EXCLUDE EVIDENCE OF FINANCIAL INFORMATION, STATEMENTS AND RECORDS OF MIDPAC LUMBER COMPANY, LTD., CGBN, INC., CG INVESTMENTS, INC., CG ACQUISITIONS, INC., CG DEVELOPMENT, INC., AND THE SPECTRUM ENTITIES; EXHIBITS 1 AND 2** was served on the following at their last known addresses:

Served Electronically on June 26, 2006 :

Paul Alston palston@ahfi.com

Margery S. Bronster mbronster@bchlaw.net, audrey@bchlaw.net

Thomas E. Bush teb@ahfi.com

Jeannette H. Castagnetti jcastagnetti@bchlaw.net, jennifer@bchlaw.net

Steven L. Goto steven.goto@hawadvocate.com

Lea O. Hong lea@ahfi.com

Louise K.Y. Ing ling@ahfi.com, dka@ahfi.com

John S. Nishimoto john.nishimoto@hawadvocate.com

Ted N. Pettit ! tnp@caselombardi.com, eab@caselombardi.com; shy@caselombardi.com; ikm@caselombardi.com; amf@caselombardi.com

Calvin E. Young calvin.young@hawadvocate.com

DATED: Honolulu, Hawai'i, June 26, 2006.

/s/ Timothy J. Hogan
TIMOTHY J. HOGAN
Attorney for Plaintiff
WHIRLPOOL CORPORATION