# Exhibit 1

12-27-1999 3:26PM FROM

P. 1

FILE COPY

# MIDPAC LUMBER CO., LTD.

"Home of Quality Building Materials"

P.O. Box 1719, Honolulu Hawaii 96806 Phone: (808) 836-8111 Fax: (808) 836-8297

☐ Credit Department Fax: (808) ☐ Glass Department Fax: (808) ☐ Truss Department Fax: (808) 836-8293

Date: 12-27-99

Time: ____________ a.m / p.m.

Firm: ____________

Fax #: 547-5880

Attn: Ray Iwamoto

From: Ted Phelps / MIDPAC

Subject:

Urgent! Pls deliver immediatley.

*You should receive* 3 *page(s), including this cover sheet. If you should have any difficulty with this transmission, please contact* Ted Phelps *at (808) 836-8*111. *Thank you.*

G01666

EXHIBIT "39"

DEPARTMENT OF THE NAVY
FLEET AND INDUSTRIAL SUPPLY CENTER
1942 GAFFNEY STREET, SUITE 100
PEARL HARBOR, HAWAII 96860-4549

IN REPLY REFER TO:

4200
Ser 200T.RB/1671
22 DEC 1999

CERTIFIED MAIL NO. P 350 407 631
RETURN RECEIPT REQUESTED

ATTN: Mr. Pat Fujioka
MIDPAC LUMBER CO., LTD
PO BOX 1719
HONOLULU, HI 96806-1719
FAX (808) 836-8297

Subj: SHOW CAUSE NOTICE, CONTRACT N00604-98-D-0018 (DO #0006, #0007, #0008, #0011).

Referenced contract was awarded to your company on 12 FEB 1998. It called for delivery of various household appliances made by Whirlpool. Multiple discrepancies have been noted for the equipment that has not been delivered and include, as a minimum, the following:

a)

| Delivery Order | Amount | Required Delivery Date |
|---|---|---|
| #0006(15 JUN 1999) | $81,226.32 | 15 JUN 99 TO 30 JUL 99 |
| #0007(15 JUL 1999) | $110,047.44 | 15 AUG 99 TO 30 SEP 99 |
| #0008(15 AUG 1999) | $110,047.44 | 15 JUL 99 TO 30 AUG 99 |
| #0011(14 SEP 1999) | $350,890.36 | 28 FEB 00 |
| TOTAL | $652,211.56 | |

We have had numerous conversations (12/09/99, 12/10/99) with your point of contact, Mr. Al Giansiracusa which concluded in an agreement between your company and the government to begin delivery on the late orders during the week of 13 DEC 1999 - 17 DEC 1999. No deliveries were made during that week and none were made the following week.

Since you have failed to perform Contract No. N00604-98-D-0018 in accordance with the terms and conditions of the contract, the Government is considering terminating the contract pursuant to FAR 52.249-8 Default (Fixed-Price Supply and Service). Pending a final decision in this matter, it will be necessary to determine whether your failure to perform arose from causes beyond your control and without fault or negligence on your part. Accordingly, you are given the opportunity to present, in writing, any facts bearing on the question to Commanding Officer, Regional Contracting Department, Fleet and Industrial Supply Center, Attn: LT Rodney Blevins Code 200T.RB, 1942 Gaffney Street, Suite 100, Pearl Harbor, Hawaii 96860-4549 by 03 JAN 2000. Failure to respond by this date will be considered an admission that no pertinent facts on your behalf exist. Your attention is invited to the respective rights of the Contractor and the Government and the liabilities that may be invoked if a

decision is made to terminate for default.

Subj: SHOW CAUSE NOTICE, CONTRACT N00604-98-D-0018 (DO#0006, #0007, #0008, #0011)

Any assistance given to you on this contract or any acceptance by the Government of delinquent goods or services will be solely for the purpose of mitigating damages, and it is not the intention of the Government to condone any delinquency or to waive any rights the Government has under the contract.

Sincerely,

JOSEPH SAUNDERS
Contracting Officer

Copy to: Small Business Administrator (if applicable, goes to nearest SBA Regional Center)

Blind copy to: Activity