LYNCH ICHIDA THOMPSON KIM& HIROTA

TIMOTHY J. HOGAN 5312
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. No. (808) 528-0100
Fax No. (808) 528-4997
E-mail: tjh@loio.com

Attorney for Plaintiff
WHIRLPOOL CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation, et al.,<br><br>Defendants. | Civ. No. CV01 00187 MEA-BMK<br>(TORT AND RICO)<br><br>**DECLARATION OF ERNEST MATLOCK** |

## DECLARATION OF ERNEST MATLOCK

I, Ernest Matlock, am Senior Financial Analyst at the Whirlpool Corporation and I make this declaration under penalty of perjury. All the statements herein are true and correct to the best of my knowledge, information and belief. If called upon to testify regarding the matters herein, I am competent and willing to do so.

1. I was personally a party to conference calls with Ted Phelps, Raymond Iwamoto and Kurt Glassman in December 1999.

2. The subject of the conference calls included whether Whirlpool would agree to recommence shipments of what I understood were related to a contact with the United States Navy in Hawaii.

DATED: St. Joseph, Michigan, June 22, 2006.

Ernest Matlock