LYNCH ICHIDA THOMPSON KIM& HIROTA

TIMOTHY J. HOGAN 5312
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. No. (808) 528-0100
Fax No. (808) 528-4997
E-mail: tjh@loio.com

Attorney for Plaintiff
WHIRLPOOL CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation, et al.,<br><br>Defendants. | Civ. No. CV01 00187 MEA-BMK (TORT AND RICO)<br><br>**DECLARATION OF TIMOTHY J. HOGAN IN SUPPORT OF WHIRLPOOL CORPORATION'S OPPOSITION TO DOCKET NO. 800 REGARDING RAYMOND IWAMOTO'S MOTION IN LIMINE NO. 8 TO EXCLUDE EVIDENCE OF HIS STATEMENT TO DEFENDANT CIT GROUP/BUSINESS CREDIT INC. ABOUT CONTACTING VENDORS OF MIDPAC LUMBER COMPANY, LTD. ; EXHIBITS 1 AND 2** |

# DECLARATION OF TIMOTHY J. HOGAN IN SUPPORT OF WHIRLPOOL CORPORATION'S OPPOSITION TO DOCKET NO. 800 REGARDING RAYMOND IWAMOTO'S MOTION IN LIMINE NO. 8 TO EXCLUDE EVIDENCE OF HIS STATEMENT TO DEFENDANT CIT GROUP/BUSINESS CREDIT INC. ABOUT CONTACTING VENDORS OF MIDPAC LUMBER COMPANY, LTD.

I, Timothy J. Hogan, am an attorney licensed to practice before all the courts of the State of Hawaii and I make this declaration under penalty of perjury. All the statements herein are true and correct to the best of my knowledge, information and belief. If called upon to testify regarding the matters herein, I am competent and willing to do so.

1. Attached hereto as Exhibit "1" is a true and correct copy of a fax transmittal from Raymond Iwamoto's assistant to Edwin Bowling dated October 11, 1999. This document was produced by Edwin Bowling.

2. Attached hereto as Exhibit "2" is a true and correct copy of a letter I sent to Defendant Raymond Iwamoto dated December 17, 1999.

DATED: Honolulu, Hawai'i, June 26, 2006.

/s/ Timothy J. Hogan
TIMOTHY J. HOGAN
Attorney for Plaintiff
WHIRLPOOL CORPORATION