# Exhibit 2

# LYNCH ICHIDA THOMPSON & KIM

A LAW CORPORATION

MAILE M. HIROTA
TIMOTHY J. HOGAN
WESLEY W. ICHIDA
STEVEN J. KIM
PAUL A. LYNCH
WILLIAM "Buzz" THOMPSON III
J. GREGORY TURNBULL

1132 BISHOP STREET, SUITE 1405
HONOLULU, HAWAII 96813

TELEPHONE (808) 528-0100
FACSIMILE (808) 528-4997
E-MAIL: mail@loio.com


December 17, 1999

Raymond S. Iwamoto, Esq.
Goodsill Anderson Quinn & Stifel
1099 Alakea Street, Suite 1800
Honolulu, Hawaii 96813

**Re: <u>Whirlpool Corporation v. MidPac Lumber Co., Ltd., et al., Civil No. 99-4049-10</u>**

Dear Mr. Iwamoto:

It has come to my attention that you have participated in a telephone conference with my client's employee Carl Smith at Whirlpool. Please be advised that neither Deb Clawson nor I or any other attorneys associated with Whirlpool has consented to you communicating with any Whirlpool employees. Please contact us before making any additional attempts to communicate with our employees regarding the subject matter of our representation.

Very truly yours,

LYNCH ICHIDA THOMPSON & KIM

Timothy J. Hogan

TJH:llk
cc: Deb Clawson, Esq.

EXHIBIT "45"