# Exhibit 1

GOODSILL ANDERSON QUINN & STIFEL
ATTORNEYS AT LAW

ALII PLACE, SUITE 1800 • 1099 ALAKEA STREET
HONOLULU, HAWAII 96813

MAIL ADDRESS: P.O. BOX 3196
HONOLULU, HAWAII 96801

TELEPHONE (808) 547-5600 • FAX (808) 547-5880
info@goodsill.com • www.goodsill.com

# FAX TRANSMITTAL

**DATE:** October 11, 1999

**TO:**

| NAME/FIRM | FAX NO. | PHONE NO. |
|---|---|---|
| Mr. Edwin C. Bowling | 1-808/575-9204 | 575-2064 |

**FROM:** Yvonne O. Lewis, Legal Assistant to Raymond S. Iwamoto **DIRECT DIAL:** (808) 547-5600

**RE:** CG entities

**MESSAGE:**

Per your request, lists of officers and directors - past and present.

Encls
cc: Raymond S. Iwamoto, Esq.

*CONFIDENTIALITY: The information contained in this fax message is intended only for the confidential use of the persons named above. This message may be an attorney-client communication and, as such, is privileged and confidential. If you have received this document in error, any review or distribution of this message is strictly prohibited, and you should notify us immediately by telephone and return the original message to us by mail. Thank you.*

Total Number of Pages, Including Transmittal Letter: 6

If you do not receive all of the pages or if they are illegible, please call the fax room at (808) 547-5600, ext. 528.

Operator:
Time Sent:
Time Completed:

CLIENT/MATTER #: 91370

EXHIBIT "41"

EB 02228

# CG ACQUISITIONS, INC.

## Officers & Directors
## Past & Present

| Date | Officers | Office Held | Directors |
|---|---|---|---|
| 12/17/96 | Michael P. Clifford<br>Kurt S. Glassman | Chairman of the Board,<br>VP & Treasurer<br>President & Secretary | Michael P. Clifford<br>Kurt S. Glassman<br>Edwin S. Bowling |
| 3/31/97 | Michael P. Clifford<br>Kurt S. Glassman | Chairman of the Board,<br>VP & Treasurer<br>President & Secretary | Michael P. Clifford<br>Kurt S. Glassman<br>Edwin C. Bowling |
| 3/31/98 | Michael P. Clifford<br>Kurt S. Glassman | Chairman of the Board,<br>VP & Treasurer<br>President & Secretary | Michael P. Clifford<br>Kurt S. Glassman<br>Edwin C. Bowling |
| 12/31/98 | Edwin C. Bowling | Vice President | |
| 1/20/99 | Kurt S. Glassman<br>Michael P. Clifford | Chairman of the Board,<br>President & Secretary<br>VP & Treasurer | Michael P. Clifford<br>Kurt S. Glassman |

General:287661.1
10/11/99

EB 02229

# CG DEVELOPMENT, INC:

## Officers & Directors
## Past & Present

| Date | Officers | Office Held | Directors |
|---|---|---|---|
| 11/6/96 | Michael P. Clifford<br>Kurt S. Glassman | Chairman of the Board, VP & Treasurer<br>President & Secretary | Michael P. Clifford<br>Kurt S. Glassman<br>Edwin S. Bowling |
| 3/31/97 | Michael P. Clifford<br>Kurt S. Glassman | Chairman of the Board, VP & Treasurer<br>President & Secretary | Michael P. Clifford<br>Kurt S. Glassman<br>Edwin C. Bowling |
| 3/31/98 | Michael P. Clifford<br>Kurt S. Glassman | Chairman of the Board, VP & Treasurer<br>President & Secretary | Michael P. Clifford<br>Kurt S. Glassman<br>Edwin C. Bowling |
| 12/1/98 | Edwin C. Bowling | Vice President | |
| 1/1/99 | Kurt S. Glassman<br>Michael P. Clifford | Chairman of the Board, President & Secretary<br>VP & Treasurer | Michael P. Clifford<br>Kurt S. Glassman |

General:287661.1
10/11/99

EB 02230

# CG INVESTMENTS, INC.

## Officers & Directors
## Past & Present

| Date | Officers | Office Held | Directors |
|---|---|---|---|
| 9/5/95 | Michael P. Clifford<br>Kurt S. Glassman | Chairman of the Board, VP & Treasurer<br>President & Secretary | Michael P. Clifford<br>Kurt S. Glassman |
| 3/31/96 | Michael P. Clifford<br>Kurt S. Glassman | Chairman of the Board, VP & Treasurer<br>President & Secretary | Michael P. Clifford<br>Kurt S. Glassman |
| 3/31/97 | | | Michael P. Clifford<br>Kurt S. Glassman |
| 3/31/98 | Michael P. Clifford<br>Kurt S. Glassman | Chairman of the Board, VP & Treasurer<br>President & Secretary | Michael P. Clifford<br>Kurt S. Glassman |
| 1/1/99 | Kurt S. Glassman<br>Michael P. Clifford | Chairman of the Board, President & Secretary<br>VP & Treasurer | Michael P. Clifford<br>Kurt S. Glassman |

# CGBN, INC.

(fka SIAR Corp.)

**Officers & Directors**
**Past & Present**

| Date | Officers | Office Held | Directors |
|---|---|---|---|
| 8/11/97 | Gordon H. Ito<br>Dale S. C. Hahn | President & Treasurer<br>VP & Secretary | Gordon H. Ito<br>Dale S. C. Hahn |
| 12/11/97 | Raymond S. Iwamoto | Vice President | |
| 1/12/98 | Eric A. Elkind | Assistant Secretary | |
| 2/24/98 | Kurt S. Glassman<br><br>Edwin C. Bowling | Chairman of the Board, VP, Treasurer & Secretary<br>President | Michael P. Clifford<br>Kurt S. Glassman<br>Edwin C. Bowling |
| 1/2/99 | Kurt S. Glassman<br><br>Patrick Fujioka | Chairman of the Board, President, Treasurer & Secretary<br>Vice President | Michael P. Clifford<br>Kurt S. Glassman<br>Raymond S. Iwamoto |

General:287661.1
10/11/99

# MIDPAC LUMBER CO., LTD.

Officers & Directors
3/19/98 - Present

| Date | Officers | Office Held | Directors |
|---|---|---|---|
| 3/19/98 | Kurt S. Glassman | Chairman of the Board, VP & Secretary | Michael P. Clifford<br>Kurt S. Glassman<br>Edwin C. Bowling |
| | Edwin C. Bowling | President & Treasurer | |
| 1/1/99 | Kurt S. Glassman | Chairman of the Board, President & Secretary | Kurt S. Glassman<br>Michael P. Clifford<br>Raymond S. Iwamoto |
| | Patrick Fujioka | Vice President & Treasurer | |

General:287661.1
10/11/99

EB 02233