LYNCH ICHIDA THOMPSON KIM& HIROTA

TIMOTHY J. HOGAN 5312
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. No. (808) 528-0100
Fax No. (808) 528-4997
E-mail: tjh@loio.com

Attorney for Plaintiff
WHIRLPOOL CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation, et al.,<br><br>Defendants. | Civ. No. CV01 00187 MEA-BMK<br>(TORT AND RICO)<br><br>**WHIRLPOOL CORPORATION'S OPPOSITION TO DOCKET NO. 802 REGARDING RAYMOND IWAMOTO'S MOTION IN LIMINE NO. 11 TO EXCLUDE EVIDENCE THAT HE DRAFTED DOCUMENTS CONVEYING REAL PROPERTY FROM CG INVESTMENTS, INC. TO CG DEVELOPMENT, INC.**<br><br>TRIAL<br>DATE: November 6, 2006<br>JUDGE: Honorable Marvin Aspen<br>NO HEARING DATE SET |

**WHIRLPOOL CORPORATION'S OPPOSITION TO DOCKET NO. 802 REGARDING RAYMOND IWAMOTO'S MOTION IN LIMINE NO. 11 TO EXCLUDE EVIDENCE THAT HE DRAFTED DOCUMENTS CONVEYING REAL PROPERTY FROM CG INVESTMENTS, INC. TO CG DEVELOPMENT, INC.**

Comes now Plaintiff Whirlpool Corporation, by and through its undersigned counsel and hereby respectfully submits its Opposition to Docket No. 802 Regarding Raymond Iwamoto's Motion in Limine No. 11 to Exclude Evidence That He Drafted Documents Conveying Real Property from CG Investments, Inc. to CG Development, Inc. (the "Motion").

While the Motion is not altogether clear what property it is referring to, Whirlpool believes it is referring to the initial formation of CG Investments, Inc., also known as Maui Home Supply and CG Development, Inc. that was considered to be a related entity. To the extent that Mr. Iwamoto was engaged in what appeared to be a fraudulent transfer regarding these entities early in their existence, Whirlpool does not seek to admit the evidence and therefore the Motion is of no import. However, if the Motion pertains to the property transfer that Mr. Iwamoto was involved in 1999 related the Lahaina property, Whirlpool objects to it. On December 27, 1999, Whirlpool's counsel attended a meeting requested by Mr. Iwamoto and Mr. Phelps in their efforts to convince Whirlpool to begin shipments on the Navy contract and provide a release to CIT. At that meeting Whirlpool's

counsel informed Mr. Iwamoto and Mr. Phelps that some of the creditors could any day file an involuntary bankruptcy against CG Investments. Shortly thereafter the property was transferred by Mr. Iwamoto acting as an officer of CG Investments, Inc. Whirlpool objects to being barred from the trial because it is clear evidence of a transfer in contemplation of bankruptcy and a violation of the Title 18 U.S.C. § 152(7). Therefore, the transfer is a RICO predicate bankruptcy fraud under 18 U.S.C. § 1961, that occurred in a period at the end of 1999 and therefore, it is relevant to predicate acts and the continuity of the RICO enterprise. Whirlpool objects to the Motion on that basis.

DATED: Honolulu, Hawai'i, June 26, 2006.

/s/ Timothy J. Hogan
TIMOTHY J. HOGAN
Attorney for Plaintiff
WHIRLPOOL CORPORATION