# Exhibit 1

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
PHONE (808) 547-5600

# GOODSILL ANDERSON QUINN & STIFEL

ATTORNEYS AT LAW
1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

Client : 19909
Matter : 91370
Date : 07/31/99
Invoice : 255302
Attorney: R. IWAMOTO

MIDPAC LUMBER CO LTD
841 BISHOP ST., SUITE 930
HONOLULU, HI 96813

Attention: KURT S. GLASSMAN

Return this portion with your payment

---

MIDPAC LUMBER CO LTD — Date: 07/31/99
Re: GENERAL — Invoice: 255302
For Professional Services Rendered and Costs Advanced through 06/30/99

| Date | Professional Services |
|---|---|
| | Services provided by W. DAVISON |
| 06/23/99 | OFFICE CONFERENCE WITH R. IWAMOTO RE STRATEGIES RE RESPONDING TO C. I. T. DEMANDS. |
| | Services provided by R. IWAMOTO |
| 06/17/99 | TELEPHONE CALL FROM CIT RE SPECTRUM. |
| 06/18/99 | TELEPHONE CONFERENCE WITH K. S. GLASSMAN RE CIT; CONFERENCE WITH Y. O. LEWIS RE WAREHOUSE RECEIPT. |
| 06/22/99 | MEETING WITH K. S. GLASSMAN; TELEPHONE CONFERENCE WITH GRACE BOWEN (CIT) ET AL.; MEETING WITH K. S. GLASSMAN AGAIN AT MIDPAC. |
| 06/23/99 | REVIEW GUARANTY AND OTHER DOCS; DRAFT LETTER TO GRACE BOWEN (CIT); LUNCH MEETING WITH BOH PEOPLE; MEETING WITH CIT PEOPLE; FINALIZE LETTER TO GRACE BOWEN. |
| 06/24/99 | MEMO TO GRACE BOWEN (CIT); REVIEW CORPORATE DOCS FROM Y. O. LEWIS; REVIEW AND REVISE WAREHOUSE RECEIPT; MEMO TO K. S. GLASSMAN RE DIRECTOR POSITION. |
| 06/25/99 | REVIEW REF. MEMO. |

1003943

Due Date
Amt 5079.84
Amt
Amt

** Continued on next page **

# GOODSILL ANDERSON QUINN & STIFEL

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
LULU, HAWAII 96801
ONE (808) 547-5600

ATTORNEYS AT LAW
1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com


MIDPAC LUMBER CO LTD
07/31/99
Page 2

Client: 19909
Matter: 91370
Invoice: 255302

| Date | Professional Services |
|---|---|
| 06/28/99 | REVIEW DEFAULT NOTICE; DRAFT RESPONSE LETTER TO GARY D. SAMSON, ESQ. (ORRICK HERRINGTON & SUTCLIFFE); TELEPHONE CALL TO ED BOWLING (MAUI). |

| | |
|---|---|
| TOTAL Current Fees | $4,863.00 |
| G.E. Tax Reimbursement at 4.16% | 202.30 |
| Total Current Fees and Tax Reimbursement | $5,065.30 |

| Date | Costs and Disbursements | Amount |
|---|---|---|
| | FAX CHARGE | 5.60 |
| | REPRODUCTION OF DOCUMENTS | 2.40 |
| | TELEPHONE CHARGES | 6.54 |
| | TOTAL Current Costs and Disbursements | $14.54 |
| | Current Invoice Due | $5,079.84 |

All invoices are due upon receipt. A late payment charge of 1% per month will be assessed on balances unpaid 30 days from the invoice date.

To insure proper credit, please note case or invoice number on your check.
MAKE CHECK PAYABLE TO: GOODSILL ANDERSON QUINN & STIFEL

Y 01837