LYNCH ICHIDA THOMPSON KIM& HIROTA

TIMOTHY J. HOGAN 5312
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. No. (808) 528-0100
Fax No. (808) 528-4997
E-mail: tjh@loio.com

Attorney for Plaintiff
WHIRLPOOL CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation, et al.,<br><br>Defendants. | Civ. No. CV01 00187 MEA-BMK (TORT AND RICO)<br><br>**CERTIFICATE OF SERVICE RE: WHIRLPOOL CORPORATION'S OPPOSITION TO DOCKET NO. 803 REGARDING RAYMOND IWAMOTO'S MOTION IN LIMINE NO. 12 TO EXCLUDE EVIDENCE OF WAREHOUSE RECEIPT FORMS and DECLARATION OF TIMOTHY J. HOGAN IN SUPPORT OF WHIRLPOOL CORPORATION'S OPPOSITION TO DOCKET NO. 803 REGARDING RAYMOND IWAMOTO'S MOTION IN LIMINE NO. 12 TO EXCLUDE EVIDENCE OF WAREHOUSE RECEIPT FORMS; EXHIBIT 1** |

**CERTIFICATE OF SERVICE RE: WHIRLPOOL CORPORATION'S OPPOSITION TO DOCKET NO. 803 REGARDING RAYMOND IWAMOTO'S MOTION IN LIMINE NO. 12 TO EXCLUDE EVIDENCE OF WAREHOUSE RECEIPT FORMS and DECLARATION OF TIMOTHY J. HOGAN IN SUPPORT OF WHIRLPOOL CORPORATION'S OPPOSITION TO DOCKET NO. 803 REGARDING RAYMOND IWAMOTO'S MOTION IN LIMINE NO. 12 TO EXCLUDE EVIDENCE OF WAREHOUSE RECEIPT FORMS; EXHIBIT 1**

I hereby certify that on the dates and by the methods of service noted below, a true and correct copy of **WHIRLPOOL CORPORATION'S OPPOSITION TO DOCKET NO. 803 REGARDING RAYMOND IWAMOTO'S MOTION IN LIMINE NO. 12 TO EXCLUDE EVIDENCE OF WAREHOUSE RECEIPT FORMS and DECLARATION OF TIMOTHY J. HOGAN IN SUPPORT OF WHIRLPOOL CORPORATION'S OPPOSITION TO DOCKET NO. 803 REGARDING RAYMOND IWAMOTO'S MOTION IN LIMINE NO. 12 TO EXCLUDE EVIDENCE OF WAREHOUSE RECEIPT FORMS; EXHIBIT 1 AND RECORDS OF MIDPAC LUMBER COMPANY, LTD., CGBN, INC.,** was served on the following at their last known addresses:

Served Electronically on June 26, 2006 :

Paul Alston palston@ahfi.com

Margery S. Bronster mbronster@bchlaw.net, audrey@bchlaw.net

Thomas E. Bush teb@ahfi.com

Jeannette H. Castagnetti jcastagnetti@bchlaw.net, jennifer@bchlaw.net

Steven L. Goto steven.goto@hawadvocate.com

Lea O. Hong lea@ahfi.com

Louise K.Y. Ing ling@ahfi.com, dka@ahfi.com

John S. Nishimoto john.nishimoto@hawadvocate.com

Ted N. Pettit ! tnp@caselombardi.com, eab@caselombardi.com; shy@caselombardi.com; ikm@caselombardi.com; amf@caselombardi.com

Calvin E. Young calvin.young@hawadvocate.com

DATED: Honolulu, Hawai'i, June 26, 2006.

/s/ Timothy J. Hogan
TIMOTHY J. HOGAN
Attorney for Plaintiff
WHIRLPOOL CORPORATION