LYNCH ICHIDA THOMPSON KIM& HIROTA

TIMOTHY J. HOGAN 5312
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. No. (808) 528-0100
Fax No. (808) 528-4997
E-mail: tjh@loio.com

Attorney for Plaintiff
WHIRLPOOL CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation, | Civ. No. CV01 00187 MEA-BMK (TORT AND RICO) |
| Plaintiff, | |
| vs. | **WHIRLPOOL CORPORATION'S OPPOSITION TO DOCKET NO. 804 REGARDING RAYMOND IWAMOTO'S MOTION IN LIMINE NO. 13 TO EXCLUDE TESTIMONY BY DEBRA CLAWSON, ESQ.** |
| CIT GROUP/BUSINESS CREDIT, INC., a New York corporation, et al., | |
| Defendants. | |
| | TRIAL<br>DATE: November 6, 2006<br>JUDGE: Honorable Marvin Aspen<br>NO HEARING DATE SET |

**WHIRLPOOL CORPORATION'S OPPOSITION TO DOCKET NO. 804 REGARDING RAYMOND IWAMOTO'S MOTION IN LIMINE NO. 13 TO EXCLUDE TESTIMONY BY DEBRA CLAWSON, ESQ.**

Comes now Plaintiff Whirlpool Corporation, by and through its undersigned counsel and hereby respectfully submits its opposition to Docket No. 804 Regarding Raymond Iwamoto's Motion in Limine No. 13 to Exclude Testimony by Debra Clawson, Esq. (the "Motion").

Whirlpool does not intend to call Ms. Clawson. The only reason that Whirlpool must object to the Motion is that the Defendants may put forward evidence that would require her to be used as a rebuttal witness. Whirlpool's position is that should not be necessary in this case, Ms. Clawson is not on the Whirlpool witness list and there is no need for the Motion. However, if the Court were to grant the Motion it would preclude Whirlpool's ability to have Ms. Clawson testify as a rebuttal witness to matters within her knowledge. On that basis Whirlpool objects.

DATED: Honolulu, Hawai'i, June 26, 2006.

/s/ Timothy J. Hogan
TIMOTHY J. HOGAN
Attorney for Plaintiff
WHIRLPOOL CORPORATION