LYNCH ICHIDA THOMPSON KIM& HIROTA

TIMOTHY J. HOGAN 5312
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. No. (808) 528-0100
Fax No. (808) 528-4997
E-mail: tjh@loio.com

Attorney for Plaintiff
WHIRLPOOL CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation, et al.,<br><br>Defendants. | Civ. No. CV01 00187 MEA-BMK<br>(TORT AND RICO)<br><br>**DECLARATION OF TIMOTHY J. HOGAN IN SUPPORT OF PLAINTIFF WHIRLPOOL CORPORATION'S OPPOSITION TO DOCKET NO. 805 REGARDING RAYMOND IWAMOTO'S MOTION IN LIMINE NO. 14 TO EXCLUDE LAY AND EXPERT OPINIONS REGARDING THE STANDARD OF CARE FOR ATTORNEYS, DEFENDANT RAYMOND IWAMOTO'S CONDUCT, MONEY LAUNDERING, FRAUD AND ALLEGED VIOLATIONS OF THE RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT; EXHIBITS "1" AND "2"** |

**DECLARATION OF TIMOTHY J. HOGAN IN SUPPORT OF PLAINTIFF WHIRLPOOL CORPORATION'S OPPOSITION TO DOCKET NO. 805 REGARDING RAYMOND IWAMOTO'S MOTION IN LIMINE NO. 14 TO EXCLUDE LAY AND EXPERT OPINIONS REGARDING THE STANDARD OF CARE FOR ATTORNEYS, DEFENDANT RAYMOND IWAMOTO'S CONDUCT, MONEY LAUNDERING, FRAUD AND ALLEGED VIOLATIONS OF THE RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT; EXHIBITS "1" AND "2"**

I, Timothy J. Hogan, am an attorney licensed to practice before all the courts of the State of Hawaii and I make this declaration under penalty of perjury. All the statements herein are true and correct to the best of my knowledge, information and belief. If called upon to testify regarding the matters herein, I am competent and willing to do so.

1. Attached hereto as Exhibit "1" is a true and correct copy of CIT Group/Business Credit, Inc.s' Motion to Compel Further Individual and 30(b)(6) Deposition from Carl Smith, filed herein on January 16, 2003.

2. Attached hereto as Exhibit "2" is a true and correct copy of Defendant Raymond Iwamoto's Position Statement Re: CIT Group/Business Credit, Inc.s' Motion to Compel Further Individual and 30(b)(6) Deposition from Carl Smith and Defendant Michael Clifford's Motion to Compel the Deposition Testimony of Carl Smith and 30(b)(6) Deposition Testimony and for Sanctions filed herein on January 22, 2003.

3. In a recent meet-and-confer with Mr. Young addressing the issues related to exhibits, Mr. Young informed me that Mr. Iwamoto would not be calling Mr. Chun at trial.

DATED: Honolulu, Hawai'i, June 26, 2006.

/s/ Timothy J. Hogan
TIMOTHY J. HOGAN
Attorney for Plaintiff
WHIRLPOOL CORPORATION