LYNCH ICHIDA THOMPSON KIM& HIROTA

TIMOTHY J. HOGAN 5312
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. No. (808) 528-0100
Fax No. (808) 528-4997
E-mail: tjh@loio.com

Attorney for Plaintiff
WHIRLPOOL CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation, et al.,<br><br>Defendants. | Civ. No. CV01 00187 MEA-BMK (TORT AND RICO)<br><br>**DECLARATION OF TIMOTHY J. HOGAN IN SUPPORT OF WHIRLPOOL CORPORATION'S OPPOSITION TO DOCKET NO. 807 REGARDING CIT MOTION IN LIMINE TO PRECLUDE EVIDENCE OF AND ARGUMENT BASED UPON TED PHELPS' ALLEGED OCTOBER 28, 1999 STATEMENT TO ERNEST MATLOCK REGARDING PHELPS' RELATIONSHIP WITH CIT; EXHIBIT 1** |

**DECLARATION OF TIMOTHY J. HOGAN IN SUPPORT OF WHIRLPOOL CORPORATION'S OPPOSITION TO DOCKET NO. 807 REGARDING CIT MOTION IN LIMINE TO PRECLUDE EVIDENCE OF AND ARGUMENT BASED UPON TED PHELPS' ALLEGED OCTOBER 28, 1999 STATEMENT TO ERNEST MATLOCK REGARDING PHELPS' RELATIONSHIP WITH CIT**

I, Timothy J. Hogan, am an attorney licensed to practice before all the courts of the State of Hawaii and I make this declaration under penalty of perjury. All the statements herein are true and correct to the best of my knowledge, information and belief. If called upon to testify regarding the matters herein, I am competent and willing to do so.

1. Attached hereto as Exhibit "1" is a true and correct copy of an excerpt copy of the Deposition of Edwin Bowling taken in the instant case on March 11, 2003 at page 83:8-19.

DATED: Honolulu, Hawai'i, June 26, 2006.

/s/ Timothy J. Hogan
TIMOTHY J. HOGAN
Attorney for Plaintiff
WHIRLPOOL CORPORATION