LYNCH ICHIDA THOMPSON KIM& HIROTA

TIMOTHY J. HOGAN 5312
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. No. (808) 528-0100
Fax No. (808) 528-4997
E-mail: tjh@loio.com

Attorney for Plaintiff
WHIRLPOOL CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation, et al.,<br><br>Defendants. | Civ. No. CV01 00187 MEA-BMK<br>(TORT AND RICO)<br><br>**CERTIFICATE OF SERVICE RE: WHIRLPOOL CORPORATION'S OPPOSITION TO DOCKET NO. 807 REGARDING CIT MOTION IN LIMINE TO PRECLUDE EVIDENCE OF AND ARGUMENT BASED UPON TED PHELPS' ALLEGED OCTOBER 28, 1999 STATEMENT TO ERNEST MATLOCK REGARDING PHELPS' RELATIONSHIP WITH CIT and DECLARATION OF TIMOTHY J. HOGAN IN SUPPORT OF WHIRLPOOL CORPORATION'S OPPOSITION TO DOCKET NO. 807 REGARDING CIT MOTION IN LIMINE TO PRECLUDE EVIDENCE OF AND ARGUMENT BASED UPON TED PHELPS'** |

) **ALLEGED OCTOBER 28, 1999**
) **STATEMENT TO ERNEST**
) **MATLOCK REGARDING**
) **PHELPS' RELATIONSHIP WITH**
) **CIT**
)

**CERTIFICATE OF SERVICE RE:**
**WHIRLPOOL CORPORATION'S OPPOSITION TO DOCKET NO. 807 REGARDING CIT MOTION IN LIMINE TO PRECLUDE EVIDENCE OF AND ARGUMENT BASED UPON TED PHELPS' ALLEGED OCTOBER 28, 1999 STATEMENT TO ERNEST MATLOCK REGARDING PHELPS' RELATIONSHIP WITH CIT AND DECLARATION OF TIMOTHY J. HOGAN IN SUPPORT OF WHIRLPOOL CORPORATION'S OPPOSITION TO DOCKET NO. 807 REGARDING CIT MOTION IN LIMINE TO PRECLUDE EVIDENCE OF AND ARGUMENT BASED UPON TED PHELPS' ALLEGED OCTOBER 28, 1999 STATEMENT TO ERNEST MATLOCK REGARDING PHELPS' RELATIONSHIP WITH CIT**

I hereby certify that on the dates and by the methods of service noted below, a true and correct copy of **WHIRLPOOL CORPORATION'S OPPOSITION TO DOCKET NO. 807 REGARDING CIT MOTION IN LIMINE TO PRECLUDE EVIDENCE OF AND ARGUMENT BASED UPON TED PHELPS' ALLEGED OCTOBER 28, 1999 STATEMENT TO ERNEST MATLOCK REGARDING PHELPS' RELATIONSHIP WITH CIT** and **DECLARATION OF TIMOTHY J. HOGAN IN SUPPORT OF WHIRLPOOL CORPORATION'S OPPOSITION TO DOCKET NO. 807**

**REGARDING CIT MOTION IN LIMINE TO PRECLUDE EVIDENCE OF AND ARGUMENT BASED UPON TED PHELPS' ALLEGED OCTOBER 28, 1999 STATEMENT TO ERNEST MATLOCK REGARDING PHELPS' RELATIONSHIP WITH CIT**

was served on the following at their last known addresses:

Served Electronically on June 26, 2006 :

Paul Alston palston@ahfi.com

Margery S. Bronster mbronster@bchlaw.net, audrey@bchlaw.net

Thomas E. Bush teb@ahfi.com

Jeannette H. Castagnetti jcastagnetti@bchlaw.net, jennifer@bchlaw.net

Steven L. Goto steven.goto@hawadvocate.com

Lea O. Hong lea@ahfi.com

Louise K.Y. Ing ling@ahfi.com, dka@ahfi.com

John S. Nishimoto john.nishimoto@hawadvocate.com

Ted N. Pettit ! tnp@caselombardi.com, eab@caselombardi.com; shy@caselombardi.com; ikm@caselombardi.com; amf@caselombardi.com

Calvin E. Young calvin.young@hawadvocate.com

DATED: Honolulu, Hawai'i, June 26, 2006.

/s/ Timothy J. Hogan

TIMOTHY J. HOGAN
Attorney for Plaintiff
WHIRLPOOL CORPORATION