LYNCH ICHIDA THOMPSON KIM& HIROTA

TIMOTHY J. HOGAN 5312
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. No. (808) 528-0100
Fax No. (808) 528-4997
E-mail: tjh@loio.com

Attorney for Plaintiff
WHIRLPOOL CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation, et al.,<br><br>Defendants. | Civ. No. CV01 00187 MEA-BMK<br>(TORT AND RICO)<br><br>**CERTIFICATE OF SERVICE RE: PLAINTIFF WHIRLPOOL CORPORATION MEMORANDA IN OPPOSITION TO MOTIONS IN LIMINE** |

**CERTIFICATE OF SERVICE RE:**
**PLAINTIFF WHIRLPOOL CORPORATION'S**
**MEMORANDA IN OPPOSITION TO MOTIONS IN LIMINE**

I hereby certify that on the dates and by the methods of service noted below, true and correct copies of the following documents served on the following at their last known addresses:

1. WHIRLPOOL CORPORATION'S OPPOSITION TO DOCKET NO. 785 CIT'S MOTION IN LIMINE TO PRECLUDE USE OF AND ARGUMENT RE: CIT'S SECOND AMENDED CROSS-CLAIM AS EVIDENCE OF CIT'S LIABILITY FOR FRAUD CONSPIRACY;

2. WHIRLPOOL CORPORATION'S MEMORANDUM IN OPPOSITION TO DOCKET NO. 786 CIT GROUP/BUSINESS CREDIT, INC.'S MOTION IN LIMINE TO PRECLUDE WHIRLPOOL FROM ELICITING EVIDENCE OF CIT'S SUSPICIOUS ACTIVITY REPORT AND LIMITING ANY REFERENCE TO SUCH FILING;

3. WHIRLPOOL CORPORATION'S OPPOSITION TO DOCKET NO. 789 CIT'S MOTION IN LIMINE TO PRECLUDE EVIDENCE OF AND ARGUMENT RE: ALLEGED BANKRUPTCY FRAUD BY CIT;

4. WHIRLPOOL CORPORATION'S OPPOSITION TO DOCKET NO. 792 REGARDING RAYMOND IWAMOTO'S MOTION IN LIMINE NO. 10 TO EXCLUDE EVIDENCE THAT MIDPAC LUMBER COMPANY, LTD. SOUGHT FINANCING FROM CITY BANK, EDWIN BOWLING AND GLENDA CORP.;

5. WHIRLPOOL CORPORATION'S OPPOSITION TO DOCKET NO. 794 REGARDING RAYMOND IWAMOTO'S MOTION IN LIMINE NO. NO 4 TO EXCLUDE EVIDENCE OF MR. IWAMOTO'S REVISION TO HIS LETTER TO CITY BANK;

6. WHIRLPOOL CORPORATION’S OPPOSITION TO DOCKET NO. 796 REGARDING RAYMOND IWAMOTO’S MOTION IN LIMINE NO. 1 TO EXCLUDE EVIDENCE OF STOCK TRANSACTIONS BETWEEN KURT GLASSMAN, EDWIN BOWLING AND FRANCES BOWLING;

7. WHIRLPOOL CORPORATION’S OPPOSITION TO DOCKET NO. 797 REGARDING RAYMOND IWAMOTO’S MOTION IN LIMINE NO 5 TO EXCLUDE EVIDENCE OF AND REFERENCE TO DRAFTING OF DOCUMENTS CONCERNING THE RESIGNATION OF EDWIN BOWLING AS OFFICER AND DIRECTOR OF MIDPAC LUMBER COMPANY, LTD.;

8. WHIRLPOOL CORPORATION’S OPPOSITION TO DOCKET NO. 798 REGARDING CIT MOTION IN LIMINE TO PRECLUDE ARGUMENT THAT CIT ADMITTED TO TAKING $1 MILLION OF WHIRLPOOL'S COLLATERAL IN MAUI INC.;

9. WHIRLPOOL CORPORATION’S OPPOSITION TO DOCKET NO. 802 REGARDING RAYMOND IWAMOTO’S MOTION IN LIMINE NO. 11 TO EXCLUDE EVIDENCE THAT HE DRAFTED DOCUMENTS CONVEYING REAL PROPERTY FROM CG INVESTMENTS, INC. TO CG DEVELOPMENT, INC.;

10. WHIRLPOOL CORPORATION’S OPPOSITION TO DOCKET NO. 804 REGARDING RAYMOND IWAMOTO’S MOTION IN LIMINE NO. 13 TO EXCLUDE TESTIMONY BY DEBRA CLAWSON, ESQ.;

11. WHIRLPOOL CORPORATION’S OPPOSITION TO DOCKET NO. 806 REGARDING CIT MOTION IN LIMINE TO PRECLUDE PLAINTIFF WHIRLPOOL FROM OFFERING WITNESSES OR EVIDENCE THAT IS INCONSISTENT WITH THE TESTIMONY OF ITS RULE 30(B)(6) DESIGNEES; and

12. WHIRLPOOL CORPORATION’S OPPOSITION TO DOCKET NO. 808 MOTION IN LIMINE TO PRECLUDE USE OF AND ARGUMENT RE: TED PHELPS' JULY 29, 1999 LETTER AS EVIDENCE OF AGENCY

Served Electronically on June 26, 2006 :

Paul Alston palston@ahfi.com

Margery S. Bronster mbronster@bchlaw.net, audrey@bchlaw.net

Thomas E. Bush teb@ahfi.com

Jeannette H. Castagnetti jcastagnetti@bchlaw.net, jennifer@bchlaw.net

Steven L. Goto steven.goto@hawadvocate.com

Lea O. Hong lea@ahfi.com

Louise K.Y. Ing ling@ahfi.com, dka@ahfi.com

John S. Nishimoto john.nishimoto@hawadvocate.com

Ted N. Pettit ! tnp@caselombardi.com, eab@caselombardi.com; shy@caselombardi.com; ikm@caselombardi.com; amf@caselombardi.com

Calvin E. Young calvin.young@hawadvocate.com

DATED: Honolulu, Hawai'i, June 26, 2006.

/s/ Timothy J. Hogan
TIMOTHY J. HOGAN
Attorney for Plaintiff
WHIRLPOOL CORPORATION