# Exhibit 1

MIDPAC-GEN
19909/91370

**Kashiwabara, Elaine K.**

**From:** Iwamoto, Raymond S.
**Sent:** Wednesday, November 03, 1999 3:22 PM
**To:** Desmarais, Mark B.; Davison, Walter C.; Eikind, Eric A.; Lee, Elizabeth H.; Lewis, Yvonne O.; Kashiwabara, Elaine K.
**Subject:** Midpac

We have come up with plan B (Down sizing). If plan B works, MidPac will down size and not go out of business. However today I learned that Whirlpool filed a lawsuit. I am getting a copy and will give it to both Walt and Mark to answer. Clients are talking to Whirlpool. It does not make economic sense for Whirlpool to do this, they are unsecured and if the whole mess goes tumbling down, Whirlpool would have caused it and won't recover anything (probably). So, possible clients will talk Whirlpool into dismissing. We shall see. Anyway, Mark and Walt please buy us some time.
Plan B involves subleasing a portion of the MidPac's facility to HPM, Mike Fujimoto. The sublease rent will take care of the Damon rent and we could possibly arrange a cure of the defaulted rent.
There is a possible sale of our Lahaina store and Rick Elkind will be asked by Kurt to handle this. I have written to Damon telling them about plan B, revealing Mike Fujimoto's name to them and hopefully this will buy some time from Damon. CGBN, Inc. also paid $50K to Damon against the defaulted rent on the two CGBN parcels. CIT has to bite the bullet and fund bonding moneys or the bond situation could bring the thing down. I have spoken to Walt about this. So, this would then leave the unsecured creditors such as Whirlpool. The dowsizing will involve continuing with Whirlpool and who knows maybe the clients will get them to back off. I think Paul Lynch's firm filed the complaint. Take care of this you guys until I get back. Thanks.

Ray Iwamoto
GAQS
1099 Alakea St. #1800
Hon/Haw 96813
Ph. 5475600
Fax 5475880
Email: riwamoto@goodsill.com

EXH 49 DATE ______
WITNESS IWAMOTO
JANIS K. FLOATE



G04220

G02429 (this page only)