UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT INC., a New York corporation; CGBN, INC., a Hawaii corporation; MICHAEL CLIFFORD; EDWIN BOWLING; FRANCES HALLER-BOWLING; RAYMOND IWAMOTO; KURT GLASSMAN; DOE INDIVIDUALS 1-50; DOE PARTNERSHIPS, CORPORATIONS OR OTHER ENTITIES 1-20,<br><br>Defendants,<br><br>and<br><br>CG DEVELOPMENT, INC., F&J MOVERS, and RENEE K. COSTA,<br><br>Additional Crossclaim Defendants. | Civil No. 01-00187DAE BMK (Tort and RICO)<br><br>Volume I<br><br>COPY |

DEPOSITION OF CARL SMITH

Taken on behalf of Defendant, RAYMOND IWAMOTO, at the Law Offices of Ayabe, Chong, Nishimoto, Sia & Nakamura, 1001 Bishop Street, Suite 2500, Pauahi Tower, Honolulu, Hawaii, commencing at 9:00 a.m., on Tuesday, December 17, 2002, pursuant to notice.

REPORTED BY: CAROL E.M. SUGIYAMA, C.S.R. #295
Notary Public, State of Hawaii



EXHIBIT A

as a result of its experience with the MidPac and Maui Home accounts?

A I don't recall any changes.

Q In the 1999 to 2000 timeframe, did Whirlpool make any changes with respect to the way it dealt with trade partners who had common ownership?

A I don't recall anything specific on that. I know that I personally would look at an account more closely if it had common ownership.

Q Why is that?

A Because we were getting burned on this one, and I felt the need to look at this more closely in the future.

Q How were you burned -- how did you feel that Whirlpool had been burned?

A There was $2.5 million that had not been paid.

Q How did the common ownership play into that?

A It was just one of the situations we'd look at more closely. How did the common ownership play into it? We had two different accounts ordering, and both of them owing Whirlpool money, and neither of them able to pay.

Q When you said that you looked at trade partners with common ownership more closely partly

after the MidPac/Maui Home accounts, what I'm trying to figure out is what was it about that common ownership issue that caused you concern?

A The whole overall aspect of common ownership and just watching the accounts more closely.

Q Looking back on the situation, did you come to the conclusion at any time that the MidPac/Maui Home accounts should have been watched more closely before July 23, 1999 by Whirlpool?

A Looking back at the situation and reviewing it, we saw several mistakes that were made in the collection activity, yes.

Q What were those mistakes?

A We felt that -- and those were pointed out earlier; that we had a payment plan that was not being honored. We had an NSF check. We had a promise of a wire transfer of payment that was not made. Those should have caused action more quickly than we acted.

Q To your knowledge, was anybody else at Whirlpool counseled on these mistakes other than Ms. Rowan?

A Not to my knowledge.

Q To your knowledge, was anybody else -- anybody else have any form of discipline or

STATE OF HAWAII )
) SS.
)

I, CAROL E.M. SUGIYAMA, C.S.R., a Notary Public in and for the State of Hawaii, do hereby certify:

That on December 17, 2002, at 9:00 a.m. appeared before me CARL SMITH, the witness, whose testimony is contained herein; that, prior to being examined, the witness was, by me, duly sworn or affirmed; that the proceedings were taken in computerized machine shorthand by me and were thereafter reduced to print under my supervision; that the foregoing represents, to the best of my ability, a correct transcript of the proceedings had in the foregoing matter;

That, if applicable, the witness was notified through counsel by mail, or by telephone to appear and sign; that if transcription is not signed, either the reading and signing were waived by the witness and all parties, or the witness has failed to appear and the original is therefore kept on file without signature pursuant to Court rules.

I further certify that I am not counsel for any of the parties hereto, nor in any way interested in the outcome of the cause named in the caption.

DATED: ______________________________________.

______________________________________
CAROL E.M. SUGIYAMA, C.S.R. #295
Notary Public, State of Hawaii
My commission expires 3/27/2003