Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON 1126-0
LOUISE K. Y. ING 2394-0
THOMAS E. BUSH 4737-0
ALLISON KIRK 8156-0
18th Floor, ASB Tower
1001 Bishop Street
Honolulu, Hawai'i 96813
Telephone: 524-1800
Facsimile: 524-4591
palston@ahfi.com
ling@ahfi.com
tbush@ahfi.com
akirk@ahfi.com

Attorneys for Defendant/Cross-claimant
THE CIT GROUP/BUSINESS CREDIT, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; EDWIN BOWLING; FRANCES HALLER-BOWLING; RAYMOND IWAMOTO; KURT GLASSMAN; DOE INDIVIDUALS 1-50; DOE | ) | Civil No. CV 01 00187 MEA-BMK (Tort and RICO)<br><br>DEFENDANT THE CIT GROUP/BUSINESS CREDIT, INC.'S **STATEMENT IN SUPPORT OF DEFENDANT RAYMOND IWAMOTO'S MOTION IN LIMINE #3 RE: TO EXCLUDE EVIDENCE OF INVESTOR MEMORANDUM FROM CGB ENTERPRISES,** FILED 6/13/06; DECLARATION OF |

| | | |
|---|---|---|
| PARTNERSHIPS, CORPORATIONS OR OTHER ENTITIES 1-20,<br><br>Defendants,<br><br>and<br><br>F&J MOVERS, and RENEE K. COSTA,<br><br>Additional Crossclaim Defendants. | ) | LOUISE K. Y. ING; EXHIBIT A; CERTIFICATE OF SERVICE<br><br>JUDGE: Hon. Marvin E. Aspen<br><br>TRIAL: November 6, 2006 |

**DEFENDANT THE CIT GROUP/BUSINESS CREDIT, INC.'S STATEMENT IN SUPPORT OF DEFENDANT RAYMOND IWAMOTO'S MOTION IN LIMINE #3 RE: TO EXCLUDE EVIDENCE OF INVESTOR MEMORANDUM FROM CGB ENTERPRISES, FILED 6/13/06**

The CIT Group/Business Credit, Inc. ("CIT") supports Defendant Raymond Iwamoto's Motion in Limine #3. To the extent Whirlpool argues that such evidence is also relevant to its claims against CIT, CIT strongly disagrees because there is no evidence CIT had any role in creating or distributing the CGB Investor Memorandum. Exhibit A, Rule 30(b)(6) Deposition at Thomas A. Hayes (11/19/02) at 88:8-25 (not sure if he saw it; did recall seeing an investor book produced by Kurt Glassman or persons related to MidPac).

Mr. Iwamoto's Motion in Limine #3 seeking total exclusion of the CGB Investor Memorandum and evidence related to it should therefore be granted.

DATED: Honolulu, Hawai'i, June 26, 2006.

/s/ Louise K. Y. Ing
PAUL ALSTON
LOUISE K. Y. ING
THOMAS E. BUSH
ALLISON KIRK
Attorneys for Defendant/Cross-claimant THE CIT GROUP/BUSINESS CREDIT, INC.