84

Whirlpool Corporation
412 N Peters Road
Knoxville, TN 37922

June 9, 1999

Mr. Ed Boling
Mr. Kurt Glassman
Maui Homes Supply
MidPac Lumber Co
1001 Ahua Street
Honolulu, HI 96819

Dear Sirs:

This is to confirm our telephone conversation on Friday June 4, 1999 regarding the open balance on your account. The total open balance agreed upon was $1.9 million. Payment agreement is $150,000 per week beginning June 4 until paid in full (approximately 13 weeks). Invoices dated June 4 and later will be paid according to standard terms of net 75 days.

Sincerely,

Janet W. Rowan
Ernie Matlock

Janet W. Rowan, Operational Advisor
Ernie Matlock, Credit Analyst

Deposition Exhibit No. 12
Deposition of Bowling
Date 8-1-01

Deposition Exhibit No. 168
Deposition of Matlock
Date 12-19-02

EB 00016

EXHIBIT B