IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

---------------------------------------- ORIGINAL

WHIRLPOOL CORPORATION, a Delaware corporation,
Plaintiff,

vs. CIVIL NO. CV01 00187 DAE BMK

CIT GROUP/BUSINESS CREDIT, INC., a New York corporation, CGBN, INC., a Hawaii corporation; MICHAEL CLIFFORD; EDWIN BOWLING; FRANCES HALLER-BOWLING, RAYMOND IWAMOTO, and KURT GLASSMAN, DOE INDIVIDUALS 1-50; DOE PARTNERSHIPS, CORPORATIONS OR OTHER ENTITIES 1-20,
Defendants.
and
CG DEVELOPMENT, INC., F&J MOVERS, and RENEE K. COSTA,
Additional Cross-claim Defendants.

----------------------------------------

30(b)(6) DEPOSITION OF ALEX HOLTON

VOLUME I

Taken on behalf of the Defendant/Cross-claimant The CIT Group/Business Credit, Inc., at the office of Alston Hunt Floyd & Ing, Pacific Tower, Suite 1800, 1001 Bishop Street, Honolulu, Hawaii 96813, commencing at 9:07 a.m., on November 15, 2002, pursuant to Notice.

**EXHIBIT C**

BEFORE: DENNIS J. YANKEE, CSR NO. 285

Certified Shorthand Reporter

APPEARANCES:

For Defendant/Cross-claimant The CIT Group/Business Credit, Inc.: LOUISE K.Y. ING, ESQ.
Alston Hunt Floyd & Ing
Pacific Tower, Suite 1800
1001 Bishop Street
Honolulu, Hawaii 96813

For Plaintiff: TIMOTHY J. HOGAN, ESQ.
Lynch Ichida Thompson & Kim
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813

For Defendants Edwin Bowling and Frances Haller-Bowling: JEANNETTE E. HOLMES, ESQ.
Bronster Crabtree & Hoshibata
2300 Pauahi Tower, 1001 Bishop St.
Honolulu Hawaii 96813

For Defendant Raymond S. Iwamoto:
CALVIN E. YOUNG, ESQ.
Ayabe Chong Nishimoto Sia Nakamura
Pauahi Tower, Suite 2500
1001 Bishop Street
Honolulu, Hawaii

09:04 For Defendants Michael Clifford, CGBN, Inc. and CG Development, Inc.:

CHRISTOPHER J. MUZZI, ESQ.
Case, Bigelow & Lombardi
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, Hawaii 96813

Also Present: Debra Clawson, Senior Counsel
Whirlpool Corporation

-oOo-

I N D E X


| EXAMINATION BY: | PAGE |
| --- | --- |
| MS. ING | 5 |
| MR. YOUNG | 86 |
| MS. HOLMES | 107 |
| MR. MUZZI | 120 |
| MR. HOGAN | 132 |
| MS. ING | 135 |
| MR. MUZZI | 137 |


-oOo-

INDEX OF EXHIBITS


| | PAGE |
| --- | --- |
| Exhibit 60: CIT Group/Business Credit, Inc.'s 1st Amended Notice of Taking Deposition | 6 |

represented 50 percent of Whirlpool's total business in Hawaii?

09:49 A. Retail and builder combined.

09:49 Q. Okay. And that would be in terms of dollar or sales volume, is that correct?

09:49 A. Dollar volume.

09:49 Q. Now, you had mentioned that when you refer to Mid-Pac/Maui Home Supply -- well, let me ask it this way. When you refer to Mid-Pac/Maui Home Supply you're referring to Mid-Pac Lumber Company on the Island of Oahu and Maui Home Supply located on the Island of Maui?

09:50 A. Yes.

:50 Q. As two businesses.

09:50 A. Although we didn't see them as two businesses, we saw it as one entity.

09:50 Q. Okay, and you say that that was based on your discussion with Mr. Ed Bowling when you were introduced to him in February of 1999?

09:50 A. It was also our sales understanding at Whirlpool.

09:50 Q. And do you know how that sales understanding was acquired that they were one business?

:50 A. The way they portrayed themself, the way

Mid-Pac/Maui Home Supply portrayed themself to us in our dealings with them related to sales.

09:50 Q. And how did they portray themselves as one business to Whirlpool sales people?

09:50 A. First and foremost, Ed Bowling identified himself as the person in charge of the Mid-Pac operation and the Maui Home operation.

09:51 It was through his words and discussion that the Maui Home operation was a satellite location under the Mid-Pac umbrella. All meetings that we had took place on the Mid-Pac property, which was presented to us to be their main location, their main operation, and their headquarters.

:51 Additionally, in a meeting we had in the summer months, Mr. Al "G", the manager of the Maui Home location --

09:51 Q. Summer of '99?

09:51 A. '99, excuse me. What did I say?

09:51 Q. Just said summer months.

09:51 A. Oh. Was in a meeting and introduced as the manager reporting to Ed Bowling, running the Maui operation.

09:51 Q. Was there a period of time, and this is probably getting into -- I'm just going to skip to topic 13, dealing with Mid-Pac/Maui Home Supply. But

with respect, was there a period of time when Mr. Bowling was Whirlpool's primary contact with Mid-Pac/Maui Home Supply?

09:52 A. The entire time I dealt with them.

09:52 Q. And what was the entire time you dealt with them?

09:52 A. From February of '99 until the time they closed their doors.

09:52 Q. Which would have been January of 2000?

09:52 A. The first quarter of 2000.

09:52 Q. How frequent was your contact with Mr. Bowling during that period?

09:52 A. I had two formal meetings, the one in February and one in the summer months, it was either June or July, and by telephone half a dozen times.

09:52 Q. Okay. And when you say February, that would be February of '99 and the summer months was also '99?

09:52 A. Yes.

09:52 Q. And telephone you say half a dozen times?

09:52 A. Yeah.

09:52 Q. During what period?

09:52 A. During the entire year of '99.

09:53 Q. Did you have contacts with him in year 2000?

12:36 C E R T I F I C A T E

12:36 STATE OF HAWAII )

12:36 ) SS.

12:36 CITY AND COUNTY OF HONOLULU )

12:36

12:36 I, DENNIS J. YANKEE, do hereby certify;

12:36 That on November 15, 2002, at 9:07 a.m. appeared before me ALEX HOLTON, the witness whose deposition is contained herein; that prior to being examined he was by me duly sworn;

12:36 That the deposition was taken down by me in machine shorthand and was thereafter reduced to typewritten form under my supervision; that the foregoing represents to the best of my ability, a true and correct transcript of the proceedings had in the foregoing matter.

12:36 I further certify that I am not attorney for any of the parties hereto, nor in any way concerned with the cause.

12:36 DATED this 16th day of November, 2002, in Honolulu, Hawaii.

12:36

12:36

12:36 ______________________________

12:36 DENNIS J. YANKEE, CSR 285