IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; et al.,<br><br>Defendants,<br><br>and<br><br>F&J MOVERS, and RENEE K. COSTA,<br><br>Additional Crossclaim Defendants. | Civil No. CV 01 00187 MEA-BMK (Tort and RICO)<br><br>**DECLARATION OF LOUISE K. Y. ING** |

**DECLARATION OF LOUISE K. Y. ING**

I, LOUISE K. Y. ING, declare as follows:

1. I am an attorney with the law firm of Alston Hunt Floyd & Ing, Attorneys At Law, A Law Corporation, attorneys for Defendant THE CIT GROUP/BUSINESS CREDIT, INC.

2. I make this declaration based on my personal knowledge and am competent to testify as to the matters set forth herein.

3. Attached hereto as Exhibit A are true and correct copies of excerpts of the Bankruptcy Rule 2004 Examination of Theodore G. Phelps, taken in *In re MidPac Lumber Company, Inc.*, Case No. 00-00136 (Bkcy. D. Hawaii) ("MidPac Bankruptcy Case"), on December 7, 2000.

4. The attorneys representing CIT in the examination were retained to represent CIT in the MidPac Bankruptcy Case and have not represented CIT in this lawsuit. This lawsuit was filed after Whirlpool conducted Mr. Phelps' examination.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 26th day of June, 2006.

/s/ Louise K. Y. Ing
LOUISE K. Y. ING