IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF HAWAII

In re )
)
)
)
MIDPAC LUMBER COMPANY, INC., ) Case No. 00-00136
) (Chapter 7)
)
)
)
)

EXAMINATION OF THEODORE G. PHELPS
TAKEN ON
THURSDAY, DECEMBER 7, 2000

Reported by: MARLA GORLICK
CSR No. 3767

EXHIBIT A

Examination of THEODORE G. PHELPS, taken on behalf of Whirlpool Corporation, at 725 South Figueroa Street, Suite 3400, Los Angeles, California 90017-5418 on Thursday, December 7, 2000, at 10:05 a.m., before MARLA GORLICK, CSR No. 3767.

APPEARANCES:

FOR CREDITOR WHIRLPOOL CORPORATION:
LYNCH, ICHIDA, THOMPSON & KIM
BY: TIMOTHY J. HOGAN, ESQ.
1132 Bishop Street
Suite 1405
Honolulu, Hawaii 96813
(Present via telephone)
-and-
ARTER & HADDEN
BY: YALE K. KIM, ESQ.
725 South Figueroa Street
Suite 3400
Los Angeles, California 90017-5418

INDEX


| WITNESS | EXAMINATION |
|---|---|
| THEODORE PHELPS | (By Mr. Hogan) |

| EXHIBITS | PAGE |
|---|---|
| A - Document dated 7-8-99 to Janet Rowan from Theodore Phelps | 61 |
| B - Document dated 7-8-99 to Janet Rowan from Kurt Glassman | 61 |
| C - Facsimile Cover Page dated 7-14-99 | 61 |
| D - Facsimile Cover Page dated 7-23-99 | 61 |
| E - Document dated 11-3-99 to Sharon Spector from Thomas A. Johnson | 90 |

ATTACHMENTS
Midpac Lumber Company, Inc., Debtor Document Binder Volume 1
Midpac Lumber Company, Inc., Debtor Document Binder Volue 2




APPEARANCES (Continued):

FOR WHIRLPOOL CORPORATION LEGAL DEPARTMENT:
DEBRA A. CLAWSON, ATTORNEY AT LAW
2000 North M63
Benton Harbor, Michigan 49022
(Present via telephone)

FOR CIT GROUP/CREDIT FINANCE, INC.:
ORRICK, HERRINGTON & SUTCLIFFE LLP
BY: NEAL L. WOLF, ESQ.
TODD L. PADNOS, ESQ.
777 South Figueroa Street
Suite 3200
Los Angeles, California 90017-5855



LOS ANGELES, CALIFORNIA; THURSDAY, DECEMBER 7,
10:05 A.M.

THEODORE PHELPS,
having been first duly sworn, was
examined and testified as follows:

EXAMINATION

BY MR. HOGAN:

Q. Good morning, Mr. Phelps. My name is Timothy Hogan. I represent Whirlpool Corporation. I think perhaps the other parties that are present can just note an appearance on the record if it hasn't already been stated by the court reporter.

MR. PADNOS: Good morning. My name is Todd Padnos, and I represent the CIT Group/Credit Finance, Inc., and I would ask Mr. Phelps if you would please pause momentarily after Mr. Hogan questions you to give me an opportunity to make any objections to the extent that we --

MR. HOGAN: I'm sorry to interrupt. I couldn't hear what you said. It sounds as if you are either facing towards the phone and turning away, perhaps. I'm wondering if you can get a little closer.