IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI‘I

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; EDWIN BOWLING; FRANCES HALLER-BOWLING; RAYMOND IWAMOTO; KURT GLASSMAN; DOE INDIVIDUALS 1-50; DOE PARTNERSHIPS, CORPORATIONS OR OTHER ENTITIES 1-20,<br><br>Defendants,<br><br>and<br><br>F&J MOVERS, and RENEE K. COSTA,<br><br>Additional Crossclaim Defendants. | Civil No. CV 01 00187 MEA-BMK<br>(Tort and RICO)<br><br>**DECLARATION OF THOMAS E. BUSH** |

**DECLARATION OF THOMAS E. BUSH**

Pursuant to 28 U.S.C. § 1746, I declare that:

1. I am an attorney with the law firm of Alston Hunt Floyd & Ing, counsel for Defendant The CIT Group/Business Credit, Inc. (“CIT”).

2. I make this declaration based on my personal knowledge and am competent to testify as to the matters set forth herein.

3. Attached as Exhibit A is a true and correct copy of the Answering Brief of Appellee The CIT Group/Business Credit, Inc., filed in *In re MidPac Lumber Company, Ltd.*, Civil No. 01-00732DAE-KSC on January 11, 2002.

4. Attached as Exhibit B is a true and correct copy of Appellant Whirlpool Corporation's Reply Brief, filed in *In re MidPac Lumber Company, Ltd.*, Civil No. 01-00732DAE-KSC on January 28, 2002.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 26th day of June, 2006.

/s/ Thomas E. Bush
THOMAS E. BUSH