IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; EDWIN BOWLING; FRANCES HALLER-BOWLING; RAYMOND IWAMOTO; KURT GLASSMAN; DOE INDIVIDUALS 1-50; DOE PARTNERSHIPS, CORPORATIONS OR OTHER ENTITIES 1-20,<br><br>Defendants,<br><br>and<br><br>F&J MOVERS, and RENEE K. COSTA,<br><br>Additional Crossclaim Defendants. | Civil No. CV 01 00187 MEA-BMK (Tort and RICO)<br><br>**DECLARATION OF LOUISE K. Y. ING** |

**DECLARATION OF LOUISE K. Y. ING**

Pursuant to 28 U.S.C. § 1746, I declare that:

1. I am an attorney with the law firm of Alston Hunt Floyd & Ing, counsel for Defendant The CIT Group/Business Credit, Inc. ("CIT").

2. I make this declaration based on my personal knowledge and am competent to testify as to the matters set forth herein.

3. Attached as Exhibit A are true and correct copies of excerpts of the Rule 30(b)(6) Deposition of Thomas A. Hayes, Vol. I, taken in this action on November 19, 2002.

4. Attached as Exhibit B are true and correct copies of excerpts of the Deposition of Robert Brichacek, taken in this action on November 21, 2002.

5. Attached as Exhibit C are true and correct copies of excerpts of the Rule 30(b)(6) Deposition of Ernest Matlock, taken in this action on December 14, 2002.

6. Attached as Exhibit D are true and correct copy of excerpts of the Rule 30(b)(6) Deposition Alex Holton, taken in this action on November 15, 2002.

7. Attached as Exhibit E is a true and correct copy of Whirlpool's Trial Exhibit W766.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 26th day of June, 2006.

/s/ Louise K. Y. Ing
LOUISE K. Y. ING