UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT INC., a New York corporation; CGBN, INC., a Hawaii corporation; MICHAEL CLIFFORD; EDWIN BOWLING; FRANCES HALLER-BOWLING; RAYMOND IWAMOTO; KURT GLASSMAN; DOE INDIVIDUALS 1-50; DOE PARTNERSHIPS, CORPORATIONS OR OTHER ENTITIES 1-20,<br><br>Defendants,<br><br>and<br><br>CG DEVELOPMENT, INC., F&J MOVERS, and RENEE K. COSTA,<br><br>Additional Crossclaim Defendants. | Civil No. 01-00187DAE BMK<br>(Tort and RICO)<br><br>30(b)(6) Deposition |

30(b)(6) DEPOSITION OF ERNEST MATLOCK

Taken on behalf of Defendant, RAYMOND IWAMOTO, at the Law Offices of Ayabe, Chong, Nishimoto, Sia & Nakamura, 1001 Bishop Street, Suite 2500, Pauahi Tower, Honolulu, Hawaii, commencing at 11:30 a.m., on Saturday, December 14, 2002, pursuant to notice.

REPORTED BY: CAROL E.M. SUGIYAMA, C.S.R. #295
Notary Public, State of Hawaii



EXHIBIT C

APPEARANCES:

TIMOTHY HOGAN, ESQ.
Lynch Ichida Thompson Kim & Hirota
1132 Bishop Street
Suite 1405
Honolulu, Hawaii 96813

For Plaintiff WHIRLPOOL CORPORATION

CALVIN YOUNG, ESQ.
Ayabe, Chong, Nishimoto,
Sia & Nakamura
2500 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813

For Defendant RAYMOND IWAMOTO, INC.

LOUISE K.Y. ING, ESQ.
Alston Hunt Floyd & Ing
1800 Pacific Tower
1001 Bishop Street
Honolulu, Hawaii 96813

For Defendant CIT GROUP/BUSINESS CREDIT, INC.

ROGER MOSELEY, ESQ.
CHRISTOPHER MUZZI, ESQ.
Case Bigelow & Lombardi
737 Bishop Street
2600 Mauka Tower
Pacific Guardian Life Center
Honolulu, Hawaii 96813

For Defendants MICHAEL CLIFFORD, CGBN, INC., and Third-Party Defendant CG DEVELOPMENT, INC.

MARGERY S. BRONSTER, ESQ.
JEANNETTE HOLMES, ESQ.
Bronster, Crabtree & Hoshibata
1001 Bishop Street
Suite 2300, Pauahi Tower
Honolulu, Hawaii 96813

For Defendants EDWIN BOWLING and
FRANCES HALLER-BOWLING

Also Present: Deb Clawson, Esq.

for. We're running out of time, but when was the last contact that Whirlpool had with Ted Phelps?
A I do not have any idea when the very last contact with him was. From a credit perspective, I think that was probably around December of 1999, January 2000.
MR. HOGAN: If I may, for the record, Whirlpool conducted a 2004 exam of Ted Phelps, that was probably after that and it would be reflected in the date of notice.
Q When was your last contact with Ted Phelps?
A With Ted Phelps? Sometime in November or December of '99, I don't recall the specific date.
Q Did you have a conversation with Mr. Phelps in Summer of 1999 where he discussed being a certified fraud examiner?
A Yes, I did.
Q When was that?
A I think in the beginning when he was telling us of his background, he told us that he was a certified fraud examiner and he directed us to his website, and we had those documents.
In September 13th, I believe there is a document where Ted is again discussing what went on with the "out-of-collateral situation."

And he says "mistakes with CIT were innocent and he kind of, he also related that the reason that CIT was now concerned was that they had a person who was working the account who left and the new people that came in did an audit and discovered some things that were wrong.

At the end of that conversation, he says that he was a certified fraud examiner, and he had looked at the books, and there was no fraud here. That is not notated in my notes. I thought it was a bit of bragging on his part.

So I went back at that time and reviewed his website that I had printed because I did not know that there were certified fraud examiners, and I did see on there that he was a certified fraud examiner.

Q So is it a fair statement that no fraud here was made to the best of your recollection in this September 13, '99 phone conversation?

A That's correct.

Q And you did take notes of that phone conversation?

A I took notes of the other things that he said, but I didn't take a note for that particular part. That was kind of an aside.

STATE OF HAWAII )
) SS.
)

I, CAROL E.M. SUGIYAMA, C.S.R., a Notary Public in and for the State of Hawaii, do hereby certify:

That on December 14, 2002, at 11:30 a.m. appeared before me ERNEST MATLOCK, the witness, whose testimony is contained herein; that, prior to being examined, the witness was, by me, duly sworn or affirmed; that the proceedings were taken in machine shorthand by me and were thereafter reduced to typewriting under my supervision; that the foregoing represents, to the best of my ability, a correct transcript of the proceedings had in the foregoing matter;

That, if applicable, the witness was notified through counsel by mail, or by telephone to appear and sign; that if transcription is not signed, either the reading and signing were waived by the witness and all parties, or the witness has failed to appear and the original is therefore kept on file without signature pursuant to Court rules.

I further certify that I am not counsel for any of the parties hereto, nor in any way interested in the outcome of the cause named in the caption.

DATED: ______________________________________.

CAROL E.M. SUGIYAMA, C.S.R. #205
Notary Public, State of Hawaii
My commission expires 3/26/03

CAROL E.M. SUGIYAMA NOTARY PUBLIC STATE OF HAWAII