IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

ORIGINAL

WHIRLPOOL CORPORATION, a Delaware corporation,
Plaintiff,

vs. CIVIL NO. CV01 00187 DAE BMK

CIT GROUP/BUSINESS CREDIT, INC., a New York corporation, CGBN, INC., a Hawaii corporation; MICHAEL CLIFFORD; EDWIN BOWLING; FRANCES HALLER-BOWLING, RAYMOND IWAMOTO, and KURT GLASSMAN, DOE INDIVIDUALS 1-50; DOE PARTNERSHIPS, CORPORATIONS OR OTHER ENTITIES 1-20,
Defendants.
and
CG DEVELOPMENT, INC., F&J MOVERS, and RENEE K. COSTA,
Additional Cross-claim Defendants.

30(b)(6) DEPOSITION OF ALEX HOLTON

VOLUME I

Taken on behalf of the Defendant/Cross-claimant The CIT Group/Business Credit, Inc., at the office of Alston Hunt Floyd & Ing, Pacific Tower, Suite 1800, 1001 Bishop Street, Honolulu, Hawaii 96813, commencing at 9:07 a.m., on November 15, 2002, pursuant to Notice.

EXHIBIT D

BEFORE: DENNIS J. YANKEE, CSR NO. 285
Certified Shorthand Reporter

APPEARANCES:

For Defendant/Cross-claimant The CIT Group/Business Credit, Inc.: LOUISE K.Y. ING, ESQ.
Alston Hunt Floyd & Ing
Pacific Tower, Suite 1800
1001 Bishop Street
Honolulu, Hawaii 96813

For Plaintiff: TIMOTHY J. HOGAN, ESQ.
Lynch Ichida Thompson & Kim
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813

For Defendants Edwin Bowling and Frances Haller-Bowling: JEANNETTE E. HOLMES, ESQ.
Bronster Crabtree & Hoshibata
2300 Pauahi Tower, 1001 Bishop St.
Honolulu Hawaii 96813

For Defendant Raymond S. Iwamoto:
CALVIN E. YOUNG, ESQ.
Ayabe Chong Nishimoto Sia Nakamura
Pauahi Tower, Suite 2500
1001 Bishop Street
Honolulu, Hawaii

For Defendants Michael Clifford, CGBN, Inc. and CG Development, Inc.:

CHRISTOPHER J. MUZZI, ESQ.
Case, Bigelow & Lombardi
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, Hawaii 96813

Also Present: Debra Clawson, Senior Counsel
Whirlpool Corporation

-oOo-

I N D E X


| EXAMINATION BY: | PAGE |
|---|---|
| MS. ING | 5 |
| MR. YOUNG | 86 |
| MS. HOLMES | 107 |
| MR. MUZZI | 120 |
| MR. HOGAN | 132 |
| MS. ING | 135 |
| MR. MUZZI | 137 |


-oOo-

INDEX OF EXHIBITS


| | PAGE |
|---|---|
| Exhibit 60: CIT Group/Business Credit, Inc.'s 1st Amended Notice of Taking Deposition | 6 |

09:59 A. Dealing with any pricing quotations, terms, invoicing disputes.

09:59 Q. When you say training of sales staff, did Mr. Fujita have a sales staff under him in 1999 and 2000?

09:59 A. No. You asked me that. He had no staff under him.

10:00 Q. Okay. So did he do any training of sales staff?

10:00 A. By that I mean any distributors that he was calling on their sales staff that would require training on new products.

10:00 Q. His daily sales calls, would that be made on existing customers or prospects, or both?

10:00 A. Both.

10:00 Q. And I gather that there was a different set of personnel who handled retail sales for Whirlpool in the State of Hawaii, is that correct?

10:00 A. Correct.

10:00 Q. Now, with respect to Mr. Fujita, for 1999 do you know how often he made sales calls on Mid-Pac/Maui Home Supply?

10:01 A. He was supposed to do it twice a week.

10:01 Q. Who was his point of contact there for 1999?

10:01 A. Ed Bowling and others Ed Bowling assigned him to make contact with.

10:01 Q. Do you know who those were?

10:01 A. I couldn't name them, but they were managers. I could name one, Al "G", when calling on the Maui operation.

10:01 Q. What were the purpose of Mr. Fujita's twice weekly sales calls to Mid-Pac/Maui Home Supply?

10:02 A. Build relationship, train, assist the order process when needed.

10:02 Q. Now, what would happen if Mr. Fujita did get an order -- well, let me ask it this way. With respect to the ordering process for contract sales for Mid-Pac/Maui Home Supply, how would that process work?

10:02 A. I don't know that I know exactly how they were placing orders.

10:02 Q. Was Mr. Fujita, well, as far as building relationship as part of his sales calls, what did that entail from Mid-Pac/Maui Home Supply?

10:02 A. Primarily visiting with the sales people.

10:03 Q. Was it his responsibility to help Mid-Pac/Maui Home Supply develop any new customers, contract sales customers?

10:03 A. To some extent.

12:36 C E R T I F I C A T E

STATE OF HAWAII )
) SS.
CITY AND COUNTY OF HONOLULU )

I, DENNIS J. YANKEE, do hereby certify;

That on November 15, 2002, at 9:07 a.m. appeared before me ALEX HOLTON, the witness whose deposition is contained herein; that prior to being examined he was by me duly sworn;

That the deposition was taken down by me in machine shorthand and was thereafter reduced to typewritten form under my supervision; that the foregoing represents to the best of my ability, a true and correct transcript of the proceedings had in the foregoing matter.

I further certify that I am not attorney for any of the parties hereto, nor in any way concerned with the cause.

DATED this 16th day of November, 2002, in Honolulu, Hawaii.

DENNIS J. YANKEE, CSR 285