REDACT

Subject: Mid Pac Lumber's /Liquidation Sale ???
Author: Harris Y Fujita at Whirlpool-USADCPB4
Date: 11/3/1999 1:29 PM

This morning at 10:05 AM I was in Mid Pac Lumber's showroom and had an opportunity to speak with Al "G" & Rod Oshiro. Rod has informed me that Mid Pac will be having a "LIQUIDATION MADNESS" Sale. (I sent you a copy of their flyer). He informs me that a Mainland Company will be coming to Mid Pac to set up the liquidation sale. He said that one of Kurt Glassmans friends will run the sale. This company would provide advertising and guarantee the employees their paychecks. In Mid Pac's yard the Fork Lifts are all line-up. I noticed also that many of the stock items from their warehouse (F&J) was also on the display floor. I asked Rod what prices will he be selling it at and he stated he will know once the liquidation person comes to town.

Concern that I would have is, if Mid Pac sells the appliance, the monies received would go to pay down the CITI debt and not Whirlpool's. Furthermore, Mid Pac would also cause extreme havoc in the Hawaii Market with their "low ball prices".

Al also stated that this morning a telephone converations was held between Kurt Glassman and Ted Phelps both from MId Pac and Whirlpool's credit people, Carl Smith & Ernie Matlock. He stated that Mid Pac is currently proposing to Whirlpool for a 5 year payback plan committment. He further stated that Whirlpool seemed quite impressed with the idea. (Take it with a Grain of salt...) Whirlpool was further going to get back to Mid Pac as to things that need to be specifically addressed. The time limits stated was that Mid Pac would be hearing from Whirlpool by Thursday of this week.

Lets all keep a close watch on this account and as further things develop I will inform everyone.

Aloha from Hawaii;

Harris Y. Fujita

EXH 209 DATE 1/21/03
WITNESS HIGGINS
JANIS K. FLOATE

A05224

EXHIBIT E