**MIDPAC LUMBER COMPANY**
A/R Collateral Review
Examiner: Eric Fernandez
Field work dates: 9/16/98 – 9/18/98
Write-up completed: 9/21/98

**BACKGROUND**

MidPac Lumber Company ("MidPac" or "the Company") is a wholesale distributor and retailer of building materials and home appliances located in Honolulu, HI. The company was formed in 1956 and purchased by CGBN, Inc. in March 1998. Midpac's customer base is comprised of local building contractors (85%) and retail consumers (15%). The Company is working to expand its retail business to 25% of total sales. On March 18, 1998 CIT funded an $8MM revolving credit facility secured by inventory with accounts receivable and machinery and equipment as additional collateral. The purpose of the examination is to review accounts receivable. CIT/CRF seeks to advance against A/R.

**LOAN STATUS A/O 8/31/98**

**Line:** $8,000M **Loan:** $2,951M **Availability:** $19M

**A/R COLLATERAL REVIEW:**

Midpac's customers consist of 85% general contractors, 10% management companies or associations, 3% hotels, 1% government, and 1% homeowners. There are approximately 850 active accounts located in the state of Hawaii. The selling terms are normally 30 days from the end of month. The Company generates month-end customer statements, typically 7-14 days thereafter. Customers then pay according to statements, normally within 45 days from invoice date. MidPac charges a service fee of 1-1/2% per month for delinquent (over 30 days) balance. Billings are done as product is shipped. The average invoice size is $1M, 1,000 billings per month. Most shipments to the job site are done via MidPac trucks. The Company generates cash / credit card sales via its will call business. Cash sales approximate 25% of total sales on a monthly basis. Joint checks or retention are not accepted. The Company also does bond general contractors for selected projects.

The A/R aging is aged according to the month the invoice is generated. Due to system limitations, the aging cannot age by invoice date. In addition, the aging is broken down by customer classification as follows:

| Class | Type | $000s a/o 9/15/98 | Description |
|---|---|---|---|
| #10, 15 | Retail | 403 | Shipped to job site or customer (hotels, homeowners, etc.) |
| 20 | Government | 608 | Military, state agencies, municipalities. |
| 30, 35 | Contractor | 1,749 | Shipped to general contractor at job site. |
| | | 2,760 | |

Class #'s 40 & 45 consisting of receivables for bonded jobs are excluded since they will not be included in the proposed financing. As of 8/31/98, bonded jobs totaled $357M, 12% of A/R. Please note that government receivables will also be excluded.

EXH 139 DATE
WITNESS BRICHACEK
JANIS K. FLOATE

CT040046

EXHIBIT B

words, the aging does not age by invoice date at mid-month due to system limitations. The examiner requested that the Company generate an aging by customer, specifically by contractor. For internal purposes, an aging run as of 9/15/98, listed receivables according to job numbers referenced by the customer number.

Concentration:

| Customer | % | Total | 0-30 | 31-60 | 61-90 | 91-120 | 120-150 | 150+ |
|---|---|---|---|---|---|---|---|---|
| Maui Home Supply | 11.1% | 306 | 1 | 305 | | 0 | 0 | |
| Ash Painting | 4.9% | 135 | 70 | 65 | 0 | 0 | 0 | 0 |
| ComNavbase, Navy Aloha Center | 18.4% | 509 | 88 | 336 | 8 | 77 | 0 | |
| Navy PWC | 2.3% | 64 | 2 | 38 | 24 | 0 | 0 | |
| Coastal Construction | 21.4% | 590 | 125 | 252 | 109 | 26 | 73 | 5 |
| Shioi Construction | 1.8% | 50 | 0 | 0 | 0 | 0 | 0 | 50 |
| | 59.9% | 1,654 | 286 | 996 | 141 | 103 | 73 | 55 |

The six largest accounts represent 60% of A/R. Coastal Construction ($590M, 21%), is the largest customer. Coastal is a long established customer for over 10 years. A review of payment history reflects the account to be in good standing. Coastal is a large general contractor in the state of Hawaii. MidPac currently supplies building material for 60 Coastal Construction jobs. The examiner recommends a 30% concentration limit. No reserves are necessary as of 9/15/98.

Other major customers include Comnavybase, Navy Aloha Center (18%), a government account and Maui Home Supply (11%), an affiliate account. Both customer balances are deemed ineligible. $298M of A/R from Maui Home Supply related to inventory transfers, $8M related to the sale of building materials. Refer to shipping test comments for details.

Past Dues:

The examiner analyzed $285M of delinquent (> 90 days) balances which represents 52% of total delinquencies. $246M was deemed collectible and $40M related to customer dispute. A majority of accounts have scheduled payment plans. Since the acquisition in March 1998, the Company placed stringent collection efforts, which resulted in a reduction of delinquencies of nearly $1MM.

Reserves:

Total A/R ineligibles of $1,427M are broken down as follows: ($000's)

| | | |
|---|---|---|
| Over 90 days fr. Invoice date | 539 | |
| Cross-Age @ 50% | 35 | |
| Government | 539 | |
| Affiliate | 314 | (a) |
| Concentration @ 30% | 0 | |
| Total ineligible | 1,427 | |

(a) Represents balances owed by Maui Home Supply, a sister corporation of CGBN, Inc.

Shipping Test:

Eighteen invoices totaling $246M were sampled for the shipping test. Thirteen invoices represent regular shipments as evidenced by invoices signed by the consignees. No pre-billings were noted. Two invoices totaling $37M represent direct shipments from the vendor. The examiner verified shipment via vendor invoice and the freight bill. Two invoices totaling $107M were issued to Maui Home Supply for transfers of inventory (appliances) that took place in August. One invoice totaling $8M again billed to Maui Home

Supply relates to the sale of building material and delivered to the job site. It was noted that the vast majority of large invoices represent billings to contractors for product shipped to the job site.

Credit Memo Test:

A majority of credits were small in size (<$1M each). A total of five credits were sampled. Three were issued due to wrong item shipped, one for defective product, and one for a billing error (incorrect customer type printed on original). Based on statistical analysis for the two months ended 8/31/98, dilution of 1% is minimal.

Telephone Verifications:

The examiner attempted and successfully verified $749M or 27% of total receivables. The test was conducted with the Company credit manager. The customers verified balances from the August 1998 statements plus additional invoices in September.

The results of the A/R collateral review were satisfactory. A daily roll-forward of activities is presently being setup by the Company related to receivables to be assigned to CIT. The examiner recommends an 85% advance rate to commensurate a 1% dilution.

## INVENTORY

A perpetual inventory as of 9/17/98 was generated listing inventory at the main yard. The examiner used this report as a basis for the test counts. A total of 70 items were counted consisting of lumber inventory. Lumber and lumber products represent 50% of total inventory as of 9/14/98. Test count results were favorable showing a positive 1% variance.

Inventory as of 9/14/98 is broken down as follows:

| | |
|---|---|
| Per perpetual | $3,890,595.75 |
| Inventory items not in system: | |
| - Forest Grove | 260,147.24 |
| - Scott Lumber | 10,429.58 |
| - Klupenger | 15,846.26 |
| Freight not allocated | 49,994.84 |
| Appliances | 260,927.00 |
| Brown | 66,184.00 |
| Maui Home Supply lumber | 291,794.00 |
| Viking/Subzero | 25,000.00 |
| Total Inventory | $4,870,918.67 |

Eligible inventory consist of the following:

| | | |
|---|---|---|
| Perpetual | $3,890,595.75 | |
| Forest Grove | 166,276.00 | (a) |
| Scott Lumber | 10,429.58 | (a) |
| Klupenger | 15,846.26 | (a) |
| Freight | 25,841.00 | |
| Viking/Subzero | 25,000.00 | (a) |
| Total Eligible Inventory | $4,133,988.59 | |
| Advance Rate @ 60% | $2,480,393.16 | |

(a) Represent inventory received in-house but not entered into system. Supported by receivers and vendor invoices.

CT040049

*MidPac L[illegible] Company*
**Shipping Test**

| Customer | Invoice # | Invoice $ | Invoice Date | Ship Date | Ship/Inv Lag | BOL Signed | Dated | Ship Via | Job Site | Terms | Sub Pay $ | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nordic Construction | 354477 | 5,437.85 | 7/13/98 | 7/13/98 | 0 | Yes | Yes | MidPac | Mililani Inter.School | 30 days EOM | | |
| State Remodeling & Const.Svcs. | 360379 | 5,900.00 | 8/24/98 | 8/24/98 | 0 | Yes | Yes | MidPac | 818 Ikena Circle | 30 days EOM | | |
| Coastal Construction Co., Inc. | 360923 | 5,100.00 | 8/27/98 | 8/27/98 | 0 | Yes | Yes | MidPac | Unit 117B Mililani Mauka | 30 days EOM | | |
| Maui Home Supply | 359052 | 71,723.49 | 8/13/98 | (A) | NA | | | | | | | |
| K&R Shioi Builders Inc. | 359164 | 8,916.85 | 8/13/98 | 8/13/98 | 0 | Yes | Yes | MidPac | | 30 days EOM | | |
| S Tanaka Construction Inc. | 362098 | 7,100.00 | 9/4/98 | 9/4/98 | 0 | Yes | Yes | MidPac | 4998 Kolohala St. | 30 days EOM | | |
| Ash Painting Inc. | 362026 | 32,076.00 | 9/3/98 | 9/3/98 | 0 | | | MidPac | New Ohana Nui | 30 days EOM | | Direct ship-Verified via vendor invoice & frt.bill. |
| Coastal Construction Co., Inc. | 357375 | 7,100.00 | 8/3/98 | 8/3/98 | 0 | Yes | Yes | MidPac | Unit 117A Mililani Mauka | 30 days EOM | | |
| Kato Construction Co. | 361752 | 15,879.00 | 9/2/98 | 9/2/98 | 0 | Yes | Yes | MidPac | Wheeler Air Field | 30 days EOM | | |
| Concannon Lumber Co. | 361530 | 6,640.69 | 9/1/98 | 9/1/98 | 0 | Yes | Yes | Will Call | | 30 days EOM | | |
| Robert M Kaya Builders Inc. | 361582 | 8,300.00 | 9/1/98 | 9/1/98 | 0 | Yes | Yes | MidPac | MF 106 - Mililani Mauka | 30 days EOM | | |
| Pyramid Development LLC | 362917 | 11,900.00 | 9/11/98 | 9/11/98 | 0 | Yes | Yes | MidPac | | 30 days EOM | | |
| Maui Home Supply | 360464 | 35,114.39 | 8/24/98 | (A) | NA | | | | | 30 days EOM | | |
| Coastal Construction Co., Inc. | 362432 | 4,600.00 | 9/8/98 | 9/8/98 | 0 | Yes | Yes | MidPac | Mililani Makai Unit 29 | 30 days EOM | | |
| S Tanaka Construction Inc. | 362381 | 3,667.87 | 9/8/98 | 9/8/98 | 0 | Yes | Yes | MidPac | 99-533 Pohue St. | 30 days EOM | | |
| Society Painters Inc. | 362831 | 4,774.65 | 9/10/98 | 8/29/98 | (12) | | | MidPac | Fort Shafter | 30 days EOM | | Direct ship-Verified via vendor invoice & frt.bill. |
| Maui Home Supply | 362316 | 7,990.84 | 9/8/98 | (B) | NA | | | | | 30 days EOM | | |
| GW Murphy Construction Co. | 363293 | 3,901.94 | 9/14/98 | 9/14/98 | 0 | Yes | Yes | MidPac | | 30 days EOM | | |
| | 18 | 246,123.57 | | | (1) | | | | | | | |

(A) Represents transfer of inventory to MHS, a sister company of MidPac Lumber. Charges represent the sale of appliances.
(B) Represents the sale of building material & delivered to the job site (Wailea, Maui).

CT040055

**MidPac Lumber Company**
**A/R Reserve Analysis**
**Source: A/R Aging as of 9/15/98**

| | Exam |
|---|---|
| Over 90 Days from Invoice Date | 538,654.22 |
| Credit Reclassification | 0.00 |
| Cross Aging @ 50% | 35,203.04 |
| U.S. Government < 90 | 538,812.93 |
| Retention | 0.00 |
| Affiliate (Maui Home Supply) | 313,939.00 |
| Sub-Total | 1,426,609.19 |
| Concentration | 0.00 |
| TOTAL INELIGIBLES | 1,426,609.19 |

**Credit Reclassification**
None

| Cross Aging 50% | Total | > 90 days | % of Total | Ineligible |
|---|---|---|---|---|
| Shin, Sang Pil | 3,127.36 | 3,036.28 | 97% | 91.08 |
| Leo Noecker | 2,843.20 | 2,710.00 | 95% | 133.20 |
| Kotaka | 10,293.58 | 9,337.47 | 91% | 956.11 |
| BMY Builders | 9,712.44 | 8,585.56 | 88% | 1,126.88 |
| Ace Hardware | 2,049.67 | 2,000.00 | 98% | 49.67 |
| Coastal Construction | 9,847.16 | 8,250.00 | 84% | 1,597.16 |
| Coastal Construction | 36,484.99 | 34,499.00 | 95% | 1,985.99 |
| CTM Builders | 34,327.12 | 29,475.06 | 86% | 4,852.06 |
| Kidani Construction | 3,297.16 | 2,958.04 | 90% | 339.12 |
| Kiewit Pacific | 8,097.59 | 3,966.09 | 49% | 4,131.50 |
| LA Finishers | 12,468.56 | 10,622.95 | 85% | 1,845.61 |
| Keith Lazier Plastery | 12,167.76 | 11,556.22 | 95% | 611.54 |
| Leslie Muranaka | 11,145.94 | 10,525.35 | 94% | 620.59 |
| PMX Inc. | 27,504.39 | 15,092.38 | 55% | 12,412.01 |
| RP Richards Inc. | 38,888.77 | 37,077.69 | 95% | 1,811.08 |
| Glen Taba Contractors | 4,398.97 | 3,736.44 | 85% | 662.53 |
| Elvin Kuyama | 4,707.00 | 4,106.41 | 87% | 600.59 |
| YS Construction | 14,145.89 | 12,953.41 | 92% | 1,192.48 |
| Unlimited Construction Svcs. | 17,096.45 | 15,354.27 | 90% | 1,742.18 |
| Tsukomoto Contractors | 8,359.22 | 7,610.29 | 91% | 748.93 |
| Total Cross-Aging | | | | 35,203.04 |

**U.S. Government**

| | |
|---|---|
| Total | 607,957.78 |
| Less: Over 90 days | (69,144.85) |
| Total US Government | 538,812.93 |

**Affiliates:**

| | | |
|---|---|---|
| Maui Home Supply (Retail O/A) #40108750 | 305,837.00 | |
| Maui Home Supply (Retail Jobs) #40108750 | 8,102.00 | Wailea Fairway Villas |
| | 313,939.00 | |

**Concentration Cap**

| | | |
|---|---|---|
| Total A/R | 2,760,319.82 | |
| Eligible A/R | 1,341,812.63 | |
| Base A/R | 1,418,507.19 | |
| Concentration limit | 2,837,014.38 | |
| Base A/R | 1,418,507.19 | |
| Concentration cap | 1,418,507.19 | |
| Coastal Construction | 590,000.00 | |
| Concentration cap | 1,418,507.19 | |
| Over / (Under) | (828,507.19) | No reserves recommended. |

CT040058