**CGBN, INC.**
***dba* MIDPAC LUMBER COMPANY, Ltd.**
Field Examination Comments
March 26th 1999

Examiner: Paul Dybczak
Field work dates: March 22nd – April 2nd
Write-up completed: April 15th

### *Company Background*

MidPac Lumber Company ("MidPac" or "the Company") is a wholesale distributor and retailer of building materials and home appliances located in Honolulu, HI. The Company, formed in 1956, was purchased by CGBN, Inc. in March 1998. MidPac's customer base is comprised of local building contractors (85%) and retail consumers (15%). MidPac has always placed emphasis on servicing the "pro-dealer" construction accounts, i.e. professional contractors, as opposed to the retail segment of the home improvement market that is dominated by Lowes and Ace Hardware. The Company is working to expand its retail business to 25% of total sales by creating more consumer- oriented showrooms and offering additional product lines such as appliances and cabinets. Lumber treating occurs on site at the truss facility where the Company also manufactures trusses according to customer's specifications. MidPac treats all of its lumber with *Borax®*.

Since inception, March 19, 1998, the Company released approximately 75 employees, a third of which were union members. MidPac currently has 60 employees and 16 teamsters on its payroll.

CGBN, Inc. ("CGBN") was incorporated as a "C"- corporation in February of 1998 for the purpose of acquiring MidPac. CGBN has two shareholders. Kurt Glassman owns two-thirds of all shares. The minority shareholder is for all intents and purposes a silent partner. CGBN has a sister company called CGI, Inc. ("CGI") that was incorporated as an "S"- corporation and is doing business as Maui Home Supply ("MHS"), in Kahului and Lahaina, HI. MHS's operations are similar to MidPac's, only on a smaller scale. Kurt Glassman also has controlling interest in CGI. MHS sells lumber, appliances and cabinets on behalf of MidPac.




EXH 85 DATE ________
WITNESS HAYES ________
JANIS K. FLOATE



CA23647

EXHIBIT C

MidPac purchases essentially its entire inventory in bulk quantities from the mainland, in many cases with delivery terms of F.O.B. shipping point. By ordering large volumes and accepting delivery at the docks, MidPac is able to achieve even larger discounts. For accounting purposes, MidPac debits cost of goods sold instead of inventory, and credits cash, if paid, or A/P if the vendor extends terms. No entry is posted on MHS's books.

| | | | | |
|---|---|---|---|---|
| 2. | Inventory | $1,000 | Inventory | $1,000 |
| | Cost of goods sold | $(1,000) | | |
| | [to record the physical receipt of inventory] | | [to record the physical receipt of inventory] | |

When the inventory is physically received and checked in by warehouse people, cost of goods sold is reversed and inventory is debited on MidPac's books. The first two entries are handled in this manner because management does not want to book the inventory into the system until it is onsite and available for sale. This works well for CIT's purposes because the inventory on the water does not hit the perpetual (i.e. collateral) until it is received. When the items are shipped direct to MHS, they are checked in and posted to a subsidiary module (perpetual) that tracks only MidPac's inventory. The perpetual is forwarded to MidPac on a weekly basis along with vendor invoices and the value of the lumber, cabinets and appliances are posted to MidPac's perpetual as single line items in their respective classifications.

| | | | | |
|---|---|---|---|---|
| 3. | Accounts receivable – MHS | $1,250 | Accounts receivable – customer | $1,250 |
| | Sales | $(1,250) | Sales | $(1,250) |
| | | | Sales | $1,250 |
| | Cost of goods sold | $1,000 | A/P – MidPac | $(1,250) |
| | Inventory | $(1,000) | | |
| | | | Inventory | $(1,000) |
| | [to record a sale on MHS invoice] | | [to record a sale on behalf of MidPac] | |

The above entries are recorded when MHS sells MidPac's lumber. First, the sale and receivable are recorded when the daily sales batch is posted by MHS. MidPac's inventory is relieved on the subsidiary inventory module when the sale is posted. At the same time that MidPac is notified of the sale, the remaining two entries occur simultaneously. MidPac records the sale on its books and relieves inventory from the perpetual. MHS reverses the original sale and credits A/P-MidPac for the amount of the sale. At this point, sales and A/R are properly recorded on MidPac's books as well as the consumption of inventory, and MHS shows a receivable from its customer that is equal to A/P-MidPac. Again, inventory is properly reported.

| | | | | |
|---|---|---|---|---|
| 4. | Cash | $1,250 | Cash | $1,250 |
| | Accounts receivable - MHS | $(1,250) | A/R – customer | $(1,250) |
| | | | A/P – MidPac | $1,250 |
| | | | Cash | $(1,250) |
| | [to record cash collection from MHS] | | [to record cash collection and paym't to MidPac] | |



CA23658

When MHS collects on the receivable it debits cash and credits A/R. At month end Mr. Glassman writes a check from MHS to MidPac for the net change in MHS's aging since the previous month. MHS reduces its payable to MidPac and MidPac reduces its receivable from MHS.

As you can see, there is a lot of room for human error. Once things get fouled up it may take weeks to straighten out. CIT's exposure relates to the timeliness and accuracy of the reporting. CIT mitigates potential A/R risk by reserving for MHS receivables. Inventory risk is harder to control because MHS's system is not integrated with MidPac's. Therefore, inventory movement is not recorded simultaneously. The examiner discovered a $89M error on MidPac's perpetual as a result of recording inventory twice. The examiner does not believe that the inventory was intentionally overstated. See inventory ineligibles for further commentary.

## *Inventory*

### *MidPac Lumber Company*

Inventory consists primarily of lumber products, building materials and appliances. Lumber product is comprised of lumber and plywood, both treated and untreated. Building materials include plumbing fixtures, glass doors and windows, roofing materials, drywall materials, wood flooring, cabinets and pre-hung doors. MidPac is turning its focus to the retail sector and has increased its line of home appliances to include washers, dryers, freezers, refrigerators and dishwashers.

Inventory is stored at three adjacent warehouses. Appliances and doors are stored at a warehouse located behind the main warehouse, referred to as the "1050" location. As lumber comes in it is unloaded at the truss manufacturing facility, also located within walking distance of the main facility. Lumber is treated at the truss yard and transferred to the main lot where it becomes available for sale.

A small portion of MidPac's business involves manufacturing product to customer specifications. MidPac manufactures roof trusses and customizes pre-hung doors. All work occurs on the premises. The production is fairly quick, less than one day for most items. Raw materials are relieved from inventory when the finished product is shipped.

All inventory is tracked on a perpetual system that uses average cost to extend units on hand. MidPac had intentions to change its costing method to specific identification, but has not done so as of the exam date. Movement of appliances and doors located at the "1050" location is manually tracked on a daily basis due to the lack of a computerized system. The warehouse was recently acquired by MidPac and is now used to store all appliances and doors. Considerable leasehold improvements were made and inventory racks have been installed. Daily inventory rollforwards are sent to Mike Souza, who is responsible fc· extending the items by their purchase prices and posting the totals to the perpetual.



CA23659

*Maui Home Supply*

MHS owns two home improvement centers located on Maui. In July 1998, MidPac entered into an agreement to purchase 100% of MHS's lumber and plywood inventory. The transaction was paperless. An invoice has never been generated to mark the sale of lumber, plywood, drywall and roofing products valued at $500M. Notes to CGI's December 31, 1998 financial statements disclose the terms of the transaction. CGI, *dba* MHS, has a related party receivable on the balance sheet. MidPac includes the $500M related party payable in "deposits and other payables" on its balance sheet.

MidPac inventory located at MHS stores consists of lumber, appliances and cabinets. All items are adequately segregated from MHS's inventory. MidPac's inventory is isolated on a secondary perpetual that is extended by average cost.

Inventory as of March 25th is classified as follows:

| Classification | Categor | Per 3/25 Perpetual | Located at MidPac | Located at Maui | Located at "1050" |
|---|---|---|---|---|---|
| Lumber | 10 | $1,081,003 | $803,069 | $277,934 | |
| Lumber Products | 11 | 787,907 | 524,184 | 185,289 | $78,434 |
| Engineered Products | 14 | 400,296 | 400,296 | | |
| Hardwood Flooring | 15 | 150,628 | 150,628 | | |
| Tools | 16 | 37,880 | 37,880 | | |
| Paint | 17 | 173,909 | 173,909 | | |
| Electrical | 18 | 2,871 | 2,871 | | |
| Showroom | 21 | 1,591 | 1,591 | | |
| Plumbing Fixtures | 22 | 265,129 | 265,129 | | |
| Hardware | 23 | 143,775 | 143,775 | | |
| Electrical Appliances | 24 | 796,605 | 87,115 | 437,302 | 272,188 |
| Roofing | 26 | 14,079 | 14,079 | | |
| Structural | 29 | 115,624 | 104,507 | 11,117 | |
| Glass | 30 | 445,597 | 445,597 | | |
| Truss | 41 | 82,587 | 82,587 | | |
| Cabinets | 42 | 339,952 | 251,454 | 88,498 | |
| Westec | 43 | 28,199 | 28,199 | | |
| Prehung | 45 | 27,800 | 27,800 | | |
| MPL Treating | 55 | 791 | 791 | | |
| Invty rec'd not included on perpetual | | 110,842 | 110,842 | | |
| | Total Inventory | 5,007,065 | $3,656,303 | $1,000,140 | $350,622 |
| | Less Reserves | 444,444 | | | |
| | Eligible | $4,562,621 | | | |

Approximately 80% ($4,007M) of all inventory is located in Honolulu at one of three MidPac warehouses. MHS carries the balance in Kahului ($875M) and Lahaina ($125M). Inventory totaling $111M had been checked in but not added to the perpetual. Stock numbers need to be created on the perpetual before the inventory can be entered into the system. Included in the workpapers are copies of vendor invoices supporting these items.



CA23660