The CIT Group/
Credit Finance
3rd Floor
300 S Grand Avenue
Los Angeles, CA 900?1
Tel: 213 613-2500
Fax: 213 613-2501

THE CIT GROUP

October 27, 1998

MidPac Lumber Co., Ltd.
1001 Ahua Street
Honolulu, HI 96819
Attention: Kurt Glassman, President

RE: Loan and Security Agreement dated March 19, 1998 and any and all amendments and supplements thereto between MidPac Lumber Co., Ltd. ("Borrower") and The CIT Group/Credit Finance, Inc. ("Lender") (the "Agreement")

**---AMENDMENT #2---**

Dear Mr. Glassman:

In confirmation of our understanding, the above-captioned Agreement is hereby amended as provided hereinbelow, effective upon Lender's sole satisfaction with the following terms and conditions:

Pre-Conditions:

1. CIT-owned account to be established with Bank of Hawaii under terms satisfactory to CIT for the receipt of all proceeds of accounts and other Collateral pursuant to Section 5.1 of the Agreement. Borrower shall not be required to direct that all remittances and other proceeds of accounts be sent to a lock box at this time. Lender reserves its rights to request that remittances be sent to a lock box at such time as Lender may deem appropriate;

2. Notwithstanding any language in paragraph 1 herein to the contrary, monies constituting bond deposits from Borrower's customers whose jobs have been or will be bonded by Borrower shall be remitted to a blocked account under terms and conditions acceptable to CIT;

C01809



**EXHIBIT D**

3. Borrower's inventory reporting to be in form, frequency and substance satisfactory to CIT;

4. Borrower's accounts receivable and accounts payable reporting to be in form, frequency and substance satisfactory to CIT, including without limitation, satisfactory segregation/identification of bonded contractor receivables.

5. Execution by Maui Home Supply and landlord of premises on which Maui Home Supply is located of consents/waivers in form acceptable to Lender acknowledging Lender's first priority security interest senior to Maui Home Supply and its Landlord's interests in Borrower's inventory located at such premises and confirmation of Lender's ability to possess same free of the interests of other parties.

<u>Amendments to Agreement:</u>

1. Section 2.1(d)11 is hereby amended to add the following to the last sentence:

"except for, Coastal Construction for which the percentage shall be thirty percent (30%) rather than twenty percent (subject to Lender's ongoing credit review and satisfaction)."

2. The Eligible Accounts Percentage provision set forth in Section 10.1(b) of the Agreement is hereby amended in its entirety to read as follows:

"Eligible Accounts Percentage 80%"

3. The Inventory Sublimit set forth in Section 10.1( c) is hereby amended to read as follows:

"Inventory Sublimits: $3,000,000.00, inclusive of a sublimit on loans against eligible inventory located at Maui Home Supply of $150,000.00."

To the extent of any inconsistencies between this letter-amendment and the Agreement, the terms and conditions set forth herein shall govern. In all other respects the Agreement shall remain in full force and effect.

If the foregoing correctly sets forth our agreement please so acknowledge by signing the original of this letter-amendment below and returning the same to the undersigned.

Very truly yours,

The CIT Group/Credit Finance, Inc.

Terrance Shope
Vice President

All of the foregoing is approved and agreed to.

MidPac Lumber Co., Ltd.

By:__________________________
Title: CHAIRMAN