The CIT Group/
Credit Finance
3rd Floor
300 S Grand Avenue
Los Angeles, CA 90071
Tel: 213 613-2500
Fax: 213 613-2501

THE CIT GROUP

June 25, 1999

RECEIVED
Via U.S. Mail
JUN 28 1999
2:40pm.
GAQS

MidPac-Gen
19909/91370
xc: RS1
Fax> KSGlassm

MidPac Lumber Co., Ltd.
1001 Ahua Street
Honolulu, HI 96819
Attention: Kurt Glassman, Chairman, Vice President, Secretary
Edwin C. Bowling, President and Treasurer

RE: Loan and Security Agreement dated March 19, 1998 and any and all amendments and supplements thereto between MidPac Lumber Co., Ltd. ("Borrower") and The CIT Group/Credit Finance, Inc. ("Lender") (the "Agreement")

Gentlemen:

Notice is hereby given to you that certain Events of Default have occurred under our Agreement by reason of the following violations, among others:

1. Assignment of accounts evidenced by invoice(s) due from Spectrum, Inc. in the amount of $893,755.34 with the representation that said invoice(s) arose from a completed and bonafide sale and represented a bonafide indebtedness when, in fact, there were no sales supporting these invoices in violation of Sections 6.9 and 7.1b of the Agreement;

2. Assignment of certain accounts which did not arise from an absolute, unconditional sale of goods, without any right or return or consignment, not subject to offset, dispute , or counterclaim in violation of Section 6.9 and 7.1b of the Agreement;

3. Failure to inform Lender of certain criteria which would deem certain accounts to be ineligible in violation of Sections 6.9 and 2.1(d);

4. Failure to advise Lender that Borrower's books and records may be located at places other than the chief executive office in violation of Section 6.4; and

EXH 135 DATE ________
WITNESS ________
JANIS K. FLOATE



**EXHIBIT G**

5. By reason of the aforementioned violations and other items brought to light, your eligible accounts are presently overstated by at least $3,500,000.00 causing the Revolving Loans to exceed the Gross Availability by approximately $3,000,000.00 without Lender's consent in violation of Sections 2.3 and 6.15. Although the exact amounts as you know are still under investigation you have concurred with these approximate amounts.

Due to the serious nature of these defaults, Lender is unwilling to continue financing Borrower under our presently existing terms. In addition to continuing our investigations, we are presently discussing with you and your counsel possible scenarios under which CIT may be willing to continue financing Borrower for a specific period of time and to otherwise discuss the future disposition of this account.

Except as provided herein, nothing set forth in this letter shall constitute a waiver of any of Lender's rights or remedies whether against Borrower, any guarantors, or any of their respective officers, directors or agents, or a waiver of any present or new Events of Default. All rights are reserved by Lender, including, without limitation, the right to exercise any of Lender's rights at any time without further notice.

Very truly yours,

The CIT Group/Credit Finance, Inc.

Thomas Hayes
Vice President

cc: Nicolas Dreher, Esq.
Raymond S. Iwamoto, Esq.
Gary Samson, Esq.