FILE COPY

GOODSILL ANDERSON QUINN & STIFEL
ATTORNEYS AT LAW

ALII PLACE, SUITE 1800 • 1099 ALAKEA STREET
HONOLULU, HAWAII 96813

MAIL ADDRESS: P.O. BOX 3196
HONOLULU, HAWAII 96801

TELEPHONE (808) 547-5600 • FAX (808) 547-5880
info@goodsill.com • www.goodsill.com

# FAX TRANSMITTAL

**DATE:** July 9, 1999

**TO:**

| | NAME/FIRM | FAX NO. | PHONE NO. |
|---|---|---|---|
| 1. | Gary D. Samson, Esq.<br>Orrick, Herrington & Sutcliffe LLP | 213/612-2499 | 213/629-2020 |
| 2 | Kurt S. Glassman<br>MidPac Lumber Co., Ltd. | 310/265-4801 | 310/265-4701 |
| 3 | Grace K. Bowen, Esq.<br>The CIT Group/Credit Finance, Inc. | 213/613-2566 | 213/613-2511 |

**FROM:** Raymond S. Iwamoto **DIRECT DIAL:** (808) 547-5732

**RE:** MidPac Lumber Co., Ltd.

**MESSAGE:**

Gary Samson: For your review and comment.

*CONFIDENTIALITY: The information contained in this fax message is intended only for the confidential use of the persons named above. This message may be an attorney-client communication and, as such, is privileged and confidential. If you have received this document in error, any review or distribution of this message is strictly prohibited, and you should notify us immediately by telephone and return the original message to us by mail. Thank you.*

Total Number of Pages, Including Transmittal Letter: 3

If you do not receive all of the pages or if they are illegible, please call the fax room at (808) 547-5600, ext. 528.

Operator: Elaine K.
Time Sent: (1) 6:34 pm.
Time Completed: 6:35 pm. 01'00"
(2) 6:39 pm. 01' 00"
(3) 6:35 pm. 01' 00"

CLIENT/MATTER #: 19909/91370
General:271790.1

EXH 42 DATE
WITNESS IWAMOTO
JANIS K. FLOATE

G01644

**EXHIBIT H**

# AGREEMENT

Reference Date: __________

THIS AGREEMENT is entered into by and between CG INVESTMENTS, INC., a Hawaii corporation, doing business as MAUI HOME SUPPLY ("MHS") and MIDPAC LUMBER CO., LTD., a Hawaii corporation ("MidPac").

Recitals: MidPac has appointed MHS to act as MidPac's sales agent on Maui and has agreed as follows.

Agreement:

1. Agency. MidPac has appointed MHS as its agent to take custody over and to sell certain inventory items on Maui. MHS acknowledges that MHS, as agent for MidPac, has possession and control over the inventory (the "Inventory") described in Exhibit A attached hereto and made part hereof, located at MHS's facility in Kahului, Maui, and that the Inventory is owned by MidPac.

2. Sales. MHS will endeavor to sell the Inventory. All receivables received from buyers of the Inventory will be receivables owned by and belonging to MidPac. All invoices will clearly indicate that the invoices are MidPac invoices and that MHS acts as agent for MidPac. The invoice will require remittance directly to MidPac in Honolulu. All cash proceeds from such receivables or from such customers, if received by MHS, will be remitted by MHS, as agent for MidPac, directly to MidPac's lender CIT. MidPac will subsequently remit to MHS the commission earned by MHS in connection with such sales.

3. Commissions. MHS will be entitled to a commission on such sales in an amount to be separately agreed upon by and between MHS and MidPac, subject to approval of CIT.

CG INVESTMENTS, INC., a Hawaii corporation, dba Maui Home Supply

By ______________________________
Its

MIDPAC LUMBER CO., LTD., a Hawaii corporation

By ______________________________
Its

G01645