COLLATERAL RISK MANAGEMENT

# FAX COMMUNICATION

| | |
|---|---|
| **TO:** | **Mr. Tom Hayes** |
| **Company:** | The CIT Group / Credit Finance |
| **Phone:** | 213-613-2505 |
| **Fax:** | 213-613-2501 |
| **FROM:** | **Gary W. Cleland** |
| **Company:** | Collateral Risk Management, Inc. |
| **Phone:** | 972-231-7487 |
| **Fax:** | 972-231-7166 |
| **Date:** | 7/14/99 |
| **Pages:** | 3 |

Tom:

Attached please find our thoughts on going forward at MidPac.

Please review, then call George Thorson and me to discuss. Our initial goal will be accomplished by the close of business today and we need to discuss any plans for going forward.

Please contact us at 972-231-6525 with any questions or if you need any additional information.

Regards,

Gary W. Cleland

Gary W. Cleland – Vice President

CT009195

114

EXHIBIT

# MIDPAC LUMBER CO., LTD.

## Purpose / Relevance of CRM's continuing involvement

Issues – Inventory Movement

- Block large returns to Vendors;
- Monitor / Halt collateral loss from shipments to Affiliates;
- Forestall any attempt at Bulk Sales;
- Breakout or eliminate the inclusion of product in transit or on the water;
- Breakout or eliminate the inclusion of product not on-site, i.e. at a Whirlpool facility, at new or existing affiliate, etc.;
- Differentiate product from that of Maui Home Supply;
- Breakout or eliminate any product that belongs to others that is on-site at Midpac, i.e. MHS, new or other affiliates, priority lienholders, treatment-only customers, etc.;
- Be able to tie outgoing movements to cash proceeds or new eligible A/R invoices.

Issues – Inventory Information Management

- Mold company's perpetual inventory information to reflect only products that belong to Midpac, are subject to CIT's priority lien, and are physically on the premises. This subject to the present Maui inventory position;
- Be in position to review actual incoming shippers and Supplier invoices for confirmation of title transfer and basis of valuation;
- Eliminate the possibility of Bill & Hold shell games where both inventory and A/R are recorded;
- Provide support for A/R invoice assignments;
- Maintain integrity of Midpac's position in the face of systems consolidation;
- Identify material variances in inventory database management that inflate on-hand value;
- Ascertain continuing use of cost-based unit pricing such that value cannot be improperly enhanced.

Issues – Other

- Witness daily cash sales and deposit reconciliation;
- Witness any postal receipts by company of assigned A/R proceeds;
- React to and communicate any adverse events or information encountered.

**Establishing the means for CRM to provide the above benefits**

1. CRM must maintain one of its own personnel on-site. This individual will witness and reconcile daily activity.
2. A three-party agreement must be created between CRM, Midpac and CIT. This agreement will establish CRM's right to either lease inventory storage areas or have ingress/egress. It will document CRM's right to information access on it's own behalf. It may include the capability for CRM to halt a specific movement of inventory that outside of instructions issued to CRM by CIT that have been pre-agreed and acknowledged by Midpac.
3. CRM will attempt to utilize certain employees of Midpac as Agents, pursuant to the three-party agreement, and via Agency Agreement with said employees. These individuals would be those involved in facility security, data processing, and perhaps incoming mail handling and bank deposits.
4. It would seem a necessity that CIT and Midpac reach a Forbearance Agreement prior to the three-party agreement so as to establish the proper consideration for implementation of the service. Otherwise, CRM will act only as Agent of CIT within the self-help provisions present in CIT's existing Loan and Security Agreements or the Uniform Commercial Code. CRM would not therefore be able to implement controls, gain information or take Agents on its own corporate behalf, lessening the probability that CRM could accomplish all of the elements described in the prior section.
5. It is not contemplated that a joint locking arrangement will be created. If this is deemed necessary it could likely be accomplished utilizing the Midpac employee Agents, rather than require CRM to be present at all openings and closings.
6. It is contemplated that CRM will not have an active operation at Maui Home Supply. It will record sales of the existing Midpac inventory as reported by MHS and do monthly physical counts to ascertain accuracy in reported data.

CT009197