**AGENCY INSTRUCTIONS**
**MAUI HOME SUPPLY COMPANY**
**REPORT OF DAILY ACTIVITY**

July 21, 1999

The instructions as stated below are in compliance with those which were conveyed to Mr. Kurt Glassman as president of Midpac Lumber Company's ("Midpac") and Maui Home Supply Co. Each day the daily report must be forwarded to the an applicable Agent as designated by Collateral Risk Management, Inc. ("CRM"). The reports are to be based on the activity for each business day. You may consolidate the activity for Friday, Saturday and Sunday. The report must be sent via Fax to the Agent at Midpac by 10 A.M. each reporting day.

The report shall incorporate a record of any inventory purchased by Midpac for delivery to Maui Home Supply Company ("Maui") or Lahaina Home Supply Company ("Lahaina"), the sale of any inventory located at Maui or Lahaina, which Midpac owns, the transfer of inventory from Midpac to Maui or Lahaina, the transfer of inventory from Maui or Lahaina to Midpac or transfers of inventory between Maui and Lahaina. It is the understanding of CRM that the movement of goods for which reports are to be submitted shall be limited to lumber products, Whirlpool/Five Star products or KraftMaid/Euro-Rite cabinets.

Midpac owned inventory transferred between Maui and Lahaina, in the normal course of business, shall be construed as an acceptable transaction, but it must be documented. For example, if an appliance is transferred from Maui to Lahaina, the Maui report which reflect a deduction and the Lahaina report will reflect an addition for the same value.

Each day, the total of the cash sales and charge sales of Midpac owned inventory shall be remitted to the designated CIT account. The amount remitted shall be verified against the cash sale tickets and the charge account invoices.

**INVENTORY SHALL NOT BE TRANSFERRED TO ANY THIRD PARTY FROM MAUI OR LAHAINA WITHOUT THE SPECIFIC APPROVAL OF THE LENDER.**

**EXHIBIT J**

AL002164

| LINE NUMBER | DAILY REPORT FORM |
|---|---|
| 1 | **Beginning inventory as stated on line 28 of previous daily report** |
| 2 | Total of all Whirlpool purchased by Midpac and delivered to MHS |
| 3 | Total of all lumber products purchased by Midpac and delivered to Maui |
| 4 | Total of all KraftMaid products purchased by Midpac and delivered to Maui |
| 5 | Total of all Euro-Rite cabinets purchased by Midpac and delivered to Maui |
| 6 | Total of any other inventory purchased by Maui and delivered to Maui |
| 7 | **Total good purchased - values to be based on P.O. prices - lines 2 - 6** |
| 8 | Total value of any Whirlpool products transferred between the three reporting locations |
| 9 | Total value of any lumber products transferred between the three reporting locations |
| 10 | Total value of any KraftMaid products transferred between the three reporting locations |
| 11 | Total value of any Euro-Rite cabinets transferred between the three reporting locations |
| 12 | Total value any other Midpac owned inventory transferred between the three reporting locations |
| 13 | **Total value of Midpac owned inventory transferred - lines 8 - 12** |
| 14 | Total additions of Midpac owned inventory |
| 15 | Total cost of Whirlpool products sold |
| 16 | Total cost of Midpac owned lumber sold to customers |
| 17 | Total cost of KraftMaid cabinets sold to customers |
| 18 | Total cost of Euro-Rite cabinets sold to customers |
| 19 | Total cost of the sale of any other Midpac owned inventory to customers |
| 20 | **Total cost of the sale of Midpac owned inventory - lines 15 - 19 (Cost as stated in the Daily Transaction Report)** |
| 21 | Transfers out of Whirlpool products |
| 22 | Transfers out of Midpac owned lumber products |
| 23 | Transfers out of KraftMaid cabinets |
| 24 | Transfers out of Euro-Rite cabinets |
| 25 | Transfers of other Midpac owned inventory |
| 26 | **Total value of products transferred - lines 21 - 25** |
| 27 | **Total deductions from inventory -line 20 plus line 26** |
| 28 | **Ending inventory - line 1, plus line 14, less line 27** |
| 29 | Total sales of Midpac owned inventory (cash and charge) $ |
| 30 | Deposit to CIT designated account $ |
| 31 | Signed by: ________________ Date: ________ |
| | Lahaina Home Supply Company |

AL002165