LYNCH ICHIDA THOMPSON KIM& HIROTA

TIMOTHY J. HOGAN 5312
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. No. (808) 528-0100
Fax No. (808) 528-4997
E-mail: tjh@loio.com

Attorney for Plaintiff
WHIRLPOOL CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation, et al.,<br><br>Defendants. | Civ. No. CV01 00187 MEA-BMK (TORT AND RICO)<br><br>**DECLARATION OF TIMOTHY J. HOGAN IN SUPPORT OF PLAINTIFF WHIRLPOOL CORPORATION'S REPLY TO DEFENDANT CIT GROUP/BUSINESS CREDIT, INC.'S MEMORANDUM CONCERNING PLAINTIFF WHIRLPOOL CORPORATION'S MOTION IN LIMINE NO. 2 REGARDING ALLEGED ORDER AFFIRMING BANKRUPTCY COURT'S DECISION TO GRANT RELIEF FROM AUTOMATIC STAY (DOCKET NO. 862); EXHIBIT "1"** |

**DECLARATION OF TIMOTHY J. HOGAN IN SUPPORT OF PLAINTIFF WHIRLPOOL CORPORATION'S REPLY TO DEFENDANT CIT GROUP/BUSINESS CREDIT, INC.'S MEMORANDUM CONCERNING PLAINTIFF WHIRLPOOL CORPORATION'S MOTION IN LIMINE NO. 2 REGARDING ALLEGED ORDER AFFIRMING BANKRUPTCY COURT'S DECISION TO GRANT RELIEF FROM AUTOMATIC STAY (DOCKET NO. 862)**

I, Timothy J. Hogan, am an attorney licensed to practice before all the courts of the State of Hawaii and I make this declaration under penalty of perjury. All the statements herein are true and correct to the best of my knowledge, information and belief. If called upon to testify regarding the matters herein, I am competent and willing to do so.

1. Attached hereto as Exhibit "1" is a true and correct copy of Transcript of Proceedings Before the Honorable Lloyd King United States Bankruptcy Court Judge dated September 19, 2001, in *In re MidPac Lumber Co. Ltd.*, Bk. No. 00-00136-LK (Bankr. HI).

2. I have never received any notice from CIT that it intends to foreclose upon the MidPac Lumber Co., Ltd. collateral that was sold in the MidPac liquidation sale held the day after the filing of the involuntary petition that was the subject of the hearing that is addressed in Exhibit "1."

DATED: Honolulu, Hawai'i, July 3, 2006.

/s/ Timothy J. Hogan

TIMOTHY J. HOGAN
Attorney for Plaintiff
WHIRLPOOL CORPORATION