IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; et al.,<br><br>Defendants. | Civil No. CV01 00187 MEA-BMK (TORT AND RICO)<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I hereby certify that on the dates and by the methods of service noted below, a true and correct copy of PLAINTIFF WHIRLPOOL CORPORATION'S REPLY TO DEFENDANT CIT GROUP/BUSINESS CREDIT, INC.'S MEMORANDUM CONCERNING PLAINTIFF WHIRLPOOL CORPORATION'S MOTION IN LIMINE NO. 2 REGARDING ALLEGED ORDER AFFIRMING BANKRUPTCY COURT'S DECISION TO GRANT RELIEF FROM AUTOMATIC STAY (DOCKET NO. 862) and DECLARATION OF TIMOTHY J. HOGAN IN SUPPORT OF PLAINTIFF WHIRLPOOL CORPORATION'S REPLY TO DEFENDANT CIT GROUP/BUSINESS CREDIT, INC.'S MEMORANDUM CONCERNING PLAINTIFF WHIRLPOOL

CORPORATION'S MOTION IN LIMINE NO. 2 REGARDING ALLEGED ORDER AFFIRMING BANKRUPTCY COURT'S DECISION TO GRANT RELIEF FROM AUTOMATIC STAY (DOCKET NO. 862) was served on the following at their last known addresses:

Served Electronically on July 3, 2006 :

Paul Alston palston@ahfi.com

Margery S. Bronster mbronster@bchlaw.net, audrey@bchlaw.net

Thomas E. Bush teb@ahfi.com

Jeannette H. Castagnetti jcastagnetti@bchlaw.net, jennifer@bchlaw.net

Steven L. Goto steven.goto@hawadvocate.com

Lea O. Hong lea@ahfi.com

Louise K.Y. Ing ling@ahfi.com, dka@ahfi.com

John S. Nishimoto john.nishimoto@hawadvocate.com

Ted N. Pettit ! tnp@caselombardi.com, eab@caselombardi.com; shy@caselombardi.com; ikm@caselombardi.com; amf@caselombardi.com

Calvin E. Young calvin.young@hawadvocate.com

DATED: Honolulu, Hawai'i, July 3, 2006.

/s/ Timothy J. Hogan
TIMOTHY J. HOGAN
Attorney for Plaintiff
WHIRLPOOL CORPORATION