LYNCH ICHIDA THOMPSON KIM& HIROTA

TIMOTHY J. HOGAN 5312
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. No. (808) 528-0100
Fax No. (808) 528-4997
E-mail: tjh@loio.com

Attorney for Plaintiff
WHIRLPOOL CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation, et al.,<br><br>Defendants. | Civ. No. CV01 00187 MEA-BMK (TORT AND RICO)<br><br>**PLAINTIFF WHIRLPOOL CORPORATION'S REPLY TO DEFENDANT RAYMOND IWAMOTO'S MEMORANDUM IN OPPOSITION TO PLAINTIFF WHIRLPOOL CORPORATION'S MOTION IN LIMINE NO. 3 REGARDING EVIDENCE OF SETTLEMENTS (DOCKET NO. 854)**<br><br>TRIAL<br>DATE: November 6, 2006<br>JUDGE: Honorable Marvin Aspen<br><br>NO HEARING DATE SET |

**PLAINTIFF WHIRLPOOL CORPORATION'S REPLY TO DEFENDANT RAYMOND IWAMOTO'S MEMORANDUM IN OPPOSITION TO PLAINTIFF WHIRLPOOL CORPORATION'S MOTION IN LIMINE NO. 3 REGARDING EVIDENCE OF SETTLEMENTS (DOCKET NO. 854)**

COMES NOW Plaintiff Whirlpool Corporation ("Whirlpool"), by and through its undersigned counsel and hereby respectfully submits its reply to Defendant Raymond.'s Iwamoto's Memorandum in Opposition to Plaintiff Whirlpool Corporation's Motion in Limine No. 3 Regarding Evidence of Settlements (Docket No. 854) ("Iwamoto Opposition").

The Iwamoto Opposition proceeds with the premise that Plaintiff's Motion should be denied because it is seeking to exclude evidence relevant to the conduct of the other alleged co-conspirators. Specifically, the Iwamoto Opposition never connects what the settlements have to do with the conduct. Instead, it goes through a long recitation of various wrongs committed by other members of the conspiracy. It does not address itself to the principal challenge facing Mr. Iwamoto: if, in fact, all that occurred, and if he is found to have conspired with these individuals, as has been alleged, then all the damages flowing from their conduct are his to bear. Mr. Iwamoto can present evidence of all the wrongs committed by Glassman, Clifford and Bowling - his fellow officers and directors - but he should not be allowed to bring in their settlements. Mr. Iwamoto will go into Court claiming to be the only

one connected to the conspiracy who isn’t liable. That he may do, but the fact that others have chosen to settle this case does nothing to disprove the facts related to Mr. Iwamoto. It would violate Rule 408 and the Court should rule in limine that the settlements cannot be raised because the only reason to raise them is related to liability and damages that would violate Rule 408.

The Iwamoto Opposition is confusing, riddled with *non sequiturs* but does foreshadow that Mr. Iwamoto intends to raise to the jury not only the subject of the confidential settlement agreements but also the settlement amounts.

The Motion should be granted.

DATED: Honolulu, Hawai’i, July 3, 2006.

/s/ Timothy J. Hogan
TIMOTHY J. HOGAN
Attorney for Plaintiff
WHIRLPOOL CORPORATION