# CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

SERVED ELECTRONICALLY THROUGH CM/ECF:

| | |
|---|---|
| TIMOTHY J. HOGAN, ESQ.<br>**Attorney for Plaintiff** | tjh@loio.com<br>July 3, 2006 |
| MARGERY S. BRONSTER, ESQ.<br><br>JEANNETTE E. HOLMES CASTAGNETTI, ESQ.<br>**Attorneys for Defendants**<br>**Edwin Bowling and Frances Haller-Bowling** | mbronster@bchlaw.net,<br>audrey@bchlaw.net<br>jcastagnetti@bchlaw.net,<br>jennifer@bchlaw.net<br>July 3, 2006 |
| JOHN S. NISHIMOTO, ESQ.<br>CALVIN E. YOUNG, ESQ.<br>GARY S. MIYAMOTO, ESQ.<br>**Attorneys for Defendant Raymond S. Iwamoto** | john.nishimoto@hawadvocate.com<br>calvin.young@hawadvocate.com<br>gary.miyamoto@hawadvocate.com<br>July 3, 2006 |
| ROBERT E. BADGER, ESQ.<br><br>**Attorney for Defendant Kurt Glassman** | rebadger@badgerlawhawaii.com,<br>robertebadger@hotmail.com<br>July 3, 2006 |

SERVED BY FIRST CLASS MAIL:

| | |
|---|---|
| ERIC J. GLASSMAN, ESQ.<br>Mennemeier, Glassman & Stroud LLP<br>980 9th Street, Suite 1700<br>Sacramento, California 95814<br>**Attorney for Defendant Kurt Glassman** | July 3, 2006 |

RENEE K. COSTA July 3, 2006
21 Crossley Court
Sacramento, California 95833-3784
**Cross-Claim Defendant**

DATED: Honolulu, Hawaiʻi, July 3, 2006.

/s/ Louise K. Y. Ing
PAUL ALSTON
LOUISE K. Y. ING
THOMAS E. BUSH
ALLISON KIRK
Attorneys for Defendant/Cross-claimant THE CIT GROUP/BUSINESS CREDIT, INC.