✓ MidPac - Gen
MidPac - Plywood

FILE

**Kashiwabara, Elaine K.**

**From:** Iwamoto, Raymond S.
**Sent:** Thursday, June 10, 1999 10:24 AM
**To:** Lewis, Yvonne O.
**Cc:** Kashiwabara, Elaine K.

Yvonne, for Kurt Glassman, please check the CG files. Here is what we want to do. Ed Bowling will resign as director and officer from the various corporations, including MidPac. The rub is we want to back date it as far back as we can go in 1999. So, check to see if he signed anything as an officer or as a director in our files, after Jan. 1, 1999. If not prepare resignations for him as of Jan. 1 or whatever earliest date we can use.

Do corporate resolutions, recognizing his resignation and appointing Mike Clifford to take Ed's officer positions. (Vice President I think).

Do all documents necessary to transfer the two Takata properties, 1062 and 1050 to KSG LLC to do after the name change. Process the name change on a rush basis. Prepare letters to Akamai Painting and to Plywood informing them to send rent checks payable to KSG LLC for my signatures.

26

IWAMOTO

G02145



EXHIBIT A