UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT INC., a New York corporation; CGBN, INC., a Hawaii corporation; MICHAEL CLIFFORD; EDWIN BOWLING; FRANCES HALLER-BOWLING; RAYMOND IWAMOTO; KURT GLASSMAN; DOE INDIVIDUALS 1-50; DOE PARTNERSHIPS, CORPORATIONS OR OTHER ENTITIES 1-20,<br><br>Defendants,<br><br>and<br><br>CG DEVELOPMENT, INC., F&J MOVERS, and RENEE K. COSTA,<br><br>Additional Crossclaim Defendants. | Civil No. 01-00187DAE BMK (Tort and RICO)<br><br>Volume II<br><br>COPY |

DEPOSITION OF CARL SMITH

Taken on behalf of Defendant, RAYMOND IWAMOTO, at the Law Offices of Ayabe, Chong, Nishimoto, Sia & Nakamura, 1001 Bishop Street, Suite 2500, Pauahi Tower, Honolulu, Hawaii, commencing at 9:00 a.m., on Saturday, December 21, 2002, pursuant to notice.

REPORTED BY: CAROL E.M. SUGIYAMA, C.S.R. #295
Notary Public, State of Hawaii



EXHIBIT A

Q What kinds of things are they?
A We have statements of account of which I have some handwritten notes. We have Exhibits A and B, which I believe are Exhibits A and B to the Second Amended Complaint. We have more pages that are statements of account with some of my handwritten notes on them.
Q In each instance, isn't it true that there is a list of invoices and essentially the amount due for the invoice?
A Yes, there are invoices and the amounts due for each invoice; correct.
Q Would it be correct to state or to say that for each invoice, there is an invoice date?
A Yes, that's correct.
Q Okay.
A Yes, there is a column that says, "Invoice Date," yes.
Q Can I assume from your prior testimony that essentially all, if not all, invoices dated after July 31 of 1999, Whirlpool received a payment equal to the invoice amount prior to any product being shipped?
MR. HOGAN: Objection. Vague.
THE WITNESS: I'm going to take a moment

before I answer your question here.

I believe your question was, for each invoice, would the date prior to July 31st --

Q (By Mr. Moseley) Did I say "prior to"? I meant "subsequent to."

A Okay. Subsequent to July 31st was an invoice that should have been paid either COD or cash in advance, is what I believe you asked.

Q Yes.

A Okay. The answer to your question is, no.

Q What invoices, with dates subsequent to July 31, 1999, in this exhibit, would not have been paid for either prior to shipment -- or an amount paid prior to shipment or in which the product would have been shipped COD?

A If I could draw your attention to a page that is Bates stamped A07356. That should be fairly close to the bottom, 20 pages or so in.

Q All right.

A If you'll notice on that page under -- well, the easiest way to identify those, you will see a number of transactions that carry an invoice date of July 7, 2000.

Q Yes.

A Those carry a date of July 7, 2000, and they

STATE OF HAWAII )
) SS.
)

I, CAROL E.M. SUGIYAMA, C.S.R., a Notary Public in and for the State of Hawaii, do hereby certify:

That on December 21, 2002, at 9:00 a.m. appeared before me CARL SMITH, the witness, whose testimony is contained herein; that, prior to being examined, the witness was, by me, duly sworn or affirmed; that the proceedings were taken in computerized machine shorthand by me and were thereafter reduced to print under my supervision; that the foregoing represents, to the best of my ability, a correct transcript of the proceedings had in the foregoing matter;

That, if applicable, the witness was notified through counsel by mail, or by telephone to appear and sign; that if transcription is not signed, either the reading and signing were waived by the witness and all parties, or the witness has failed to appear and the original is therefore kept on file without signature pursuant to Court rules.

I further certify that I am not counsel for any of the parties hereto, nor in any way interested in the outcome of the cause named in the caption.

DATED: ____________________________________.

CAROL E.M. SUGIYAMA, C.S.R. #295
Notary Public, State of Hawaii
My commission expires 3/27/2003

CAROL E.M. SUGIYAMA NOTARY PUBLIC STATE OF HAWAII