FILE COPY

GOODSILL ANDERSON QUINN & STIFEL

ATTORNEYS AT LAW

1800 ALII PLACE • 1099 ALAKEA STREET
HONOLULU, HAWAII 96813

MAIL ADDRESS: P.O. BOX 3196
HONOLULU, HAWAII 96801

TELEPHONE (808) 547-5600 • FAX (808) 547-5880

RUSH

# FACSIMILE TRANSMITTAL LETTER

DATE: Thu., June 17, 1999

GAQS Case # 24435/92620

TO: PROUT & THOMAS & CO.
ATTEN: Eric

Fax # 213/613-2501
Phone # 213/613-2530
Fax #
Phone #

FROM: Renee Costa, c/o Raymond S. Iwamoto

RE:

DESCRIPTION OF DOCUMENT(S) TRANSMITTED:

(1) 06/15/99 Confirmation letter (1 p.).

REMARKS:

xc: Ms. Renee K. Costa, Spectrum, Inc.

Confidentiality. The information contained in this fax message is intended only for the personal and confidential use of the designated recipients named above. This message may be an attorney-client communication and, as such, is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us by mail. Thank you.

NUMBER OF PAGES (INCLUDING TRANSMITTAL LETTER)

LETTER SIZE: 2 LEGAL SIZE: ____ TOTAL: 2

If you do not receive all the pages or if they are illegible, please call us at (808) 547-5600, Ext. 528. We are sending from an automatic facsimile machine which is available to receive on a 24 hour per day basis.

Operator: Elaine K.
Time Sent: 12:29 am/pm
Time Completed: 01 Min. 00 Sec.

30 DATE 11/12/02
IWAMOTO

EXHIBIT A

G0213_

PROUT & THOMAS & CO.

ACCOUNTANTS AND AUDITORS
P.O. BOX 712518
Los Angeles, Ca. 90071 - 9845
(213) 613-2538

June 15, 1999

**THIS IS NOT A REQUEST FOR PAYMENT**

Original signed letter to Rene Costa -

SPECTRUM
GOODSILL ANDERSON LAW FIRM

Attn: **Rene Costa/ILEEN x5733**

Dear Sir or Madam:

3

We are examining the books and records of **Midpac Lumber Co., Ltd.**, and need to verify the amounts due to them.

According to their records, there is a balance outstanding as of the close of business 5/31/99 in the amount of $ 965,258.06.

Kindly compare this amount with your records, and advise us of any differences or offsets, contra accounts, counter claims, shipments on consignment, short shipments, guaranteed sales, notes, trade acceptances against the account, or if you have been invoiced prior to shipment.

Please confirm this balance on the acknowledgement below, and return immediately in the enclosed envelope.

Yours very truly,

PROUT &THOMAS & CO.

The Balance of $ 965,258.06 as of 5/31/99 is ___ correct ___ not correct. If not correct, please indicate difference.

By: Rene K Costa

Date: June 17, 1999

Phone: ______

Title: Spectrum, Inc - owner

Remarks: ______

G02136