UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT INC., a New York corporation; CGBN, INC., a Hawaii corporation; MICHAEL CLIFFORD; EDWIN BOWLING; FRANCES HALLER-BOWLING; RAYMOND IWAMOTO; KURT GLASSMAN; DOE INDIVIDUALS 1-50; DOE PARTNERSHIPS, CORPORATIONS OR OTHER ENTITIES 1-20,<br><br>Defendants,<br><br>and<br><br>CG DEVELOPMENT, INC., F&J MOVERS, and RENEE K. COSTA,<br><br>Additional Crossclaim Defendants. | ) Civil No. 01-00187DAE BMK<br>) (Tort and RICO)<br><br>Volume I |

**DEPOSITION OF CARL SMITH**

Taken on behalf of Defendant, RAYMOND IWAMOTO, at the Law Offices of Ayabe, Chong, Nishimoto, Sia & Nakamura, 1001 Bishop Street, Suite 2500, Pauahi Tower, Honolulu, Hawaii, commencing at 9:00 a.m., on Tuesday, December 17, 2002, pursuant to notice.

REPORTED BY: CAROL E.M. SUGIYAMA, C.S.R. #295
Notary Public, State of Hawaii



EXHIBIT A

Q At what point did you get Deb Clawson involved?

A I don't recall.

Q Given that Whirlpool filed suit the first time in the end of October of 1999, do you have any recollection of how soon before that Deb Clawson got involved?

A It was certainly prior to that and sometime after July 23rd.

Q Can you pin it down any more precisely than that?

A Not where I would be comfortable giving you an answer that you could rely on.

Q Going on to No. 6, directing your attention to the third line. It says, "Ted Phelps was CIT's agent with regard to the MidPac matter."

A Pardon me. Which question is this again?

Q No. 6, the third line. And I'm looking at part of the sentence, which says -- I'll go back a little further -- "The evidence will show that Ted Phelps was CIT's agent with regard to the MidPac matter." Do you see that?

A Correct.

Q Do you have any personal knowledge about that assertion?

Q And those are your initials?
A Those are my initials.
Q So you added her as somebody --
A I added Jean, and I circled Diana as one which probably was not involved.
Q Going on to No. 3, do you who Tom Klee and Steven Singer are?
A Yes.
Q Who are they?
A Tom Klee was a Whirlpool account manager. Steve Singer was at one time a Whirlpool employee, who had a number of different positions, including the sales manager position.
Q Do you know how they were involved with the MidPac, Maui Home accounts?
A I'm sorry. I don't recall.
Q Now, going on to No. 4, which asks to identify personnel who were involved in the process of collections or overseeing collections for MidPac and Maui Home Supply. Deb Clawson's name is mentioned. What was Deb Clawson's role?
A Deb is in-house attorney for Whirlpool. And when it became evident that the customer was unable to pay, we got Deb involved in helping us review options.

STATE OF HAWAII )
) SS.
)

I, CAROL E.M. SUGIYAMA, C.S.R., a Notary Public in and for the State of Hawaii, do hereby certify:

That on December 17, 2002, at 9:00 a.m. appeared before me CARL SMITH, the witness, whose testimony is contained herein; that, prior to being examined, the witness was, by me, duly sworn or affirmed; that the proceedings were taken in computerized machine shorthand by me and were thereafter reduced to print under my supervision; that the foregoing represents, to the best of my ability, a correct transcript of the proceedings had in the foregoing matter;

That, if applicable, the witness was notified through counsel by mail, or by telephone to appear and sign; that if transcription is not signed, either the reading and signing were waived by the witness and all parties, or the witness has failed to appear and the original is therefore kept on file without signature pursuant to Court rules.

I further certify that I am not counsel for any of the parties hereto, nor in any way interested in the outcome of the cause named in the caption.

DATED: ______________________________________.

CAROL E.M. SUGIYAMA, C.S.R. #295
Notary Public, State of Hawaii
My commission expires 3/27/2003

CAROL E.M. SUGIYAMA NOTARY PUBLIC STATE OF HAWAII