IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; CGBN, INC., a Hawaii corporation; MICHAEL CLIFFORD; EDWIN BOWLING; FRANCES HALLER-BOWLING; RAYMOND IWAMOTO; KURT GLASSMAN; DOE INDIVIDUALS 1-50; DOE PARTNERSHIPS, CORPORATIONS OR OTHER ENTITIES 1-20,<br><br>Defendants,<br><br>and<br><br>CG DEVELOPMENT, INC., F&J MOVERS, and RENEE K. COSTA,<br><br>Additional Cross-Claim Defendants. | CIVIL NO. 01-00187 MEA BMK (Tort and RICO)<br><br>DECLARATION OF CALVIN E. YOUNG<br><br>Trial Date: November 6, 2006<br>Judge: Hon. Marvin E. Aspen |

[2001556/305174]

## DECLARATION OF CALVIN E. YOUNG

I, Calvin E. Young, declare under penalty of law that the following is true and correct:

1. I have personal knowledge of the matters stated herein.

2. I am a partner with the law firm of Ayabe Chong Nishimoto Sia & Nakamura, counsel of record for Defendant Raymond Iwamoto.

3. Attached hereto as Exhibit A are true and complete copies of excerpted pages from the deposition of Raymond Iwamoto.

4. Attached hereto as Exhibit B are true and complete copies of excerpted pages from the deposition of Carl Smith.

DATED: Honolulu, Hawaii, July 3, 2006________.

/s/ Calvin E. Young________
CALVIN E. YOUNG