IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation, Plaintiff, vs. CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; et al., Defendants, and F&J MOVERS, and RENEE K. COSTA, Additional Crossclaim Defendants. | Civil No. CV 01 00187 MEA-BMK (Tort and RICO) **DECLARATION OF LOUISE K. Y. ING** |

**DECLARATION OF LOUISE K. Y. ING**

I, LOUISE K. Y. ING, declare as follows:

1. I am an attorney with the law firm of Alston Hunt Floyd & Ing, Attorneys At Law, A Law Corporation, attorneys for Defendant The CIT Group/Business Credit, Inc.

2. I make this declaration based on my personal knowledge and am competent to testify as to the matters set forth herein.

3. Attached as Exhibit 5 are true and correct copies of Schedule 1, Exhibits A-C and other attachments to CIT forensic accounting expert Thomas E. Hayes' March 21, 2003, supplemental expert report. The narrative portion of the report was earlier submitted as Exhibit 2 to CIT's Motion in Limine re: "Bond Funds Fraud" (filed June 13, 2006).

4. Attached as Exhibit 6 are true and correct copies of excerpts of the Deposition of Raymond Iwamoto, taken in this action on November 12, 2002.

5. Attached as Exhibit 7 are true and correct copies of excerpts of the Rule 30(b)(6) Deposition of Thomas A. Hayes, Vol. I, taken in this action on November 19, 2002.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 3rd day of July, 2006.

/s/ Louise K. Y. Ing
LOUISE K. Y. ING