# SCHEDULE OF CHECKS ISSUED TO BANK OF HAWAII CIT COLLATERAL PROCEEDS ACCOUNT 80582560 - JUNE 17, 1999
# CHECKS REVERSED AND CREDITED BACK TO BOND/CONSTRUCTION ACCOUNT, BOH 80604692 - JUNE 21, 1999

03/11/2003
1

| CHECKS ISSUED TO BOH 80582560 CIT COLLATERAL PROCEEDS ACCOUNT | | | | BOH - NOTICE TO CUSTOMER MISCELLANEOUS ENTRY | | | |
|---|---|---|---|---|---|---|---|
| EXH "A" | CHECK DATE | CK NUMBER | AMOUNT | EXH "B" | CREDIT DATE | CREDIT AMOUNT | BANK ADVICE |
| SE04820 | 06/17/1999 | 4192 | $155.78 | SE00740 | 06/21/1999 | $155.78 | REVERSAL OF CHECK 4192 |
| SE04820 | 06/17/1999 | 4193 | $564.07 | SE00742 | 06/21/1999 | $564.07 | REVERSAL OF CHECK 4193 |
| SEO4822 | 06/17/1999 | 4194 | $22,916.47 | SE00744 | 06/21/1999 | $22,916.47 | RECERSAL OF CHECK 4194 |
| SE04822 | 06/17/1999 | 4195 | $339.18 | SE00744 | 06/21/1999 | $339.18 | REVERSAL OF CHECK 4195 |
| SE04822 | 06/17/1999 | 4196 | $7,939.03 | SE00742 | 06/21/1999 | $7,939.03 | REVERSAL OF CHECK 4196 |
| SE04824 | 06/17/1999 | 4197 | $340.70 | SE00746 | 06/21/1999 | $340.70 | REVERSAL OF CHECK 4197 |
| SE04824 | 06/17/1999 | 4198 | $1,325.39 | SE00746 | 06/21/1999 | $1,325.39 | REVERSAL OF CHECK 4198 |
| SE04824 | 06/17/1999 | 4199 | $799.33 | SE00742 | 06/21/1999 | $799.33 | REVERSAL OF CHECK 4199 |
| SE04826 | 06/17/1999 | 4200 | $10,000.00 | SE00740 | 06/21/1999 | $10,000.00 | REVERSAL OF CHECK 4200 |
| SE04826 | 06/17/1999 | 4201 | $1,480.36 | SE00744 | 06/21/1999 | $1,480.36 | REVERSAL OF CHECK 4201 |
| | | | **$45,860.31** | | | **$45,860.31** | |

## SCHEDULE 1

**EXHIBIT 5**

EMERY J. CARDENAS, II
DBA EMERY ELECTRIC
47-306 MAWAENA ST.
KANEOHE, HI 96744

2069

DATE 11 JUNE 1999

PAY TO THE ORDER OF MidPac $ 750.—

Seven hundred fifty and 00/100 DOLLARS

FIRST HAWAIIAN BANK
2250 NORTH KING STREET
HONOLULU, HAWAII

FOR #2

⑆121301015⑆ 2069 49⑈058039⑈ ⑇0000075000⑇

CENTRAL GENERAL CONTRACTORS, INC.
PH 808 695 5823
84-963A HANA ST
WAIANAE, HI 96792

6345

DATE 6/17/99

PAY TO THE ORDER OF Midpac Lumber $ 4687 55/100

four thousand six hundred eighty seven 55/100 DOLLARS

Central Pacific Bank
KAMEHAMEHA BRANCH
HONOLULU, HAWAII

MEMO 215975

⑆121301578⑆ 4000⑈115122⑈ 6345 ⑇0000468755⑇

MAPUNAPUNA BRANCH
86

CASH IN
TELLER
4

9086⑈001040⑈ ⑇0000000003⑇

Bank of Hawaii DEPOSIT

DATE 6/18/99

00805 82560

Deposits may not be available for immediate withdrawal

ACCOUNT NAME MidPac Lumber Co LTD
ADDRESS P.O. Box 1719
CITY STATE ZIP Honolulu Hi. 96806
RECEIVED CASH BACK SIGNATURE

| | |
|---|---|
| CURRENCY | 00 |
| COIN | 03 |
| TOTAL CHECKS | 5793747 |
| SUBTOTAL | |
| LESS CASH RECEIVED | |
| NET DEPOSIT | 5793750 |

0080⑈582560⑈ 76⑇0005793750⑇

SE 04812

EXHIBIT A

MIDPAC LUMBER CO., LTD.
BOND/CONSTRUCTION
P.O. BOX 1719

TELEPHONE

004193

DATE 6/17/99

MAIN BRANCH
BANK OF HAWAII
HONOLULU, HAWAII
59-102/1213

CHECK NO. 0000004193
VOID AFTER SIX MONTHS

PAY EXACTLY
*****564.07**

EXACTLY -
FIVE HUNDRED SIXTY FOUR AND 07/100 DOLLARS

MIDPAC LUMBER CO., LTD.
1001 AHUA ST
HONOLULU HI 96819

MIDPAC LUMBER CO., LTD.

⑈004193⑈ ⑆121301028⑆ 0080⑉640692⑈ ⑈0000056407⑈

---

MIDPAC LUMBER CO., LTD.
BOND/CONSTRUCTION
P.O. BOX 1719 • HONOLULU, HAWAII 96806
TELEPHONE 836-8111

004192

DATE 6/17/99

MAIN BRANCH
BANK OF HAWAII
HONOLULU, HAWAII
59-102/1213

CHECK NO. 0000004192
VOID AFTER SIX MONTHS

PAY EXACTLY
*****155.78**

EXACTLY -
ONE HUNDRED FIFTY FIVE AND 78/100 DOLLARS

MIDPAC LUMBER CO., LTD.
1001 AHUA ST
HONOLULU HI 96819

MIDPAC LUMBER CO., LTD.

⑈004192⑈ ⑆121301028⑆ 0080⑉640692⑈ ⑈0000015578⑈

---

LAIE WATER COMPANY, INC.
55-510 Kamehameha Highway
Laie, Hawaii 96762-1193
(808) 293-9201 Phone
(808) 293-6456 Fax

BANK OF HAWAII
LAIE BRANCH
LAIE HAWAII 96762

59-102/72
1213

10108

PAY ********************************One hundred forty-one dollars and 75 cents

| DATE | CHECK NO | AMOUNT |
|---|---|---|
| June 17, 1999 | 10108 | $*********141.75 |

CHECKS OVER $1,000.00 REQUIRE TWO SIGNATURES

PAY TO THE ORDER OF
Midpac Lumber Company, Ltd.
P.O. Box 1719
Honolulu, HI 96806-0000

⑈010108⑈ ⑆121301028⑆ 0022⑉317365⑈ ⑈0000014175⑈

SE 04820

121301028
06/18/99

BANK OF HA
MIDPAC

91078794
121301028
06/18/99

For deposit in
BANK OF HAWAII
to the credit of
MIDPAC LU CO.

91078793
121301028
06/18/99

For deposit in
BANK OF HAWAII
to the credit of
MIDPAC LU CO.

SE 04821

MIDPAC LUM[illegible]R CO., LTD.
BOND/CONSTRUCTION
P.O. BOX [illegible]
TELEPHONE [illegible]

004196

DATE 6/17/99

MAIN BRANCH
BANK OF HAWAII
HONOLULU, HAWAII
59-102/1213
CHECK NO. 0000004196
VOID AFTER SIX MONTHS

PAY EXACTLY
***7,939.03**

EXACTLY -
SEVEN THOUSAND NINE HUNDRED THIRTY NINE AND 03/100 DOLLARS

TO THE ORDER OF
MIDPAC LUMBER [illegible]
1001 AHUA ST
HONOLULU HI 96819

MIDPAC LUMBER CO., LTD.

⑈004196⑈ ⑆121301028⑆ 0080⑉640692⑈ ⑈0000793903⑈

---

MIDPAC LUMBER CO., LTD.
BOND/CONSTRUCTION
P.O. BOX 1719 • HONOLULU, HAWAII 96806
TELEPHONE 836-8111

004195

DATE 6/17/99

MAIN BRANCH
BANK OF HAWAII
HONOLULU, HAWAII
59-102/1213
CHECK NO. 0000004195
VOID AFTER SIX MONTHS

PAY EXACTLY
*****339.18**

EXACTLY -
THREE HUNDRED THIRTY NINE AND 18/100 DOLLARS

TO THE ORDER OF
MIDPAC LUMBER CO., LTD.
1001 AHUA ST
HONOLULU HI 96819

MIDPAC LUMBER CO., LTD.

⑈004195⑈ ⑆121301028⑆ 0080⑉640692⑈ ⑈0000033918⑈

---

MIDPAC LUMBER CO., LTD.
BOND/CONSTRUCTION
P.O. BOX 1719 • HONOLULU, HAWAII 96806
TELEPHONE 836-8111

004194

DATE 6/17/99

MAIN BRANCH
BANK OF HAWAII
HONOLULU, HAWAII
59-102/1213
CHECK NO. 0000004194
VOID AFTER SIX MONTHS

PAY EXACTLY
**22,916.47**

EXACTLY -
TWENTY TWO THOUSAND NINE HUNDRED SIXTEEN AND 47/100 DOLLARS

TO THE ORDER OF
MIDPAC LUMBER CO., LTD.
1001 AHUA ST
HONOLULU HI 96819

MIDPAC LUMBER CO., LTD.

⑈004194⑈ ⑆121301028⑆ 0080⑉640692⑈ ⑈0002291647⑈

SE 04822

[illegible]
12130028
06/18/99

BANK OF HA
to the credit of
MIDPAC

91078797
12130028
06/18/99

For deposit in
BANK OF HAWAII
to the credit of
MIDPAC LU… CO.

91078796
12130028
06/18/99

For deposit in
BANK OF HAWAII
to the credit of
MIDPAC LU… CO.

SE 04823

MIDPAC LUMBER CO., LTD.
BOND/CONSTRUCTION
P.O. BOX 1719 • HONOLULU HAWAII
TELEPHONE 836 8111

004 9

MAIN BRANCH
BANK OF HAWAII
HONOLULU, HAWAII
59-102/1213

DATE 6/17/99

CHECK NO. 000004199
VOID AFTER SIX MONTHS

PAY EXACTLY
*****799.33**

EXACTLY -
SEVEN HUNDRED NINETY NINE AND 33/100 DOLLARS

MIDPAC LUMBER CO., LTD.
1001 AHUA ST
HONOLULU HI 96819

MIDPAC LUMBER CO., LTD.

⑈004199⑈ ⑆121301028⑆ 0080⑉640692⑈ ⑈0000079933⑈

---

MIDPAC LUMBER CO., LTD.
BOND/CONSTRUCTION
P.O. BOX 1719 • HONOLULU HAWAII 96808
TELEPHONE 836-8111

004198

MAIN BRANCH
BANK OF HAWAII
HONOLULU, HAWAII
59-102/1213

DATE 6/17/99

CHECK NO. 000004198
VOID AFTER SIX MONTHS

PAY EXACTLY
***1,325.39**

...AND THREE HUNDRED TWENTY FIVE AND 39/100 DOLLARS

MIDPAC LUMBER CO., LTD.
1001 AHUA ST
HONOLULU HI 96819

MIDPAC LUMBER CO., LTD.

⑈004198⑈ ⑆121301028⑆ 0080⑉640692⑈ ⑈0000132539⑈

---

MIDPAC LUMBER CO., LTD.
BOND/CONSTRUCTION
P.O. BOX 1719 • HONOLULU HAWAII 96808
TELEPHONE 836 8111

004197

MAIN BRANCH
BANK OF HAWAII
HONOLULU, HAWAII
59-102/1213

DATE 6/17/99

CHECK NO. 000004197
VOID AFTER SIX MONTHS

PAY EXACTLY
*****340.70**

EXACTLY -
THREE HUNDRED FORTY AND 70/100 DOLLARS

MIDPAC LUMBER CO., LTD.
1001 AHUA ST
HONOLULU HI 96819

MIDPAC LUMBER CO., LTD.

⑈004197⑈ ⑆121301028⑆ 0080⑉640692⑈ ⑈0000034070⑈

SE 04824

For deposit in BANK OF HAWAII to the credit of MIDPAC

91078801
121301028
06/18/99

For deposit in BANK OF HAWAII to the credit of MIDPAC

91078800
121301028
06/18/99

For deposit in BANK OF HAWAII to the credit of MIDPAC

91078799
121301028
06/18/99

SE 04825

MIDPAC LUMB[illegible] CO., LTD.
BOND/CONSTRUCTION
P.O. BOX 1719 • HONOL[illegible]
TELEPHONE 836-8111

004[illegible]1

DATE 6/17/99

MAIN BRANCH
BANK OF HAWAII
HONOLULU, HAWAII
59-102/1213

CHECK NO. 0000004201
VOID AFTER SIX MONTHS

PAY EXACTLY
***1,480.36**

[illegible]USAND FOUR HUNDRED EIGHTY AND 36/100 DOLLARS

MIDPAC LUMBER CO., LTD.

[illegible]1 AHUA ST
HONOLULU HI 96819

MIDPAC LUMBER CO., LTD.

⑈004201⑈ ⑆121301028⑆ 0080⑉640692⑈ ⑈0000148036⑈

MIDPAC LUMBER CO., LTD.
BOND/CONSTRUCTION
P.O. BOX 1719 • HONOLULU HAWAII 96806
TELEPHONE 836-8111

004200

DATE 6/17/99

MAIN BRANCH
BANK OF HAWAII
HONOLULU, HAWAII
59-102/1213

CHECK NO. 00000042[illegible]
VOID AFTER SIX MONTHS

PAY EXACTLY
**10,000.00**

[illegible]SAND AND NO/100 DOLLARS

MIDPAC LUMBER CO., LTD.

[illegible]1 AHUA ST
HONOLULU HI 96819

MIDPAC LUMBER CO., LTD.

⑈004200⑈ ⑆121301028⑆ 0080⑉640692⑈ ⑈0001000000⑈

SE 04826

121301028
06/18/99

For deposit in
BANK OF HAWAII
to the credit of
MIDPAC LUMBER CO.

91078802
121301028
06/18/99

For deposit in
BANK OF HAWAII
to the credit of
MIDPAC LUMBER CO., LTD.