NOTICE TO CUSTOMER MISCELLANEOUS ENTRY — Bank of Hawaii

BRANCH: ACCOUNTS MAINTENANCE 115

DATE: 06-21-99

WE HAVE ☐ CHARGED / XX CREDITED YOUR XX CHECKING / ☐ SAVINGS ACCOUNT $ 155.78

FOR: REVERSAL OF CHECK # 4192 W/O 06-18-99
RE: NSF

TO:
MIDFAC LUMBER CO., LTD

ACCOUNT NUMBER: 80-640692

79 -Credit

AUTHORIZED SIGNATURE

0080-640692-79 78-00000155781

---

NOTICE TO CUSTOMER MISCELLANEOUS ENTRY — Bank of Hawaii

BRANCH: ACCOUNTS MAINTENANCE 115

DATE: 06-21-99

WE HAVE ☐ CHARGED / XX CREDITED YOUR XX CHECKING / ☐ SAVINGS ACCOUNT $ 11,600.00

FOR: REVERSAL OF CHECK # 4186 W/O 06-18-99
RE: NSF

TO:
MIDFAC LUMBER CO., LTD

ACCOUNT NUMBER: 80-640692

79 -Credit

AUTHORIZED SIGNATURE

0080-640692-79 78-0001160000

---

NOTICE TO CUSTOMER MISCELLANEOUS ENTRY — Bank of Hawaii

BRANCH: ACCOUNTS MAINTENANCE 115

DATE: 06-21-99

WE HAVE ☐ CHARGED / XX CREDITED YOUR XX CHECKING / SAVINGS ACCOUNT $ 10,000.00

FOR: REVERSAL OF CHECK # 4200 W/O 06-18-99
RE: NSF

TO:
MIDFAC LUMBER CO., LTD

ACCOUNT NUMBER: 80-640692

79 -Credit

AUTHORIZED SIGNATURE

SE 00740

EXHIBIT B

0080-640692-79 78-0001000000

121301028
BANK OF HAW
121301028

121301028
BANK OF HAW
121301028

121301028
121301028

SE 00741

**NOTICE TO CUSTOMER MISCELLANEOUS ENTRY** — Bank of Hawaii

BRANCH: ACCOUNTS MAINTENANCE 115

DATE: 06-21-99

WE HAVE [ ] CHARGED [XX] CREDITED YOUR [XX] CHECKING [ ] SAVINGS ACCOUNT $ 7939.03

FOR: REVERSAL OF CHECK # 4196 W/O 06-18-99
RE: NSF

TO: MIDFAC LUMBER CO., LTD

ACCOUNT NUMBER: 80-640692

79 - Credit

AUTHORIZED SIGNATURE

0080-640692-79 78/0000793903/

**NOTICE TO CUSTOMER MISCELLANEOUS ENTRY** — Bank of Hawaii

BRANCH: ACCOUNTS MAINTENANCE 115

DATE: 06-21-99

WE HAVE [ ] CHARGED [XX] CREDITED YOUR [XX] CHECKING [ ] SAVINGS ACCOUNT $ 564.07

FOR: REVERSAL OF CHECK # 4193 W/O 06-18-99
RE: NSF

TO: MIDFAC LUMBER CO., LTD

ACCOUNT NUMBER: 80-640692

79 - Credit

AUTHORIZED SIGNATURE

0080-640692-79 78/0000056407/

**NOTICE TO CUSTOMER MISCELLANEOUS ENTRY** — Bank of Hawaii

BRANCH: ACCOUNTS MAINTENANCE 115

DATE: 06-21-99

WE HAVE [ ] CHARGED [X] CREDITED YOUR [X] CHECKING [ ] SAVINGS ACCOUNT $ 799.33

FOR: REVERSAL OF CHECK # 4199 W/O 06-18-99
RE: NSF

TO: MIDFAC LUMBER CO., LTD

ACCOUNT NUMBER: 80-640692

79 - Credit

SE 00742

AUTHORIZED SIGNATURE

0080-640692-79 78/0000079933/

2513 529

121301028

BANK OF HAWAII

HONOLULU, HI. U.S.A.

121301028

2513 529

121301028

BANK OF HAW

HONOLULU, HI, U.S.

121301028

2513 529

121301028

BANK OF HAW

HONOLULU, HI. U.S.

121301028

SE 00743

NOTICE TO CUSTOMER MISCELLANEOUS ENTRY

Bank of Hawaii

BRANCH ACCOUNTS MAINTENANCE 115

DATE 06-21-99

WE HAVE ☐ CHARGED ☒ CREDITED YOUR ☒ CHECKING ☐ SAVINGS ACCOUNT $ 1480.36

FOR: REVERSAL OF CHECK # 4201 W/O 06-18-99
RE: NSF

ACCOUNT NUMBER 80-640692

TO: MIDFAC LUMBER CO., LTD

AUTHORIZED SIGNATURE

0080-640692-79 78-0000148036

---

NOTICE TO CUSTOMER MISCELLANEOUS ENTRY

Bank of Hawaii

BRANCH ACCOUNTS MAINTENANCE 115 AGC

DATE 06-21-99

WE HAVE ☐ CHARGED ☒ CREDITED YOUR ☒ CHECKING ☐ SAVINGS ACCOUNT $ 22,916.47

FOR: REVERSAL OF CHECK # 4194 W/O 06-18-99
RE: NSF

TO: MIDPAC LUMBER CO., LTD.

ACCOUNT NUMBER 80-640692

AUTHORIZED SIGNATURE

0080-640692-79 78-0002291647

---

NOTICE TO CUSTOMER MISCELLANEOUS ENTRY

Bank of Hawaii

BRANCH ACCOUNTS MAINTENANCE 115 AGC

DATE 06-21-99

WE HAVE ☐ CHARGED ☒ CREDITED YOUR ☒ CHECKING ☐ SAVINGS ACCOUNT $ 339.18

FOR: REVERSAL OF CHECK # 4195 W/O 06-18-99
RE: NSF

TO: MIDPAC LUMBER CO., LTD.

ACCOUNT NUMBER 80-640692

AUTHORIZED SIGNATURE

SE 00744

0080-640692-79 78-0000033918

2513 529

121301028
BANK OF HAWAII
PROOF DEPT
HONOLULU, HI, U.S.
121301028

2513 529

121301028
BANK OF HAWAII
PROOF DEPT
HONOLULU, HI, U.S.
121301028

SE 00745

NOTICE TO CUSTOMER MISCELLANEOUS ENTRY

Bank of Hawaii

BRANCH: ACCOUNTS MAINTENANCE 115

AGC

DATE: 06-21-99

WE HAVE ☐ CHARGED XX CREDITED YOUR XX CHECKING ☐ SAVINGS ACCOUNT $ 340.70

FOR: REVERSAL OF CHECK # 4197 W/O 06-18-99
RE: NSF

TO: MIDPAC LUMBER CO., LTD.

ACCOUNT NUMBER: 80-640692

AUTHORIZED SIGNATURE

0080-6406922-79 78/000003407O

NOTICE TO CUSTOMER MISCELLANEOUS ENTRY

Bank of Hawaii

BRANCH: ACCOUNTS MAINTENANCE 115

AGC

DATE: 06-21-99

WE HAVE ☐ CHARGED XX CREDITED YOUR XX CHECKING ☐ SAVINGS ACCOUNT $ 1,325.39

FOR: REVERSAL OF CHECK # 4198 W/O 06-18-99
RE: NSF

TO: MIDPAC LUMBER CO., LTD.

ACCOUNT NUMBER: 80-640692

AUTHORIZED SIGNATURE

0080-6406922-79 78/0000132539

SE 00746

00001

MAIN BRANCH
PO BOX 2900
HONOLULU HI 96846
DIRECT TELEPHONE INQUIRIES TO THE PHONE
NUMBER ON THE OTHER SIDE OF THIS STATEMENT

ACCOUNT NUMBER 0080-640692

STATEMENT PERIOD
06/01/99 THROUGH 06/30/99

BF

BUSINESS CHECKING

PAGE 1
E 121

1

MIDPAC LUMBER CO LTD
BOND/CONSTRUCTION ACCOUNT
PO BOX 1719
HONOLULU HI 96806

FOR INFORMATION ON BANK OF HAWAII'S YEAR 2000 READINESS, LOG ON TO WWW.BOH.COM\Y2K\, PICK UP A BROCHURE FROM YOUR BRANCH OR CALL TOLL-FREE AT 1-877-264-9725 FROM THE STATE OF HAWAII, U.S. MAINLAND AND CANADA.

CHECKS AND OTHER DEBITS

| CHECK NUMBER | DATE | AMOUNT | CHECK NUMBER | DATE | AMOUNT |
|---|---|---|---|---|---|
| | 06/21 | 38,301.34 | 4158 | 06/16 | 124.36 |
| 3135* | 06/11 | 6,600.00 | 4159 | 06/11 | 5,000.00 |
| 4053* | 06/01 | 4,460.00 | 4160 | 06/21 | 2,000.00 |
| 4064* | 06/02 | 1,467.60 | 4160* | 06/25 | 2,000.00 |
| 4079* | 06/03 | 3,000.00 | 4161 | 06/14 | 11,311.76 |
| 4100* | 06/03 | 380.00 | 4162 | 06/14 | 7,186.38 |
| 4107* | 06/02 | 10,960.13 | 4163 | 06/21 | 5,016.00 |
| 4119* | 06/04 | 55.00 | 4164 | 06/21 | 5,800.00 |
| 4121* | 06/10 | 4,560.00 | 4164* | 06/25 | 5,800.00 |
| 4122 | 06/10 | 1,040.00 | 4166* | 06/23 | 95.17 |
| 4123 | 06/10 | 1,040.00 | 4167 | 06/18 | 250.79 |
| 4125* | 06/02 | 10,000.00 | 4167* | 06/24 | 250.79 |
| 4127* | 06/01 | 10,000.00 | 4168 | 06/29 | 62.81 |
| 4129* | 06/02 | 47,730.89 | 4169 | 06/11 | 30,800.00 |
| 4130 | 06/04 | 55.00 | 4171* | 06/25 | 922.64 |
| 4131 | 06/01 | 33,387.00 | 4172 | 06/14 | 2,077.36 |
| 4132 | 06/04 | 1,171.86 | 4173 | 06/14 | 4,000.00 |
| 4133 | 06/02 | 39.87 | 4176* | 06/21 | 4,000.00 |
| 4134 | 06/17 | 9,890.00 | 4178* | 06/25 | 31.93 |
| 4135 | 06/01 | 17,378.85 | 4179 | 06/23 | 26.84 |
| 4136 | 06/07 | 7,000.00 | 4180 | 06/22 | 182.54 |
| 4137 | 06/04 | 1,532.95 | 4181 | 06/22 | 35.16 |
| 4138 | 06/04 | 13,103.00 | 4182 | 06/25 | 114.17 |
| 4139 | 06/07 | 5,000.00 | 4183 | 06/25 | 112.77 |
| 4140 | 06/10 | 4,000.00 | 4184 | 06/18 | 10,000.00 |
| 4141 | 06/04 | 5,000.00 | 4184* | 06/23 | 10,000.00 |
| 4142 | 06/04 | 5,000.00 | 4185 | 06/29 | 2,500.00 |
| 4143 | 06/09 | 3,000.00 | 4186 | 06/18 | 11,600.00 |
| 4144 | 06/11 | 10,750.00 | 4187 | 06/21 | 6,464.59 |
| 4145 | 06/09 | 4,342.03 | 4187* | 06/25 | 6,464.59 |
| 4146 | 06/04 | 1,349.51 | 4188 | 06/21 | 5,000.00 |
| 4147 | 06/04 | 743.48 | 4188* | 06/25 | 5,000.00 |
| 4148 | 06/04 | 537.63 | 4189 | 06/24 | 3,955.00 |
| 4149 | 06/04 | 1,660.11 | 4191* | 06/28 | 9,711.08 |
| 4150 | 06/14 | 59,009.00 | 4192 | 06/18 | 155.78 |
| 4151 | 06/16 | 148.06 | 4193 | 06/18 | 564.07 |
| 4152 | 06/15 | 38.78 | 4194 | 06/18 | 22,916.47 |
| 4153 | 06/23 | 46.87 | 4195 | 06/18 | 339.18 |
| 4154 | 06/14 | 800.00 | 4196 | 06/18 | 7,939.03 |
| 4155 | 06/18 | 132.14 | 4197 | 06/18 | 340.70 |
| 4155* | 06/28 | 132.14 | 4198 | 06/18 | 1,325.39 |
| 4156 | 06/15 | 40.20 | 4199 | 06/18 | 799.33 |
| 4157 | 06/16 | 1,274.00 | 4200 | 06/18 | 10,000.00 |

"A"

DAILY BALANCE

| DATE | BALANCE |
|---|---|
| 06/01 | .00 |
| 06/01 | .00 |
| 06/02 | .00 |
| 06/03 | .00 |
| 06/04 | .00 |
| 06/07 | .00 |
| 06/09 | .00 |
| 06/10 | .00 |
| 06/11 | .00 |
| 06/14 | .00 |
| 06/15 | .00 |
| 06/16 | .00 |
| 06/17 | .00 |
| 06/18 | .00 |
| 06/21 | .00 |
| 06/22 | .00 |
| 06/23 | .00 |
| 06/24 | .00 |
| 06/25 | .00 |
| 06/28 | .00 |
| 06/29 | .00 |
| 06/30 | .00 |

092003512
092016024
091162760
091041165
092110858
091026527
091068231
092204682
092137533
092137535
092137536
092083763
091060809
091062893
092204681
092108523
092010898
091068232
092202204
092109903
092000944
092227828
091117687
091311142
092218997
091178761
091178760
091033725
092150677
091024665
092227827
092227826
092227825
092227824
092008834
092117078
091153336
091088518
092009380
092152516
092270546
091153366
092112100

09212005
09201930
09202615
09200573
09201470
09201613
09206026
09202366
09200708
09100879
09218513
09207313
09209250
09115723
09210367
09203699
09117389
09107983
09207380
09100865
09104842
09302327
09205436
09205436
09221395
09119668
09208728
09100394
09202437
09200663
09202437
09200663
09100864
09203655
09107879
09107879
09107879
09107879
09107879
09107880
09107880
09107880

H00417

EXHIBIT C

MAIN BRANCH
PO BOX 2900
HONOLULU HI 96846
DIRECT TELEPHONE INQUIRIES TO THE PHONE
NUMBER ON THE OTHER SIDE OF THIS STATEMENT

ACCOUNT NUMBER 0080-640692

00001

STATEMENT PERIOD
06/01/99 THROUGH 06/30/99

---

BF

BUSINESS CHECKING

---

PAGE 2
E 121

1

MIDPAC LUMBER CO LTD
BOND/CONSTRUCTION ACCOUNT

CHECKS AND OTHER DEBITS

| CHECK NUMBER | DATE | AMOUNT | CHECK NUMBER | DATE | AMOUNT | | |
|---|---|---|---|---|---|---|---|
| 4201 | 06/18 | 1,480.36* | 4204 | 06/22 | 252.15 | 091078803 | 091074962 |
| 4202 | 06/24 | 7,650.00 | 4205 | 06/23 | 1,849.20 | 092121394 | 091063397 |
| 4203 | 06/29 | 983.12 | 4208* | 06/21 | 12,600.00 | 091013650 | 092272146 |

| | | | |
|---|---|---|---|
| TRANSFER TO ACCOUNT NUMBER 80-64072 2 | 06/22 | 131,712.08 | 099999999 |
| TRANSFER TO ACCOUNT NUMBER 80-64072 2 | 06/29 | 6,165.15 | 099999999 |
| TRANSFER TO ACCOUNT NUMBER 80-64072 2 | 06/30 | 39,455.93 | 099999999 |

DEPOSITS AND OTHER CREDITS

| | | | |
|---|---|---|---|
| TRANSFER FROM ACCOUNT NUMBER 80-64072 2 | 06/01 | 65,225.85 | 099999999 |
| TRANSFER FROM ACCOUNT NUMBER 80-64072 2 | 06/02 | 70,198.49 | 099999999 |
| TRANSFER FROM ACCOUNT NUMBER 80-64072 2 | 06/03 | 3,380.00 | 099999999 |
| TRANSFER FROM ACCOUNT NUMBER 80-64072 2 | 06/04 | 30,208.54 | 099999999 |
| TRANSFER FROM ACCOUNT NUMBER 80-64072 2 | 06/07 | 12,000.00 | 099999999 |
| TRANSFER FROM ACCOUNT NUMBER 80-64072 2 | 06/09 | 7,342.03 | 099999999 |
| TRANSFER FROM ACCOUNT NUMBER 80-64072 2 | 06/10 | 10,640.00 | 099999999 |
| TRANSFER FROM ACCOUNT NUMBER 80-64072 2 | 06/11 | 53,150.00 | 099999999 |
| TRANSFER FROM ACCOUNT NUMBER 80-64072 2 | 06/14 | 84,384.50 | 099999999 |
| TRANSFER FROM ACCOUNT NUMBER 80-64072 2 | 06/15 | 78.98 | 099999999 |
| TRANSFER FROM ACCOUNT NUMBER 80-64072 2 | 06/16 | 1,546.42 | 099999999 |
| TRANSFER FROM ACCOUNT NUMBER 80-64072 2 | 06/17 | 9,890.00 | 099999999 |
| TRANSFER FROM ACCOUNT NUMBER 80-64072 2 | 06/18 | 67,843.24 | 099999999 |
| CREDIT MEMO | 06/21 | 132.14 | 092313121 |
| CREDIT MEMO | 06/21 | 155.78 | 092313125 |
| CREDIT MEMO | 06/21 | 250.79 | 092313122 |
| CREDIT MEMO | 06/21 | 339.18 | 092313129 |
| CREDIT MEMO | 06/21 | 340.70 | 092313133 |
| CREDIT MEMO | 06/21 | 564.07 | 092313127 |
| CREDIT MEMO | 06/21 | 799.33 | 092313126 |
| CREDIT MEMO | 06/21 | 1,325.39 | 092313132 |
| CREDIT MEMO | 06/21 | 1,480.36 | 092313131 |
| CREDIT MEMO | 06/21 | 7,939.03 | 092313128 |
| CREDIT MEMO | 06/21 | 10,000.00 | 092313120 |
| CREDIT MEMO | 06/21 | 10,000.00 | 092313123 |
| TRANSFER FROM ACCOUNT NUMBER 80-64072 2 | 06/21 | 11,338.69 | 099999999 |
| CREDIT MEMO | 06/21 | 11,600.00 | 092313124 |
| CREDIT MEMO | 06/21 | 22,916.47 | 092313130 |
| CREDIT MEMO | 06/22 | 2,000.00 | 091051108 |
| CREDIT MEMO | 06/22 | 4,000.00 | 091051111 |
| CREDIT MEMO | 06/22 | 5,000.00 | 091051113 |
| CREDIT MEMO | 06/22 | 5,016.00 | 091051109 |
| CREDIT MEMO | 06/22 | 5,800.00 | 091051110 |

00001

MAIN BRANCH
PO BOX 2900
HONOLULU HI 96846
DIRECT TELEPHONE INQUIRIES TO THE PHONE
NUMBER ON THE OTHER SIDE OF THIS STATEMENT

ACCOUNT NUMBER 0080-640692

STATEMENT PERIOD
06/01/99 THROUGH 06/30/99

BF

BUSINESS CHECKING

PAGE 3
E 121 MIDPAC LUMBER CO LTD
BOND/CONSTRUCTION ACCOUNT

1

| DEPOSITS AND OTHER CREDITS | DATE | AMOUNT | |
|---|---|---|---|
| CREDIT MEMO | 06/22 | 6,464.59 | 091051112 |
| CREDIT MEMO | 06/22 | 12,600.00 | 091051114 |
| CREDIT MEMO | 06/22 | 38,301.34 | 091051115 |
| CUSTOMER DEPOSIT | 06/22 | 53,000.00 | 092172622 |
| TRANSFER FROM ACCOUNT NUMBER 80-64072 2 | 06/23 | 12,018.08 | 099999999 |
| TRANSFER FROM ACCOUNT NUMBER 80-64072 2 | 06/24 | 11,855.79 | 099999999 |
| CREDIT MEMO | 06/25 | 3,955.00 | 091015629 |
| TRANSFER FROM ACCOUNT NUMBER 80-64072 2 | 06/25 | 16,491.10 | 099999999 |
| TRANSFER FROM ACCOUNT NUMBER 80-64072 2 | 06/28 | 9,843.22 | 099999999 |
| CREDIT MEMO | 06/29 | 9,711.08 | 091176685 |
| CREDIT MEMO | 06/30 | 62.81 | 091140423 |
| CREDIT MEMO | 06/30 | 983.12 | 091140421 |
| CREDIT MEMO | 06/30 | 2,500.00 | 091140422 |
| CUSTOMER DEPOSIT | 06/30 | 35,910.00 | 091174474 |

| CHECKING ACCOUNT SUMMARY | | |
|---|---|---|
| | OPENING BALANCE ON 06/01/99 | .00 |
| | TOTAL OF 2 DEPOSITS FOR | 88,910.00 |
| | TOTAL OF 45 OTHER CREDITS FOR | 641,672.11 |
| | TOTAL OF 92 CHECKS FOR | 553,248.95 |
| | TOTAL OF 3 OTHER DEBITS FOR | 177,333.16 |
| | CLOSING BALANCE ON 06/30/99 | .00 |

## IIIF
## Bonding Deposits

The Ueno report beginning with attachment A-12 indicates that "CIT swept monies entrusted to MidPac by its bonded contractors and applied these monies against its loan to MidPac". Closer examination of the bond deposits for the same period covered in the Ueno report will show that, with one exception, bonding monies were not swept by CIT to pay off its loan. Exhibit "10" traces the deposits to the Collateral Proceeds Account for June 24, 1999 the same date addressed in Charts 1 and 2 on Attachment A-12 to the Ueno report. Total deposits for that date were $126,569.27 of which one deposit in the amount of $47,442.05 was, in fact, a bonding deposit. The rest of the deposits, as one can see of a review of Exhibit "10" were from individuals and small contractors and were properly swept by CIT.. For the entire period from June 15 through July 14, 1999, total deposits to the CIT Collateral Proceeds Account were $1,676,412.84 of which only one bonding deposit occurred, that which has previously mentioned .Detail is attached as Exhibit 11. More documentation and analysis is needed to determine that CIT properly swept funds during other periods beyond that examined by Mr. Ueno.

Set forth below is a summary of the disposition of $815,171.89 in bonding deposits that were made during the June 15 - July 14, 1999 time period.

| Account Number | Bank Account | Amount |
|---|---|---|
| 80582560 | BOH - CIT Collateral Proceeds Account | $ 47,442.05 |
| 80640692 | BOH Bond / Construction | $249,546.05 |
| 80987072 | BOH - Prime Depository | $184,245.79 |
| 450010503 | American Savings Bank - Bonding | $333,938.00 |
| | | --------------- |
| | | $815,171.89 |

The detail for each individual bonding check during this period is scheduled on Exhibit "12".

## IIIG
## BOH General Account 80-640722

This account was set up , in theory, to receive deposits from customers and businesses and also loan proceeds from CIT. The disbursements from this account would be scheduled to pay known trade debt, payroll, payroll benefits, or freight. In reality, during the period June 15 to July 14, 1999, $2,156,098.77 was deposited in this account and $1,905,082.41 was paid out of this account. Exhibit "13" schedules the running balance in this account for the relevant period and Exhibit "14" schedules the cash transfers in and out by bank account. The exhibits illustrate the chaos that was occurring at MidPac. The Bank of Hawaii issued overdraft charges on eight separate occasions. Set forth below is a schedule of cash in and cash out of this account during the 30 day period June 15 to July 14, 2002.

| Bank No. | Bank | Cash In | Cash Out |
|---|---|---|---|
| 80640692 | BOH - Bond/Construction | $ 319,040.46 | $242,208.43 |
| 80640676 | BOH - Freight | 0.00 | 1,331.50 |
| | BOH - Overdraft Charges | 0.00 | 576.00 |
| 80940684 | BOH - Operating | 5,925.00 | 100,972.61 |
| 80248032 | BOH - Payroll | 137,310.79 | 313,472.12 |
| 80640706 | BOH - Payroll Benefit | 0.00 | 1,454.79 |
| 80640692 | BOH - Prime Depository | 371,214.82 | 2.00 |
| 80640668 | BOH - Trade | 920,607.70 | 1,245,064.96 |
| | CIT Funds Transfer | 402,000.00 | 0.00 |
| TOTAL | | $2,156,098.77 | $1,905,082.41 |

In normal practice, cash should be paid from a general account (from which specific invoices are not paid) to the trade account, or to other accounts set up to pay specific obligations No cash should be returned from the specific obligation accounts except for error. By reference to the chart above, one can see that $920,607.70 from the trade account was transferred back into the general account to cover overdrafts. A similar situation exists with the bond/construction account and the payroll account. Transactions noted here underscore the chaotic financial situation that existed at MidPac at the time. Based on my review of the documents available to date, no pattern of activity exists to suggest that CIT was sweeping bond money to pay down its loan.

## IV
## DISCLOSURE OF COMPENSATION

I am being compensated at the hourly rate of $195.00 plus general excise tax. I am also being reimbursed for my expenses, including the cost of database inputting/secretarial assistant whom I am compensating at an hourly rate of $25.00 plus general excise tax.

Respectfully Submitted,

THOMAS E. HAYES

Wp.3861