IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; CGBN, INC., a Hawaii corporation; MICHAEL CLIFFORD; EDWIN BOWLING; FRANCES HALLER-BOWLING; RAYMOND IWAMOTO, and KURT GLASSMAN, DOE INDIVIDUALS 1-50; DOE PARTNERSHIPS, CORPORATIONS OR OTHER ENTITIES 1-20,<br><br>Defendants.<br><br>and<br><br>CG DEVELOPMENT, INC., F&J MOVERS, and RENEE K. COSTA,<br><br>Additional Cross-Claim Defendants. | Civil No. CV01-00187 DAE BMK<br><br>(Tort and RICO)<br><br>VOLUME I (of two)<br>Pages 1 - 274<br><br>30(b)(6) |

DEPOSITION OF THOMAS A. HAYES

Taken on behalf of Plaintiff Whirlpool Corporation, at 2600 Mauka Tower, 737 Bishop Street, Honolulu, Hawaii, 96813, commencing at 9:17 a.m., on Tuesday, November 19, 2002, pursuant to Notice.

REPORTED BY: JANIS K. FLOATE, RPR, CSR 254
Notary Public, State of Hawaii

EXHIBIT 7

APPEARANCES:

For Plaintiff Whirlpool Corporation:

TIMOTHY J. HOGAN, ESQ.
Lynch Ichida Thompson Kim & Hirota
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813

For Defendant CIT Group/Business Credit, Inc.:

PAUL ALSTON, ESQ.
LOUIS Y.K. ING, ESQ.
Alston Hunt Floyd & Ing
1800 Pacific Tower
1001 Bishop Street
Honolulu, Hawaii 96813

For Defendants Edwin Bowling and Frances Haller-Bowling:

JEANNETTE HOLMES, ESQ.
Bronster Crabtree & Hoshibata
2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813

For Defendants Michael Clifford, CGBN, Inc., and Additional Cross-Claim Defendant CG Development, Inc.:

TED N. PETTIT, ESQ.
ROGER S. MOSELEY, ESQ.
CHRISTOPHER J. MUZZI, ESQ.
Case Bigelow & Lombardi
2600 Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813

For Defendant Raymond Iwamoto:

CALVIN E. YOUNG, ESQ.
Ayabe Chong Nishimoto Sia & Nakamura
2500 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813

APPEARANCES (continued):

Speakerphone Appearance from Benton Harbor, Michigan:

DEB CLAWSON, ESQ.
Whirlpool Corporation
Legal Department
2200 M63
Mailbox No. 2200
Benton Harbor, Michigan 49022

Also Present:

SYLVIA M. LEE, Paralegal
Lynch Ichida Thompson Kim & Hirota

FRANCIS X. CHAFFIOTTE, ESQ.
CIT Assistant General Counsel

MIKE CLEARY

CARL SOTO

question, but we were never concerned that Mr. Iwamoto was going to discuss the relationship with anyone.

Q. You testified earlier that at some point in time Mr. Iwamoto had made a representation to CIT that it should not contact various vendors, such as Whirlpool. Do you recall that testimony earlier?

A. Yes, I do.

Q. Do you recall approximately when that took place, and how?

A. That took place -- it took place at the meeting that I had, which I believe was on the 23rd or thereabouts, where we were meeting face-to-face. We had made some discoveries in the previous week, and it led us down a certain path of making certain inquiries, which the company was objecting to. And then he reiterated those concerns in a letter that was dated either that day or the next day, to us.

Q. Do you recall to whom that letter was addressed?

A. I believe it was addressed to CIT. I don't know which individual offhand it was addressed to.

Q. Do you recall a letter being addressed to Grace Bowen from Mr. Iwamoto?

A. That sounds plausible. As I just mentioned, I'm not sure who it was addressed to, but it would be probable it would have been Grace Bowen.

Q. Based upon the statements made by Mr. Iwamoto to yourself and subsequently what you recall was followed up in a letter by Mr. Iwamoto to CIT, can you please describe for me what actions, if any, CIT either took or did not take in response to those statements?

A. In response to those statements and in combination with other events that were occurring in other information that was being disclosed to us, we ultimately did not contact Whirlpool concerning the exclusive distributorship agreement. We didn't contact Kraftmaid Cabinets, I believe, either concerning who they were selling to.

Q. Were there any other vendors or third parties that you refrained from contacting? You being CIT, based upon the representations made to you by Mr. Iwamoto.

A. We didn't -- by and large, we didn't contact any of the vendors.

Q. For what length of time did CIT refrain from contacting any of these third-party vendors, such as Kraftmaid and Whirlpool?

C E R T I F I C A T E

STATE OF HAWAII )
) SS.
CITY AND COUNTY OF HONOLULU )

I, JANIS K. FLOATE, Notary Public, State of Hawaii, do hereby certify:

That on November 19, 2002, appeared before me Thomas A. Hayes, the witness whose deposition is contained herein; that prior to being examined, the witness was by me duly sworn;

That the deposition was taken down by me in machine shorthand and was thereafter reduced to typewriting under my supervision; that the foregoing represents to the best of my ability, a true and correct transcript of the proceedings had in the foregoing matter.

I further certify that I am not an attorney for any of the parties hereto, nor in any way concerned with the cause.

DATED this 6th day of Dec, 2002, in Honolulu, Hawaii.

Janis K. Floate

JANIS K. FLOATE, RPR, CSR 254
Notary Public, State of Hawaii
My Commission Exp: December 12, 2005