**CERTIFICATE OF SERVICE**

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

SERVED ELECTRONICALLY THROUGH CM/ECF:

| | |
|---|---|
| TIMOTHY J. HOGAN, ESQ. | tjh@loio.com |
| **Attorney for Plaintiff** | July 3, 2006 |
| | |
| MARGERY S. BRONSTER, ESQ. | mbronster@bchlaw.net, audrey@bchlaw.net |
| JEANNETTE E. HOLMES CASTAGNETTI, ESQ. | jcastagnetti@bchlaw.net, jennifer@bchlaw.net |
| **Attorneys for Defendants Edwin Bowling and Frances Haller-Bowling** | July 3, 2006 |
| | |
| JOHN S. NISHIMOTO, ESQ. | john.nishimoto@hawadvocate.com |
| CALVIN E. YOUNG, ESQ. | calvin.young@hawadvocate.com |
| GARY S. MIYAMOTO, ESQ. | gary.miyamoto@hawadvocate.com |
| **Attorneys for Defendant Raymond S. Iwamoto** | July 3, 2006 |
| | |
| ROBERT E. BADGER, ESQ. | rebadger@badgerlawhawaii.com, robertebadger@hotmail.com |
| **Attorney for Defendant Kurt Glassman** | July 3, 2006 |

SERVED BY FIRST CLASS MAIL:

ERIC J. GLASSMAN, ESQ. July 5, 2006
Mennemeier, Glassman & Stroud LLP
980 9th Street, Suite 1700
Sacramento, California 95814
**Attorney for Defendant Kurt Glassman**

RENEE K. COSTA
21 Crossley Court
Sacramento, California 95833-3784
**Cross-Claim Defendant**

July 5, 2006

DATED: Honolulu, Hawai'i, July 3, 2006.

/s Louise K. Y. Ing
PAUL ALSTON
LOUISE K. Y. ING
THOMAS E. BUSH
ALLISON KIRK
Attorneys for Defendant/Cross-claimant THE CIT GROUP/BUSINESS CREDIT, INC.