IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; et al.,<br><br>Defendants,<br><br>and<br><br>F&J MOVERS, and RENEE K. COSTA,<br><br>Additional Crossclaim Defendants. | Civil No. CV 01 00187 MEA-BMK (Tort and RICO)<br><br>**DECLARATION OF LOUISE K. Y. ING** |

**DECLARATION OF LOUISE K. Y. ING**

I, LOUISE K. Y. ING, declare as follows:

1. I am an attorney with the law firm of Alston Hunt Floyd & Ing, Attorneys At Law, A Law Corporation, attorneys for Defendant The CIT Group/Business Credit, Inc.

2. I make this declaration based on my personal knowledge and am competent to testify as to the matters set forth herein.

3. Attached as Exhibit 4 are true and correct copies of excerpts of the Rule 30(b)(6) Deposition of Ernest Matlock, taken in this action on December 14, 2002.

4. Attached as Exhibit 5 is a true and correct copy of excerpts of the Forbearance Agreement (Whirlpool's Trial Exhibit W630).

5. Attached as Exhibit 6 is a true and correct copy of excerpts of the Rule 30(b)(6) Deposition of Carl Smith, taken in this action on February 14, 2003.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 3rd day of July, 2006.

/s/ Louise K. Y. Ing
LOUISE K. Y. ING