IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; et al.,<br><br>Defendants,<br><br>and<br><br>F&J MOVERS, and RENEE K. COSTA,<br><br>Additional Crossclaim Defendants. | Civil No. CV 01 00187 MEA-BMK (Tort and RICO)<br><br>**DECLARATION OF LOUISE K. Y. ING** |

**DECLARATION OF LOUISE K. Y. ING**

I, LOUISE K. Y. ING, declare as follows:

1. I am an attorney with the law firm of Alston Hunt Floyd & Ing, Attorneys At Law, A Law Corporation, attorneys for Defendant The CIT Group/Business Credit, Inc.

2. I make this declaration based on my personal knowledge and am competent to testify as to the matters set forth herein.

3. Attached as Exhibit 4 are true and correct copies of excerpts of the Rule 30(b)(6) Deposition of Carl Smith, Vol. 2, taken in this action on February 14, 2003.

4. Attached as Exhibit 5 are true and correct copies of excerpts of the Deposition of Robert Brichacek, taken in this action on November 21, 2002.

5. Attached as Exhibit 6 are true and correct copies of excerpts of the Bankruptcy Rule 2004 Examination of Theodore G. Phelps, taken in *In re MidPac Lumber Company, Inc.*, Case No. 00-00136 (Bkcy. D. Hawaii) ("MidPac Bankruptcy Case"), on December 7, 2000.

6. Attached as Exhibit 7 are true and correct copies of excerpts of the Deposition of Raymond Iwamoto, taken in this action on November 12, 2002.

7. Attached as Exhibit 8 are true and correct copies of excerpts of the Deposition of Carl Smith, taken in this action on December 17, 2002.

8. Attached as Exhibit 9 is a true and correct copy of Whirlpool's Trial Exhibit W804.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 3rd day of July, 2006.

/s/ Louise K. Y. Ing
LOUISE K. Y. ING