The CIT Group/
Credit Finance
3rd Floor
300 S Grand Avenue
Los Angeles, CA 90071
Tel: 213 613-2500
Fax: 213 613-2501

THE CIT GROUP

December 15, 1999

Via Airborne Express

Mr. Carl Smith
Whirlpool Corporation
412 North Peters Road
Knoxville, TN 37922

and

Mr. David Clemens
Contracting Office
Department of Navy
1942 Gaffrey Street, Suite 100
Pearl Harbor, HI 95560

RE: Contract No. N00604-98-0018

Gentlemen:

The purpose of this letter is to confirm our understanding regarding the delivery of and payment for product related to Midpac Lumber Co., Ltd.'s contract with the U.S. Navy (Contract No. N00604-98-0018).

We understand that Whirlpool will be delivering new product directly to the U.S. Navy. We understand that a representative of Whirlpool Corporation and Midpac will be going directly to DFAS with the delivery copies of appliances and DFAS will wire funds, within 3 to 5 days, to the credit of Whirlpool Corporation at Bank One 525 West Monroe (7th Floor), Chicago, Illinois 60673, ABA# 071000013, Acct# 5256399. We acknowledge that the CIT Group/Credit Finance, Inc. will not require remittance to us for any portion of the total proceeds on the new product to be delivered by Whirlpool directly to the U.S. Navy pursuant to the above referenced contract.

If you have any questions or if you need further clarification, please call me directly.

Sincerely,

THE CIT GROUP/CREDIT FINANCE, INC.

Robert Brichacek
Vice President

EXH 210 DATE 1/21/03
WITNESS HIGGINS
JANIS K. FLOATE

cc: Kurt Glassman (Midpac Lumber Co., Ltd.)

CA24249



EXHIBIT 9