Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON 1126-0
LOUISE K. Y. ING 2394-0
THOMAS E. BUSH 4737-0
ALLISON KIRK 8156-0
18th Floor, ASB Tower
1001 Bishop Street
Honolulu, Hawaiʻi 96813
Telephone: 524-1800
Facsimile: 524-4591
palston@ahfi.com
ling@ahfi.com
tbush@ahfi.com
akirk@ahfi.com

Attorneys for Defendant/Cross-claimant
THE CIT GROUP/BUSINESS CREDIT, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; EDWIN BOWLING; FRANCES HALLER-BOWLING; RAYMOND IWAMOTO; KURT GLASSMAN; DOE INDIVIDUALS 1-50; DOE | Civil No. CV 01 00187 MEA-BMK<br>(Tort and RICO)<br><br>**DEFENDANT/CROSS-CLAIMANT THE CIT GROUP/BUSINESS CREDIT, INC.'S NOTICE OF SUBMISSION OF THIRD AMENDED EXHIBIT LIST;** CERTIFICATE OF SERVICE |

| | | |
|---|---|---|
| PARTNERSHIPS, CORPORATIONS OR OTHER ENTITIES 1-20,<br><br>Defendants,<br><br>and<br><br>F&J MOVERS, and RENEE K. COSTA,<br><br>Additional Crossclaim Defendants. | ) ) ) ) ) ) ) ) ) ) ) | JUDGE: Hon. Marvin E. Aspen<br><br>TRIAL: November 6, 2006 |

**DEFENDANT/CROSS-CLAIMANT THE CIT GROUP/ BUSINESS CREDIT, INC.'S NOTICE OF SUBMISSION OF THIRD AMENDED EXHIBIT LIST**

In an ongoing effort to supplement its trial exhibit list to respond to case developments and to cull the list of extraneous documents, CIT hereby submits its Third Amended Exhibit List. The list has been amended as follows: Ex. C22, which formerly consisted of all of auditor Felix Lampa's workpapers produced during discovery, now consists of selected excerpts from those workpapers.

Ex. C32 and C33 have been added to address issues that arose in the course of briefing motions in limine. If the court denies Whirlpool's Motion in Limine #2 Regarding Amended Order Affirming Bankruptcy Court's Decision to

Grant Relief From Automatic Stay, then CIT will add to its list these exhibits which were exhibits to its opposition to the motion.

DATED: Honolulu, Hawai`i, July 10, 2006.

/s/ Louise K. Y. Ing
PAUL ALSTON
LOUISE K. Y. ING
THOMAS E. BUSH
ALLISON KIRK
Attorneys for Defendant/Cross-claimant THE CIT GROUP/BUSINESS CREDIT, INC.