Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON 1126-0
LOUISE K. Y. ING 2394-0
THOMAS E. BUSH 4737-0
ALLISON KIRK 8156-0
18th Floor, ASB Tower
1001 Bishop Street
Honolulu, Hawaiʻi 96813
Telephone: 524-1800
Facsimile: 524-4591
palston@ahfi.com
ling@ahfi.com
tbush@ahfi.com
akirk@ahfi.com

Attorneys for Defendant/Cross-claimant
THE CIT GROUP/BUSINESS CREDIT, INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 10 2006

at 10 o'clock and 25 min. M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; EDWIN BOWLING; FRANCES HALLER-BOWLING; RAYMOND IWAMOTO; KURT GLASSMAN; DOE INDIVIDUALS 1-50; DOE PARTNERSHIPS, CORPORATIONS OR OTHER ENTITIES 1-20,<br><br>Defendants,<br><br>and<br><br>F&J MOVERS, and RENEE K. COSTA,<br><br>Additional Crossclaim Defendants. | Civil No. CV 01 00187 MEA-BMK (Tort and RICO)<br><br>**ORDER GRANTING EX PARTE MOTION TO SEAL AND SUBMIT FOR IN CAMERA INSPECTION EXHIBIT 1 TO, AND MOTION TO SEAL DEFENDANT/CROSS-CLAIMANT THE CIT GROUP/BUSINESS CREDIT, INC.'S MOTION IN LIMINE TO PRECLUDE WHIRLPOOL FROM ELICITING EVIDENCE OF CIT'S SUSPICIOUS ACTIVITY REPORT AND LIMITING ANY REFERENCE TO SUCH FILING**<br><br>JUDGE: Hon. Marvin E. Aspen<br><br>TRIAL: November 6, 2006 |

**ORDER GRANTING EX PARTE MOTION TO SEAL AND SUBMIT FOR IN CAMERA INSPECTION EXHIBIT 1 TO, AND MOTION TO SEAL DEFENDANT/CROSS-CLAIMANT THE CIT GROUP/BUSINESS CREDIT, INC.'S MOTION IN LIMINE TO PRECLUDE WHIRLPOOL FROM ELICITING EVIDENCE OF CIT'S SUSPICIOUS ACTIVITY REPORT AND LIMITING ANY REFERENCE TO SUCH FILING**

The Court, having reviewed the Ex Parte Motion to Seal Exhibit 1 to, and to Seal, Defendant/Cross-Claimant The CIT Group/Business Credit, Inc.'s Motion in Limine to Preclude Whirlpool from Eliciting Evidence of CIT's Suspicious Activity Report and Limiting Any Reference to Such Filing, and good cause appearing,

IT IS HEREBY ORDERED that the Ex Parte Motion is hereby GRANTED as follows:

1. Exhibit 1 to CIT's Motion in Limine to Preclude Whirlpool from Eliciting Evidence of CIT's Suspicious Activity Report and Limiting Any Reference to Such Filing ("SAR Motion in Limine") shall be filed under seal for in camera inspection.

2. The remainder of the SAR Motion in Limine and exhibits shall be filed as a sealed pleading which will served, sealed, on counsel and parties.

Marvin E. Aspen
U. S. District Court Judge

Dated: 7/7/06

*Whirlpool Corporation v. CIT Group/Business Credit, Inc.*, Civil No. CV 01 00187 MEA-BMK (D. Hawaii); **EX PARTE MOTION TO SEAL AND SUBMIT FOR IN CAMERA INSPECTION EXHIBIT 1 TO, AND MOTION TO SEAL DEFENDANT/CROSS-CLAIMANT THE CIT GROUP/BUSINESS CREDIT, INC.'S MOTION IN LIMINE TO PRECLUDE WHIRLPOOL FROM ELICITING EVIDENCE OF CIT'S SUSPICIOUS ACTIVITY REPORT AND LIMITING ANY REFERENCE TO SUCH FILING**