ORIGINAL

Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON 1126-0
LOUISE K. Y. ING 2394-0
THOMAS E. BUSH 4737-0
ALLISON KIRK 8156-0
18th Floor, ASB Tower
1001 Bishop Street
Honolulu, Hawai'i 96813
Telephone: 524-1800
Facsimile: 524-4591
palston@ahfi.com
ling@ahfi.com
tbush@ahfi.com
akirk@ahfi.com

Attorneys for Defendant/Cross-claimant
THE CIT GROUP/BUSINESS CREDIT, INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 11 2006

at 11 o'clock and 01 min. a M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation, | ) | Civil No. CV 01 00187 MEA-BMK (Tort and RICO) |
| Plaintiff, | ) | |
| vs. | ) | **ORDER SEALING DEFENDANT CIT GROUP/BUSINESS CREDIT, INC.'S REPLY TO WHIRLPOOL CORPORATION'S MEMORANDUM IN OPPOSITION TO CIT'S MOTION IN LIMINE TO PRECLUDE WHIRLPOOL FROM ELICITING EVIDENCE OF CIT'S SUSPICIOUS** |
| CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; EDWIN BOWLING; FRANCES HALLER-BOWLING; RAYMOND IWAMOTO; KURT GLASSMAN; DOE INDIVIDUALS 1-50; DOE | ) | |

| | | |
|---|---|---|
| PARTNERSHIPS, CORPORATIONS OR OTHER ENTITIES 1-20,<br><br>Defendants,<br><br>and<br><br>F&J MOVERS, and RENEE K. COSTA,<br><br>Additional Crossclaim Defendants. | ) | **ACTIVITY REPORT AND LIMITING ANY REFERENCE TO SUCH FILING, DATED JULY 3, 2006**<br><br>JUDGE: Hon. Marvin E. Aspen<br><br>TRIAL: November 6, 2006 |

**ORDER SEALING DEFENDANT CIT GROUP/BUSINESS CREDIT, INC.'S REPLY TO WHIRLPOOL CORPORATION'S MEMORANDUM IN OPPOSITION TO CIT'S MOTION IN LIMINE TO PRECLUDE WHIRLPOOL FROM ELICITING EVIDENCE OF CIT'S SUSPICIOUS ACTIVITY REPORT AND LIMITING ANY REFERENCE TO SUCH FILING, DATED JULY 3, 2006**

WHEREAS, the Court having granted the Ex Parte Motion to Seal Exhibit 1 to, and to Seal, Defendant/Cross-Claimant The CIT Group/Business Credit, Inc.'s Motion in Limine to Preclude Whirlpool from Eliciting Evidence of CIT's Suspicious Activity Report and Limiting Any Reference to Such Filing, and good cause appearing,

IT IS HEREBY ORDERED that CIT's Reply to Whirlpool Corporation's Memorandum in Opposition to CIT's Motion in Limine to Preclude Whirlpool from Eliciting Evidence of CIT's Suspicious Activity Report and

Limiting any Reference to Such Filing shall be filed as a sealed pleading which will served, sealed, on counsel and parties.

DATED: 7/11/06

MARVIN E. ASPEN
U.S. DISTRICT COURT JUDGE

*Whirlpool Corporation v. CIT Group/Business Credit, Inc.*, Civil No. CV 01 00187 MEA-BMK (D. Hawaii); **ORDER SEALING DEFENDANT CIT GROUP/BUSINESS CREDIT, INC.'S REPLY TO WHIRLPOOL CORPORATION'S MEMORANDUM IN OPPOSITION TO CIT'S MOTION IN LIMINE TO PRECLUDE WHIRLPOOL FROM ELICITING EVIDENCE OF CIT'S SUSPICIOUS ACTIVITY REPORT AND LIMITING ANY REFERENCE TO SUCH FILING, DATED JULY 3, 2006**