# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

8-14-06 4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 01-00187MEA-BMK |
| CASE NAME: | Whirlpool Corporation v. CIT Group/Business Credit, Inc., et al. |
| ATTYS FOR PLA: | Timothy J. Hogan by phone |
| ATTYS FOR DEFT: | Louise K.Y. Ing, Calvin E. Young, Jeannette E. Holmes, Robert E. Badger, Eric J. Glassman by phone |
| INTERPRETER: | |

---

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6 no record |
| DATE: | 8-14-06 | TIME: | 10:08 - 10:50 |

---

COURT ACTION: EP: Status Conference Re Settlement Conference held 8/14/2006.

Settlement Conference with counsel, the court, and the mediator set for 9/19/2006 @ 9:30 a.m.

Settlement Conference with counsel, the parties, the court, and the mediator set for 10/6/2006 @ 9 a.m.

Submitted by Richlyn W. Young, courtroom manager