Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON 1126-0
LOUISE K. Y. ING 2394-0
THOMAS E. BUSH 4737-0
ALLISON KIRK GRIFFITHS 8156-0
18th Floor, ASB Tower
1001 Bishop Street
Honolulu, Hawaiʻi 96813
Telephone: 524-1800
Facsimile: 524-4591
palston@ahfi.com
ling@ahfi.com
tbush@ahfi.com
akirk@ahfi.com

Attorneys for Defendant/Cross-claimant
THE CIT GROUP/BUSINESS CREDIT, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; EDWIN BOWLING; FRANCES HALLER-BOWLING; RAYMOND IWAMOTO; KURT GLASSMAN; DOE INDIVIDUALS 1-50; DOE PARTNERSHIPS, CORPORATIONS OR OTHER ENTITIES 1-20,<br><br>Defendants,<br><br>and<br><br>F&J MOVERS, and RENEE K. COSTA,<br><br>Additional Crossclaim Defendants. | Civil No. CV 01 00187 MEA-BMK (Tort and RICO)<br><br>**WITHDRAWAL OF COUNSEL FOR DEFENDANT THE CIT GROUP/BUSINESS CREDIT, INC.;** CERTIFICATE OF SERVICE<br><br>JUDGE: Hon. Marvin E. Aspen<br><br>TRIAL: November 6, 2006 |

**WITHDRAWAL OF COUNSEL FOR DEFENDANT**
**THE CIT GROUP/BUSINESS CREDIT, INC.**

Pursuant to LR 83.6(b) of the United States District Court for the District of Hawaii, Lea Hong hereby withdraws as counsel for Defendant The CIT Group/Business Credit, Inc.("Defendant"). Paul Alston, Louise K. Y. Ing, Thomas E. Bush and Allison Kirk Griffiths and the law firm of Alston Hunt Floyd & Ing will remain as counsel for said Defendant.

DATED: Honolulu, Hawai'i, August 15, 2006.

/s/ Lea Hong
LEA HONG