ORIGINAL

Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON 1126-0
LOUISE K. Y. ING 2394-0
THOMAS E. BUSH 4737-0
18th Floor, ASB Tower
1001 Bishop Street
Honolulu, Hawai'i 96813
Telephone: 524-1800
Facsimile: 524-4591
palston@ahfi.com
ling@ahfi.com
tbush@ahfi.com

Attorneys for Defendant/Cross-claimant
THE CIT GROUP/BUSINESS CREDIT, INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
AUG 25 2006
at ✓ o'clock and 20 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; EDWIN BOWLING; FRANCES HALLER-BOWLING; RAYMOND IWAMOTO; KURT GLASSMAN; DOE INDIVIDUALS 1-50; DOE PARTNERSHIPS, CORPORATIONS OR OTHER ENTITIES 1-20, | ) | Civil No. CV 01 00187 MEA-BMK<br>(Tort and RICO)<br><br>**DEFENDANT/CROSS-CLAIMANT THE CIT GROUP/BUSINESS CREDIT, INC.'S REQUEST FOR ENTRY OF DEFAULT AGAINST ADDITIONAL CROSSCLAIM DEFENDANT F&J MOVERS;** DECLARATION OF LOUISE K. Y. ING; EXHIBIT A; ENTRY OF DEFAULT AGAINST ADDITIONAL CROSSCLAIM DEFENDANT F&J MOVERS |

| | | |
|---|---|---|
| Defendants, | ) | |
| | ) | |
| and | ) | JUDGE: Hon. Marvin E. Aspen |
| | ) | |
| F&J MOVERS, and RENEE K. COSTA, | ) | TRIAL: November 6, 2006 |
| | ) | |
| | ) | |
| Additional Crossclaim Defendants. | ) | |
| | ) | |
| | ) | |

**DEFENDANT/CROSS-CLAIMANT THE CIT GROUP/BUSINESS CREDIT, INC.'S REQUEST FOR ENTRY OF DEFAULT AGAINST ADDITIONAL CROSSCLAIM DEFENDANT F&J MOVERS**

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

Defendant/Cross-Claimant The CIT Group/Business Credit, Inc. ("CIT"), by and through its attorneys, Alston Hunt Floyd & Ing, hereby requests the Clerk of the above-entitled Court, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, to enter the default of Additional Crossclaim Defendant F&J Movers ("F&J Movers") for its failure to plead or otherwise defend against CIT's Cross-Claim, filed on April 12, 2002. F&J Movers' answer was due on June 5, 2002, but was initially extended by agreement of CIT and F&J's only remaining officer, Frances Akiu. F&J was thereafter involuntarily dissolved by the State of Hawai`i. In December, 2005, CIT's counsel notified Ms. Akiu of the need to answer or allow default to be entered against F&J. No answer was filed.

This request is supported by the attached Declaration of Louise K. Y. Ing, Exhibit A, and the records and pleadings of this action.

DATED: Honolulu, Hawai'i, August 25, 2006.

PAUL ALSTON
LOUISE K. Y. ING
THOMAS E. BUSH
Attorneys for Defendant/Cross-claimant THE CIT GROUP/BUSINESS CREDIT, INC.