Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON 1126-0
LOUISE K. Y. ING 2394-0
ISAAC H. MORIWAKE 7141-0
18th Floor, Pacific Tower
1001 Bishop Street
Honolulu, Hawai'i 96813
Telephone: 524-1800

Attorneys for Defendant/Cross-claimant
THE CIT GROUP/BUSINESS CREDIT, INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 21 2002

at 10 o'clock and 58 min. A M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; CGBN, Inc., a Hawaii corporation; MICHAEL CLIFFORD; EDWIN BOWLING; FRANCES HALLER-BOWLING; RAYMOND IWAMOTO; KURT GLASSMAN; DOE INDIVIDUALS 1-50; DOE PARTNERSHIPS, CORPORATIONS OR OTHER ENTITIES 1-20,<br><br>Defendants,<br><br>and<br><br>CG DEVELOPMENT, INC., F&J MOVERS, and RENEE K. COSTA, | Civil No. CV 01 00187 DAE BMK (Tort and RICO)<br><br>**RETURN AND ACKNOWLEDGMENT OF SERVICE**<br><br>[RE: F & J MOVERS, INC.]<br><br>Trial Date: January 14, 2003 |

EXHIBIT A

Additional )
Crossclaim )
Defendants. )
______________________________)

**RETURN AND ACKNOWLEDGMENT OF SERVICE**

I HEREBY CERTIFY that I served the document listed herein by delivering a copy to the person at the time, date and place herein shown.

DOCUMENT SERVED:

1. Defendant The CIT Group/Business Credit, Inc.'s Answer to Second Amended Complaint Filed February 22, 2002; Cross-Claim; Summons; Certificate of service

| NAME OF PERSON SERVED | TIME | DATE | PLACE |
| --- | --- | --- | --- |
| FRANCES AKIU | 5:50pm | 5/16/02 | 38 Kuuone-Hanau St. |
| (SERVED PERSONALLY | | | Wailuku - Hi |

DATED: Haiku, Hawai'i, 5/16/02.

[signature]
SEWARD S. SMYTHE SR
PROCESS SERVER

ACKNOWLEDGMENT OF SERVICE

Receipt of the document listed above as item 1 is hereby acknowledged.

Frances Aken 5:50 p.m. 5-16-02

Name Time Date

Name Time Date

Name Time Date

Name Time Date