Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON 1126-0
LOUISE K. Y. ING 2394-0
THOMAS E. BUSH 4737-0
18th Floor, ASB Tower
1001 Bishop Street
Honolulu, Hawai'i 96813
Telephone: 524-1800
Facsimile: 524-4591
palston@ahfi.com
ling@ahfi.com
tbush@ahfi.com

Attorneys for Defendant/Cross-claimant
THE CIT GROUP/BUSINESS CREDIT, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; EDWIN BOWLING; FRANCES HALLER-BOWLING; RAYMOND IWAMOTO; KURT GLASSMAN; DOE INDIVIDUALS 1-50; DOE PARTNERSHIPS, CORPORATIONS OR OTHER ENTITIES 1-20, | Civil No. CV 01 00187 MEA-BMK<br>(Tort and RICO)<br><br>**ENTRY OF DEFAULT AGAINST ADDITIONAL CROSSCLAIM DEFENDANT F&J MOVERS** |

| | |
|---|---|
| Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| F&J MOVERS, and RENEE K. COSTA, | ) |
| | ) |
| | ) |
| Additional Crossclaim Defendants. | ) |

## ENTRY OF DEFAULT AGAINST ADDITIONAL CROSSCLAIM DEFENDANT F&J MOVERS

It appearing that Additional Crossclaim Defendant F&J Movers is in default for failure to plead or otherwise defend against Defendant/Cross-Claimant The CIT Group/Business Credit, Inc.'s Cross-claim, filed April 12, 2002, as required by law,

DEFAULT IS HEREBY ENTERED against Additional Crossclaim Defendant F&J Movers, in favor of Defendant/Cross-Claimant The CIT Group/Business Credit, Inc., as to all claims in the Cross-claim.

Dated: Honolulu, Hawai`i, AUG 25 2006.

SUE BEITIA
Clerk, United States District Court
District of Hawaii

DEPUTY CLERK