MENNEMEIER, GLASSMAN
& STROUD LLP

980 9th Street • Suite 1700 • Sacramento, California 95814-2736
Telephone 916-553-4000 • Facsimile 916-553-4011

e-mail
glassman@mgslaw.com

Direct Dial
916-551-2585

August 31, 2006

**Via Fax and Mail**

Hon. Barry M. Kurren
U.S. Magistrate Judge
300 Ala Moana Boulevard Rm C338
Honolulu, HI 96850

Keith W. Hunter
Dispute Prevention & Resolution
1001 Bishop Street, Suite 1155
Pauahi Tower
Honolulu, HI 96813

Re: *Whirlpool Corporation v. CIT Group/Business Credit, Inc., et al.*
U.S.D.C., District of Hawaii, Case No. CV01 00187 DAE BMK
**Mediation Sessions: September 19, 2006 and October 6, 2006**

Dear Judge Kurren and Mr. Hunter:

I am writing on behalf of Kurt Glassman in regard to the mediation sessions set for September 19th and October 6th.

While Kurt continues to be supportive of settlement attempts, he is financially unable to attend the mediation session on October 6th in person, or to have me attend the attorneys' session on September 19th. Kurt's financial situation is well known to the parties, and I believe, to the Court. I have previously provided a summary of Kurt's situation to Mr. Hunter in prior correspondence.

As with the mediation sessions Mr. Hunter held last summer, I ask that Kurt and I be permitted to participate by telephone in the sessions, to the extent that you believe our participation would be helpful. Both Kurt and I will be available by phone (916-551-2585) as needed.

MENNEMEIER, GLASSMAN
& STROUD LLP



I will plan to submit a confidential settlement statement by September 12th, as per Judge Kurren's instruction. Thank you for your courtesy.

Very truly yours,

Eric J. Glassman

cc: Timothy J. Hogan, Esq.
Louise K. Y. Ing, Esq.
Margery S. Bronster, Esq.
Calvin Young, Esq.
Robert E. Badger, Esq.
(all via fax)