# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

09/19/2006 4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CV 01-00187MEA-BMK

CASE NAME: Whirlpool v. CIT Group

ATTYS FOR PLA: Timothy J. Hogan

ATTYS FOR DEFT: Louise K.Y. Ing, Calvin E. Young, Margery S. Bronster, Jeannette E. Holmes

INTERPRETER:

---

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Chambers |
| DATE: | 09/19/2006 | TIME: | 9:30 - 11 |

---

COURT ACTION: EP: Further Settlement Conference held. Further Settlement Conference 10/6/2006 @ 9 a.m., BMK.

Submitted by Richlyn Young, Courtroom Manager