# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

10/03/2006 4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CV 01-00187MEA-BMK

CASE NAME: Whirlpool Corporation v. CIT Group/Business Credit, Inc., et al.

ATTYS FOR PLA:

ATTYS FOR DEFT: Louise K.Y. Ing, Calvin E. Young, Margery S. Bronster, Jeannette Castagnetti all present by phone

INTERPRETER:

---

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Chambers |
| DATE: | 10/03/2006 | TIME: | 8:45 - 9<br>12 - 12:15 |

---

COURT ACTION: EP: Further Settlement Conference held 10/3/2006. Mediator and counsel participated by phone.

The all day Further Settlement Conference previously set for 10/6/2006 is continued to 11/16/2006 @ 9 a.m. before Magistrate Judge Barry M. Kurren and the mediator. Counsel and their clients are to be present.

cc: Leslie Sai
Submitted by Richlyn W. Young, courtroom manager