# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

11/01/2006 4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CV 01-00187JMS-BMK

CASE NAME: Whirlpool Corp. v. Cit Group/Business, et al.

ATTYS FOR PLA: Timothy J. Hogan by phone

ATTYS FOR DEFT:

INTERPRETER:

---

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Chambers |
| DATE: | 11/01/2006 | TIME: | 12:30 - 1:00 |

---

COURT ACTION: Further Settlement Conference held with plaintiff's counsel, the mediator, and the court.

Submitted by Richlyn Young, Courtroom Manager