ROBERT E. BADGER 6453-0
Pioneer Plaza, Suite 1680
900 Fort Street Mall
Honolulu, Hawaii 96813-3816
Telephone: (808) 566-0855
Facsimile: (808) 566-0955
E-mail: rebadger@badgerlawhawaii.com

ERIC J. GLASSMAN (CALIF. SBN 160543)
Mennemeier, Glassman & Stroud LLP
980 9th Street, Suite 1700
Sacramento, CA 95814
Telephone: (916) 553-4000
Facsimile: (916) 553-4011

Attorneys for Defendant
KURT GLASSMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; CGBN, Inc., a Hawaii corporation; MICHAEL CLIFFORD; EDWIN BOWLING; FRANCIS HALLER-BOWLING; RAYMOND IWAMOTO; KURT GLASSMAN; DOE INDIVIDUALS 1-50; DOE PARTNERSHIPS, CORPORATIONS OR OTHER ENTITIES 1-20,<br><br>Defendants. | Case No. CV01 00187 MEA BMK<br>(Tort and RICO)<br><br>MOTION TO WITHDRAW AS LOCAL COUNSEL FOR DEFENDANT KURT GLASSMAN; DECLARATION OF ROBERT E. BADGER; NOTICE OF HEARING AND CERTIFICATE OF SERVICE<br><br>Hearing date: ____________<br>Time: ____________<br>Judge: The Hon. Barry M. Kurren |

MOTION TO WITHDRAW AS LOCAL COUNSEL FOR DEFENDANT KURT GLASSMAN

Robert E. Badger, Attorney at Law, LLLC hereby moves to withdraw as local counsel of record for Defendant Kurt Glassman, pursuant to LR 83.6(b).

This Motion is supported by the attached Declaration of Robert E. Badger, and the record and files herein.

DATED: Honolulu, Hawaii, November 28, 2006.

/s/ Robert E. Badger
ROBERT E. BADGER

Withdrawing Attorney for Defendant
KURT GLASSMAN