IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; CGBN, Inc., a Hawaii corporation; MICHAEL CLIFFORD; EDWIN BOWLING; FRANCIS HALLER-BOWLING; RAYMOND IWAMOTO; KURT GLASSMAN; DOE INDIVIDUALS 1-50; DOE PARTNERSHIPS, CORPORATIONS OR OTHER ENTITIES 1-20,<br><br>Defendants. | Case No. CV01 00187 MEA BMK<br>(Tort and RICO)<br><br>DECLARATION OF ROBERT E. BADGER |

DECLARATION OF ROBERT E. BADGER

1. I am local counsel of record for Defendant Kurt Glassman in the matter captioned above, and am competent to testify as to the matters set forth herein. This declaration is made in support of the foregoing Motion to Withdraw as Local Counsel for Defendant Kurt Glassman ("Motion") and, with the exception of those statements specifically identified below as being made based upon information and belief, this declaration is made based upon my own personal knowledge and information.

2. Kurt Glassman failed to maintain the conditions of my representation, and my continued representation would present a financial hardship. For example, Mr. Glassman has refused to pay any fees he incurred during 2006 and, after repeated requests he do so, has made

clear he will not pay for additional fees. Mr. Glassman instructed me to minimize any work in this case. For example, I have been instructed not to conduct discovery, not to attend hearings necessary for me to keep reasonably apprised of this litigation, and not to engage in motions practice. Compliance with these client instructions are at odds with LR 16.1, which requires me to proceed with diligence to take all steps necessary to bring this action to readiness for pretrial and trial.

3. In no small part, these instructions are attributable to the fact Kurt Glassman has been and will continue to be represented by his brother, Eric J. Glassman, who practices was admitted to practice before this Court *pro hac vice*. It has been extremely difficult for me to meet the minimum requirements for associated counsel set forth in LR 83.1(5). Although I provided a period of several months for Kurt Glassman and Eric Glassman to find and retain substitute local counsel, Kurt Glassman has chosen not to take advantage of this opportunity. After considering the issue, I believe an order granting my withdrawal would comply with Rules 1.16 of the Hawaii Rules of Professional Conduct, in accord with LR 83.3.

4. Kurt Glassman's current address for the service of any documents and pleadings through counsel is:

c/o Eric Glassman, Esq.
Mennemeier Glassman & Stroud, LLP
980 9th Street, Suite 1700
Sacramento, CA 95814
Telephone: (916) 553-4000
Facsimile: (916) 553-4011.

FURTHER DECLARANT SAYETH NAUGHT.

/s/ Robert E. Badger
ROBERT E. BADGER