IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; CGBN, Inc., a Hawaii corporation; MICHAEL CLIFFORD; EDWIN BOWLING; FRANCIS HALLER-BOWLING; RAYMOND IWAMOTO; KURT GLASSMAN; DOE INDIVIDUALS 1-50; DOE PARTNERSHIPS, CORPORATIONS OR OTHER ENTITIES 1-20,<br><br>Defendants. | Case No. CV01 00187 MEA BMK<br>(Tort and RICO)<br><br>NOTICE OF HEARING AND CERTIFICATE OF SERVICE |

NOTICE OF HEARING

TO: TIMOTHY J. HOGAN, ESQ.
Lynch Ichida Thompson & Kim
1132 Bishop St., Ste. 1405
Honolulu, HI 96813
tjh@loio.com
Attorney for Plaintiff
WHIRLPOOL CORPORATION

PAUL ALSTON, ESQ.
LOUISE K.Y. ING, ESQ.
Alston Hunt Floyd & Ing
1001 Bishop St., Ste. 1800
Honolulu, HI 96813
palston@ahfi.com
ling@ahfi.com
Attorneys for Defendant
THE CIT GROUP/BUSINESS CREDIT, INC.

MARGERY S. BRONSTER, ESQ.
Bronster Crabtree & Hoshibata
1001 Bishop St., Ste. 2300
Honolulu, HI 96813
mbronster@bchlaw.net
Attorneys for Defendants
EDWIN BOWLING & FRANCES HALLER-BOWLING

TED N. PETTIT, ESQ.
Case Lombardi & Pettit
737 Bishop St., Ste. 2600
Honolulu, HI 96813
tnp@caselombardi.com
Attorneys for Defendant
MICHAEL CLIFFORD

JOHN NISHIMOTO, ESQ.
CALVIN YOUNG, ESQ.
Ayabe Chong Nishimoto Sia & Nakamura
1001 Bishop St., Ste. 2500
Honolulu, HI 96813
calvin.young@hawadvocate.com
Attorneys for Defendant
RAYMOND IWAMOTO

ERIC GLASSMAN, ESQ.
Mennemeier Glassman & Stroud, LLP
980 9th Street, Suite 1700
Sacramento, CA 95814
Attorney for Defendant
KURT GLASSMAN

PLEASE TAKE NOTICE that the foregoing Motion to Withdraw as Counsel will come on hearing before the Presiding Judge of the above-entitled Court, in his or her courtroom in the United States District Court for the District of Hawaii, Prince Kuhio Federal Building, 300 Ala Moana Blvd., Honolulu, Hawai'i, at _________ o'clock __.m., on _______________, 2006, or

as soon thereafter as counsel can be heard.

DATED: Honolulu, Hawaii, November 28, 2006.

/s/ Robert E. Badger
ROBERT E. BADGER

Withdrawing Attorney for Defendant
KURT GLASSMAN