CERTIFICATE OF SERVICE

The undersigned hereby certifies that one copy of the foregoing Motion to Withdraw as Local Counsel for Defendant Kurt Glassman was duly served this date electronically to:

TIMOTHY J. HOGAN, ESQ.
Lynch Ichida Thompson & Kim
1132 Bishop St., Ste. 1405
Honolulu, HI 96813
tjh@loio.com
Attorney for Plaintiff
WHIRLPOOL CORPORATION

PAUL ALSTON, ESQ.
LOUISE K.Y. ING, ESQ.
Alston Hunt Floyd & Ing
1001 Bishop St., Ste. 1800
Honolulu, HI 96813
palston@ahfi.com
ling@ahfi.com
Attorneys for Defendant
THE CIT GROUP/BUSINESS CREDIT, INC.

MARGERY S. BRONSTER, ESQ.
Bronster Crabtree & Hoshibata
1001 Bishop St., Ste. 2300
Honolulu, HI 96813
mbronster@bchlaw.net
Attorneys for Defendants
EDWIN BOWLING & FRANCES HALLER-BOWLING

TED N. PETTIT, ESQ.
Case Lombardi & Pettit
737 Bishop St., Ste. 2600
Honolulu, HI 96813
tnp@caselombardi.com
Attorneys for Defendant
MICHAEL CLIFFORD

JOHN NISHIMOTO, ESQ.
CALVIN YOUNG, ESQ.
Ayabe Chong Nishimoto Sia & Nakamura
1001 Bishop St., Ste. 2500
Honolulu, HI 96813
calvin.young@hawadvocate.com
Attorneys for Defendant
RAYMOND IWAMOTO

ERIC GLASSMAN, ESQ.
Mennemeier Glassman & Stroud, LLP
980 9th Street, Suite 1700
Sacramento, CA 95814
glassman@mgslaw.com
Attorney for Defendant
KURT GLASSMAN.

and was also served this day via regular mail, postage prepaid, addressed to:

ERIC GLASSMAN, ESQ.
Mennemeier Glassman & Stroud, LLP
980 9th Street, Suite 1700
Sacramento, CA 95814
Attorney for Defendant
KURT GLASSMAN.

DATED: Honolulu, Hawaii, November 28, 2006.

/s/ Robert E. Badger
ROBERT E. BADGER

Withdrawing Attorney for Defendant
KURT GLASSMAN