AYABE, CHONG, NISHIMOTO,
SIA & NAKAMURA
A Limited Liability Law Partnership

JOHN S. NISHIMOTO 1820-0
CALVIN E. YOUNG 3278-0
GARY S. MIYAMOTO 3233-0
STEVEN L. GOTO 6041-0
Pauahi Tower, Suite 2500
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 537-6119
Facsimile No. (808) 526-3491
john.nishimoto@hawadvocate.com
calvin.young@hawadvocate.com

Attorneys for Defendant
RAYMOND IWAMOTO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; CGBN, INC., a Hawaii corporation; MICHAEL CLIFFORD; EDWIN BOWLING; FRANCES HALLER-BOWLING; RAYMOND IWAMOTO; KURT GLASSMAN; DOE INDIVIDUALS 1-50; DOE PARTNERSHIPS, CORPORATIONS OR OTHER ENTITIES 1-20, | CIVIL NO. 01-00187 MEA BMK<br>(Tort and RICO)<br><br>DEFENDANT RAYMOND IWAMOTO'S **STATEMENT OF NO POSITION** TO MOTION TO WITHDRAW AS LOCAL COUNSEL FOR DEFENDANT KURT GLASSMAN, FILED NOVEMBER 28, 2006; CERTIFICATE OF SERVICE<br><br>HEARING:<br>Date: December 28, 2006<br>Time: 11:00 a.m.<br>Judge: Magistrate Barry M. Kurren |

| | |
|---|---|
| Defendants, | ) |
| and | ) |
| CG DEVELOPMENT, INC., F&J MOVERS, and RENEE K. COSTA, | ) |
| Additional Cross-Claim Defendants. | ) |

[2001556/318702]

DEFENDANT RAYMOND IWAMOTO'S **STATEMENT OF NO POSITION** TO MOTION TO WITHDRAW AS LOCAL COUNSEL FOR DEFENDANT KURT GLASSMAN, FILED NOVEMBER 28, 2006

Defendant RAYMOND IWAMOTO, by and through his attorneys, Ayabe, Chong, Nishimoto, Sia and Nakamura, hereby submits his Statement of No Position to Motion to Withdraw as Local Counsel for Defendant Kurt Glassman, filed November 28, 2006.

DATED: Honolulu, Hawaii NOV 30 2006.

/s/ Gary S. Miyamoto
JOHN S. NISHIMOTO
CALVIN E. YOUNG
GARY S. MIYAMOTO
STEVEN L. GOTO
Attorneys for Defendant
RAYMOND IWAMOTO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; CGBN, INC., a Hawaii corporation; MICHAEL CLIFFORD; EDWIN BOWLING; FRANCES HALLER-BOWLING; RAYMOND IWAMOTO; KURT GLASSMAN; DOE INDIVIDUALS 1-50; DOE PARTNERSHIPS, CORPORATIONS OR OTHER ENTITIES 1-20,<br><br>Defendants,<br><br>and<br><br>CG DEVELOPMENT, INC., F&J MOVERS, and RENEE K. COSTA,<br><br>Additional Cross-Claim Defendants. | CIVIL NO. 01-00187 MEA BMK (Tort and RICO)<br><br>CERTIFICATE OF SERVICE |

[2001556/318702]

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was duly served on the following parties listed below, through electronic transmission on NOV 3 0 2006.

TO: TIMOTHY J. HOGAN, ESQ.
Lynch Ichida Thompson Kim & Hirota
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
tjh@loio.com
Attorney for Plaintiff
WHIRLPOOL CORPORATION

PAUL ALSTON, ESQ.
LOUISE K.Y. ING, ESQ.
Alston Hunt Floyd & Ing
1001 Bishop Street
Pacific Tower, 18th Floor
Honolulu, Hawaii 96813
palston@ahfi.com
ling@ahfi.com
Attorneys for Defendant
CIT GROUP/BUSINESS CREDIT, INC.

ROBERT E. BADGER, ESQ.
Pioneer Plaza, Suite 1680
900 Fort Street Mall
Honolulu, Hawaii 96813-3816
rebadger@badgerlawhawaii.com
Withdrawing Attorney for Defendant
KURT GLASSMAN

MARGERY S. BRONSTER, ESQ.
Bronster Crabtree & Hoshibata
1001 Bishop Street, Suite 2300
Honolulu, Hawaii 96813
mbronster@bchlaw.net
Attorneys for Defendants
EDWIN BOWLING & FRANCES HALLER-BOWLING

TED N. PETTIT, ESQ.
Case Lombardi & Pettit
737 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
tnp@caselombardi.com
Attorney for Defendant
MICHAEL CLIFFORD

ERIC GLASSMAN, ESQ.
Mennemeier Glassman & Stroud, LLP
980 9th Street, Suite 1700
Sacramento, CA 95814
Glassman@mgslaw.com
Attorney for Defendant
KURT GLASSMAN

DATED: Honolulu, Hawaii, NOV 30 2006

/s/ Gary S. Miyamoto
JOHN S. NISHIMOTO
CALVIN E. YOUNG
GARY S. MIYAMOTO
STEVEN L. GOTO
Attorneys for Defendant
RAYMOND IWAMOTO