**LYNCH ICHIDA THOMPSON KIM & HIROTA**

TIMOTHY J. HOGAN 5312
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Telephone: (808) 528-0100
Fax No. (808) 528-4997
E-mail: tjh@loio.com

Attorney for Plaintiff
WHIRLPOOL CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; et al.,<br><br>Defendants. | **Civil No. CV01 00187 MEA-BMK (TORT AND RICO)**<br><br>**PLAINTIFF WHIRLPOOL CORPORATION'S STATEMENT OF NO POSITION REGARDING MOTION TO WITHDRAW AS LOCAL COUNSEL FOR DEFENDANT KURT GLASSMAN, FILED NOVEMBER 28, 2006**<br><br>**<u>Hearing</u>:**<br>**DATE: December 28, 2006**<br>**TIME: 11:00 a.m.**<br>**JUDGE: Magistrate Barry Kurren** |

**PLAINTIFF WHIRLPOOL CORPORATION'S STATEMENT OF NO POSITION REGARDING MOTION TO WITHDRAW AS LOCAL COUNSEL FOR DEFENDANT KURT GLASSMAN, FILED NOVEMBER 28, 2006**

COMES NOW Plaintiff Whirlpool Corporation, by and through its undersigned counsel, and hereby submits this Statement of No Position Regarding Motion to Withdraw As Local Counsel For Defendant Kurt Glassman, filed November 28, 2006.

DATED: Honolulu, Hawai'i, December 1, 2006.

/s/ Timothy J. Hogan
TIMOTHY J. HOGAN
Attorney for Plaintiff
WHIRLPOOL CORPORATION