**LYNCH ICHIDA THOMPSON KIM & HIROTA**

TIMOTHY J. HOGAN 5312
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Telephone: (808) 528-0100
Fax No. (808) 528-4997
E-mail: tjh@loio.com

Attorney for Plaintiff
WHIRLPOOL CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation, et al.,<br><br>Defendants. | Civ. No. CV01 00187 MEA-BMK<br>(TORT AND RICO)<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I hereby certify that on the dates and by the methods of service noted below, a true and correct copy of Plaintiff Whirlpool Corporation's Statement of No Position Regarding Motion to Withdraw As Local Counsel For Defendant Kurt Glassman, Filed November 28, 2006 was served on the following at their last

known addresses in the manner stated as follows:

**Served Electronically on December 1, 2006 :**

Paul Alston palston@ahfi.com, gp@ahfi.com; spaupe@ahfi.com

Robert E. Badger , Jr rebadger@badgerlawhawaii.com, lmnakamura@badgerlawhawaii.com; pjschwind@badgerlawhawaii.com; rjmartin@badgerlawhawaii.com

Margery S. Bronster mbronster@bchlaw.net, audrey@bchlaw.net

Thomas E. Bush teb@ahfi.com, blk@ahfi.com

Jeannette H. Castagnetti jcastagnetti@bchlaw.net, jennifer@bchlaw.net

Steven L. Goto steven.goto@hawadvocate.com, estrella.turqueza@hawadvocate.com

Louise K.Y. Ing ling@ahfi.com, dka@ahfi.com

Gary S. Miyamoto gary.miyamoto@hawadvocate.com

Roger S. Moseley rmoseley@hilaw.us, vyoung@hilaw.us

John S. Nishimoto john.nishimoto@hawadvocate.com

Ted N. Pettit tnp@caselombardi.com, shy@caselombardi.com; ikm@caselombardi.com

Calvin E. Young calvin.young@hawadvocate.com

**Notice delivered on December 1, 2006 by First Class Mail Postage Prepaid to:**

Renee K. Costa
21 Crossley Court
Sacramento, CA 95833-3884

Eric J. Glassman
Mennemeir Glassman & Stroud LLP
980 9th St Ste 1700
Sacramento, CA 95814

DATED: Honolulu, Hawai'i, December 1, 2006.

/s/ Timothy J. Hogan
TIMOTHY J. HOGAN
Attorney for Plaintiff
WHIRLPOOL CORPORATION