BRONSTER CRABTREE & HOSHIBATA
Margery S. Bronster #4750
Jeannette Holmes Castagnetti #7211
2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 524-5644
mbronster@bchlaw.net
jcastagnetti@bchlaw.net
Attorneys for Defendants Edwin Bowling
and Frances Haller-Bowling

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; CGBN, INC., a Hawaiʻi corporation; MICHAEL CLIFFORD; EDWIN BOWLING; FRANCES HALLER-BOWLING; AND RAYMOND IWAMOTO, DOE INDIVIDUALS 1-50; DOE PARTNERSHIPS, CORPORATIONS OR OTHER ENTITIES 1-20,<br><br>Defendants,<br><br>and | ) | CIVIL NO. CV01-00187 MEA BMK<br>(Tort and RICO)<br><br>DEFENDANTS EDWIN BOWLING AND FRANCES HALLER-BOWLING'S STATEMENT OF NO POSITION TO MOTION TO WITHDRAW AS LOCAL COUNSEL FOR DEFENDANT KURT GLASSMAN, FILED NOVEMBER 28, 2006; CERTIFICATE OF SERVICE<br><br><u>Hearing:</u><br>Date: January 25, 2007<br>Time: 9:00 a.m.<br>Judge: Barry M. Kurren |

CG DEVELOPMENT, INC., F&J MOVERS, and RENEE K. COSTA,

Additional Cross-claim Defendants.

DEFENDANTS EDWIN BOWLING AND FRANCES HALLER-BOWLING'S STATEMENT OF NO POSITION TO MOTION TO WITHDRAW AS LOCAL COUNSEL FOR DEFENDANT KURT GLASSMAN, FILED NOVEMBER 28, 2006

Defendants EDWIN BOWLING and FRANCES HALLER-BOWLING, by and through their attorneys, Bronster Crabtree & Hoshibata, submit their Statement of No Position to Motion to Withdraw as Local Counsel for Defendant Kurt Glassman, filed November 28, 2006.

DATED: Honolulu, Hawai'i, December 4, 2006.

/s/ Jeannette H. Castagnetti
MARGERY S. BRONSTER
JEANNETTE HOLMES CASTAGNETTI
Attorneys for Defendants
Edwin Bowling and
Frances Haller-Bowling