IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; CGBN, INC., a Hawaiʻi corporation; MICHAEL CLIFFORD; EDWIN BOWLING; FRANCES HALLER-BOWLING; AND RAYMOND IWAMOTO, DOE INDIVIDUALS 1-50; DOE PARTNERSHIPS, CORPORATIONS OR OTHER ENTITIES 1-20,<br><br>Defendants,<br><br>and<br><br>CG DEVELOPMENT, INC., F&J MOVERS, and RENEE K. COSTA,<br><br>Additional Cross-claim Defendants. | CIVIL NO. CV01 00187 MEA BMK<br>(Tort and RICO)<br><br>CERTIFICATE OF SERVICE |

# CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses on December 4, 2006:

Served Electronically through CM/ECF:

TIMOTHY J. HOGAN, ESQ. tjh@loio.com
Attorney for
Whirlpool Corporation

PAUL ALSTON, ESQ. palston@ahfi.com
LOUISE K.Y. ING, ESQ. ling@ahfi.com
THOMAS E. BUSH, ESQ. teb@ahfi.com
Attorneys for
CIT Group/Business Credit, Inc.

//

//

//

//

//

JOHN S. NISHIMOTO, ESQ. john.nishimoto@hawadvocate.com
CALVIN E. YOUNG, ESQ. calvin.young@hawadvocate.com
STEVEN L. GOTO, ESQ. steven.goto@hawadvocate.com
GARY S. MIYAMOTO, ESQ. gary.miyamoto@hawadvocate.com
Attorneys forRaymond Iwamoto

TED N. PETIT, ESQ. tnp@caselombardi.com
ROGER S. MOSELEY, ESQ. rmoseley@hilaw.us
Attorneys for Michael Clifford

ROBERT E. BADGER, ESQ. rebadger@badgerlawhawaii.com
Attorney for Kurt Glassman

Served by First Class Mail:

ERIC J. GLASSMAN, ESQ.
Mennemeier, Glassman & Stroud
980 9th Street, Suite 1700
Sacramento, California 95814
Attorney for Kurt Glassman

RENEE K. COSTA
21 Crossley Court
Sacramento, CA 95833-3884
Pro Se, Additional Cross-Claim Defendant

DATED: Honolulu, Hawai‘i, December 4, 2006.

/s/ Jeannette H. Castagnetti
MARGERY S. BRONSTER
JEANNETTE HOLMES CASTAGNETTI
Attorneys for Defendants
Edwin Bowling and
Frances Haller-Bowling