Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON 1126-0
LOUISE K. Y. ING 2394-0
THOMAS E. BUSH 4737-0
ALLISON KIRK GRIFFITHS 8156-0
18th Floor, ASB Tower
1001 Bishop Street
Honolulu, Hawai'i 96813
Telephone: 524-1800
Facsimile: 524-4591
E-mail: palston@ahfi.com
ling@ahfi.com
tbush@ahfi.com
agriffiths@ahfi.com

Attorneys for Defendant/Cross-claimant
THE CIT GROUP/BUSINESS CREDIT, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; EDWIN BOWLING; FRANCES HALLER-BOWLING; RAYMOND IWAMOTO; KURT GLASSMAN; DOE INDIVIDUALS 1-50; DOE | CIVIL NO. CV 01 00187 MEA-BMK<br>(Tort and RICO)<br><br>**DEFENDANT/CROSS-CLAIMANT THE CIT GROUP/ BUSINESS CREDIT, INC.'S STATEMENT OF NO OPPOSITION TO MOTION TO WITHDRAW AS LOCAL COUNSEL FOR DEFENDANT KURT GLASSMAN, FILED NOVEMBER 28, 2006;**<br>CERTIFICATE OF SERVICE |

| | | | |
|---|---|---|---|
| PARTNERSHIPS, CORPORATIONS OR OTHER ENTITIES 1-20, | ) | DATE: | January 25, 2007 |
| | ) | TIME: | 9 a.m. |
| Defendants, | ) | JUDGE: | Barry M. Kurren |
| and | ) | JUDGE: | Hon. Marvin E. Aspen |
| F&J MOVERS, and RENEE K. COSTA, | ) | TRIAL: | None set |
| Additional Crossclaim Defendants. | ) | | |

**DEFENDANT/CROSS-CLAIMANT THE CIT GROUP/BUSINESS CREDIT, INC.'S STATEMENT OF NO OPPOSITION TO MOTION TO WITHDRAW AS LOCAL COUNSEL FOR DEFENDANT KURT GLASSMAN, FILED NOVEMBER 28, 2006**

Defendant/Cross-Claimant The CIT Group/Business Credit, Inc. ("CIT"), by and through it attorneys Alston Hunt Floyd & Ing, states that it does not oppose Robert E. Badger's Motion to Withdraw as Local Counsel for Defendant Kurt Glassman, so long as Mr. Badger's withdrawal as local counsel for Mr. Glassman are not used by Mr. Glassman as a reason not to participate in or to delay the settlement conference and settlement negotiations.

DATED: Honolulu, Hawai'i, December 4, 2006.

/s/ Louise K. Y. Ing
PAUL ALSTON
LOUISE K. Y. ING
ALLISON KIRK GRIFFITHS
Attorneys for Defendant/Cross-Claimant
THE CIT GROUP/BUSINESS CREDIT, INC.