Of Counsel:

ROBERT E. BADGER 6453-0
Pioneer Plaza, Suite 1680
900 Fort Street Mall
Honolulu, Hawaii 96813-3816
Telephone: (808) 566-0855
Facsimile: (808) 566-0955
E-mail: rebadger@badgerlawhawaii.com

ERIC J. GLASSMAN (CALIF. SBN 160543)
Mennemeier, Glassman & Stroud LLP
980 9th Street, Suite 1700
Sacramento, CA 95814
Telephone: (916) 553-4000
Facsimile: (916) 553-4011

Attorneys for Defendant
KURT GLASSMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; CGBN, Inc., a Hawaii corporation; MICHAEL CLIFFORD; EDWIN BOWLING; FRANCIS HALLER-BOWLING; RAYMOND IWAMOTO; KURT GLASSMAN; (Caption Continued) | Case No. CV01 00187 MEA BMK (Tort and RICO)<br><br>NOTICE OF CHANGE OF ADDRESS; CERTIFICATE OF SERVICE |

| | |
|---|---|
| DOE INDIVIDUALS 1-50; DOE PARTNERSHIPS, CORPORATIONS OR OTHER ENTITIES 1-20, | ) ) ) ) ) |
| Defendants. | ) |
| | ) |

NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that on **December 29, 2006**, Robert E. Badger, Attorney at Law, LLLC changed its address for service of notices and documents in the above-captioned action. The new address is as follows:

LAW OFFICES OF ROBERT E. BADGER
PIONEER PLAZA, **SUITE 1140**
900 FORT STREET MALL
HONOLULU, HI 96813

All notices and documents regarding the action should be sent to this new address.

DATED: Honolulu, Hawaii, January 12, 2007.

/s/ Robert E. Badger
ROBERT E. BADGER

Attorneys for Defendant
KURT GLASSMAN