# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

01/15/2007 4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 01-00187MEA-BMK |
| CASE NAME: | Whirlpool Corporation v. CITGroup/Business Credit, Inc., et al. |
| ATTYS FOR PLA: | Timothy J. Hogan |
| ATTYS FOR DEFT: | Paul Alston, Louise K.Y. Ing, Margery Bronster, Jeannette Castagnetti, Calvin E. Young |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | No record |
| DATE: | 01/15/2007 | TIME: | 9 - 1:30 |

COURT ACTION: EP: Further Settlement Conference held with the Court and Mediator Keith Hunter. Case settled. Settlement on the Record set for 1/16/2007 @ 9:30 a.m. before Magistrate Judge Barry M. Kurren.

Submitted by Richlyn Young, Courtroom Manager