# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

01/16/2007 4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 01-00187MEA-BMK |
| CASE NAME: | Whirlpool Corporation v. CITGroup/Business Credit, Inc., et al. |
| ATTYS FOR PLA: | Timothy J. Hogan |
| ATTYS FOR DEFT: | Louise K.Y. Ing, Jeannette Castagnetti, Calvin E. Young |
| INTERPRETER: | |

---

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 01/16/2007 | TIME: | 9:29 - 9:43 |

---

COURT ACTION: EP: Settlement Placed on the Record - SEALED HEARING. Status Conference Re Dismissal is set for 3/9/2007 @ 9 a.m. before Magistrate Judge Barry M. Kurren. (9:29 - 9:42)

[936] Motion to Withdraw as Local Counsel for Defendant Kurt Glassman filed by Robert E. Badger GRANTED w/o hearing. Mr. Badger to prepare the order. (Notified Mr. Badger by phone.) (9:42 - 9:43)

All other dates/deadlines vacated.

Submitted by Richlyn Young, Courtroom Manager