UNITED STATES POSTAGE
PITNEY BOWES
$ 00.371
02 1M
0004217591 JAN 22 2007
MAILED FROM ZIP CODE 96817

PRESORTED
FIRST CLASS

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850 • 0338
CLERK
OFFICIAL BUSINESS

Nathan C. Lampard
[redacted]

**RETURN TO SENDER**
**ADDRESSEE NOT**
**HERE**

CV-01-187

RECEIVED
CLERK, U.S. DISTRICT COURT
JAN 24 2007
DISTRICT OF HAWAII

Nathan C. Lampard
Case Bigelow & Lombardi
Pacific Guardian Center Mauka Tower
737 Bishop St Ste 2600
Honolulu, HI 96813

CV 01-187