## Other Orders/Judgments

1:01-cv-00187-MEA-BMK Whirlpool Corp. v. Cit Group/Business, et al

**U.S. District Court**

**District of Hawaii - CM/ECF V3.03 12/2006**

## Notice of Electronic Filing

The following transaction was entered on 1/22/2007 at 1:22 PM HST and filed on 1/22/2007

**Case Name:** Whirlpool Corp. v. Cit Group/Business, et al
**Case Number:** 1:01-cv-187
**Filer:**
**Document Number:** 947

**Docket Text:**
ORDER Granting [936] MOTION to Withdraw as Local Counsel for Defendant Kurt Glassman [ Attorney Robert E. Badger, Jr terminated as to Defendant Kurt Glassman. Defendant Kurt Glassman continues to be represented by Eric J. Glassman,Esq.]. Signed by Judge BARRY M. KURREN on 1/19/07. (ecs, )

**1:01-cv-187 Notice has been electronically mailed to:**
Ted N. Pettit (Terminated) tnp@caselombardi.com, ikm@caselombardi.com, shy@caselombardi.com
Paul Alston (Terminated) palston@ahfi.com, gp@ahfi.com, spaupe@ahfi.com
Timothy J. Hogan tjh@loio.com, timmyhogan@gmail.com
Louise K.Y. Ing (Terminated) ling@ahfi.com, dka@ahfi.com
Margery S. Bronster mbronster@bchlaw.net, audrey@bchlaw.net
Calvin E. Young calvin.young@hawadvocate.com
Thomas E. Bush teb@ahfi.com, blk@ahfi.com
Gary S. Miyamoto gary.miyamoto@hawadvocate.com
John S. Nishimoto john.nishimoto@hawadvocate.com
Roger S. Moseley (Terminated) rmoseley@hilaw.us, vyoung@hilaw.us
Steven L. Goto steven.goto@hawadvocate.com, estrella.turqueza@hawadvocate.com
Robert E. Badger, Jr rebadger@badgerlawhawaii.com, lmnakamura@badgerlawhawaii.com, pjschwind@badgerlawhawaii.com, rjmartin@badgerlawhawaii.com
Jeannette H. Castagnetti jcastagnetti@bchlaw.net, jennifer@bchlaw.net

**1:01-cv-187 Notice has been delivered by other means to:**

Renee K. Costa
21 Crossley Court
Sacramento, CA 95833-3884

Eric J. Glassman
Mennemeir Glassman & Stroud LLP

980 9th St Ste 1700
Sacramento, CA 95814

Nathan C. Lampard
Case Bigelow & Lombardi
Pacific Guardian Center Mauka Tower
737 Bishop St Ste 2600
Honolulu, HI 96813

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=1/22/2007] [FileNumber=215947-0]
[9931b3bef9e8250b0979924ed00e9cc0d82371dba37f03303e37aeca508e1f650c47
b859377c948f5aadb18c95661670a4f9d6c152a98c838872a7b817850e92]]