ROBERT E. BADGER 6453-0
Pioneer Plaza, Suite 1140
900 Fort Street Mall
Honolulu, Hawaii 96813-3816
Telephone: (808) 566-0855
Facsimile: (808) 566-0955
E-mail: rebadger@badgerlawhawaii.com

ERIC J. GLASSMAN (CALIF. SBN 160543)
Mennemeier, Glassman & Stroud LLP
980 9th Street, Suite 1700
Sacramento, CA 95814
Telephone: (916) 553-4000
Facsimile: (916) 553-4011

Attorneys for Defendant
KURT GLASSMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation, | Case No. CV01 00187 MEA BMK (Tort and RICO) |
| Plaintiff, | ORDER GRANTING MOTION TO WITHDRAW AS LOCAL COUNSEL FOR DEFENDANT KURT GLASSMAN |
| v. | |
| CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; CGBN, Inc., a Hawaii corporation; MICHAEL CLIFFORD; EDWIN BOWLING; FRANCIS HALLER-BOWLING; RAYMOND IWAMOTO; KURT GLASSMAN; DOE INDIVIDUALS 1-50; DOE PARTNERSHIPS, CORPORATIONS OR OTHER ENTITIES 1-20, | Judge: The Hon. Barry M. Kurren |

Defendants. )
)

ORDER GRANTING MOTION TO WITHDRAW AS LOCAL
COUNSEL FOR DEFENDANT KURT GLASSMAN

Robert E. Badger, Attorney at Law, LLLC, filed its Motion to Withdraw as Local Counsel for Defendant Kurt Glassman ("Motion") November 28, 2006, with no other parties having filed oppositions, and the Court having considered all memoranda, and with good cause therefor, IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Motion is GRANTED without hearing.

Defendant Kurt Glassman continues to be represented by Eric J. Glassman, Esq., Mennemeir Glassman & Stroud LLP, 980 9th Street, Suite 1700, Sacramento, CA 95814, (916) 553-4000.

IT IS SO ORDERED.

/s/ Barry M. Kurren
United States Magistrate Judge
Dated: January 19, 2007