**LYNCH ICHIDA THOMPSON KIM & HIROTA**

TIMOTHY J. HOGAN 5312-0
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Telephone: (808) 528-0100
Fax No. (808) 528-4997
E-Mail: tjh@loio.com

Attorney for Plaintiff
WHIRLPOOL CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; CGBN, Inc. a Hawaii corporation; MICHAEL CLIFFORD; EDWIN BOWLING; FRANCES HALLER-BOWLING; RAYMOND IWAMOTO, and KURT GLASSMAN, DOE INDIVIDUALS 1-50; DOE PARTNERSHIPS, CORPORATIONS OR OTHER ENTITIES 1-20.<br><br>Defendants.<br>and<br><br>RELATED CROSS-ACTIONS | Civil No. CV01 00187 DAE BMK (TORT AND RICO)<br><br>STIPULATION FOR ENTRY OF FINAL PARTIAL JUDGMENT ~~AND ORDER~~ |

STIPULATION FOR ENTRY OF
FINAL PARTIAL JUDGMENT ~~AND ORDER~~

IT IS HEREBY STIPULATED by and between Plaintiff Whirlpool Corporation ("Whirlpool") and Defendant KURT S. GLASSMAN ("Glassman"), through their respective attorneys, that Whirlpool shall have final partial judgment against Glassman in the total amount of One Hundred Thousand Dollars and No/100 Dollars ($100,000.00) for attorneys fees and costs incurred in this case, in the form attached as Exhibit 1 hereto.

DATED: Honolulu, Hawaii, ______________________.

______________________
TIMOTHY J. HOGAN
Attorney for Plaintiff
WHIRLPOOL CORPORATION

______________________
ERIC GLASSMAN
Attorney for Defendant
KURT S. GLASSMAN

APPROVED AND SO ORDERED:

______________________
JUDGE OF THE ABOVE-ENTITLED COURT

**LYNCH ICHIDA THOMPSON KIM & HIROTA**

TIMOTHY J. HOGAN 5312-0
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Telephone: (808) 528-0100
Fax No. (808) 528-4997
E-Mail: tjh@loio.com

Attorney for Plaintiff
WHIRLPOOL CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; CGBN, Inc. a Hawaii corporation; MICHAEL CLIFFORD; EDWIN BOWLING; FRANCES HALLER-BOWLING; RAYMOND IWAMOTO, and KURT GLASSMAN, DOE INDIVIDUALS 1-50; DOE PARTNERSHIPS, CORPORATIONS OR OTHER ENTITIES 1-20.<br><br>Defendants.<br>and<br><br>CG DEVELOPMENT, INC., F&J MOVERS, and RENEE K. COSTA,<br><br>Additional Cross-claim Defendants. | Civil No. CV01 00187 DAE BMK<br>(TORT AND RICO)<br><br>FINAL PARTIAL JUDGMENT |

EXHIBIT "1"

FINAL PARTIAL JUDGMENT

Pursuant to the Stipulation for Entry of Final Judgment filed on ______________, there being no just cause for delay of entry of final judgment, pursuant to Fed. R. Civ. P. 54(b), Plaintiff Whirlpool Corporation has final partial judgment against Defendant KURT S. GLASSMAN , in the total amount of One Hundred Thousand Dollars and No/100 Dollars ($100,000.00), for attorneys fees and costs incurred in this case.

DATED: Honolulu, Hawaii, ____________________________________.

____________________________________

JUDGE OF THE ABOVE ENTITLED COURT