THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation, | ) | Civil No. CV01 00187 MEA BMK (TORT AND RICO) |
| Plaintiff, | ) | **CERTIFICATE OF SERVICE** |
| vs. | ) | |
| CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; et al., | ) | Relates to Docket No. 949 |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the the Stipulation for Entry of Final Partial Judgment (Docket No 949) was duly served upon the following persons to their last known address and in the manner indicated on January 25, 2007, as follows:

## Notice has been electronically mailed, via CM/ECF to:

Paul Alston palston@ahfi.com, gp@ahfi.com, spaupe@ahfi.com

Robert E. Badger , Jr rebadger@badgerlawhawaii.com, lmnakamura@badgerlawhawaii.com, pjschwind@badgerlawhawaii.com, rjmartin@badgerlawhawaii.com

Margery S. Bronster mbronster@bchlaw.net, audrey@bchlaw.net

Thomas E. Bush teb@ahfi.com, blk@ahfi.com

Jeannette H. Castagnetti jcastagnetti@bchlaw.net, jennifer@bchlaw.net

Steven L. Goto steven.goto@hawadvocate.com, estrella.turqueza@hawadvocate.com

Louise K.Y. Ing ! ling@ahfi.com, dka@ahfi.com

Gary S. Miyamoto gary.miyamoto@hawadvocate.com

Roger S. Moseley rmoseley@hilaw.us, vyoung@hilaw.us

John S. Nishimoto john.nishimoto@hawadvocate.com

Ted N. Pettit tnp@caselombardi.com, ikm@caselombardi.com, shy@caselombardi.com

Calvin E. Young calvin.young@hawadvocate.com

**A true and correct copy was sent via United States First Class Mail, Postage Prepaid on January 25, 2007, to:**

Renee K. Costa
21 Crossley Court
Sacramento, CA 95833-3884

Eric J. Glassman
Mennemeir Glassman & Stroud LLP
980 9th St Ste 1700
Sacramento, CA 95814

Nathan C. Lampard
Case Bigelow & Lombardi
Pacific Guardian Center Mauka Tower
737 Bishop St Ste 2600
Honolulu, HI 96813

DATED: Honolulu, Hawaii, January 25, 2007.

/S/Timothy J. Hogan
TIMOTHY J. HOGAN, Esq.
Attorney for Plaintiff
WHIRLPOOL CORPORATION