ORIGINAL

leslie:

**LYNCH ICHIDA THOMPSON KIM & HIROTA**

TIMOTHY J. HOGAN 5312-0
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Telephone: (808) 528-0100
Fax No. (808) 528-4997
E-Mail: tjh@loio.com

Attorney for Plaintiff
WHIRLPOOL CORPORATION

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 15 2007

at 8 o'clock and 10 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; CGBN, Inc. a Hawaii corporation; MICHAEL CLIFFORD; EDWIN BOWLING; FRANCES HALLER-BOWLING; RAYMOND IWAMOTO, and KURT GLASSMAN, DOE INDIVIDUALS 1-50; DOE PARTNERSHIPS, CORPORATIONS OR OTHER ENTITIES 1-20.<br><br>Defendants.<br>and<br><br>CG DEVELOPMENT, INC., F&J MOVERS, and RENEE K. COSTA, | Civil No. CV01 00187 MEA BMK (TORT AND RICO)<br><br>ORDER APPROVING STIPULATION FOR ENTRY OF FINAL PARTIAL JUDGMENT AND ORDER<br><br>Relates to Document No. 949 |

Additional Cross-claim )
Defendants. )

ORDER APPROVING
STIPULATION FOR ENTRY OF FINAL PARTIAL JUDGMENT

IT IS HEREBY ORDERED THAT the Stipulation for Entry of Final Judgement by and between Plaintiff Whirlpool Corporation ("Whirlpool") and Defendant KURT S. GLASSMAN ("Glassman"), filed on January 24, 2007, through their respective attorneys, is hereby APPROVED,

Because there is no just reason to delay Whirlpool shall have final judgment against Glassman in the total amount of One Hundred Thousand Dollars and No/100 Dollars ($100,000.00) for attorneys fees and costs incurred in this case.

DATED: _______________.

2/7/07

**APPROVED AS TO FORM**

/S/Timothy J. Hogan
TIMOTHY J. HOGAN, Esq.
Attorney for Plaintiff
WHIRLPOOL CORPORATION

/S/Eric Glassman
ERIC GLASSMAN, Esq.
Attorney for Defendant
KURT S. GLASSMAN

---

Whirlpool Corporation v. CIT Group/Business Credit Finance, Inc, et al. Civil No. CV01 00187 MEA BMK (U. S. D. C. Hawaii) - ORDER APPROVING STIPULATION FOR ENTRY OF FINAL PARTIAL JUDGMENT AS TO DEFENDANT KURT GLASSMAN