AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

WHIRLPOOL CORPORATION, A Delaware corporation

Plaintiff(s),

V.

CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; MICHAEL CLIFFORD; EDWIN BOWLING; ET AL.

Defendant(s).

JUDGMENT IN A CIVIL CASE

Case: CIVIL 01-00187 MEA-BMK

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

February 26, 2007

At 4 o'clock and 00 min p.m.
SUE BEITIA, CLERK

[ ] **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓] **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Final Judgment is hereby entered in favor of Plaintiff Whirlpool Corporation pursuant to the "Order Approving Stipulation for Entry of Final Partial Judgment and Order" filed on February 15, 2007".

February 26, 2007
Date

SUE BEITIA
Clerk

(By) Deputy Clerk