UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

February 26, 2007

TO ALL COUNSEL

Re: CIVIL 01-00187 MEA-BMK
WHIRLPOOL CORPORATION, A Delaware corporation vs. CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; MICHAEL CLIFFORD; EDWIN BOWLING; ET AL.

Dear Sir,

Please be advised that pursuant to Rule 77, FRCP, notice is hereby given that judgment was entered on February 26, 2007.

Sincerely Yours,

SUE BEITIA, CLERK

by: Eileen Sakoda
Deputy Clerk

cc: all counsel