# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/9/2007 4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 01-00187MEA-BMK |
| CASE NAME: | Whirlpool Corporation v. CIT Group/Business Credit, Inc., et al. |
| ATTYS FOR PLA: | Timothy J. Hogan |
| ATTYS FOR DEFT: | Louise K.Y. Ing, Calvin E. Young, Jeannette E. Holmes, Eric J. Glassman by phone |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Chambers |
| DATE: | 3/9/2007 | TIME: | 9 - 9:20 |

COURT ACTION: EP: Status Conference Re Dismissal held. Parties continue to work on settlement. Timothy J. Hogan to submit a Stipulation for Dismissal by 3/16/2007.

Submitted by Richlyn W. Young, courtroom manager