UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850 • 0338
CLERK
OFFICIAL BUSINESS

PRESORTED FIRST CLASS

UNITED STATES POSTAGE
PITNEY BOWES
02 1M
0004217591
$ 00.371
FEB 26 2007
MAILED FROM ZIP CODE 96817

Nathan C. Lampard

**RETURN TO SENDER**
**ADDRESSEE NOT**
**HERE**

[redacted]

RECEIVED
CLERK, U.S. DISTRICT COURT
FEB 28 2007
DISTRICT OF HAWAII