AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

WHIRLPOOL CORPORATION, A Delaware corporation

Plaintiff(s),

V.

CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; MICHAEL CLIFFORD; EDWIN BOWLING; ET AL.

Defendant(s).

JUDGMENT IN A CIVIL CASE

Case: CIVIL 01-00187 MEA-BMK

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

February 26, 2007

At 4 o'clock and 00 min p.m.
SUE BEITIA, CLERK

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓] **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Final Judgment is hereby entered in favor of Plaintiff Whirlpool Corporation pursuant to the "Order Approving Stipulation for Entry of Final Partial Judgment and Order" filed on February 15, 2007".

February 26, 2007
Date

SUE BEITIA
Clerk

(By) Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

February 26, 2007

TO ALL COUNSEL

Re: CIVIL 01-00187 MEA-BMK
WHIRLPOOL CORPORATION, A Delaware corporation vs. CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; MICHAEL CLIFFORD; EDWIN BOWLING; ET AL.

Dear Sir,

Please be advised that pursuant to Rule 77, FRCP, notice is hereby given that judgment was entered on February 26, 2007.

Sincerely Yours,

SUE BEITIA, CLERK

by: Eileen Sakoda
Deputy Clerk

cc: all counsel

## Other Orders/Judgments

1:01-cv-00187-MEA-BMK Whirlpool Corp. v. Cit Group/Business, et al

**U.S. District Court**

**District of Hawaii - CM/ECF V3.03 12/2006**

### Notice of Electronic Filing

The following transaction was entered on 2/26/2007 at 2:08 PM HST and filed on 2/26/2007
**Case Name:** Whirlpool Corp. v. Cit Group/Business, et al
**Case Number:** 1:01-cv-187
**Filer:**
**WARNING: CASE CLOSED on 02/26/2007**
**Document Number:** 952

**Docket Text:**
JUDGMENT in a Civil Case by S. Beitia/Clerk; E. Sakoda/Deputy Clerk on 2/26/07. (Attachments: # (1) Rule 77, FRCP letter)(ecs, )

**1:01-cv-187 Notice has been electronically mailed to:**
Ted N. Pettit (Terminated) tnp@caselombardi.com, ikm@caselombardi.com, shy@caselombardi.com
Paul Alston (Terminated) palston@ahfi.com, gp@ahfi.com
Timothy J. Hogan tjh@loio.com, timmyhogan@gmail.com
Louise K.Y. Ing (Terminated) ling@ahfi.com, dka@ahfi.com
Margery S. Bronster mbronster@bchlaw.net, audrey@bchlaw.net
Calvin E. Young calvin.young@hawadvocate.com
Thomas E. Bush teb@ahfi.com, blk@ahfi.com
Gary S. Miyamoto gary.miyamoto@hawadvocate.com
John S. Nishimoto john.nishimoto@hawadvocate.com
Roger S. Moseley (Terminated) rmoseley@hilaw.us, vyoung@hilaw.us
Steven L. Goto steven.goto@hawadvocate.com, estrella.turqueza@hawadvocate.com
Robert E. Badger, Jr rebadger@badgerlawhawaii.com, lmnakamura@badgerlawhawaii.com, pjschwind@badgerlawhawaii.com, rjmartin@badgerlawhawaii.com
Jeannette H. Castagnetti jcastagnetti@bchlaw.net, jennifer@bchlaw.net

**1:01-cv-187 Notice will not be electronically mailed to:**

Renee K. Costa
21 Crossley Court
Sacramento, CA 95833-3884

Eric J. Glassman
Mennemeir Glassman & Stroud LLP
980 9th St Ste 1700

Sacramento, CA 95814

Nathan C. Lampard
Case Bigelow & Lombardi
Pacific Guardian Center Mauka Tower
737 Bishop St Ste 2600
Honolulu, HI 96813

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=2/26/2007] [FileNumber=237147-0] [38692efc07ba55d165c891c60429db336d38d49c8cc52bafc8f5109df4450e50062a dab5d5990705ccc7f047f88db25b68e50ef46a1acb8f70c01493f9be127f]]
**Document description:** Rule 77, FRCP letter
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=2/26/2007] [FileNumber=237147-1] [539df72860e0bbf6062dabc72ed5aebf34f38d1c852ebb3b9ab63b7e70cafcea34ba 1d40eaf275d615a8f4854f384976c354aea3ffdb7a0df377c8480e3ca4ee]]