# Exhibit 2

# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/9/2007 4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CV 01-00187MEA-BMK

CASE NAME: Whirlpool Corporation v. CIT Group/Business Credit, Inc., et al.

ATTYS FOR PLA: Timothy J. Hogan

ATTYS FOR DEFT: Louise K.Y. Ing, Calvin E. Young, Jeannette E. Holmes, Eric J. Glassman by phone

INTERPRETER:

---

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Chambers |
| DATE: | 3/9/2007 | TIME: | 9 - 9:20 |

---

COURT ACTION: EP: Status Conference Re Dismissal held. Parties continue to work on settlement. Timothy J. Hogan to submit a Stipulation for Dismissal by 3/16/2007.

Submitted by Richlyn W. Young, courtroom manager