**LYNCH ICHIDA THOMPSON KIM & HIROTA**

TIMOTHY J. HOGAN 5312
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Telephone: (808) 528-0100
Fax No. (808) 528-4997

Attorney for Plaintiff
WHIRLPOOL CORPORATION

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; et al.,<br><br>Defendants. | Civil No. CV01 00187 MEA BMK (TORT AND RICO)<br><br>**CERTIFICATE OF SERVICE RE: Plaintiff Whirlpool Corporation's Status Report and Protective Motion for Reconsideration Of Minute Order Dated March 9, 2007; Declaration of Timothy J. Hogan; Exhibits "1" and "2"** |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of **Plaintiff Whirlpool Corporation's Status Report and Protective Motion for Reconsideration Of Minute Order Dated March 9, 2007; Declaration of Timothy J. Hogan;**

**Exhibits “1” and “2”** was duly served upon the following persons to their last known address and in the manner indicated on March 16, 2007, as follows:

**Notice has been electronically mailed, via CM/ECF to:**

Ted N. Pettit (Terminated) tnp@caselombardi.com, ikm@caselombardi.com, shy@caselombardi

Paul Alston (Terminated) palston@ahfi.com, gp@ahfi.com

Timothy J. Hogan tjh@loio.com, timmyhogan@gmail.com

Louise K.Y. Ing (Terminated) ling@ahfi.com, dka@ahfi.com

Margery S. Bronster mbronster@bchlaw.net, audrey@bchlaw.net

Calvin E. Young calvin.young@hawadvocate.com

Thomas E. Bush teb@ahfi.com, blk@ahfi.com

Gary S. Miyamoto gary.miyamoto@hawadvocate.com

John S. Nishimoto john.nishimoto@hawadvocate.com

Roger S. Moseley (Terminated) rmoseley@hilaw.us, vyoung@hilaw.us

Steven L. Goto steven.goto@hawadvocate.com, estrella.turqueza@hawadvocate.com

Robert E. Badger, Jr rebadger@badgerlawhawaii.com, lmnakamura@badgerlawhawaii.com, pjschwind@badgerlawhawaii.com, rjmartin@badgerlawha

Jeannette H. Castagnetti jcastagnetti@bchlaw.net, jennifer@bchlaw.net

**VIA REGULAR EMAIL TO**

Eric J. Glassman glassman@mgslaw.com

A true and correct copy was sent via United States First Class Mail, Postage Prepaid on March 16, 2007, to:

Renee K. Costa
21 Crossley Court
Sacramento, CA 95833-3884

DATED: Honolulu, Hawaii, March 16, 2007.

/S/Timothy J. Hogan
TIMOTHY J. HOGAN, Esq.
Attorney for Plaintiff
WHIRLPOOL CORPORATION