Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON 1126-0
LOUISE K. Y. ING 2394-0
THOMAS E. BUSH 4737-0
ALLISON KIRK GRIFFITHS 8156-0
18th Floor, ASB Tower
1001 Bishop Street
Honolulu, Hawai‘i 96813
Telephone: 524-1800
Facsimile: 524-4591
palston@ahfi.com
ling@ahfi.com
tbush@ahfi.com
agriffiths@ahfi.com

Attorneys for Defendant/Cross-claimant
THE CIT GROUP/BUSINESS CREDIT, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI‘I

| | | |
|---|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; EDWIN BOWLING; FRANCES HALLER-BOWLING; RAYMOND IWAMOTO; KURT GLASSMAN; DOE INDIVIDUALS 1-50; DOE | ) | Civil No. CV 01 00187 MEA-BMK (Tort and RICO)<br><br>**NOTICE OF DISMISSAL OF ADDITIONAL CROSSCLAIM DEFENDANT F&J MOVERS**; CERTIFICATE OF SERVICE<br><br>JUDGE: Hon. Marvin E. Aspen<br><br>TRIAL: None set. |

641,486 / 6527-1

| | |
|---|---|
| PARTNERSHIPS, CORPORATIONS OR OTHER ENTITIES 1-20,<br><br>Defendants,<br><br>and<br><br>F&J MOVERS, and RENEE K. COSTA,<br><br>Additional Crossclaim Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF DISMISSAL OF ADDITIONAL CROSSCLAIM DEFENDANT F&J MOVERS**

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Defendant/Cross-claimant THE CIT GROUP/BUSINESS CREDIT, INC. hereby dismisses with prejudice its Cross-claim, filed April 12, 2002, against Additional Crossclaim Defendant F&J Movers.

F&J Movers has not filed an answer to the Crossclaim nor filed a motion for summary judgment. No trial date is set.

DATED: Honolulu, Hawaiʻi, March 21, 2007.

/s/ Louise K. Y. Ing
PAUL ALSTON
LOUISE K. Y. ING
THOMAS E. BUSH
ALLISON KIRK GRIFFITHS
Attorneys for Defendant/Cross-claimant THE CIT GROUP/BUSINESS CREDIT, INC.