BRONSTER CRABTREE & HOSHIBATA
Margery S. Bronster #4750
Jeannette Holmes Castagnetti #7211
2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 524-5644
mbronster@bchlaw.net
jcastagnetti@bchlaw.net
Attorneys for Defendants Edwin Bowling
and Frances Haller-Bowling

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; et al.,<br><br>Defendants,<br><br>and<br><br>CG DEVELOPMENT, INC., et al.,<br><br>Additional Cross-claim Defendants. | CIVIL NO. CV01-00187 MEA BMK<br>(Tort and RICO)<br><br>STIPULATION FOR ENTRY OF FINAL PARTIAL JUDGMENT; EXHIBIT 1 |

STIPULATION FOR ENTRY OF FINAL PARTIAL JUDGMENT

IT IS HEREBY STIPULATED by and between Defendants/Cross-claimaints Edwin Bowling and Frances Haller-Bowling (the "Bowlings") and Defendant/Cross-claim Defendant Kurt S. Glassman ("Glassman"), through their respective attorneys, that the Bowlings shall have final partial judgment against Glassman in the total amount of One Hundred Thousand Dollars and No/100 ($100,000.00) for attorneys fees and costs incurred in this case, the form attached as Exhibit 1 hereto.

DATED: Honolulu, Hawaii, MAR 28 2007.

Margery S. Bronster
Jeannette H. Castagnetti
Attorneys for
Defendant/Cross-claimants
Edwin Bowling and Frances
Haller-Bowling

Eric Glassman
Attorney for Defendant/Cross-claim Defendant
Kurt S. Glassman