BRONSTER CRABTREE & HOSHIBATA
Margery S. Bronster #4750
Jeannette Holmes Castagnetti #7211
2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 524-5644
mbronster@bchlaw.net
jcastagnetti@bchlaw.net
Attorneys for Defendants Edwin Bowling
and Frances Haller-Bowling

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; et al.,<br><br>Defendants,<br><br>and<br><br>CG DEVELOPMENT, INC., et al.,<br><br>Additional Cross-claim Defendants. | CIVIL NO. CV01-00187 MEA BMK<br>(Tort and RICO)<br><br>FINAL PARTIAL JUDGMENT |

**EXHIBIT 1**

# FINAL PARTIAL JUDGMENT

Pursuant to the Stipulation for Entry of Final Judgment filed on _______________, there being no just cause for delay of entry of final judgment, pursuant to Fed. R. Civ. P. 54(b), Defendants/Cross-claimants Edwin Bowling and Frances Haller-Bowling have final partial judgment against Defendant/Cross-claim Defendant Kurt S. Glassman, in the total amount of One Hundred Thousand Dollars and No/100 Dollars ($100,000.00), for attorneys fees and costs incurred in this case.

Dated: Honolulu, Hawaii, _______________________.

_______________________________________
JUDGE OF THE ABOVE ENTITLED COURT