BRONSTER CRABTREE & HOSHIBATA
Margery S. Bronster #4750
Jeannette Holmes Castagnetti #7211
2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 524-5644
mbronster@bchlaw.net
jcastagnetti@bchlaw.net
Attorneys for Defendants Edwin Bowling
and Frances Haller-Bowling

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; et al,<br><br>Defendants,<br><br>and<br><br>CG DEVELOPMENT, INC.,<br><br>Additional Cross-claim Defendants. | CIVIL NO. CV01-00187 MEA BMK<br>(Tort and RICO)<br><br>CERTIFICATE OF SERVICE<br><br>[STIPULATION FOR ENTRY OF FINAL PARTIAL JUDGMENT; EXHIBIT 1] |

CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the STIPULATION FOR ENTRY OF FINAL PARTIAL JUDGMENT; EXHIBIT 1 was served on the following at their last known addresses on March 28, 2007:

Served Electronically through CM/ECF:

| | |
|---|---|
| TIMOTHY J. HOGAN, ESQ.<br>Attorney for<br>Whirlpool Corporation | tjh@loio.com |
| PAUL ALSTON, ESQ.<br>LOUISE K.Y. ING, ESQ.<br>THOMAS E. BUSH, ESQ.<br>Attorneys for<br>CIT Group/Business<br>Credit, Inc. | palston@ahfi.com<br>ling@ahfi.com<br>teb@ahfi.com |
| JOHN S. NISHIMOTO, ESQ.<br>CALVIN E. YOUNG, ESQ.<br>GARY S. MIYAMOTO, ESQ.<br>Attorneys for Raymond Iwamoto | john.nishimoto@hawadvocate.com<br>calvin.young@hawadvocate.com<br>gary.miyamoto@hawadvocate.com |

Served by First Class Mail:

ERIC J. GLASSMAN, ESQ.
Mennemeier, Glassman & Stroud
980 9th Street, Suite 1700
Sacramento, California 95814
Attorney for Kurt Glassman

RENEE K. COSTA
21 Crossley Court
Sacramento, CA 95833-3884
Pro Se, Additional Cross-Claim Defendant

DATED: Honolulu, Hawaii, March 28, 2007.

/s/ Jeannette H. Castagnetti
MARGERY S. BRONSTER
JEANNETTE HOLMES CASTAGNETTI
Attorneys for Defendants
Edwin Bowling and
Frances Haller-Bowling