ORIGINAL

BRONSTER CRABTREE & HOSHIBATA
Margery S. Bronster #4750
Jeannette Holmes Castagnetti #7211
2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 524-5644
mbronster@bchlaw.net
jcastagnetti@bchlaw.net

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 04 2007

at 1 o'clock and 05 min. P M
SUE BEITIA, CLERK

Attorneys for Defendants Edwin Bowling
and Frances Haller-Bowling

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; et al.,<br><br>Defendants,<br><br>and<br><br>CG DEVELOPMENT, INC., et al.,<br><br>Additional Cross-claim Defendants. | CIVIL NO. CV01-00187 MEA BMK<br>(Tort and RICO)<br><br>FINAL PARTIAL JUDGMENT |

# FINAL PARTIAL JUDGMENT

Pursuant to the Stipulation for Entry of Final Judgment filed on March 28, 2007, there being no just cause for delay of entry of final judgment, pursuant to Fed. R. Civ. P. 54(b), Defendants/Cross-claimants Edwin Bowling and Frances Haller-Bowling have final partial judgment against Defendant/Cross-claim Defendant Kurt S. Glassman, in the total amount of One Hundred Thousand Dollars and No/100 Dollars ($100,000.00), for attorneys fees and costs incurred in this case.

Dated: Honolulu, Hawaii, APR 04 2007.

JUDGE OF THE ABOVE ENTITLED COURT