TIMOTHY J. HOGAN 5312-0
ATTORNEY AT LAW
1150 Bishop Street, No.433
Honolulu, Hawaii 96813
Tel. No. (808) 382-3698
Fax No. (808) 356-1682
E-mail: tjh@timhogan.com

Attorney for Plaintiff
WHIRLPOOL CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation, | ) Civil No. CV01 00187 MEA BMK ) (TORT AND RICO) |
| Plaintiff, | ) |
| vs. | ) |
| CIT GROUP/BUSINESS CREDIT, INC., a New York corporation; CGBN, Inc. a Hawaii corporation; MICHAEL CLIFFORD; EDWIN BOWLING; FRANCES HALLER-BOWLING; RAYMOND IWAMOTO, and KURT GLASSMAN, DOE INDIVIDUALS 1-50; DOE PARTNERSHIPS, CORPORATIONS OR OTHER ENTITIES 1-20. | ) **WITHDRAWAL AND SUBSTITUTION OF PLAINTIFF WHIRLPOOL CORPORATION'S COUNSEL; WITHDRAWING COUNSEL: LYNCH ICHIDA THOMPSON KIM & HIROTA; SUBSTITUTE COUNSEL: TIMOTHY J. HOGAN, ATTORNEY AT LAW** |
| Defendants. | ) |
| and | ) |
| CG DEVELOPMENT, INC., F&J MOVERS, and RENEE K. COSTA, | ) |
| | ) JUDGE: Hon. Marvin Aspen |
| Additional Cross-Claim | ) |
| Defendants | |

WITHDRAWAL AND SUBSTITUTION OF
PLAINTIFF WHIRLPOOL CORPORATION'S COUNSEL

The law firm of Lynch Ichida Thompson Kim & Hirota through the undersigned hereby respectfully gives notice that Lynch Ichida Thompson Kim & Hirota hereby withdraws as attorney of record to Plaintiff the Whirlpool Corporation.

Timothy J. Hogan, Attorney at Law, undersigned, hereby enters an appearance on behalf of the Plaintiff and requests service of papers via the Court's CM/ECF system or as otherwise provided by the Federal Rules of Civil

DATED: Honolulu, Hawaii, August 2, 2007.

/S/Timothy J. Hogan
TIMOTHY J. HOGAN
Appearing as Attorney for Plaintiff
WHIRLPOOL CORPORATION

WITHDRAWING COUNSEL

LYNCH ICHIDA THOMPSON KIM & HIROTA, A LAW CORPORATION

by WESLEY ICHIDA, ESQ.