ORIGINAL

**LYNCH ICHIDA THOMPSON KIM & HIROTA**

TIMOTHY J. HOGAN 5312
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Telephone: (808) 528-0100
Fax No. (808) 528-4997

Attorney for Plaintiff
WHIRLPOOL CORPORATION

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 20 2007

at 4 o'clock and 39 min. P M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WHIRLPOOL CORPORATION, a Delaware corporation, | ) | Civil No. CV01 00187 MEA BMK (TORT AND RICO) |
| Plaintiff, | ) | **STIPULATION FOR DISMISSAL WITH PREJUDICE REGARDING ALL REMAINING PARTIES AND ALL REMAINING CLAIMS** |
| vs. | ) | |
| CIT GROUP/BUSINESS CREDIT, INC., et al., | ) | |
| Defendants. | ) | JUDGE: Honorable Marvin Aspen |
| | ) | (No Trial Date) |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**
**REGARDING ALL REMAINING PARTIES**
**AND ALL REMAINING CLAIMS**

IT IS HEREBY STIPULATED by and between Plaintiff Whirlpool Corporation and defendants CIT Group/Business Credit, Inc., Edwin Bowling, Frances Haller-Bowling, Raymond Iwamoto and Kurt S. Glassman, by and through their respective counsel, and by Renee Costa, defendant pro se, that the Second Amended Complaint filed herein by Plaintiff Whirlpool Corporation on February 22, 2002 and all crossclaims and third-party claims herein asserted by all the undersigned parties be dismissed with prejudice as to all remaining parties regarding all claims.

This dismissal is pursuant to Fed. R. Civ. P. 41(a)(1)(ii) & (c). The Parties undersigned agree that this stipulation may be executed in counterparts and that facsimile or electronic copies of the signature page shall be considered an original.

Each party agrees that all parties shall pay their own attorneys' fees and costs in regard to this matter. There are no remaining claims, counterclaims or parties except that the Whirlpool Stipulated Judgment as to Glassman and the Bowlings Stipulated Judgment as to Glassman shall not be affected by this dismissal and remain final judgments as to Kurt Glassman.

Dated: Honolulu, Hawaii, APR 10 2007.

TIMOTHY J. HOGAN
Attorney for Plaintiff
Whirlpool Corporation

PAUL ALSTON
LOUISE K.Y. ING
Attorneys for Defendant
CIT GROUP/BUSINESS CREDIT, INC.

JOHN S. NISHIMOTO
CALVIN E. YOUNG
Attorneys for Defendant
RAYMOND IWAMOTO

MARGERY S. BRONSTER
JEANNETTE H. CASTAGNETTI
Attorney for Defendants
EDWIN BOWLING and
FRANCES HALLER-BOWLING

RENEE COSTA
Defendant pro se

- REMAINDER OF PAGE INTENTIONALLY LEFT BLANK -

PAUL ALSTON
LOUISE K.Y. ING
Attorneys for Defendant
CIT GROUP/BUSINESS CREDIT, INC.

JOHN S. NISHIMOTO
CALVIN E. YOUNG
Attorneys for Defendant
RAYMOND IWAMOTO

MARGERY S. BRONSTER
JEANNETTE H. CASTAGNETTI
Attorney for Defendants
EDWIN BOWLING and
FRANCES HALLER-BOWLING

RENEE COSTA
Defendant pro se

- REMAINDER OF PAGE INTENTIONALLY LEFT BLANK -

PAUL ALSTON
LOUISE K.Y. ING
Attorneys for Defendant
CIT GROUP/BUSINESS CREDIT, INC.

JOHN S. NISHIMOTO
CALVIN E. YOUNG
Attorneys for Defendant
RAYMOND IWAMOTO

MARGERY S. BRONSTER
JEANNETTE H. CASTAGNETTI
Attorney for Defendants
EDWIN BOWLING and
FRANCES HALLER-BOWLING

RENEE COSTA
Defendant pro se

- REMAINDER OF PAGE INTENTIONALLY LEFT BLANK -

PAUL ALSTON
LOUISE K.Y. ING
Attorneys for Defendant
CIT GROUP/BUSINESS CREDIT, INC.

JOHN S. NISHIMOTO
CALVIN E. YOUNG
Attorneys for Defendant
RAYMOND IWAMOTO

MARGERY S. BRONSTER
JEANNETTE H. CASTAGNETTI
Attorney for Defendants
EDWIN BOWLING and
FRANCES HALLER-BOWLING

Renee Costa

RENEE COSTA
Defendant pro se

- REMAINDER OF PAGE INTENTIONALLY LEFT BLANK -

ERIC GLASSMAN
Attorney for Defendant
KURT S. GLASSMAN

APPROVED AND SO ORDERED

MARVIN A. ASPEN
UNITED STATES DISTRICT COURT JUDGE

*Whirlpool Corporation v. CIT Group/Business Credit, Inc., et al.*, Civ. No. CV01 00187 MEA BMK, in the United States District Court for the District of Hawaii; Stipulation For Dismissal With Prejudice As To All Remaining Parties And All Remaining Claims